# DECLARATION OF SUSAN TINCHER

I, Susan Tincher, declare as follows:

1. I am a resident of the Near North neighborhood, Minneapolis, Hennepin County, in the state of Minnesota. I have lived in Minneapolis for 30 years. My husband Jim and I have two children and a small consulting business.

2. On December 9, 2025, I woke up a little before 6:30 when I heard alerts on my phone that an ICE arrest was happening in my neighborhood.

3. I drove a few minutes over to the intersection of 21st and Oliver Avenues in North Minneapolis with the intent to observe and record what I saw happening.

4. When I arrived, I saw several people I believed to be federal immigration agents standing outside a house. They were wearing bullet-proof vests, some of which said "POLICE" and "ERO." Several agents were wearing masks. I didn't see any names or badge numbers from where I was.

5. I didn't see any of them arresting anyone or doing anything more than talking to each other. It looked like they had set up a perimeter around the house.

6. There were no protesters in the area. There were a few other people observing at a safe distance from the agents, on the sidewalk or in the street.

7. I got out of my car and walked toward the house, just trying to get a sense of what was happening. While I was about 6 feet from the officers on the perimeter—and still on the public sidewalk/street—I asked one of them, "Are you ICE?" The agent walked towards me. When she was about one or two feet from me, she told me to "get back." I heard a

few other officers nearby say something to the effect of "Get back!" and "Take her down!"

8. About 15 seconds after I first spoke with the female officer, several agents came toward me, grabbed me, and pulled me to the ground.

9. While I was on the ground, facedown in the snow, they handcuffed me. I think they told me I was being arrested for obstructing a federal officer, but I'm not sure. I don't know what they think I was obstructing. I was just standing there. I hadn't even taken out my phone to record yet.

10. While I was still on the ground, I told the observers around me my name and then started yelling for help because I was afraid I was being kidnapped by these agents. They were arresting me for no reason.

11. The officers put me in the truck that I'd seen earlier and we drove away just a few minutes after 6:30. While I was in the truck, they pulled on my jacket so hard it left a red mark on my neck.

12.  There were three agents in the truck with me. I think they were the same agents that took me to the ground and arrested me but I'm not sure. One, a woman they called "Daisy," was wearing a medic patch with the Texas flag on it. Another man was wearing a patch that said "HOU 16."

13. The agents took me to the Whipple Building near Fort Snelling. We entered through the garage, Bay 2. I was patted down extensively by Daisy and another officer. They told me to take off my sweater. One felt my bra underwire and then they cut my bra off. They removed my boots and socks, cut off the handcuffs, shackled my legs, and searched my

belongings. I saw them examining my driver's license. My purse had already been cut free from my body. They cut my boot laces and ordered me to pull them out of my boots.

14. They cut my wedding ring off my finger. It was the original wedding band from my marriage 32 years ago. It was a treasured symbol of my relationship with my husband.

15. They put me in leg shackles and left me in a cell for five hours. While I was in the holding cell, I thought about the people also detained there who had no way to contact their families or hope of being released. I passed the time humming spirituals and Christmas songs. "The Storm Is Passing Over" carried me.

16. Officers who said they were from HSI came to see me. They read me my rights and asked if I would speak to them without a lawyer present. I said no.

17. A short while later, the same HSI officers, named April Ehmke and Justin Peterson, came to release me. It was about noon—more than five hours since I'd been arrested. They didn't give me any paperwork but did tell me I would be charged with obstructing a federal officer.

18. As a result of the arrest, I have bruising from the handcuffs and some swelling on my neck and bruising on my finger from being pinched by the cut ring. My wedding ring was damaged and the agents never even returned my gloves, hat, or headband.

19. Since this happened, I've still been monitoring the neighborhood chat. While it was a frightening experience that would scare anybody, I think if there were further actions, I would go observe again. I want to protect my neighborhood, protect my neighbors.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on December 10, 2025 in Hennepin County, State of Minnesota.

*Susan Tincher*

_____
SUSAN TINCHER