## DECLARATION OF JOHN P. BIESTMAN

I, John P. Biestman, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a Minneapolis resident. I live in the Linden Hills neighborhood with my wife Janet Lee. I am sixty-nine-years old and am retired from a career as a banker.

2. On Sunday morning, December 7, 2025 at 11:26 am, my wife Jan and I heard that ICE vehicles were circling the Church of the Assumption of the Blessed Virgin Mary, a Catholic church whose morning service was just finishing up. The ICE agents apparently planned to arrest and deport people leaving church services that Sunday morning. We could not believe that someone would have the audacity to arrest a person leaving church on a Sunday morning, and so we drove to the church to observe and document ICE activity, and to express our strong disapproval of such cruel and callous behavior.

3. After my wife and I arrived at the church in Richfield, we saw ICE vehicles speeding through side streets adjacent to the church, running red lights, and just generally driving recklessly. We began following what we thought might be an ICE vehicle. We were not following too closely, we were not blocking, impeding or interfering with anyone, and we were driving carefully and lawfully.

4. We turned into Roosevelt Park near the Church. Almost immediately, we were boxed in and stopped by four unmarked ICE vehicles. Masked, argumentative and unmarked ICE agents surrounded our car.

5.  The agents pointed semiautomatic weapons at us at close range, demanded that we roll down our windows, and threatened us multiple times with arrest.

6.  I told the ICE agents that Jan and I are U.S. citizens. I told them, "what you're doing is illegal, this is like Germany 1938."

7.  One of the agents reached through the driver's side window into our car and pointed at Jan. He said, "we're going to arrest her too, we have handcuffs."

8.  I asked if they had a warrant for our arrest. They said they didn't need one. And they continued to threaten us, pointing guns right in my wife's and my faces, mocking us. Several agents videoed the encounter. One agent commented, "we have your license plate, we now know where to find you."

9.  I have never had a gun pointed at me in my life. I was both terrified and angry that my government would treat me and my wife this way. Faced with asymmetrical lethal threats, as it was readily apparent that we were completely unarmed, we were not able to video record the situation.

10. These ICE agents were obviously not trained at all in professional conduct or public safety. I've known many police officers in my life. They had clearly just been hired off the streets and demonstrated zero professionalism. They had the professional demeanor of criminals and thugs.

11. I am a patriot and a proud American. I love my country as a place where I have been able to thrive and raise a productive family in peace until this incident. The behavior of these agents made me ashamed for my country. My own government is now

2

acting like my enemy. I am traumatized about the incident and how my own government pointed lethal weapons at me and my wife, point blank, for no justifiable reason.

12. After the incident, I called to file a report with the Richfield Police Department. They refused to take our police report and told us "federal pre-emption" prevented them from taking a report.

13. As senior citizens, my wife and are appalled at the actions of the ICE agents. We find it incredible that the agents intended to kidnap parishioners from their church on a December Sunday morning. Such cruelty has no place in our community.

14. The agents' cruel, reckless and unprofessional conduct intimidated and terrified us. But I plan to continue to observe, document, and express my displeasure and disgust with ICE despite the agents' threats and intimidation. I feel like I owe it to my grandchildren, my community and my country to continue to express my Constitutional rights. To file this declaration is my civic duty. The more people that participate and make their voices known, the more our grandchildren will thrive.

Dated: December 12, 2025

John P. Biestman