# DECLARATION OF JANET LEE

I, Janet Lee, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I live in the Linden Hills neighborhood of Minneapolis with my husband John Biestman. I am sixty-seven years old. For thirty-nine years I worked as a speech-language pathologist.

2. I feel strongly that, as a U.S. citizen and white person, it is my obligation to use my position of privilege to protect vulnerable people. I have been a victim of violence in the past, which motivates me to protect other vulnerable people from harm. I have been peacefully politically active for my whole life. I learned at my parents' knee that it is my civic obligation to vote and to speak out when I witness injustice. I view it as my duty to my children, my grandchildren and the community at large to advocate for a better and more just America.

3. On the morning of Sunday December 7, 2025, my husband and I learned that ICE may have been planning a raid of some kind at the Church of the Assumption of the Blessed Virgin Mary, a Catholic church in Richfield, Minnesota. The ICE agents apparently planned to arrest or deport people leaving the Sunday morning church service. I was horrified that the federal government would snatch people off the street outside a house of worship. This is not the America that I recognize.

4. John and I went to the church to observe and document any potential ICE actions as constitutional observers.

5. When we arrived, there were fewer than a dozen people present who, as I understood it, had also arrived to act as constitutional observers. We heard cars honking and whistles which alerted us that ICE agents were in the area.

6. We saw an unmarked vehicle, which we suspected might be an ICE vehicle, speeding on the street adjacent to the church. We observed this vehicle run a red light, make a U-turn and flip on interior flashing lights.

7. John and I decided to follow the speeding vehicle from a safe distance in our car. John was driving lawfully and carefully, including stopping at the red light, which put some distance between the vehicle with the flashing lights and our own car. When the light turned green, we followed the vehicle.

8. We followed the vehicle to nearby Roosevelt Park and made a lawful right turn into the park's parking lot. We were not blocking, obstructing or interfering with anyone. I do not recall any other observers or protestors present in the park at that time.

9. Immediately, our car was blocked by four unmarked ICE vehicles. Agents quickly came toward our car, some with weapons drawn including semi-automatic guns. We were unable to leave because the vehicles had boxed us in.

10. One agent was standing a short distance in front of the car aiming a semiautomatic weapon at our windshield. I recall an agent with a beard came up to the driver's side window. The agent directed John to open the window and accused us of following him. I remember the agent threatening, multiple times, to arrest John, and threatening him by telling him that I would also be arrested and handcuffed. John told them the agents that we are citizens and they told us it didn't matter. John asked if the

agents had a warrant to arrest us and they told us they didn't need one. Several agents recorded the interaction on their phones, including recording our faces and our license plate.

11. One female agent asked us if we were against them arresting sexual predators because that is what they were doing. She said something like, "Don't you care about sexual predators?"

12. I wanted to record the interaction on my cell phone, but I was too afraid to do so. I have never had a gun pointed at me in my life, let alone had multiple guns pointed at me by representatives of my own government. John was also obviously terrified. Instead, I called another observer so that she would be able to hear what was happening to us. My hands were shaking and I could barely operate my phone.

13. An ICE agent wearing a bandana with stars on it came up to the driver's side window and told us that we had to leave now and do not follow us again. Because the ICE vehicles were blocking our car, we had to back into the street to escape further lethal threats, harassment and intimidation.

14. The agents did not, at any point, tell us what we had done wrong that justified pointing guns at us and threatening us with arrest. My perception is that the agents were angry because we were watching them and because we communicated by our presence that we did not approve of their conduct.

15. I am sixty-seven years old. I am five-foot one-and-a half inches tall. My husband is sixty-nine years old. Neither of us were physically aggressive at any time during this interaction. During this incident, I was acutely aware that I was smaller, weaker, and

older than the agents. It was readily apparent that they were armed and John and I were not. I specifically recall thinking that if we made one false move, the agents would shoot and kill us.

16. I am tormented by the memory of this encounter. In the few days since this occurred, I am hypersensitive to my surroundings and suspicious that I am being followed. Every time I see a black SUV, I have a flash of anxiety because I know that the ICE agents know who I am and know our license plate number.

17. Despite this traumatic experience, I have continued to engage in constitutional observation activities. Even though I am frightened for my safety, I feel an obligation to protest, to bear witness to ICE's cruelty and to disseminate information about what I observe. Even so, I have been more cautious since this experience because I fear that ICE agents will physically harm me. I wish that I was braver but I have faith that my courage will grow to meet this dire occasion.

Dated: 12/15/2025

DocuSigned by:
*Janet Lee*
64AE9255A55546B...

Janet Lee