## DECLARATION OF LUCIA WEBB

I, Lucia Webb, declare as follows:

1. I am a 31-year-old resident of the Powderhorn neighborhood in Minneapolis, Minnesota. I've lived in Minneapolis since 2016. I'm the Operations Director at a local non-profit.

2. On December 3, 2025, I was monitoring a neighborhood chat for news of ICE activity because I've been really upset by how ICE is treating my neighbors. I thought it would be important to document all the things ICE has been doing to disrupt our city, so I decided to get in my car and help observe and alert people to their presence.

3. I heard that ICE was maybe near Portland Ave. and 42nd St. in South Minneapolis, so I headed over. When I got there, I saw some vehicles that had really dark tinted windows and Virginia license plates. Specifically, there was a Ford Taurus, license plate UNH 6214, and a Nissan Pathfinder, license plate VZP 7776. Some other observers were there looking in the windows of the cars, and they let me know that the drivers were, in fact, ICE agents.

4. The ICE cars pulled off, so I followed, with the idea of letting other people know where they were headed. We drove west on 42nd and headed toward 35W. I'm fairly certain I stayed a few car lengths behind, normal driving distance. I didn't run any red lights or ignore traffic signals.

5. When I saw ICE getting on the freeway, I reminded myself to stay calm and to be careful. I was worried because I had heard stories that day and the day before of ICE vehicles performing dangerous and evasive maneuvers, illegal turns, running red lights,

and maybe even trying to get observers to get in car crashes. I wasn't going to let that happen here.

6. After we got on the freeway, we were going a reasonable speed, not significantly faster than traffic. We went south on 35W and took the exit onto Hwy 62 East. I followed them off the freeway at Bloomington, and realized we were near the Whipple Building, which I had heard they were using as headquarters.

7. Then I saw there were more ICE vehicles around, and an agent was standing in the middle of the road and gesturing like a traffic controller at a construction site. I slowed and stopped and wasn't quite sure what to do or where to go. I felt scared because they were starting to interact with me and I was alone and there were suddenly so many of them.

8. I kept going forward, though, because it seemed like the agent in the road was waving me through. I followed one of the cars into the park and ride parking lot. But then all of a sudden I was surrounded by something like four cars. One was in front of me and the rest were to the side. About five agents came toward me and surrounded the car. I was scared and confused as to what I had done to cause them to act like this, and to involve so many agents. The officers started talking to me, so I started filming.

9. The officer closest to me said I had been chasing them, breaking traffic laws and running red lights. They said they had me on video. But I wasn't chasing them and I wasn't breaking any traffic laws, and I told him I was just trying to protect my neighbors. He was masked and accused me of impeding officers. He said, "You will be arrested for impeding" if I don't stop following them. But I should have the right to follow them and observe them on public streets and I told them so.

10. I told them I was ashamed of them for kidnapping people. I wish I'd kept my temper a bit, but it was a stressful situation to be surrounded by armed and masked agents threatening to arrest me. It felt absurd. They even told me to get a job and to go to the gym.

11. At that point I was really shaken, both emotionally and physically. My hands were shaking and my heart was pounding. I had to sit there and collect myself for a while. I drove home crying and upset—upset at myself for letting them intimidate me. But I've seen videos of people like them being violent and aggressive and breaking the law. I was also upset about the hardships they were causing members of my community, and afraid of how much worse they treat people of color.

12. Since then, I've had a lot of trouble concentrating, which has made it hard to keep up at work, and I've had more trouble sleeping than usual. I have felt paranoid when I see cars with tinted windows behind me, or on the street in front of my house. But I'm trying to live my life and stand up for my community and my values. Part of the reason we follow and observe is to let the government know that we don't like what they're doing to our neighbors, and that it is far beyond what should be considered normal or ok. I will continue to observe and tell agents what I think about their actions, although I'll try not to go out alone when I have the option to be with another person.

13. In fact, the next day I was out again, this time in a friend's car. At around 4:00 pm on December 4, we were driving on Columbus Ave following some ICE vehicles with Texas plates as part of a group of observers. Just before we turned onto 31st St, we saw another car pull a U-turn ahead of us and stop in the middle of 31st, impeding traffic generally, but specifically blocking the other cars who had been following the ICE vehicles. One or

two agents in masks got out of that car and aimed some kind of gun at people who were observing on foot and then at the people in the cars that had been following the ICE vehicles. As one of the agents went back to his vehicle, he smacked one of the observer cars and it looked like the front end of his gun went inside that car's window. The agents drove off and we followed, but stopped when we decided they were driving too fast down Hiawatha Ave. We also observed them running a red light across Park Avenue, which was very frightening given that it was rush hour. We waited for the light to turn green.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on Dec. 14, 2025 in Hennepin County, State of Minnesota.

*Lucia Webb*

LUCIA WEBB