## DECLARATION OF ABDIKADIR NOOR

I, Abdikadir Noor, declare as follows:

1. I am a 43-year-old resident of Fridley, Minnesota. I've lived there for about 7 years. I'm an owner/operator of a trucking company. I am a Somali Minnesotan and have been a US Citizen for about 20 years.

2. On December 15, 2025, I was with my wife Farhiya and a friend. We went to lunch at Marhaba, a restaurant on Nicollet and 28th in Minneapolis. Afterwards, we decided to go get a coffee at Karmel Mall because it is my friend's favorite place.

3. We were driving on Pillsbury Ave, almost to the mall, when I noticed some cars behind us. I first saw what I thought was a police car put its lights on. I thought I was being pulled over, so I stopped and pulled into a safe spot. But it wasn't the police, it was ICE. I knew it was ICE because they got out of the car and were in plain clothes and they were wearing military vests and they were in masks.

4. There was another car behind ICE that was also stopped, with two Latinos in it. There was another ICE SUV behind them, so they were boxed in.

5. I got out of my car and said something like "I'm not going to let you do this. I'm not going to show you anything or tell you anything." The ICE agents didn't approach me. Instead, they went up to the other car that was boxed in, with the Latinos in it. Four agents in vests and masks surrounded the car.

6. I called out to the Latino people to tell them about their rights. I said something like: "You don't have to show them anything. Don't roll down your window or unlock your door!" But I don't think they understood English.

7. Another woman showed up at around that time. She also started telling the Latino people to exercise their rights and telling ICE to leave. After she arrived, a crowd started to gather.

8. As the woman was standing on the sidewalk, an ICE agent grabbed her hand to get her to move or something. Someone in the crowd grabbed her other hand and they started to tussle. The officer managed to throw her on the ground and then he put his knee on her back. Someone in the crowd said she was pregnant. The crowd started yelling at ICE to let her go. I started telling ICE to let her go.

9. While she was pinned to the ground, other agents broke the windows of the car the Latinos were in and pulled them out. I don't think they showed a warrant, but I'm not sure.

10. The one agent kept this woman facedown in the snow for something like 30 minutes. We kept telling them to let her go. It looked like he was panicked. He called for backup. People threw some snow at him and at the other agents. I told the people not to throw things, we needed to save the lady, and we needed to save the agent from himself. We needed to be peaceful. I tried to keep people back from the agents.

11. Suddenly, the agent kneeling on the woman's back decided to drag her by her hand to his car. He couldn't quite get her there, so he let her go. She was able to get up and leave.

12. The whole time this was happening, I was trying to keep people back, trying to keep people calm, but also tell the agents that what they were doing was wrong. I couldn't

understand why they were treating her like that, why they would want to treat any people like that.

13. The backup they were waiting for arrived right after the woman was able to leave, and the agents decided to focus on me. One of them said something like "let's get this guy" to the other agents. They all walked toward me. I heard one of them say something to me about ICE, but I don't know what. They grabbed me and threw me on the ground and handcuffed me. I have bruises on my knees and my head from this.

14. Afterwards, it was about 1:40, I think, they put me in a car with an agent that was bald, I don't know his name. He drove us about 85 miles per hour down 35W to the Whipple building. They didn't put a seatbelt on me. I asked him to slow down and to let me put on a seatbelt. He wouldn't.

15. When we got to Whipple, he looked at my passport and said to another officer "they all come here fraudulently. 50% are here fraudulently." He continued to say things like "Somalis drained Minnesota" and "Somalis should go back home."

16. They put me in a cell and shackled me. At one point, officers came to read me my rights. I told them I wanted a lawyer.

17. They released me about 6:00 pm. They didn't charge me or give me any paperwork.

18. If I were these people, I would figure out another way to detain people they need to detain—set an appointment, something orderly. But they're just trying to make our cities look chaotic, like World War III. People call me from Europe, from Africa, asking me "Is this really America? It looks like a third world country."

19. The whole time I was there at the scene, I just wanted to tell the government that what they were doing to the woman, to the Latinos, to all of us, is wrong. I just wanted to tell people what their rights are in this country and under our constitution.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 12-16-25, 2025 in Hennepin County, State of Minnesota.

*Abdikadir Noor*

NAME