# DECLARATION OF DAN ENGELHART

I, Dan (Daniel) Engelhart, declare as follows:

1. I am a 48-year-old resident of Northeast Minneapolis. I work as a business agent at a local professional union. I was also recently elected to the Minneapolis Park Board.

2. On Wednesday, December 10, 2025, at about 8:30 am, I was on my way out to drive around south Minneapolis looking for ICE activity when I heard that ICE had been spotted in Cedar Riverside. I headed over.

3. When I first got to Cedar Ave and 4th, I started following a vehicle I presumed to belong to ICE around the area where the high-rise towers are. That car stopped at what used to be Palmer's Bar, so I stopped and parked in a parking spot. A tall black officer came up to my car and asked why I was following them. I told him something like "You're breaking the law, creating harm and pain in our community, and we're going to watch you."

4. After that, I got out of my car and started recording on my phone. I was on Cedar Ave. in the open area just in front of the high-rise towers. I was blowing my whistle. The agents were yelling, saying things like "Are you getting raped right now? Is that a rape whistle? Why is your fly down?" One guy wearing a "Real America's Voice" jacket was with the agents, recording me. He was clearly livestreaming what they were doing and me. He called me "the enemy within" to his audience. A few of the agents were getting in my face, even hip-checking and bumping into me.

5. I ran into my friend, the community leader named Bihi. He is Somali-American and lives in the towers. He was talking to ICE agents, who asked him where he was born and to see his ID. He told them that he's been a US citizen for something like 30 years.

6. Then we noticed ICE going into the lobby of the towers, so we followed them in. It's my understanding that they didn't have a warrant to be in there or for anyone in particular. The lobby was crowded, and one agent kept telling me he was going to knock me out and that we all needed to get out of his way and to stop touching him. I told him that the only people who had been touching anyone was him and other agents. I also told him what I thought of him, and I wasn't nice about it.

7. We followed the agents and their film crew out the door and around the buildings. A crowd had gathered, and people were blowing whistles and yelling at them to leave. I was yelling at them. I wasn't very polite. Meanwhile, Bihi was just trying to tell the crew and the agents that Somali Minnesotans are good, hard-working people.

8. Some other officers came from across the street carrying pepper spray cannisters. They pointed it at everyone so I backed up.

9. Several people followed as the officers we'd been following went to their cars, including Bihi. I think he was still just trying to tell them that Somalis are good people. As the cars started to leave, we moved with them. I went into the street where cars were already stopped in a jam to record their license plates.

10. When I turned back to where the people had been standing next to the car, I saw a white SUV drive past Bihi, who was just standing there at the edge of the road. I heard him yell—he'd been sprayed with something right in the face by the people in the white SUV. I ran to my car to get water to help him. He was clearly in a lot of pain. I was surprised and mad because he'd spent all morning just telling them that Somali Minnesotans are good people, just like he is.

11. They're violating people's constitutional rights left and right. They're taking people off the streets. Just the day before, they'd taken a 20-yr old US citizen to Bloomington and then told him to walk home after they let him go. It's particularly heinous that they want to livestream this cruelty to people using film crew. I go and observe and protest because I want the government to know how vehemently I disagree with what they're doing.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 15/12/2025 in Hennepin County, State of Minnesota.

*Dan Engelhart*

Dan (Daniel) Engelhart