# DECLARATION OF IMOGEN PAGE

I, Imogen Page, declare as follows:

1. I am a 31-year-old resident of South Minneapolis. I'm a social worker and a psychotherapist.

2. On Sunday, December 7th, 2025, at about 11:00 am, I was driving alone near Columbus Ave and 35th in South Minneapolis. I saw two black SUVs with tinted windows and Illinois plates, which I believed to belong to ICE or other immigration agents. I began to follow one of the SUVs. I told my neighborhood group chat about the vehicles.

3. Shortly thereafter, another SUV, which may have been the other car I originally saw, started to follow me. I started honking my horn to alert neighbors to the presence of ICE in the area.

4. After a few loops through the area, we got to Minnehaha Pkwy under the 35W freeway overpass. The first ICE SUV pulled to the side of the road and stopped. As I tried to go around that SUV, the second SUV pulled diagonally in front of me and boxed me in so I could not go forward or backward.

5. I stopped abruptly and stayed in my car. I kept my windows rolled up and my doors locked. After a few minutes, an agent got out of one of the cars and walked up to my driver's side window. The agent was tall, and appeared to be a white man in his 30s, but I couldn't tell for sure because of the black gaiter pulled over his mouth and nose. He had a combat vest on, but did not identify himself or show a badge or any identification. The agent appeared to be filming me with his phone.

6. The agent was screaming at me and telling me I was interfering, that it was illegal to interfere, and that I was breaking the law. I didn't respond to him and after a few minutes he went back to his car.

7. Then a different agent came up to my window, also filming. It was all kind of a blur, but I think he was also yelling that I was breaking the law. He didn't identify himself either. I didn't respond and eventually he also went back to his car.

8. After about I think was 10 to 15 minutes (but I'm not sure because I was feeling stressed), the vehicles drove away. I followed them, along with two to three other observer cars.

9. The agents got on to 35 W heading South and began driving very quickly and erratically in what I believe was an attempt to shake us.

10. Since this experience, I've had difficulty sleeping, an inability to focus, shakiness, and general feelings of dysregulation and fear. I have seen a psychotherapist and discussed this traumatic interaction with them.

11. I have continued to observe, but I am afraid when I do it. I'm worried my rights will be violated again and that I'll be detained again. I do it because my neighbors deserve to live in safety and I want to protect them and document violations of their rights. This is particularly important to me because I grew up around family members who fled Nazi-occupied Europe, and I don't want my neighbors to experience the same terror of detention and extra-judicial state violence.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on December 13, 2025 in Hennepin County, State of Minnesota.

*[signature]*
_____
IMOGEN PAGE