# DECLARATION OF MORIAH O'MALLEY

I, Moriah O'Malley, declare as follows:

1. I am a 31-year-old resident of South Minneapolis. I've lived here since 2020. I'm a fundraiser and also do community organizing all over the Twin Cities.

2. On November 18, 2025, I heard through my community organizing ties that a variety of federal agencies were at a business called Bro-Tex in Saint Paul doing some type of immigration enforcement. I decided to join a group of observers and protesters who were already there.

3. When I got there, there were many observers and protesters and quite a few agents from what looked like DHS, FBI, DEA, and ICE. They were mostly in plainclothes with vests identifying their agencies, and most were wearing masks or face coverings and hats.

4. Things started to escalate as agents were preparing to leave the area with detained people in their cars.

5. I saw agents throw people to the ground, shoot pepper balls, and use pepper spray and tear gas, sometimes to get the people to move, and sometimes for what seemed like no reason at all. Some agents used the chemical irritants without warning.

6. I was trying to film and observe as much as possible. At one point, I was recording a silver Dodge Charger, license plate MN 197 WVM. It came toward me, but I didn't really notice that immediately because I was turning to focus on other things behind me. The

car didn't have lights or sirens on and the driver didn't honk or yell to get me to move. The car rammed right into me, knocking me to the ground. I was shocked.

7. I managed to get up and filmed the same car hitting another person and knocking them to the ground. I was furious and ran up to the window of the car to try to get a shot of his face, yelling that he had just hit people with his car.

8. It's unbelievable that these federal agents feel like they can do whatever they want to us just because people are protesting and observing them. That is why it's so important that we go out there to observe—so we can hold them accountable for their actions. We want to protect our community members, ensure agents aren't violating people's rights, and let the government know we don't approve of their actions in our communities.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 15/12/2025 in Hennepin County, State of Minnesota.

*moriah o'malley*

MORIAH O'MALLEY