# DECLARATION OF BEATRIZ RUDOLPH LEON

I, Beatriz Rudolph Leon, declare as follows:

1. I am a resident of the city of Eagan, in Dakota County, in the state of Minnesota. I am 25 years old. I was born in Minnesota, and spent most of my childhood in Richfield, an inner ring suburb of Minneapolis.

2. I work at a direct home health care facility in quality and operational support.

3. I have been married to my husband, Ethan Rudolph, since 2023 and we live together in Eagan.

4. On Sunday, December 7, 2025, I saw on Facebook that Richfield Indivisible was asking community members to observe and record at Church of the Assumption of the Blessed Virgin Mary in Richfield, 305 East 77th Street.

5. I grew up attending Assumption Church, and I wanted to observe and document anything that happened in support of my childhood community, and in protest against the unlawful attacks on my childhood community by ICE officers.

6. My husband and I drove to the church and arrived at approximately 11:00 a.m. There were approximately eight people at the church to observe and document any ICE activity. John Biestman and Janet Lee were there at that time.

7. Within five minutes of arriving at the church, we noticed a Ford Explorer driving erratically in the neighborhood, and we wondered if it could be ICE. It was a black Ford Explorer with a white license plate displaying the number 841597. We otherwise did not observe anything unusual, so we assumed the Ford Explorer was not ICE, and we started preparing to leave.

8. As we were preparing to leave, we again saw the same Ford Explorer driving back and forth. I did feel alarmed, but I decided to chalk it up to someone being lost, or something like that, because we otherwise did not see any other signs of ICE. There was no label or anything on the car indicating that it was an ICE vehicle.

9. My husband and I got into our car to go home. He was driving and I was in the passenger seat. As we drove away, we came up behind this same Ford Explorer. We decided to take a picture, just in case it was ICE. As soon as I took my phone out, the Ford Explorer sped up away from us, cutting off traffic, and ran a red light. Due to that response, we decided it must be ICE agents.

10. We decided to go back to the church to let people know what happened, and that we thought these may be ICE agents.

11. At the church, we told people the make and model of the vehicle and that we thought they were ICE agents. Given that we now thought there were ICE agents in the area, we decided to stay for a while. After about 20 minutes, we saw the same vehicle circling the church area.

12. I suggested that my husband and I sit outside the rear exit of the church. We drove to that entrance, and parked in the parking lot behind the church, by the gymnasium, and the neighboring credit union.

13. Then, we saw ICE agents surrounding the car of someone across 77th street from us. It was 2 elderly people, and I couldn't tell who they were from a distance. I later saw their story online, and believe the people I saw detained were John Biestman and Janet Lee, who I had met earlier that day at the church.

14. I got out of the vehicle to walk over, and record and observe so that I could let people know what happened to them if something unlawful happened. My husband stayed in the car.

15. I walked to the sidewalk on the south side of 77th Street and started taking photos. The ICE officers and the elderly couple were across the street from me in a parking lot at Roosevelt Park, on the north side of 77th Street. 77th Street is four lanes, two going each way, so I couldn't see what was happening very well. Based on how quickly the ICE agents ultimately got to my car, I assume I came upon them at the end of their encounter with the elderly couple.

16. As I stood there taking photos, the ICE agents started honking and yelling at me, but I could not hear what they were saying.

17. Because they were honking and yelling at me and I did not know what they were saying, I got nervous that they were going to come after me, and I walked away. I went back to my car. I got into the passenger seat next to my husband.

18. Three or four vehicles pulled up. Four ICE agents came running up to the car, and pointed assault weapons at me and my husband. They looked like AR-15's to me, although I have never seen one in person.

19. The agents all had masks on. One guy was wearing ICE gear, a ski mask, and sunglasses. I could see that he had a beard under the mask. Another guy had an all blacked out mask with a thin blue line on it, but he was not wearing ICE gear. He was about 5'8". He was wearing a black sweater. Another had a ski mask and was not wearing ICE gear. He was a white man, and he was wearing a black sweater. He was bigger than the other agents. The fourth agent was a woman with a black beanie hat and a blue surgical mask. I think

she was wearing an ICE vest. She stayed behind them, so I don't have a very good memory of what she was wearing.

20. When they first came up to the car, my husband still had the car gear in Drive, and we wanted to get away because we were scared. The bigger agent came in front of the car, pointed an AR-15 at us, and said "Hit me and you'll see what happens."

21. After my husband put the car in Park, that agent came over to his side of the car, and shoved the gun in his face and kept saying something like "You don't want to see what happens if you hit me."

22. They ordered us to roll down the windows. We followed their order.

23. They ordered us to put our hands up. We followed their order, dropping our phones and putting our hands up.

24. They were yelling and screaming at me the entire time they were there.

25. The guy with the orange glasses yelled at us: "We know exactly who you are. You are a citizen so you think we can't do anything to you. But we will detain and hold you." The agent with the thin blue line mask also yelled this at us.

26. I don't know how they knew I was a citizen. Maybe they looked up our car and license plates. They never asked me for any ID and they never asked me what I was doing there. They actually did not ask me or my husband a single question.

27. I did not say anything, and neither did my husband. I felt powerless. I have never had an assault, or any, weapon shoved in my face. I felt as though if I said anything wrong, I would be killed. I stayed quiet and didn't say anything out of fear.

28. The agent with the orange glasses said: "Record this. Now get out your little phone and record this."

4

29. The agent with the thin blue line ski mask said: "We get what you are trying to do, but stop following us. We will detain you for interfering with our investigation."

30. Then, a Richfield police car drove up with one officer in it. Once the ICE agents saw the police officer get out of her car, they put their weapons away.

31. Then, the ICE agents started walking away. The agent with the orange glasses walked back to our car and said "See what happens when you call the police? Nothing. They can't do shit to us."

32. The police officer came over to talk to us, and then, the ICE agents left.

33. The police officer said that her prerogative was to ensure that everyone in Richfield was as safe as possible, and that the police could not stop ICE from what they are doing, or words to that effect. The police officer warned us that there had already been a couple of incidents in the past few days in which ICE agents had arrested people. She said she wanted us to be safe.

34. After that, we drove away.

35. While observing, I was never closer to them than across the four-lane street from them. When we ended up behind them in the car, we recorded them from a lawful driving distance, and when they unlawfully drove above the speed limit and ran a red light, we did not follow. Because they threatened me with detention for my conduct, I took them to be saying that they would detain me for any observation and recording, even if I did it silently, from far away.

36. Since this happened, we have been tense. I feel angry that they spoke to us that way, without respect for our rights and our humanity. They made us feel powerless.

37. Although I am terrified of the threats they made against me, I am a U.S. citizen and so I feel that I have to continue to observe and record ICE's conduct against the Twin Cities community because of how they are unlawfully harming the community. I especially feel compelled to stand up for the Richfield community in which I grew up, and those from that community who do not feel that they can safely do so.

38. I have talked to friends and family who are U.S. citizens, and who are immigrants with documented status, who would like to observe and protest, but because they are Latino and it is clear that ICE is racially profiling our community, they told me they are terrified of what might happen to them, so they are staying home. Because of that, I feel that I have to keep observing and showing up. Without people like me showing up, ICE will not be aware that the larger community objects to what they are doing. I have to use my presence and camera to stand up for my community. By observing and documenting their unlawful conduct, I am expressing my objection to ICE's unlawful actions against Minnesotans.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on December 15, 2025 in Dakota County, State of Minnesota.

_____
Beatriz Rudolph Leon