# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Susan Tincher et. al.,

        Plaintiffs,

v.

Kristi Noem et. al.,

        Defendants.

Civil No. 25-cv-4669 (KMM/DJF)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: December 18, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge