UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>        Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>        Defendants. | Case No. 25-cv-04669 KMM/DTS<br><br>**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiffs Susan Tincher, John Biestman, Janet Lee, Lucia Webb, Abdikadir Noor, and Alan Crenshaw (collectively, "Plaintiffs") hereby move the Court pursuant to Rule 65(b) of the Federal Rules of Civil Procedure for entry of a temporary restraining order. The grounds for this motion are set forth in the accompanying brief, the arguments of counsel, and all of the papers and proceedings in this matter.

| | |
|---|---|
| Dated:  December 18, 2025 | */s/ Kyle W. Wislocky* |

                Teresa Nelson (#269736)
                Catherine Ahlin-Halverson (#350473)
                Alicia Granse (#400771)
                **AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
                P.O. Box 14720
                Minneapolis, MN 55414
                Tel: (651) 529-1692
                tnelson@aclu-mn.org
                cahlin@aclu-mn.org
                agranse@aclu-mn.org

                Kyle W. Wislocky (#393492)
                Jacob F. Siegel (#399615)
                **CIRESI CONLIN LLP**
                225 S. 6th St., Suite 4600
                Minneapolis, MN 55402
                Tel: (612) 361-8233
                kww@ciresiconlin.com
                jfs@ciresiconlin.com

                Caitlinrose H. Fisher (#398358)
                Rebecca Rogers (#403827)
                **FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**
                225 South Sixth Street
                Suite 1500
                Minneapolis, MN 55402
                Tel: (612)-474-3310
                cfisher@forsgrenfisher.com
                rrogers@forsgrenfisher.com

                Kevin C. Riach (#389277)
                **THE LAW OFFICE OF KEVIN C. RIACH**
                125 Main St. SE, Suite 339
                Minneapolis, MN 55414
                (612) 203-8555
                kevin@riachdefense.com

                ***ATTORNEYS FOR PLAINTIFF***