UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, o*n behalf of themselves and other similarly situated individuals,*<br><br>Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Court File No. 25-cv-04669 (KMM/DTS)<br><br>**DECLARATION OF KEVIN C. RIACH** |

I, Kevin C. Riach, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney for the Plaintiffs in the above-captioned matter, and I submit this Declaration as proof of service upon the United States pursuant to Fed. R. Civ. P. 4(l).

2. On December 18, 2025, at approximately 4:30 p.m., I served a copy of Plaintiffs' Complaint (ECF No. 1) and summonses for all Defendants (ECF No. 13), along with a copy of Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 16), Plaintiffs' Memorandum Supporting Motion for a Temporary Restraining Order (ECF No. 18), Plaintiffs' Notice of Hearing on Motion (ECF No. 17), and Plaintiffs' Proposed Order (ECF No. 19) on the United States of America by hand-delivering the above-listed documents to Assistant United States Attorney Ana Voss of the United States Attorney's Office for the District of Minnesota. Delivery was effectuated by providing the above-listed documents to the front desk clerk at the U.S. Attorney's Office as directed by AUSA Voss during a phone conference between the undersigned and AUSA Voss.

Dated: December 18, 2025

/s/ Kevin C. Riach
Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
125 Main Street SE, Suite 339
Minneapolis, MN 55412
(612) 203-8555
kevin@riachdefense.com
***ATTORNEY FOR PLAINTIFFS***