UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, o*n behalf of themselves and other similarly situated individuals*, <br><br>    Plaintiffs, <br>v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br>    Defendants. | Case No. 25-cv-4669 (KMM/DTS) <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on December 19, 2025, I caused to be served **via certified mail** the following documents:

- Summons [ECF No. 13];
- Class Action Complaint and Demand for a Jury Trial, with Exhibits 1–15 [ECF No. 1];
- Notice of Hearing on Plaintiffs' Motion for Temporary Restraining Order [ECF No. 17];

- Plaintiffs' Motion for Temporary Restraining Order [ECF No. 16];
- Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order [ECF No. 18]; and
- Proposed Order [ECF No. 19]

Service was made upon the following defendants and entities at the addresses listed below:

**Service on the United States**

**Attorney General of the United States**
Attn: Civil Process Clerk
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**Service on Agency and Official-Capacity Defendants**
*(via Office of the General Counsel, U.S. Department of Homeland Security)*

**Kristi Noem**
Secretary, U.S. Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**Todd Lyons**
Acting Director, U.S. Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**Marcos Charles**
Acting Executive Associate Director
Enforcement and Removal Operations, ICE
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**David Easterwood**
Acting Field Office Director
ERO, ICE St. Paul Field Office
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**John A. Condon**
Acting Executive Associate Director
Homeland Security Investigations, ICE
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**U.S. Department of Homeland Security**
(Agency Defendant)
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Dated: December 19, 2025

**THE LAW OFFICE OF**
**KEVIN C. RIACH**
Kevin C. Riach (#389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

**AMERICAN CIVIL LIBERTIES**
**UNION OF MINNESOTA**
Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
P.O. Box 14720
Minneapolis, MN 55414
(651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

*/s/ Jackson C. Evert*
**FORSGREN FISHER**
**McCALMONT DeMAREA**
**TYSVER LLP**
Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#399496)
Jackson C. Evert (#402214)
Rebecca R. Rogers (#403827)
1500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 474-3300
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

**CIRESI CONLIN LLP**
Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
(612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

*Attorneys for Plaintiffs and*
*the Proposed Class*