**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| SUSAN TINCHER, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-04669 KMM/DTS |

**JOINT MOTION FOR EXTENSION OF WORD LIMIT FOR PRELIMINARY
INJUNCTION BRIEFING**

Plaintiffs and Defendants jointly request that the Court extend the word limit for their forthcoming briefs addressing Plaintiffs' motion for preliminary injunction. Good cause supports granting the extension, for the reasons set forth below.

1.      Local Civil Rule 7.1(f) provides that "a party's memorandum of law must not exceed 12,000 words" and "[i]f a party files both a supporting memorandum and a reply memorandum, then, except with the court's prior permission, the two memoranda together must not exceed 12,000 words if set in a proportional font."

2.      On December 18, 2025, Plaintiffs filed a motion for temporary restraining order and supporting memorandum of law. *See* ECF Nos. 16, 18. On December 19, 2025, the Court converted Plaintiffs' motion to a motion for preliminary injunction and set a briefing schedule for Defendants' opposition and Plaintiffs' reply. *See* ECF No. 24. The

Court further directed that the parties "should meet and confer regarding a word limit for these filings." *Id.*

3.      Counsel for the parties have recently conferred and agree that Defendants shall have 16,000 words for their opposition memorandum and Plaintiffs shall have 10,000 words for their reply memorandum.   The parties agree that the extended word limits are appropriate to provide the Court with a thorough discussion of the factual and legal issues raised in Plaintiffs' motion.

4.      Accordingly, the parties jointly request that the Court issue an order granting Defendants 16,000 words for their opposition memorandum and Plaintiffs 10,000 words for their reply memorandum.   A proposed order is attached.

Dated: December 31, 2025          Respectfully submitted,

*/s/ Kyle W. Wislocky*

Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
**AMERICAN CIVIL LIBERTIES UNION**
**OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402

Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#399496)
Jackson C. Evert (#402214)
Rebecca R. Rogers (#403827)
**FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP**
225 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Tel: (612)-474-3310
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

Kevin C. Riach (#389277)
**THE LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

***ATTORNEYS FOR PLAINTIFF***

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Kathleen C. Jacobs*
JEREMY S.B. NEWMAN
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorneys

3

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-7615
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*