UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 |
| Plaintiffs, | **DECLARATION OF CARLA HENNES** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Carla Hennes, declare as follows:

1. I am a 54-year-old resident of the Glen Lake neighborhood of Minnetonka, Minnesota. I've lived there with my family for more than 25 years. I work in software quality assurance.

2. On December 29, 2025, I got a message in a community group chat that ICE had been spotted at the library and county service center at 12601 Ridgedale Drive in Minnetonka. People were wanted to go check to see if any kids whose parents may have been taken by ICE required assistance. I headed over.

3. When I got to the service center, I saw a white Wagoneer that I suspected belonged to ICE because it had previously been spotted leaving the Whipple Building and had been at the Home2Suites on 62 and 494 where many ICE agents are staying.

4. I went inside to look around the building for ICE agents.

5. On the first floor of the building there are meeting rooms, some are open to the public. On the second floor of the building is the public library, a coffee shop, a bookstore, and the DMV. On the third floor, there is a security screening area, courtrooms, a waiting area, and a restroom. Elevators and the restroom are located outside the screening area.

6. I walked around the public rooms on the first floor for a bit and then went up to the second floor and the library. I talked to a man who said there were people he thought might be ICE in the building.

7. Then I went to the coffee shop and ordered a coffee to see if any more ICE agents came. I let my community group know there were likely still ICE agents in the building, that I was planning to observe them, and asked for more people to join me.

8. Sometime after noon, we (myself and the observers who had joined) saw two men walk up the stairs to the courtroom area. I could see that one of them was wearing two gun holsters under his jacket. I went upstairs and watched as they went through the metal detector, which went off, but the guards just nodded at them and let them through after showing some sort of ID.

9. Then I went down to the coffee shop to talk to some of the other observers and then I went to the first floor because I wanted to be able to observe if the agents brought someone down through the elevator. When I got down there, agents started to pour into the building. They were everywhere. They were masked and geared up in flak jackets that mostly said "ICE." They were armed with guns, with tasers, and with chemical irritant weapons.

10. I started blowing my whistle and let the group chat know there were masked ICE agents in the building.

11. The agents went upstairs and I followed them. I got up to just a few steps down from the top of the stairs at the third level, where I was blocked by the library security guard who told me to stop blowing my whistle. Apparently, I was causing more of a disturbance than 30 armed agents in a library where children were.

12. While I stood there, blocked by the library security guard, an agent came up, grabbed me by the back of the head, and shoved me so hard that my glasses came off. I don't think he said anything before or after he shoved me, but I can't really remember, it happened so fast. I wasn't in his way, and there was plenty of room on

the steps even if he did tell me to move. I decided to go back downstairs out of the chaos to observe somewhere else.

13. When I got back downstairs, I saw even more agents come in masked and geared up. I blew my whistle again.

14. I stood downstairs for a while. Two Hennepin County sheriff's deputies were standing outside, also observing what was happening.

15. After about 15 minutes, agents brought a man in handcuffs down the stairs. There were about 15 armed agents for one man who had come to court, presumably doing what he was supposed to do.

16. I followed them outside to try to get the man's name and to tell the agents that they could get a better job and didn't need to act this way. They went out to the parking lot, and as I was walking down the sidewalk, an agent came up behind me and gave me a good shove. As he shoved me, he said "Stop touching me." I stopped short, in disbelief.

17. When the agents were coming back after putting the man in one of their cars, one of the Hennepin Sheriff's deputies leaned over to them and asked if they needed help. They may have just seen an ICE agent shove me for no reason and still asked them if they needed help.

18. I went back inside and waited to see what the agents would do next. They eventually came back downstairs with another man in handcuffs. Again, about 15 armed agents for one man in a library, at the DMV. If I had to guess, there were 30 plus agents there total that day, but I didn't stop to count them.

19. It's my hope that me being there did some good. All of us observing is a way to provide some sunshine on their misbehavior. I wouldn't ever try to interfere—we know we can't stop them, but we can help build a case to expose their cruelty and to stop unlawful practices. It's like we're living in a banana republic with these commandos in libraries where kids go to play and learn. Just to arrest two men who were there at court. It's not like they were hardened criminals, at least as far as I know.

20. This really shook me. Two armed federal law enforcement agents pushed me for nothing more than observing them and letting them know I disagree with what they're doing. I managed on adrenaline while I was there, but when I got home, I collapsed, shaking, trembling, and crying. My kids told me they'd never seen me distressed like that before. I was too upset to go out to observe the following day, but I'm determined to keep protecting my neighbors and expressing my dislike for what the government is doing in my name.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 31/12/2025 in Hennepin County, State of Minnesota.

*Carla Hennes*
_____
CARLA HENNES