UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF CLAIRE SMITH** |

I, Claire Smith, declare as follows:

1. I am a 24-year-old resident of the Lyndale neighborhood of Minneapolis, Minnesota. I do contract community engagement work for nonprofits.

2. On December 10, 2025, I was at home when I heard a lot of noise and whistling coming from outside. I decided to see what was going on and left my apartment.

3. I walked over to Lake St. and Pleasant, and saw maybe 10-12 ICE agents standing around the Hook Fish & Chicken. It didn't look like they were doing much of anything. Most were wearing masks of some kind and tactical vests that said "Police" or "ICE."

4. Several vehicles that had tinted windows that I saw ICE agents get in and out of were blocking traffic on Lake St, which was causing a backup of cars.

5. A small group of people blowing whistles and shouting had gathered. Most were standing on the sidewalks on the north and south sides of Lake St. I was on the sidewalk on the south side. I got a whistle from someone and decided to stay there to observe what was happening.

6. I wanted a whistle so I could alert people when there's a confirmed sighting of ICE. The whistles are irritating and tell the agents we don't want them there.

7. I got my phone out and took a few short videos. Observing and recording itself is a kind of protest. One of the key tools we have is to document what is happening to hold officers accountable for the violent and illegal things that they're doing. The

best defense to the lies I've heard the government tell about what they're doing is documentation.

8. A short while after I got there, I saw one of the agents walk towards me, shoving people out of the way. He was wearing a plaid shirt, a tactical vest, and a black balaclava. Apparently, the agent needed to throw something away in the nearby garbage can.

9. Just after the agent who pushed people on his way to the trash can got back to the group of agents, they all started to get in their vehicles. They didn't go anywhere.

10. Instead, the agents then got back out of their cars, carrying pepper spray cannisters. They stood around again, not doing anything. It felt like maybe they were trying to egg the crowd on. The agents got into their cars again, but didn't drive away immediately. Instead, a few of the cars moved a few feet and stopped again. Two cars parked on Lake St. just in front of me (one blocking the Hook Chicken and Fish driveway and the other also in a no parking area). One was a dark Subaru Outback with FL plates 40ATLG. A white Dodge SUV with FL plates RAGE54 was behind the Outback.

11. Agents suddenly got out of a few of their vehicles again and sort of swarmed a car across the street. I could hear the agents yelling, but not what they were saying.

12. A man wearing headphones and carrying a camera also got out of the Subaru Outback with the agent in plaid that I'd seen pushing people earlier. He started filming as the agents went over to the SUV across the street. It seemed like they were trying to make a sort of propaganda film about the protesters and ICE.

13. A few people were standing between the white Dodge and the Outback, watching the agents across the street. They weren't blocking either car from moving or blocking agents from doing anything.

14. Even so, an agent that got out of the Dodge was telling people to "get back." A few people began to move from the street between the two cars and back onto the sidewalk. The agent pushed one of them for no reason—they were already "getting back"—moving from the street to the sidewalk.

15. The agents and the camera man stood in the middle of the street for a minute or so longer, milling around, and then got in their cars and left. From what I understand, they didn't make any immigration arrests at all. Or do anything except try to antagonize the crowd.

16. I plan to keep observing even though I've seen ICE agents behaving this way. It's just part of a pattern of violence and unlawful behavior I've heard of them engaging in. They're detaining and arresting people with legal status and even U.S. citizens. They're holding people in deplorable conditions, and people are dying in ICE detention for lack of medical care. They don't belong in our city and we will continue to observe and protest while they're here.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 30/12/2025 _____ in Hennepin County, State of Minnesota.

_____
Claire Smith (Dec 30, 2025 17:34:47 CST)

CLAIRE SMITH