UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF GABRIELLE HOLBOY** |

I, Gabby (Gabrielle) Holboy, declare as follows:

1. I am a resident of Richfield, Minnesota. I recently started a job as a guardian ad litem, working to further the interests of children in Minnesota.

2. For the last few weeks, I've been volunteering with community members to observe ICE agents, both at the Whipple Building, and in the greater metro area. I got involved because I don't like what ICE is doing. Minnesota is great the way we have it, and the racist practices of ICE have no place here. I feel really strongly about this partly because my great grandpa came to the United States at nine years old without the right papers, without following the right procedures. He, like many of the immigrants now, worked in terrible conditions to make a better life for his family. Immigrants are what make this country strong and vibrant. I want ICE to know that what they're doing is wrong.

3. Saturday, December 20, 2025, was a busy day. I woke up and saw messages from a community group that agents in full tactical gear were driving around the Concierge Apartments at 7620 Penn Ave S, Richfield. I got in the car, still in my pajamas, to go over there to observe because I was nearby.

4. When I got there, a woman asked if I were looking for ICE and pointed me toward a car with the windows down. Inside there were 3 agents, all in full tactical gear and masks.

5. The car pulled out of the parking lot, and I decided to follow so I could tell other people where ICE might be going that morning. We left the apartment complex and

took the back way (along 78th) to France, where we got on 494W. As we drove to the freeway, they took pictures of my car. I took pictures of them and waved.

6. We took 494W to Eden Prairie Drive exit and turned onto Singletree Lane. At that point, I was pretty sure we were heading to my old apartment, where my car is still registered—I only recently moved to Richfield, and still need to update some things like that. We turned into the Bachman's parking lot off Singletree Lane, which connects to my old apartment building. I could see the agent in the driver's seat of the ICE car pointing at my old apartment.

7. They started driving around the parking lot for a few minutes and I kept following them, like ring around the rosy. I was ok to waste the time. I'm not sure why they were wasting their time if they have such important government business to be doing. Then we drove around Eden Prairie for a while, me still following them. At one point, they started going 40-50 mph on a road with a 20 mph limit and blew through a stop sign, so I stopped following because I didn't want to hurt anyone.

8. I went home to get ready and care for my foster dog. Then I headed back out to the Whipple Building to observe.

9. I got there about 11:00 am. I saw two cars that I thought probably belonged to ICE. The windows were darkly tinted and people in masks and typical ICE gear were in it. Also, one of the cars had license plate MN 666-KTK, which is a plate we'd seen on several other cars recently. I decided to follow the car to see where they might be going.

10. We got onto 62E, and the ICE car was accelerating and cutting people off. I stayed back a good distance to be safe, but because of traffic, ended up parallel to them. The driver turned and gestured at me. I'm not sure what he wanted but he definitely knew I was observing him.

11. As traffic started moving again, he slowed down a lot and got behind me. He was going maybe 30-40 m.p.h. on the freeway.

12. I think it's important to observe, but I also don't want to break traffic laws or put anyone in danger, so I decided to keep going at normal speed and head back to Whipple. I took the exit back to 494E, and went slowly to see if the agent was following me.

13. He did, in fact, follow me. He put his lights on, and I came to a complete stop on the side of the road. I locked my doors, rolled down my windows a little bit, and waited. I was on a handsfree call with my community group and I let them know I was being pulled over. The agent came up to my window and said something like: "The laws are changing," and "You're impeding a federal investigation. This is your first and only warning. If I see you again I will arrest you." I think he referenced a law, I heard something like "18 USC" something. I didn't say anything.

14. He walked back to his car and sped away. I decided to go back to the Whipple Building and get a buddy so I could feel safer doing the observing.

15. There's a part of me that doesn't feel very Christian that just wants them to know that someone is watching. I want them to know that people here care about their neighbors. I want them to think that whatever they're going to do, there are people

who are watching and observing. And we have to watch so we know where they're taking people. Mostly, I hope one day there will be a court that holds them accountable for what they're doing. I want people to document it so one day when justice is served we have a record.

16. I continue to observe and work with my community group because this is so important to me and to our country.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  30/12/2025  in Hennepin County, State of Minnesota.

*Gabby Holboy*
Gabby Holboy (Dec 30, 2025 19:22:48 CST)

Gabby (Gabrielle) Holboy