UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br> Defendants. | Case No. 25-cv-04669 <br><br> **DECLARATION OF MARY HACKMAN** |

I, Mary Hackman, declare as follows:

1. I am a 66-year-old resident of the Cedar Riverside neighborhood of Minneapolis, Minnesota, where I live with my husband Bryan. I'm a retired banker and homemaker, and now I volunteer with an organization that helps unhoused people. I have two grown children.

2. On December 9, 2025, I heard from my neighborhood chat group that there were some ICE vehicles around the area. I was particularly mindful of ICE being in the area because of the young man who had been taken from the Augsburg University campus just blocks from my house a few days prior. The way they are treating people, targeting them, is heartbreaking. And the amount of money we're spending on this cruelty is something I absolutely disagree with.

3. I decided to head out to see what was happening, and eventually ended up at the corner of 6th and Cedar Ave, specifically the northwest corner. By the time I got there, there was quite a traffic jam of ICE vehicles mixed in with some "civilian" vehicles. I started blowing my whistle, which I take with me to alert the community that ICE is there and as a protest. The whistle is loud and does a good job letting ICE know we don't like what they're doing.

4. I was watching the ICE vehicles try to get through the traffic jam when I noticed one that was angling to turn onto Cedar Ave to go south. I was standing on the sidewalk, still on the northwest corner, with a few other people. We were facing the passenger side of the car. The front passenger-side window came down and a female agent in a neck gaiter was inside. She pointed a pepper spray cannister at us.

5. Shortly afterwards, the car moved several feet forward and stopped alongside some people who were standing on the edge of Cedar. They were probably standing on the sidewalk (it was hard to tell with the mound of snow). Both the female agent and the male driver of the car jumped out. They sprayed the people standing there without a warning (at least that I could hear). It felt very vindictive and unnecessary. The people they sprayed weren't blocking any vehicles; they were just standing there, recording, chanting, shouting, and blowing whistles.

6. The spray drifted towards me, and I felt it as I took a breath in, so I turned away. When I went back to assist the people who'd been sprayed, you could see how swollen and red their eyes were.

7. It all happened relatively quickly, but my impression was that spraying the people was punitive, a way to get back at them for observing. Despite seeing the agents behave this way, I plan to continue to go out and protest and observe. It's important to do that to support my neighbors and my community. I have been living here since 1992—before many Somalis moved in, and they have only made the neighborhood stronger and more vibrant. It breaks my heart to see my neighbors in fear.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 24/12/2025 in Hennepin County, State of Minnesota.

_Mary Hackman_
Mary Hackman (Dec 24, 2025 10:31:07 CST)

Mary Hackman