UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, o*n behalf of themselves and other similarly situated individuals*,<br><br>          Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>          Defendants. | Case No. 25-cv-04669 KMM/DTS<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

This matter came before the Court on Plaintiffs' Motion for Temporary Restraining Order, converted by the Court to a Motion for a Preliminary Injunction. Upon consideration of the parties' submissions and the entire record

herein, **IT IS HEREBY ORDERED** that Plaintiffs Motion is **GRANTED**. The Court ORDERS as follows:

1. Defendants, and their officers and agents, (hereinafter the "Federal Agents"), are temporarily enjoined in this judicial district from:

    a. Dispersing, threatening, or assaulting any member of the class unless Defendants have probable cause to believe the individual has committed a crime unrelated to failing to obey a dispersal order;

    b. Using chemical irritants on members of the class who are not themselves posing a threat of imminent harm to a law enforcement officer or another person;

    c. Using chemical irritants without giving at least two separate warnings in a manner and at a sound level where it can be heard by the targeted individuals, unless the threat is so serious and imminent that a warning is infeasible. Such warnings shall explain that Defendants may employ crowd control weapons and must give the targeted individuals sufficient time to avoid the use of force;

    d. Pointing firearms at members of the class who are not posing an immediate threat of death or serious bodily injury to another person;

    e. Directing any member of the class to stop making any audio or visual recordings of federal law enforcement activity or agents;

   f. Instructing any member of the class operating a motor vehicle lawfully on public roads that the class member must cease such lawful activity; and

   g. Seizing, arresting, threatening to arrest, or seeking the arrest of any member of the class who is not resisting a lawful crowd dispersal order, unless there is specific probable cause to believe that the individual has committed a crime for which a custodial arrest is warranted and for which the law enforcement officer has lawful authority to make an arrest.

 2. It is further ORDERED that Federal Agents widely disseminate notice of this Order. Specifically, Defendants are ORDERED to provide copies of this Order, in either electronic or paper form, no later than 5 p.m. on _____ to all others described below:

   a. all law enforcement personnel, officers, and agents of the Federal Agents currently or subsequently deployed in the District of Minnesota, including but not limited to all personnel in Minnesota who are part of Operation Metro Surge or any equivalent operation by a different name; and

   b. all employees, officers, and agents of Federal Agents with supervisory or management authority over any law enforcement officers or agents currently or subsequently deployed in the District of Minnesota, up the chain of command to and including the Secretary of Homeland Security and other named Defendants.

Dated: _____       _____
                                           Judge Katherine M. Menendez
                                           U.S. District Judge