**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SUSAN TINCHER, *et al.*,

    *Plaintiffs*,

  v.

KRISTI NOEM, *et al.*,

    *Defendants*.

Case No. 25-cv-04669 KMM/DTS

**<u>ORDER</u>**

Upon consideration of the parties' joint motion for an extension of the word limit for preliminary injunction briefing, it is hereby ORDERED that the motion is GRANTED. Defendants shall have 16,000 words for their opposition memorandum and Plaintiffs shall have 10,000 words for their reply memorandum.

Dated: December 31, 2025

*s/Katherine M. Menendez*
Katherine Menendez
United States District Judge