UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-04669 KMM/DTS |

**OBJECTION TO CONSIDERATION OF BELATEDLY FILED DECLARATIONS**

On the afternoon of New Year's Eve, Plaintiffs submitted five new declarations by nonparties, each detailing different alleged incidents involving federal immigration officers. *See* ECF Nos. 33-37. In ECF, Plaintiffs linked these filings to their Complaint, and not to their Motion for Temporary Restraining Order, ECF No. 16, which the Court has converted into a Motion for Preliminary Injunction ("PI Motion"), *see* ECF No. 24. And of course, these declarations were not cited or addressed in Plaintiffs' PI Motion, which was filed on December 18, 2025. Therefore, as Defendants understand, these new declarations are not part of the record for consideration on Plaintiffs' PI Motion.

To the extent Plaintiffs intend for the Court to consider these belatedly filed declarations in ruling on the PI Motion, Defendants object. Plaintiffs filed these declarations in the afternoon of New Year's Eve, just two business days before Defendants' opposition is due. Two of the declarations were executed at least a week ago. *See*

Declaration of Luke Mielke, ECF No. 36 (dated December 23, 2025); Declaration of Mary Hackman, ECF No. 37 (dated December 24, 2025). Two other declarations were executed yesterday but concern alleged incidents that occurred long ago. *See* Declaration of Claire Smith ¶ 2, ECF No. 34 (incident on December 10, 2025); Declaration of Gabrielle Holboy ¶ 3, ECF No. 35 (incident on December 20, 2025). This gamesmanship should not be rewarded. It would be profoundly unfair for the Court to allow Plaintiffs to sandbag Defendants with new evidence that they could have submitted far earlier, while Defendants have been working diligently to craft a response to Plaintiffs' PI Motion over the holiday season.

At a minimum, if the Court intends to consider these new declarations in ruling on the PI Motion, Defendants respectfully request that the Court extend Defendants' deadline to respond to the PI Motion to January 12, 2026, to allow Defendants sufficient time to address this new evidence. The Court can then reschedule the preliminary injunction hearing, currently scheduled for January 8, 2026, to a later date at the convenience of the Court and the parties.

Given Defendants' Monday deadline to respond to the PI Motion, Defendants respectfully request the Court clarify the status of Plaintiffs' belatedly-filed declarations as soon as possible. Should the Court wish to hold a telephonic status conference to address this request, Defendants are available on Friday, January 2, 2026.

Dated: December 31, 2025        Respectfully submitted,

BRETT A. SHUMATE

        Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Brach

*/s/ Kathleen C. Jacobs*
JEREMY S.B. NEWMAN
KATHLEEN C. JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-7615
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

3