UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; in their official capacities,<br><br>Defendants. | Case No: 25-cv-04669 (KMM/DTS)<br><br><br><br>**UNOPPOSED MOTION TO FILE MEMORANDUM OF AMICUS CURIAE** |

    The City of Minneapolis, the City of Saint Paul, the Hennepin County Attorney's Office, and the State of Minnesota respectfully move for leave to file a joint memorandum of amicus curiae in the above-entitled matter along with

1

supporting declarations and exhibits. The parties in the case do not oppose the motion.[1]

The Cities of Minneapolis and Saint Paul are municipalities in the State of Minnesota. The cities and the state have jurisdiction to safeguard their residents' and visitors' wellbeing and to that end provide services meant to protect the lives and livelihoods of their communities. This includes providing police services. The Hennepin County Attorney's Office is responsible for the prosecution of adult felony-level offenses and all juvenile offenses occurring in Hennepin County. Collectively, these government entities offer an important perspective regarding the effect of Defendants' current methods of immigration enforcement on their communities and how Plaintiffs' proposed injunction would affect the public interest. The government entities' proposed amicus memorandum and supporting declarations and exhibits are attached hereto as Exhibit 1 (Memorandum), Exhibit 2 (Declaration of Heather Robertson and exhibits), Exhibit 3 (Declaration of Kelsey McElveen and exhibits), and Exhibit 4 (Declaration of Eder Castillo).

For the foregoing reasons, the City of Minneapolis, City of St. Paul, State of Minnesota, and Hennepin County Attorney's Office respectfully request that this

---

[1] Plaintiffs consent to the motion, Defendants do not object to the motion.

Court, in its discretion, grant their motion for leave to file a memorandum of amicus curiae and supporting declarations and exhibits in this proceeding.

Dated: December 31, 2025                    Respectfully submitted,

KRISTYN ANDERSON
City Attorney
By */s Heather P. Robertson*
HEATHER ROBERTSON (#0390470)
SARA LATHROP (#0310232)
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 299-2742
heather.robertson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
*Attorneys for Amicus City of Minneapolis*

LYNDSEY OLSON
Saint Paul City Attorney
By:  */s Kelsey McElveen*
KELSEY MCELVEEN (#0396744)
Assistant City Attorney
15 W. Kellogg Boulevard #750
Saint Paul, Minnesota 55102
(651) 266-8710
Kelsey.McElveen@ci.stpaul.mn.us
 *Attorneys for Amicus City of Saint Paul*

3

MARY F. MORIARTY
Hennepin County Attorney
By */s Clare Diegel*
CLARE DIEGEL (#0400758)
EDER CASTILLO (#0402051)
Assistant County Attorneys
300 S 6th St, Mail Code 153
Minneapolis, MN 55487
(612) 348-6764
Clare.Diegel@hennepin.us
Eder.Castillo@hennepin.us
*Attorneys for Amicus Hennepin County Attorney's Office*

**KEITH ELLISON**
Attorney General
State of Minnesota
By: */s/ Pete Farrell*
Peter J. Farrell
Deputy Solicitor General (MN #0393071)
Aaron Winter
Assistant Attorney General (MN #0390914)
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 757-1010
Peter.Farrell@ag.state.mn.us
Aaron.Winter@ag.state.mn.us
*Attorneys for Amicus State of Minnesota*