# Exhibit 4

## DECLARATION OF EDER CASTILLO

I, Eder Castillo, declare as follows:

1.    I am a Senior Assistant County Attorney at the Hennepin County Attorney's Office (HCAO). I have been a prosecutor for more than five years.

2.    Since July 20, 2022, I have certified U visa and T visa forms for noncitizen crime victims and their family members on behalf of the Hennepin County Attorney's Office. U visas and T visas are visas for victims of certain qualifying crimes and their family members.

3.    Because I am a U visa and T visa certifying official, HCAO prosecutors and victim services staff tell me when noncitizen victims are afraid to participate in criminal prosecutions.

4.    In 2025, I received multiple reports from HCAO prosecutors and victim services staff that victims were afraid to enter the Hennepin County Government Center to receive victim services at HCAO's Domestic Abuse Service Center (DASC) and afraid to testify because ICE conducted immigration enforcement actions in Hennepin County buildings. The Hennepin County Government Center houses

1

courtrooms, the HCAO's offices, and DASC. One of the hesitant victims was an eyewitness to a murder.

5.  While noncitizen victims have always been hesitant to report crimes and participate in investigations and prosecutions, I have never received as many reports regarding hesitant noncitizen victims in one year as I have in 2025.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on December 29, 2025 in Hennepin County, State of Minnesota.

*/s Eder Castillo*
Eder Castillo

2