# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; in their official capacities,<br><br>Defendants. | Case No: 25-cv-04669 (KMM/DTS)<br><br><br><br>**PROPOSED ORDER GRANTING MOTION TO FILE MEMORANDUM OF AMICUS CURIAE** |

The Court hereby grants the motion of City of Minneapolis, City of Saint Paul, Hennepin County Attorney's Office, and State of Minnesota, to file a joint

1

memorandum of amicus curiae in this matter and supporting declarations and exhibits.


Dated: _____

The Honorable Kate M. Menendez
Judge, U.S. District Court
District of Minnesota