UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHW, *on behalf of themselves and Other similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,*<br><br>Defendants. | Case No. 25-cv-04669<br><br><br><br><br><br>**LR 7.1 CERTIFICATE OF COMPLIANCE** |

_____

The undersigned certifies that Defendants' Opposition complies with the Court's December 31, 2025 Order extending the word limit for Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction to 16,000 words (ECF No. 39) and the type-size limitation of D. Minn Local Rule 7.1(h). The Opposition has a total of 15,956 words in Times New Roman font size 13. *See* L.R. 7.1  It was

prepared using Microsoft Office 365, which includes all text, including headings, footnotes, and quotations in the Word Count.

Dated: January 5, 2026          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

<u>/s/ Kathleen C. Jacobs</u>
JEREMY S.B. NEWMAN
KATHLEEN C. JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
kathleen.c.jacobs@usdoj.gov

*Counsel for Defendants*