UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-4669 KMM/DTS<br><br><br><br>**LR 7.1 CERTIFICATE OF COMPLIANCE** |

The undersigned certifies that the Plaintiffs' Reply Memorandum of Law in Support of Motion for Temporary Restraining Order complies with Local Rule 7.1 and that, in preparation of this brief, Microsoft Word for Office 365 was used, that this word-processing program has been applied specifically to include all text, including headings,

footnotes, and quotations in the following word count, and that the text of the brief, including headings, footnotes, and quotations, contains 9,990 words.

Dated:  January 7, 2026                                  /s/ Kyle W. Wislocky

                                                Kyle W. Wislocky (#393492)
                                                Jacob F. Siegel (#399615)
                                                **CIRESI CONLIN LLP**
                                                225 S. 6th St., Suite 4600
                                                Minneapolis, MN 55402
                                                Tel: (612) 361-8233
                                                kww@ciresiconlin.com
                                                jfs@ciresiconlin.com

                                                ***ATTORNEYS FOR PLAINTIFF***