# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB, ABDIKADIR
NOOR, and ALAN CRENSHAW, on behalf
of themselves and other similarly situated
individuals,

Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security (DHS); TODD
LYONS, Acting Director, U.S. Immigration
and Customs Enforcement (ICE); MARCOS
CHARLES, Acting Executive Associate
Director, Enforcement and Removal
Operations (ERO), ICE; DAVID
EASTERWOOD, Acting Field Office
Director, ERO, ICE Saint Paul Field Office;
JOHN A. CONDON, Acting Executive
Associate Director, Homeland Security
Investigations (HSI); The Department of
Homeland Security; Unidentified Federal
Agencies; and Unidentified Federal Agents;
in their official capacities,

Defendants.

PLACEHOLDER FOR
**EXHIBIT 1 TO PLAINTIFFS' REPLY
MEMORANDUM OF LAW IN SUPPORT
OF THEIR MOTION FOR A
TEMPORARY RESTRAINING ORDER**

Case Number: 25-cv-04669

This document is a Placeholder for the following item(s) which are filed in
conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT.
FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

Form Updated 02/02/2017

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: <u>Video file of Abdi Noor arrest.</u>

☐ Other (description): *Enter Description*


File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).