# Exhibit A

**Thursday, January 8, 2026 at 9:20:09 PM Central Standard Time**

| | |
|---|---|
| **Subject:** | RE: 0:25-cv-04669-KMM-DTS Tincher et al v. Noem et al |
| **Date:** | Friday, December 19, 2025 at 12:30:36 PM Central Standard Time |
| **From:** | Warden, Andrew (CIV) |
| **To:** | Kyle W. Wislocky, MND Menendez_Chambers |
| **CC:** | Kevin Riach, Caitlinrose H. Fisher, agranse@aclu-mn.org, cahlin@aclu-mn.org, Jackson Evert, Jacob F. Siegel, Rebecca Rogers, Bob Gilbertson, tnelson@aclu-mn.org, Virginia R. McCalmont, Kate Menendez, Voss, Ana (USAMN) |
| **Attachments:** | image001.png |

> Some people who received this message don't often get email from andrew.warden@usdoj.gov. Learn why this is important

Dear Judge Menendez:

The government proposes the Court treat Plaintiffs' motion for temporary restraining order as a motion for preliminary injunction. This approach would avoid the parties and the Court engaging in duplicative litigation over a temporary restraining order and a preliminary injunction over the next several weeks.

The government proposes to respond to the motion on January 9. The government is committed to briefing Plaintiffs' motion expeditiously and acknowledges the serious issues raised in this case. A response on January 9 would allow the government time to investigate the allegations in Plaintiffs' declarations and brief the issues raised in the motion, taking into account likely personnel absences over the upcoming holiday period. Many of the allegations in Plaintiffs' declarations concern events that occurred in early December, including one incident that occurred in mid-November. Plaintiffs used this additional time to prepare a lengthy motion and Defendants request a similar amount of time to file a response. This approach would enable the Court to have the benefit of a full and developed record when deciding whether a preliminary injunction should issue.

Sincerely,
Andrew Warden


Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: 202-616-5084

---

**From:** Kyle W. Wislocky <KWW@ciresiconlin.com>
**Sent:** Friday, December 19, 2025 1:19 PM
**To:** MND Menendez_Chambers <menendez_chambers@mnd.uscourts.gov>
**Cc:** Kevin Riach <kevin@riachdefense.com>; cfisher@forsgrenfisher.com; agranse@aclu-mn.org; cahlin@aclu-mn.org; jevert@forsgrenfisher.com; Jacob F. Siegel <jfs@ciresiconlin.com>; rrogers@forsgrenfisher.com; bgilbertson_forsgrenfisher.com <bgilbertson@forsgrenfisher.com>; tnelson@aclu-mn.org; vmccalmont@forsgrenfisher.com; Kate Menendez <KMMenendez@mnd.uscourts.gov>; Voss, Ana (USAMN) <Ana.Voss@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] RE: 0:25-cv-04669-KMM-DTS Tincher et al v. Noem et al

Dear Judge Menendez,

Plaintiffs propose that the Government files its opposition to Plaintiffs' TRO motion no later than noon on Sunday, December 21, with a hearing to follow on Monday, December 22. This timeline for the Government's response is comparable to recent similar matters.

Plaintiffs look forward to discussing with the Court at 2:00.

Sincerely,

**Kyle W. Wislocky**
*Partner*

P:    612.361.8233
E:    KWW@CiresiConlin.com



Ciresi Conlin LLP | 225 S. 6th St. | Suite 4000 | Minneapolis, MN 55402

This email is from a law firm and may be privileged or confidential. It is intended only for the person addressed. If you received this email in error, please immediately notify the sender and delete it from your system without reading or distributing it. We do not waive the attorney-client privilege by an email incorrectly delivered.
www.CiresiConlin.com

---

**From:** Voss, Ana (USAMN) <Ana.Voss@usdoj.gov>
**Sent:** Friday, December 19, 2025 11:51 AM
**To:** MND Menendez_Chambers <menendez_chambers@mnd.uscourts.gov>; Kyle W. Wislocky <KWW@ciresiconlin.com>
**Cc:** Kevin Riach <kevin@riachdefense.com>; cfisher@forsgrenfisher.com; agranse@aclu-mn.org; cahlin@aclu-mn.org; jevert@forsgrenfisher.com; Jacob F. Siegel <jfs@ciresiconlin.com>; rrogers@forsgrenfisher.com; bgilbertson_forsgrenfisher.com <bgilbertson@forsgrenfisher.com>; tnelson@aclu-mn.org; vmccalmont@forsgrenfisher.com; Kate Menendez <KMMenendez@mnd.uscourts.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: 0:25-cv-04669-KMM-DTS Tincher et al v. Noem et al

Your Honor and Counsel,

I'm adding Andrew Warden to this email chain for the United States. I've accepted the 2:00 pm meeting and have provided those details to Mr. Warden as well. We will both be on the call.

Regards,

Ana H. Voss

Civil Chief
United States Attorney's Office
District of Minnesota
(612) 664-5671 (direct)

---

**From:** MND Menendez_Chambers <menendez_chambers@mnd.uscourts.gov>
**Sent:** Friday, December 19, 2025 11:26 AM
**To:** Kyle W. Wislocky <KWW@ciresiconlin.com>
**Cc:** Voss, Ana (USAMN) <Ana.Voss@usdoj.gov>; Kevin Riach <kevin@riachdefense.com>; MND Menendez_Chambers <menendez_chambers@mnd.uscourts.gov>; cfisher@forsgrenfisher.com; agranse@aclu-mn.org; cahlin@aclu-mn.org; jevert@forsgrenfisher.com; Jacob F. Siegel <jfs@ciresiconlin.com>; rrogers@forsgrenfisher.com; bgilbertson_forsgrenfisher.com <bgilbertson@forsgrenfisher.com>; tnelson@aclu-mn.org; vmccalmont@forsgrenfisher.com; Kate Menendez <KMMenendez@mnd.uscourts.gov>
**Subject:** [EXTERNAL] Re: 0:25-cv-04669-KMM-DTS Tincher et al v. Noem et al

Thank you for the information.

I would like to move the status conference up to 2:00 central time if that works for everyone. I will assume it does, and get things set up, unless someone lets me know soon that it won't work. And I would appreciate a brief email from each side setting forth their proposal for timing on next steps in this matter. That will help us be more efficient when we have the call.

Stay tuned for call-in information for the audio-only status conference.

> On Dec 19, 2025, at 11:16 AM, Kyle W. Wislocky <KWW@ciresiconlin.com> wrote:
>
> **CAUTION - EXTERNAL:**
>
> Dear Judge Menendez,
>
> Ms. Voss and I have spoken this morning, and we were unable to come to an agreement on the briefing schedule for Plaintiffs' TRO motion. The parties mutually agreed to proceed with the call the Court has proposed for today at 2:30 p.m.
>
> Sincerely,

**Kyle W. Wislocky**
*Partner*

P:   612.361.8233
E:   KWW@CiresiConlin.com



Ciresi Conlin LLP | 225 S. 6th St. | Suite 4000 | Minneapolis, MN 55402

This email is from a law firm and may be privileged or confidential. It is intended only for the person addressed. If you received this email in error, please immediately notify the sender and delete it from your system without reading or distributing it. We do not waive the attorney-client privilege by an email incorrectly delivered.
www.CiresiConlin.com

---

**From:** Voss, Ana (USAMN) <Ana.Voss@usdoj.gov>
**Sent:** Friday, December 19, 2025 8:02 AM
**To:** Kate Menendez <KMMenendez@mnd.uscourts.gov>
**Cc:** Kevin Riach <kevin@riachdefense.com>; MND Menendez_Chambers <menendez_chambers@mnd.uscourts.gov>; cfisher@forsgrenfisher.com; agranse@aclu-mn.org; cahlin@aclu-mn.org; jevert@forsgrenfisher.com; Jacob F. Siegel <jfs@ciresiconlin.com>; Kyle W. Wislocky <KWW@ciresiconlin.com>; rrogers@forsgrenfisher.com; bgilbertson_forsgrenfisher.com <bgilbertson@forsgrenfisher.com>; tnelson@aclu-mn.org; vmccalmont@forsgrenfisher.com
**Subject:** RE: 0:25-cv-04669-KMM-DTS Tincher et al v. Noem et al

Yes, of course.  I will reach out to plaintiffs well in advance of 1:30, and I'm available for the 2:30 call, if needed.

Also, for the Court and parties' information, I have removed Ms. Bildtsen from the chain.  She will not be assigned to this matter.


Ana H. Voss
Civil Chief
United States Attorney's Office
District of Minnesota
(612) 664-5671 (direct)

---

**From:** Kate Menendez <KMMenendez@mnd.uscourts.gov>
**Sent:** Friday, December 19, 2025 7:26 AM

**To:** Voss, Ana (USAMN) <Ana.Voss@usdoj.gov>
**Cc:** Kevin Riach <kevin@riachdefense.com>; MND Menendez_Chambers <menendez_chambers@mnd.uscourts.gov>; cfisher@forsgrenfisher.com; agranse@aclu-mn.org; cahlin@aclu-mn.org; jevert@forsgrenfisher.com; jfs@ciresiconlin.com; kww@ciresiconlin.com; rrogers@forsgrenfisher.com; bgilbertson_forsgrenfisher.com <bgilbertson@forsgrenfisher.com>; tnelson@aclu-mn.org; vmccalmont@forsgrenfisher.com; Bildtsen, Ann (USAMN) <Ann.Bildtsen@usdoj.gov>
**Subject:** [EXTERNAL] Re: 0:25-cv-04669-KMM-DTS Tincher et al v. Noem et al

Thank you Ms Voss. I would like to adopt a briefing schedule on the TRO motion today. If the parties can agree on something, emailing that to me by 1:30 will work. If not, we can set a call for 2:30 CST if someone from each side can be on the call.

Please let us know if this seems workable.

> On Dec 18, 2025, at 10:02 PM, Voss, Ana (USAMN) <Ana.Voss@usdoj.gov> wrote:
>
> **CAUTION - EXTERNAL:**
>
> I am available for a status conference tomorrow as well, but the case will likely be handled by Main Justice. I have been working on the right contact and would appreciate a bit of time in the morning to continue to do so.
>
> ---
>
> **From:** Kate Menendez <KMMenendez@mnd.uscourts.gov>
> **Sent:** Thursday, December 18, 2025 7:41 PM
> **To:** Kevin Riach <kevin@riachdefense.com>
> **Cc:** MND Menendez_Chambers <menendez_chambers@mnd.uscourts.gov>; cfisher@forsgrenfisher.com; agranse@aclu-mn.org; cahlin@aclu-mn.org; jevert@forsgrenfisher.com; jfs@ciresiconlin.com; kww@ciresiconlin.com; rrogers@forsgrenfisher.com; bgilbertson_forsgrenfisher.com <bgilbertson@forsgrenfisher.com>; tnelson@aclu-mn.org; vmccalmont@forsgrenfisher.com; Bildtsen, Ann (USAMN) <Ann.Bildtsen@usdoj.gov>; Voss, Ana (USAMN) <Ana.Voss@usdoj.gov>
> **Subject:** [EXTERNAL] Re: 0:25-cv-04669-KMM-DTS Tincher et al v. Noem et al
>
> Thank you very much for this information. Have a good night.
>
> > On Dec 18, 2025, at 7:33 PM, Kevin Riach <kevin@riachdefense.com> wrote:

**CAUTION - EXTERNAL:**

Judge Menendez,

Plaintiffs' counsel has been in communication with the U.S. Attorney's Office today, and specifically with AUSA Ann Bildtsen and AUSA Ana Voss, who are both cc'd on this email.

Plaintiffs' counsel emailed a copy of Plaintiffs' Complaint and related Summons to AUSA Voss at 12:12 p.m.  Plaintiffs' counsel emailed a copy of the Motion for Temporary Restraining Order, Notice of Hearing, Memorandum Supporting Motion, and Proposed Order to AUSA Voss and AUSA Ann Bildtsen at 4:46 p.m.

I also personally served a copy of the Complaint, Summons, and motion papers on the U.S. Attorney's Office at around 4:30 p.m.  I'll be filing an affidavit of service shortly.

Service of the defendants sued in their official capacity has to be accomplished by mail pursuant to Fed. R. Civ. P. 4(i)(2), and we will be mailing the summons, complaint, and TRO papers as directed by relevant federal regulations tomorrow morning.

Please let us know if you need any more information regarding service or our communications with the U.S. Attorney's Office.

We are available for a status conference any time tomorrow.


Sincerely,

Kevin Riach

**KEVIN C. RIACH**
The Law Office of Kevin C. Riach, PLLC
125 Main St. SE, Suite 339

Minneapolis, MN 55414
**Phone**: 612-203-8555
**Email**: kevin@riachdefense.com

---

**From:** MND Menendez_Chambers <menendez_chambers@mnd.uscourts.gov>
**Sent:** Thursday, December 18, 2025 6:25 PM
**To:** cfisher@forsgrenfisher.com <cfisher@forsgrenfisher.com>; agranse@aclu-mn.org <agranse@aclu-mn.org>; cahlin@aclu-mn.org <cahlin@aclu-mn.org>; jevert@forsgrenfisher.com <jevert@forsgrenfisher.com>; jfs@ciresiconlin.com <jfs@ciresiconlin.com>; Kevin Riach <kevin@riachdefense.com>; kww@ciresiconlin.com <kww@ciresiconlin.com>; rrogers@forsgrenfisher.com <rrogers@forsgrenfisher.com>; bgilbertson_forsgrenfisher.com <bgilbertson@forsgrenfisher.com>; tnelson@aclu-mn.org <tnelson@aclu-mn.org>; vmccalmont@forsgrenfisher.com <vmccalmont@forsgrenfisher.com>
**Cc:** Kate Menendez <KMMenendez@mnd.uscourts.gov>
**Subject:** Re: 0:25-cv-04669-KMM-DTS Tincher et al v. Noem et al

Counsel:

I inadvertently sent the previous email from my direct email rather than chambers email.  I am resending from the chambers account.  Please reply to this one if possible.  Thank you.

> On Dec 18, 2025, at 6:22 PM, Kate Menendez <KMMenendez@mnd.uscourts.gov> wrote:
>
> Counsel:
>
> I have reviewed the Complaint in this matter, as well as the materials related to the Motion for a Temporary Restraining Order. The record does not yet reflect that you have served the defendants or had any communications with counsel for the defense. At your earliest convenience, please file a proof of service.  Additionally, please respond to this email with information about any communications you have had with counsel for the government. If possible, please include contact information for any specific opposing counsel you are aware of.
>
> Ideally I would like to hold a status conference tomorrow

7 of 8

or, at a minimum, get input from both sides about a briefing schedule and next steps.
>
> Thank you.
>
> -Kate Menendez
> U.S. District Court
> District of Minnesota

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**