# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>　　　　　Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>　　　　　Defendants. | Case No. 25-cv-04669<br><br>**SECOND DECLARATION OF ALAN CRENSHAW** |

I, Alan Crenshaw, declare as follows:

1. I previously described my experience observing ICE agents on December 9, 2025, in a sworn declaration dated December 15, 2025. Since then, I have continued to participate in observing ICE.

2. Yesterday, January 7, 2026, I was with a friend who got an alert that there was significant ICE presence at Roosevelt High School in Minneapolis and people should go get eyes on the scene. We drove over and got there around 3:40 p.m.

3. When we got there, there was a sort of traffic jam, so I got out of the car and started filming what I saw. A large crowd was already there. Several cars were in the middle of the road, looking like they had been in an accident. I heard later that ICE had been pursuing someone in that truck and that maybe they'd rammed the truck, but I'm not certain.

4. I saw that about 6 or 7 agents had taken a young man down to the ground on the grassy area of the school grounds. I don't know why they grabbed him. They put him in a car, but I didn't see that car or any other cars leave. The agents just stood around facing the crowd, sort of menacing them. People in the crowd were yelling a lot and blowing whistles. They were calling agents murderers and telling them to leave. This was just hours after Renee Good was shot and killed by an immigration agent.

5. After several minutes, a car or two left started leaving. Two women were standing in the crosswalk, recording and observing. Some of the agents in fatigues and camo and helmets wanted them to move so they threw them over to the side of the road into other people standing and observing.

6. Then suddenly I saw someone running across the street. Agents chased them back onto school grounds and sort of body-slammed them to the ground.

7. Other people were still standing on the grassy hill in a crowd, yelling. I saw some snow fly through the air and then an agent shot off some chemical irritant into the crowd. The weapon looked something like a paintball gun. I could taste the spray in the air.

8. People were watching the agents and yelling at them as they sat on the person they'd been chasing. Other agents came up and shoved the protesters and observers out of the way. One person got too close and the agents pulled her down too. I think they sprayed her in the face with pepper spray or some other chemical irritant because when they stood her up and walked her to the car, she had it on her face and it looked like she was in pain.

9. These agents seemed even more aggressive, more violent, more cavalier about things than the ones I'd seen before. They were dressed differently, in fatigues and camo and helmets. They were decked out in more gear and had bigger weapons. One guy was wearing a huge cowboy hat with his fatigues. They all seemed comfortable just shoving people out of the way.

10. I will continue to observe when I can.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on ___1/8/26___ in Hennepin County, State of Minnesota.

_____
ALAN CRENSHAW