UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals,*<br><br>    Plaintiffs,<br> v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>    Defendants. | Court File No. 25-cv-04669<br>(KMM/DTS)<br><br><br>**DECLARATION OF CHRISTOPHER LEE BEAL** |

I, Christopher Lee Beal, state as follows:

1. I live in South Minneapolis area of Minneapolis, Minnesota.

2. On the afternoon of January 7, 2026, I became aware that ICE intended to initiate enforcement actions in my neighborhood and responded to a request for legal observers. In my capacity as a legal observer, I believe it is my responsibility to bear

witness to these significant events. Accordingly, I departed from my residence and proceeded towards Roosevelt High School in South Minneapolis.

3. As I proceeded toward Roosevelt High School, I observed a convoy of approximately six to eight ICE SUVs. I also noticed a large number of students waiting for school buses in the vicinity. I began to quicken my pace, started to record on my phone, and began to blow my whistle in an effort to alert those nearby.

4. Upon reaching Roosevelt High School, I witnessed ICE agents dressed in tactical gear with border security badges and patches. The agents chased an individual from a Metro Transit bus stop onto school grounds, wrestled the individual to the ground, pushed their face into the snow, detained them in an aggressive manner, and placed them into a vehicle. Shortly thereafter, ICE agents detained an observer in an aggressive manner. Approximately 50-75 people witnessed these actions, including volunteer legal observers, students, teachers, and school staff.

5. At this time, I witnessed a school staff member in an altercation with an ICE agent and Greg Bovino. The school staff member stated that ICE agents were not permitted to conduct such actions on school property and urged them to leave the premises. Shortly thereafter, another altercation occurred between a legal observer and an ICE agent. During this period, I observed ICE agents indiscriminately pushing, shoving, and throwing legal observers to the ground as a show of force and intimidation. I observed ICE agents brandish their weapons and point them toward a crowd. I also heard ICE agents fire chemical irritants, which appeared to be pepper rounds, into the ground in front of the crowd.

6. As the ICE agents drove away in their vehicles, I saw several individuals running alongside the agents without trying to block or impede their exit. During this time, an ICE agent violently grabbed a woman by the neck or shoulder and threw her to the ground.

7. I was not physically aggressive at any point. I maintained a respectable distance while videotaping and observing the ICE agents' interactions with the crowd. On more than one occasion, an ICE agent instructed me to step back, and each time I complied.

8. This experience deeply traumatized me. I feel scared, intimidated, and terrorized after witnessing ICE agents take our neighbors away and carry out these actions on school property in front of high school students. Despite the fear and distress, I will continue to bear witness and serve as a legal observer.



**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 1/9/2026

County: Hennepin

Signed by:
Christopher Lee Beal