UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF THERESA DEL ROSARIO** |

I, Theresa del Rosario, declare as follows:

1. I have lived in the Cherokee Park area of St. Paul, Minnesota for approximately nine years and in the Twin Cities area for approximately 30 years. I am 63 years old and am a self-employed massage therapist and yoga teacher. I am married to and live with Thomas (Tom) Ett. I also have an adult son who lives in the area. I use a cane to help me walk

after having multiple knee surgeries this year—including one knee surgery about six weeks ago.

2. I care deeply about protecting my community and our country from government abuse. Over the years, I have seen the effects of law enforcement abuse in Minnesota, including the murder of George Floyd in 2020. Those events have made me deeply concerned for the safety of my son, who is biracial, and the wellbeing of our community. ICE presence is not needed in Minnesota at the level we are experiencing, and any immigration issues should be addressed through policy in a humane way. I channel my concerns about this government abuse into helping to organize and participate in non-violent protest, including by serving as a dispatcher for observers and protestors of ICE activities in the Twin Cities.

3. On the morning of January 8, 2026, my husband Tom and I went to the Whipple Federal Building in Fort Snelling, Minnesota to protest the shooting of Renee Nicole Good by an ICE agent the day before.

4. Tom and I got to the area outside the Whipple Building sometime around 6:45am. When we arrived to the area near Gate 1, I saw other protestors were already there. I recognized people I knew, including AFL-CIO "marshals" dressed in yellow high visibility vests. Marshals help organize and protect protestors by deescalating where needed. I have enjoyed serving as a marshal at previous protests because I think I am better at helping to deescalate tense situations than I am at actively protesting. I will stand up for what I believe in but I'm not going to run towards trouble.

5. We chanted with the protestors. Then Tom and I began singing the song "Lead with Love," and the crowd sang with us. As more people began arriving around 7:00 and 7:30 am, the marshals kept people off the road on the east side across the street from the Whipple Building. Vehicles were entering the Whipple Building area during this time.

6. Then the marshals instructed the protestors to move to occupy the space in the street. The marshals kept protestors from crossing over onto the west side of the street. A vehicle that was trying to go into Gate 1 of the Whipple Building was blocked by protestors. Some agents had been around before this, but then more arrived. I estimated about a dozen agents were near us at that point, with about half a dozen agents right in front of me. I was standing closer to the light rail than towards the driveway into the Whipple Building area near Gate 1.

7. The armed agents were wearing tactical vests and utility belts with multiple items hanging from them. I noticed some were carrying chemical spray, including what

appeared to be projectile guns for spray. All but one of the agents had their faces covered, including with face gaiters, gas masks, and glasses. The only agent whose face was not covered was someone I recognized from the news as Greg Bovino. He was the shortest man in the line of agents. I pointed Bovino out to my husband Tom, who confirmed that he recognized Bovino, too. I saw Bovino had a helmet or hat on and a Border Patrol insignia on his uniform.

8. Sometime around 7:45am to 8:00am, agents launched about two or three canisters of chemical spray at the protesters, and a cloud of smoke enveloped the dozens of protestors who were there. I didn't hear any warning before they did so. I think I was approximately 100 feet away from where the spray was first launched. The spray affected me severely. I couldn't stop coughing and struggled to breathe. I could see Tom and others around me were also affected by the spray, including with eye irritation. Tom and some protestors helped me to move aside, recover my ability to breathe, and drink some water. The marshals then encouraged the protestors to move aside to let the vehicle pass through the gate, and then we closed the line again.

9. More agents arrived at the Gate 1 area where we were, growing to be a mass of about two dozen agents. I saw one male agent run towards a female protestor and push her to the ground. Another male agent pulled a female protestor onto Whipple Building property. I couldn't hear if they said anything. It seemed like the agents were being far more aggressive towards female protestors than male protestors. I also noticed that the only female agent I had seen previously was no longer around.

10. The other protestors, Tom, and I continued to stand, chant, sing, and talk to agents. I noticed that the agents seemed to be avoiding making eye contact with me. I think avoiding eye contact is a way to avoid feeling your conscience.

11. Sometime between around 8:00am and 8:15am, agents began to push protestors off the street and back. Around this time, one of the marshals I knew said they were leaving and then they left the area around Gate 1. After that, it seemed like the agents were emboldened and became more aggressive. They launched more spray and began yelling things like, "You need to leave," repeatedly as they pushed the protestors.

12. Agents kept telling me, "You need to leave," and I repeatedly responded that we were in a public space and that I had a legal right to be there. They kept insisting that we needed to leave. Their escalating forcefulness made Tom and me feel too intimidated to stay, even though I knew we were allowed to be in the public spaces by the sidewalk, street, and light rail. We never stepped onto federal property.

13. We were trying to leave the area, and agents continued to demand that we leave. I told one tall African American agent, "I'm moving as fast as I can," as I tried to walk in the crowd with my cane. He gently put an arm on me and said, "Well, move at your pace." Because the gate was now closed and agents kept moving people towards it, there was little room for any of us to leave despite their repeated insisting and pushing. I'd estimate there were between 40 to 50 people being corralled into that space by agents, and only enough space for two or three to get through at a time.

14. Shortly thereafter, I looked back and the African American agent was gone, replaced by Greg Bovino and an agent who appeared to be Latinx. When an agent again insisted that I leave, I said, "I'm moving at my own pace." Suddenly, I felt a very hard push between my shoulder blades. (Initially, I thought it could have been from Bovino, but I later saw video footage Tom took and it looked like it was the Latinx agent instead.) The force made me stumble; were it not for the crush of people in front of me and my cane righting my feet, I would have fallen. I turned around, and to the Latinx agent, I asked, "Would you push your mother?" He responded, "Yeah, if she didn't listen to me." I tried to make eye contact with Bovino, who avoided my gaze.

15. I noticed people nearby who looked like they were being detained. I saw one person who was face down on the ground with hands held behind who was taken into the Whipple Building area. I saw two others sitting on the ground inside Gate 1 by the light rail with their hands held behind their backs.

16. Even though I was still coughing from the repeated chemical sprays and my knee was bothering me, I still tried to talk and joke with other protestors as we left about the agents after they sprayed and pushed us, in part to buoy our spirits and also as a means of protest of the agents' actions.

17. Two days later, my voice was still affected by the spray and coughing and my knee felt sore and stiff. These events and those like it that I hear about as a dispatcher keep me up at night. Even so, and even though it takes time and money away from my business, I feel the need to dedicate myself to protest and supporting my community during this time in our country's history. I look forward to a time when I can feel like my community is safe and return to my normal life and my clients.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  11/01/2026  in Ramsey County, State of Minnesota.


Theresa del Rosario (Jan 11, 2026 21:00:22 CST)

THERESA DEL ROSARIO