UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>  Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>  Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF THOMAS ETT** |

I, Thomas (Tom) Ett, declare as follows:

1. I have lived in the Cherokee Park area of St. Paul, Minnesota for about nine years and in the Twin Cities area for most of my life. I am 59 years old and am a principal computer engineer. I am married to and live with Theresa del Rosario.

2. I am dedicated to supporting and protecting my community through non-violent protest, which I have engaged in for several years. My wife Theresa helps to keep me updated on details about where protests I might be interested in are happening.

3. Recently, we have been preparing with others to sing at ICE protests, including the protest we went to together on the morning of January 8, 2026, at the Whipple Federal Building in Fort Snelling to protest the murder of Renee Good. That morning, we got to space outside the Whipple Building area sometime around 7am, where we joined other protestors. We led the protestors in a couple of songs, including "Lead with Love." There were marshals in yellow vests who were advising protestors to stay away from the Whipple Building property line and reminding protestors to be calm and stay dedicated to non-violent protest. I saw signs saying, "Don't take the bait." Other than seeing one protestor throw a single snowball, I did not see any of the dozens of protestors around us take any threatening action against agents.

4. I noticed that the number of agents present kept increasing, including when our group of protestors walked into the street for some time. The agents were wearing tactical gear and masks, and took hard and very aggressive stances. I noticed one smaller male agent in particular who was standing with his hands on his hips and his arms out to his sides in a Superman-like pose. That agent put his hand on his gun frequently, like he was posturing at the protestors. I noticed that the agents had numbers marked on the chest of their vests in yellow tape. Many wore badges, most of which seemed to be for Border Patrol.

5. The number of agents kept increasing and they started moving forward, eventually pushing the protestors using chemical spray of some kind and shoving people to make room for a vehicle to enter. I was busy trying to keep an eye on my wife, who walks with a cane, to make sure we didn't get separated, so I didn't see where the spray was aimed. I did not hear any warning before it was sprayed. It seemed like it came in multiple rounds, and the repeated exposure made it worse, stinging my eyes and making it hard to breathe. I kept coughing and felt like I had running sinuses for the rest of the day after that.

6. Agents kept shoving protestors and trying to get us to leave the area. As we were trying to leave, we were walking through the crosswalk when I got shoved repeatedly. I heard one of the male agents' voices sound very angry when my wife

told him she was moving at her own pace, responding by saying something like, "We've given you plenty of time," and shoving her hard as she used her cane. This was so unnecessary. Protesters weren't pushing back. There were no cars trying to come through. We were in the street in the crosswalk heading towards the sidewalk outside the Whipple Building area and trying to leave as instructed. There was no need for the agents to shove people or escalate. It seemed like the reason for the agents' aggression was that they were trying to assert their power and dominance.

7. This overwhelming show of force from federal agents was crazy compared to other protests I have been to. I usually march and chant, the protest maybe blocks some cars for a while, and then I go on my way. Instead, here it was a very aggressive show of force that was disproportionate to the protestors' activity.

8. It has been tough to get to sleep at night and stay asleep since then. I keep waking up, my mind racing with thoughts about what we can do to get the country back on track. I am a strategic thinker and have a degree in political science, so I keep thinking about how I can be effective, what more can we do, what political strategies can be used, and start composing emails in my head. I will absolutely continue to engage in protest in the future to protect our country and keep my neighbors safe.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 11/01/2026 in Ramsey County, State of Minnesota.

*Thomas Ett*
Thomas Ett (Jan 11, 2026 20:41:12 CST)

THOMAS ETT