UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br>   Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br>   Defendants. | Case No. 25-cv-04669 <br><br> **DECLARATION OF ELIZABETH JACKSON** |

I, Elizabeth Jackson, declare as follows:

1. I am a resident of Ramsey County, MN.

2. I am at least 18 years old.

3. I make the following declaration based on personal knowledge.

4. On January 7, 2025, I drove to the parking lot located at 1440 University Ave W, Saint Paul, Minnesota 55104, because I had learned that Immigration and Customs Enforcement ("ICE") was using that parking lot as a staging area. Although, I was scared, I intended to go to the parking lot as a constitutional observer of ICE enforcement activity because I felt it was important that I do what I can to protect my community from unlawful activity.

5. Upon arriving to the parking lot, I saw around five to six sport utility vehicles ("SUVs"), and around eight to ten people in tactical gear that I assumed to be ICE agents. I shouted various statements at the ICE agents to express that I did not want ICE operating in this area and that they should leave. I also honked my horn to signal that ICE was operating in the area.

6. The ICE agents were in their SUVs, however, at least two ICE agents exited the SUVs and approached my car. I assumed they were ICE agents because they had tactical gear on. One of them had a patch on his back that read "POLICE." The other wore a North Face brand coat. They both had firearms attached to their hips. They were also wearing gaiters so I could not see their faces very well.

7. One of the ICE agents that approached my car was roughly 5'7, and had a heavy build. The other ICE agent that approached my car was roughly 5'11, and had average build. Below is a true and correct still image from a video I took showing the two ICE agents who approached my vehicle. The two ICE agents who approached me are the ones who are in the foreground (second and fourth from the left).



8. One of the ICE agents told me that he knew my home address. He said that he had come to my home the prior night (January 6th) and that he would be back tonight. He spoke in a condescending tone that frightened me, as it was clearly intended to.

9. As the ICE agents were leaving my vehicle area, I asked where they were going. One of the ICE agents told me they were going to my house and that he had my address.

10. After the ICE agents left my vehicle area, they returned to their SUVs. I followed an ICE vehicle around Saint Paul, Minnesota for five to fifteen minutes until the SUV broke several traffic laws, including speeding at 45 to 50 miles per hour in a 25-mile per hour zone, and jumping a median such that I could no longer follow.

11. I believed the ICE agent when he told me that he had been to my home, and that he would be there again that night. Although that scared me, I think it is important for me to exercise my constitutional right to observe ICE enforcement activity to ensure that any abuses by ICE is documented. I plan to continue to observe ICE enforcement activity in the future.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: 1/10/2026

County: Ramsey

Signed by: *Elizabeth Jackson*
1833D3EE89C8415

Elizabeth Jackson