UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>             Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>             Defendants. | Court File No. 25-cv-04669<br>(KMM/DTS)<br><br><br><br><br><br>**DECLARATION OF CHRISTOPHER JUHN** |

I, Christopher Juhn, state as follows:

1. I am 37 years old and I live in Minneapolis, Minnesota.

2. I work as a freelance photojournalist. My work has appeared in the Wall Street Journal, L.A. Times, New Yorker, Seattle Times, Star Tribune, Pioneer Press, MPR, and Sahan Journal, among other news publications. I am a member of the National Press Photographers Association and I carry a press pass when I am working.

3. In recent weeks, I have worked to document the activities of ICE and other federal agencies in the Twin Cities, including on assignment for the Sahan Journal.

4. On January 6, 2026, I was working. As I was driving in south Minneapolis, I observed a blue or grey Chevy Tahoe with tinted windows and Minnesota license plate 181 UZG. I could see that other vehicles were following the Tahoe and that the Tahoe's occupants were in full body armor. From this, I surmised that the occupants were ICE agents.

5. In order to document the newsworthy activities of these agents in public, I followed at a safe distance in my car. I was driving in compliance with all traffic laws.

6. The Tahoe pulled into a shopping center parking lot near Lake Street and Hiawatha Avenue. I followed and stopped in the parking lot so that I could document what happened next.

7. Three ICE agents got out of the Tahoe. I could tell that they were ICE agents because although they were masked, they had patches and other insignia that said "ICE," "Federal Agent" and "POLICE" on their body armor. In my capacity as a photojournalist, I took photographs of them as they approached. Some of the photos I took appear below.

8. One of the agents approached my car and photographed my license plate. I took a picture of this as it occurred, which is included below.



9. He came up to my window and I showed him my press pass. He told me that he didn't care if I was press. He then photographed my face and my press pass. I also took photographs of these events, which are also included below.





10. My impression was that the agent took these photographs conspicuously because he wanted me to know that the federal government was tracking me and hoped to intimidate me from continuing to cover newsworthy events.

11. Although this experience was unsettling, I have continued to engage in newsgathering related to ICE's activities and will do so in the future.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 1/9/2026
County: Hennepin

DocuSigned by:
Christopher Juhn
985AD83E3D9C490...

Christopher Juhn

- 4 -