UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF KIRSTEN KOERTH** |

I, Kirsten Koerth, declare as follows:

1. I am a 29-year-old resident of the Longfellow neighborhood in South Minneapolis, Minnesota. Before moving to my current residence in May 2025, I lived in a duplex near Roosevelt High School for around four years. I work at a retail store near the intersection of 28th Avenue South and East 38th Street in South Minneapolis, about two and a half blocks from Roosevelt High School.

2. On January 7, 2026, I was at work when someone told me that they heard ICE agents might be picking people up at bus stops in the area around Roosevelt High School. When I left work around 3:30pm, I went to see whether anything was happening at the bus stop near the corner of South 28th Avenue and East 38th Street. I think it's important to observe ICE agents' interactions with my neighbors to help protect their rights and our community. I did not see anything happening at the bus stop, so I began walking to my car.

3. As I was walking to my car, I heard someone blowing a whistle and saw them running towards Roosevelt High School. I began running towards Roosevelt High School along South 28th Avenue. I had a whistle with me too, which I use to alert my community that ICE is there and as a protest to what they're doing.

4. I stopped and stood across the street from Roosevelt High School near East 40th Street, right in front of the library and near the duplex where I used to live. From there, I estimate I saw about 50 or more people on and near the school lawn. I saw people who seemed to be school staff members and parents picking up kids at the end of the school day. I also saw observers and protestors on the lawn of the school blowing whistles and yelling at people who looked like ICE agents. I blew my whistle, too.

5. I also saw between approximately six and 10 agents in the street and on the school lawn. The agents were wearing green camouflage tactical vests that said "POLICE" on the back, helmets, and face coverings. (At the time, I thought they were ICE agents, but later heard on the radio that they were CBP agents.) The agents had three SUVs—two black, one light cream or silver colored. All of the SUVs had out-of-state license plates. I did not see any police lights or markings on them identifying them as law enforcement vehicles.

6. I saw agents repeatedly chasing and pushing people, including people who said they were there for school pickup, as well as people who were standing still, blowing whistles, and yelling. I could see agents gesturing at people but could not understand what the agents were saying from across the street and with all the noise. One agent was carrying his gun in his hand, unholstered. It seemed like agents were trying to incite a brawl by chasing people and pushing them.

7. I also saw agents push someone who looked like a high schooler multiple times and onto the ground. The high schooler had long hair and was wearing a snow hat. I heard people nearby saying, "They're a child," repeatedly to the agents.

8. About 10 minutes after I got to the school, I heard a thump and saw a cloud of smoke surround the people who were near the school, which seemed like pepper balls or pepper spray. People who were closer to the smoke than I was began coughing, covering their eyes, and running away. I could taste the smoke. It made me cough, and although I could still see, it irritated my eyes and made them tear up. I began to film the agents after this.

9. I saw agents take someone out of the crowd who looked like they had been pepper balled or sprayed because of how the person was crying. The agents put the person in the back seat of a black SUV.

10. Then it seemed like the agents were going to leave the school in the SUVs, but they kept stopping to shout at people, chase them around, and push them down, including at least two people agents pushed to the ground right in front of me. One agent repeatedly pointed a gun at people who were running alongside the vehicle. I heard people telling the agents things like, "My kids go here, please stop." It was about 15 to 20 minutes from when I arrived at the school to when the agents left.

11. It was jarring and distressing to see my community treated this way by government agents, especially at a school. It seemed like the agents were trying to get people to react violently to paint Minneapolis and Minnesota in a bad light. This experience has made me feel scared for my neighbors and worried enough to lose sleep, but I still plan to continue to serve as an observer to protect my neighbors from government abuse.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on ___January 10, 2026___ in Hennepin County, State of Minnesota.

_____
Kirsten Koerth