UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF ANN KREITMAN** |

I, Ann Kreitman, declare as follows:

1. I am a resident of Hennepin County, Minnesota.

2. I am at least 18 years old.

3. I make the following statements based on personal knowledge.

4. On January 7, 2025, I was driving eastbound on 40th Street in Minneapolis, Minnesota. Near the intersection of 40th Street and 28th Avenue in Minneapolis, Minnesota, I saw a large presence of people, including people who I thought were Immigration and Customs Enforcement ("ICE") agents. I stopped along 40th Street, and parked so that I could go observe the ICE agent activities as a constitutional observer.

5. The people that were watching ICE agents were standing on both sides of 28th Avenue. I saw a non-ICE vehicle that had been hit and damaged. There was glass on the ground around the vehicle.

6. Roosevelt High School was on the same intersection that I stopped to observe ICE activities. I saw ICE agents arguing loudly with individuals who I assumed were Roosevelt High School staff. I assumed this because these individuals were not wearing any coats despite it being very cold outside that day. Everyone else in the crowd appeared to be wearing coats. Additionally, because they were not wearing any coats, I could see they were wearing lanyards.

7. As I was observing, protesters and observers were shouting at the agents, however, none were physically aggressive. ICE agents had canisters of pepper spray that they used to point at people to intimidate them. At one point, ICE agents grabbed a man who I thought was an observer and threw him down into the snow, face first. I did

not see or hear anything that the man did that could have provoked this attack. Several ICE agents pinned that man to the ground with knees to his back and holding his arms behind his back. The ICE agents pinned the man on the ground for about one minute, during which time, the man's face was in the snow the entire time. The ICE agents did not allow the man to move his face. I could hear the man saying something, but it was muffled due to his face being in the snow. I could not understand what he was saying. Eventually, the ICE agents moved the man away and I could no longer see him.

8. At another point, I saw an ICE agent holding a woman, who I assumed was there to protest or observe because she had her phone out like she was recording or attempting to record. The woman tried to take a few steps away from the ICE agent, however, the ICE agent held onto her arm. He followed her as he held onto her arm and she moved away. He then shoved her roughly into a snowbank where she fell.

9. Below are true and correct still images from a video I captured of this interaction between the ICE agent and the woman.










10. The woman had not been doing anything violent or aggressive toward this ICE agent prior to being shoved to the ground.

11. I also observed ICE agents deploying pepper spray twice into crowds of around 30 people. I didn't see the people in the crowd doing anything violent or aggressive. The crowd was standing on the sidewalks shouting at the ICE agents, protesting the ICE agents' actions and presence. The pepper spray was deployed into that crowd indiscriminately.

12. These aggressive and violent actions by ICE agents scared me. Although I was scared by them, I intend to continue observing ICE enforcement activities.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 10/01/2026 in Hennepin County, State of Minnesota.

Ann Kreitman (Jan 10, 2026 22:23:18 CST)

ANN KREITMAN