UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB, ABDIKADIR
NOOR, AND ALAN CRENSHAW, *on behalf
of themselves and other similarly situated
individuals,*

        Plaintiffs,

    v.

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security (DHS); TODD LYONS,
Acting Director, U.S. Immigration and
Customs Enforcement (ICE); MARCOS
CHARLES, Acting Executive Associate
Director, Enforcement and Removal
Operations (ERO), ICE; DAVID
EASTERWOOD, Acting Field Office
Director, ERO, ICE Saint Paul Field Office;
JOHN A. CONDON, Acting Executive
Associate Director, Homeland Security
Investigations (HSI); The Department of
Homeland Security; Unidentified Federal
Agencies; and Unidentified Federal Agents; *in
their official capacities,*

        Defendants.

Court File No. 25-cv-04669
(KMM/DTS)

**DECLARATION OF
JUDITH LEVY**

---

I, Judith Levy, state as follows:

1.    I am a 58-year-old resident of Saint Paul, Minnesota.

2.    In the morning on January 6, 2026, I received a text from a neighbor that ICE agents were presently staging at the parking lot of a nearby Cub Foods located at the intersection of University Avenue West and Pascal Street North in Saint Paul, Minnesota.

3.    My husband and I drove our car to the parking lot to observe.

4.      After arriving, we observed individuals that we understood to be ICE agents present in the parking lot. The agents were wearing tactical gear that said "police." Some agents were sitting inside one of eight or so SUVs present at the parking lot, which were otherwise unmarked, but had out-of-state license plates.

5.      We remained inside our vehicle and began filming and observing the agents and recording the license plate numbers for those vehicles with plates.

6.      The purpose of my actions was to observe and disseminate information regarding the activities of federal authorities taking place in public to other members of the community.

7.      At one point, two vehicles containing ICE agents exited the parking lot, heading north on Pascal Street North. My husband and I, along with community members in approximately three or four other vehicles present and observing the agents at the parking lot, pulled out of the lot and followed the two ICE vehicles.

8.      We followed the vehicles for less than half a block, maintaining a distance of approximately 100 yards. The ICE vehicles then stopped at the corner of Pascal Street and University Avenue, blocking the road and preventing us from continuing forward.

9.      Several agents exited their vehicles and surrounded the vehicle of another observer that had also been following the ICE vehicles.

10.     On foot, other agents approached and circled the other observer vehicles, including our own. The agents took pictures of our license plates and of us inside.

11.     One agent, wearing a mask and clothes indicating that he was a "Police Officer," approached the passenger side window of our vehicle where I was seated.

- 2 -

Without asking a question or giving a direction, the agent simply called me by my name. I believe that this was done to let me know that the agents know my identity and to intimidate me. I captured a portion of this interaction on video.

12.     After a short time, more members of the public began to approach the scene to see what was happening. The agents got back in their vehicles and continued driving. We continued to follow them on the public roads, maintaining a safe distance. Eventually, the agents led us directly to our house and parked in front of our home, which is otherwise in a residential neighborhood and not on a busy street.

13.     We chose not to get out of the car or return home because we were afraid for our safety. Instead, we drove to a nearby Target on University Avenue, where we stayed for some time before returning home.

14.     At no point during our observation of the agents were we physically aggressive. At all times we drove in compliance with applicable traffic laws and maintained a safe distance from the agent's vehicles.

15.     Although this experience was frightening, I plan to continue to exercise my constitutional right to observe and document federal authorities' activities and presence in public spaces, and to disseminate information and express my dissent regarding the same.

I declare under penalty of perjury under the laws of United States of America

that the foregoing is true and correct.

Dated: 1-10-2026
County: Ramsey

Judith Levy