

**U.S. Department of Justice**
Federal Programs Branch
Civil Division
*Washington, D.C. 20005*

January 13, 2026

Judge Katherine M. Menendez                    ***VIA ECF***
U.S. District Court, District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Re:     *Tincher v. Noem*, Case No. 25-cv-4669 (KMM/DTS)

Dear Judge Menendez,

In light of Plaintiffs filing in support, Defendants wanted to assure the Court, which has been separately communicated to Plaintiffs, that DHS / ICE is actively searching for videos of the incidents described by the named plaintiffs in the complaint, and we will agree to produce any responsive videos we are able to identify tomorrow.

Given the short turnaround for search and review, we are not certain whether the agency will be able to locate all responsive videos, if any exist, but they are looking and we will produce any responsive videos we find in the time allotted. Depending on the type and content of the videos, we may need to move to submit them under seal.

Respectfully submitted,

*/s/ Kathleen C. Jacobs*
Kathleen C. Jacobs