

| | Kyle W. Wislocky, Partner | 225 South 6th St. |
|---|---|---|
| | (612) 361-8233 | Suite 4000 |
| | KWW@ciresiconlin.com | Minneapolis, MN 55402 |
| | | 612-361-8200 |

<u>VIA ECF</u>
January 14, 2026

The Honorable Judge Katherine Menendez
United States Courthouse
300 South 4th Street
Chambers 14W
Minneapolis, MN 55415

Re:     *Tincher v. Noem*, Case No.: 25-cv-04669-KMM-DTS

Dear Judge Menendez,

In response to the Court's order at ECF 70, we are submitting herewith videos captured by the named Plaintiffs of the incidents described in their declarations.

| Exhibit No. | Named Plaintiff | File Name | Corresponding Declaration |
|---|---|---|---|
| 1 | Crenshaw | Alan_Crenshaw_PXL_20251209_191828421.mp4 | ECF 1-6 |
| 2 | Crenshaw | Alan_Crenshaw_PXL_20251209_195339819.mp4 | ECF 1-6 |
| 3 | Crenshaw | Alan_Crenshaw_PXL_20260107_213503476.mp4 | ECF 1-6 |
| 4 | Crenshaw | Alan_Crenshaw_PXL_20260107_214330676.mp4 | ECF 53-2 |
| 5 | Crenshaw | Alan_Crenshaw_PXL_20260107_215643002.mp4 | ECF 53-2 |
| 6 | Noor | Abdikadir_Noor_IMG_0815.mov | ECF 1-5 |
| 7 | Noor | Abdikadir_Noor_IMG_0817.mov | ECF 1-5 |
| 8 | Webb | Lucia_Webb_IMG_8489.MOV | ECF 1-4 |
| 9 | Webb | Lucia_Webb_IMG_8491.MOV | ECF 1-4 |
| 10 | Webb | Lucia_Webb_IMG_8502.MOV | ECF 1-4 |

Respectfully submitted,

*/s/ Kyle Wislocky*
Kyle W. Wislocky

cc:     All Parties of Record, via ECF