# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, on behalf of themselves and other similarly situated individuals,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; in their official capacities,<br><br>　　　　　　　Defendants. | PLACEHOLDER FOR<br>**EXHIBIT 5 TO PLAINTIFFS' LETTER RESPONSE TO ECF 70**<br><br><br><br><br><br><br>Case Number: 25-cv-04669 |

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT. FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media:  Video file Alan_Crenshaw_PXL_20260107_215643002.mp4.

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).