UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-04669 KMM/DTS |

**DEFENDANTS' RESPONSE TO ECF NO. 75**

Pursuant to the Court's Order (ECF No. 75) requiring the parties to file any video evidence in the Parties' possession of the incidents alleged in the Complaint by named Plaintiffs, Defendants submit the following[1]:

<u>Plaintiff Susan Tincher</u>: After a reasonable search within the time period allotted, Defendants have been unable to locate any video footage of Plaintiff Tincher's arrest. Defendants have attached the report submitted under seal that was the basis of the information in Acting Field Office Director David Easterwood's declaration, ECF No. 47 ¶ 24. *See* Report of Investigation, filed separately under seal as Exhibit A. To the extent any video is subsequently located, Defendants will supplement their response.

---

[1] As discussed at the January 13, 2026, preliminary injunction hearing, Immigration and Customs Enforcement (ICE) officers operating out of Minnesota do not have operating body worn cameras, thus, there is no body camera footage available related to any of these incidents.

*Plaintiffs John Biestman and Janet Lee*: Based on the information submitted by Plaintiffs Biestman and Lee and after a reasonable search within the time period allotted, Defendants have been unable to locate any video footage of the incident described in Plaintiffs Biestman and Lee's declarations. To the extent any video is subsequently located, Defendants will supplement their response.

*Plaintiff Lucia Webb*: Defendants were able to identify the officers who stopped Plaintiff Webb on December 3rd and confirmed that the officers did not record any video of this encounter. Based on the limited information submitted by Plaintiff Webb, ICE has been unable to identify any officers involved in the vehicle stop that occurred on December 4, 2025. Thus, after a reasonable search within the time period allotted, Defendants have been unable to locate any video footage of Plaintiff Webb's claims. To the extent any video is subsequently located, Defendants will supplement their response.

*Plaintiff Abdikadir Noor*: After a reasonable search within the time period allotted, Defendants have located video footage of the events surrounding Plaintiff Noor's arrest. *See* videos submitted to the Court in camera, under seal.[2] Defendants have also attached five reports submitted under seal that were the basis of the information in Acting Field Office Director David Easterwood's declaration, ECF No. 47 ¶ 27. *See* ICE Significant Incident Reports, filed separately under seal as Exhibit B. To the extent any additional video is subsequently located, Defendants will supplement their response.

---

[2] In accordance with the Court's Civil ECF Procedures Guide, Defendants will file the video footage conventionally through the clerk's office as soon as practicable.

<u>*Plaintiff Alan Crenshaw*</u>: After a reasonable search within the time period allotted, Defendants have been unable to locate any video footage of the incident Plaintiff Crenshaw's describes on December 9, 2025. Defendants have attached the report submitted under seal that was the basis of the information in Acting Field Office Director David Easterwood's declaration, ECF No. 47 ¶ 25. *See* ICE Significant Incident Report, filed separately under seal as Exhibit C. To the extent any video is subsequently located, Defendants will supplement their response.

Dated: January 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Kathleen C. Jacobs*
JEREMY S.B. NEWMAN
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-7615
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*