UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHW, *on behalf of themselves and Other similarly situated individuals,*<br><br>              Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,*<br><br>              Defendants. | Case No. 25-cv-04669<br><br><br><br><br><br><br><br>**RESPONSE TO ECF NOS. 58-69** |

_____

On Monday, January 12, 2026, less than 24 hours before the scheduled hearing on Plaintiffs' Motion for Preliminary Injunction ("PI Motion"), Plaintiffs submitted 12 additional declarations, all from non-parties. *See* ECF Nos. 58-69. As explained in Defendants' prior briefing, in ruling on the PI Motion, the Court should give these declarations no weight because they do not shed light on whether *Plaintiffs* have standing or are likely to succeed on the merits of their claims. *See* Defs.' Opp'n to Pls.' Mot. for Prelim. Inj., ECF No. 46, at 18-19, 30; Supp. Resp. to ECF Nos. 33-37, ECF No. 48, at 1-2. However, because the Court invited Defendants to file a response to these declarations by today at 12:00 p.m. CT, *see* Minute Entry, ECF No. 70, Defendants file this response and accompanying declaration to provide information that the Court may find helpful.

Given the short time to respond, Defendants do not have information to report on all of the alleged incidents, but Defendants have preliminary information on two of the incidents: the incident in the vicinity of Roosevelt High School on January 7, 2026 (which is described in the declarations of Christopher Lee Beal, Kristen Koerth, Ann Kreitman, and Hallie Patterson, ECF Nos. 58, 65, 66, 68) and the incident outside the Whipple Federal Building on January 8, 2026 (which is described in the declarations of Theresa del Rosario and Thomas Ett, ECF Nos. 61, 62). That information is set forth in the accompanying Declaration of Kyle Harvick, a Deputy Incident Commander with U.S. Customs and Border Protection. Defendants underscore that this information is preliminary, and Defendants reserve the right to submit additional information at a later date.

1

Dated: January 15, 2026                     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
KATHLEEN C. JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 532-3114
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*