

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   1/19/2026

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  abr, U.S. District Court-Minnesota

In Re:  District Court Case No. 25-cv-4669 (KMM/DTS)
        Eighth Circuit Case No.:  Not yet assigned
        Case Title:  Tincher et al v. Noem et al

The statutory filing fee has:
☐ been paid, receipt number:
☐ not been paid as of
    IFP    ☐ is   ☐ is not pending
☒ been waived because:
    ☐ Application for IFP granted   ☒ USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☒ Yes   ☐ No
    If yes, please identify the court reporter: Janell Gruber, Paula Richter