

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL SHEET

**Date:**   January 21, 2026

**To:**   U.S. Court of Appeals, 8th Circuit

**From:** clk      U.S. District Court – District of Minnesota

**Appeal Number:** 26-01105

**District Court Case Number:** 25-cv-4669 KMM/DTS

**Case Title**: Tincher et al v. Noem et al

### TRANSMITTED HEREWITH:

☒ Other – Copy of USB Drive of Docket entry 76-1 through 76-10