**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

(D. Minn. LR 7.1 compliant)

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Susan Tincher, et al.,

Plaintiffs,

v.

Kristi Noem, et al.,

Defendants.

Court File No. 0:25-cv-04669

**RECEIVED**

JAN 2 0 2026

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA
By Mail

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

OF ELDER MMOJA AJABU, PRO SE

Elder Mmoja Ajabu, appearing pro se, respectfully moves this Court for leave to file the attached Amicus Curiae Brief in support of Plaintiffs.

## I. INTRODUCTION

This motion seeks leave to file an amicus curiae brief addressing constitutional issues of substantial public importance raised by this case, including limits on federal enforcement authority, protection of civil liberties, and the judiciary's role in preventing executive overreach where constitutional violations are plausibly alleged.

The proposed amicus brief is intended to assist the Court by providing additional constitutional and historical context and does not duplicate the arguments of the parties.

## II. INTEREST OF AMICUS CURIAE

Movant is Elder Mmoja Ajabu, proceeding pro se, and serving as Director of Pan-Afrikan Affairs for the Black Panther Movement, a political organization historically and contemporaneously engaged in advocacy for human rights, constitutional governance, and protection of marginalized communities from unlawful state action.

Movant does not seek party status, does not seek damages, and has no direct financial interest in the outcome of this litigation. Movant seeks only to provide the Court with perspective on constitutional structure, civil liberties, and the consequences of unchecked executive enforcement power.

## III. LEGAL STANDARD

District courts have broad discretion to permit participation by amici curiae where such briefing may assist the Court.

United States v. Michigan, 940 F.2d 143, 165 (6th Cir. 1991);


SCANNED
JAN 2 1 2026
U.S. DISTRICT COURT ST. PAUL

Voices for Choices v. Ill. Bell Tel. Co., 339 F.3d 542, 544 (7th Cir. 2003).

Amicus participation is particularly appropriate where a case raises significant constitutional questions with implications beyond the immediate parties.

### IV. THE PROPOSED AMICUS BRIEF WILL ASSIST THE COURT

The proposed brief will assist the Court by:

Providing constitutional analysis of executive power and limits designed to prevent tyranny;

Addressing First and Fourth Amendment implications of the alleged enforcement practices;

Discussing the judiciary's role when executive officials signal disregard for lawful limits; and

Providing context regarding the human and civic consequences of alleged practices impacting Hispanic and Afrikan communities.

The brief introduces no new evidence and is not duplicative of the parties' filings.

### V. NO PREJUDICE TO THE PARTIES

Granting this motion will not prejudice any party. The proposed brief does not expand the scope of issues, delay proceedings, or impose additional burdens on the litigants.

### VI. CONCLUSION

For the foregoing reasons, Movant respectfully requests that the Court grant leave to file the attached Amicus Curiae Brief.

### PROPOSED ORDER

IT IS HEREBY ORDERED that the Motion for Leave to File Amicus Curiae Brief is GRANTED, and the Clerk is directed to file the attached Amicus Curiae Brief.

Respectfully submitted,

/s/ Elder Mmoja Ajabu

Director of Pan-Afrikan Affairs

Black Panther Movement

Pro Se

P.O. Box 2696, Indianapolis, IN 46206

1 844 848 6489 x3

Ajabum15@gmail.com

Dated: January 13, 2026

AMICUS CURIAE BRIEF