Elder M. Ajnbo
P.O. Box 2696
Indpls, IN 46206

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 0097 3413 66

**Retail**

 

55101

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
INDIANAPOLIS, IN 46206
JAN 14, 2026

**$12.14**

S2324Y500549-14

RECEIVED
BY MAIL

JAN 20 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

WEB Fed Building
316 North Robert street
Suite 100
St. Paul, MN 55101

Att: Clerk of Court

SCANNED
JAN 21 2026
U.S. DISTRICT COURT ST. PAUL