UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Court File No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | **DECLARATION OF ZOË CANTU** |
| Defendants. | |

I, Zoë Cantu, state as follows:

1. I am 32 years old and a resident of Uptown in Minneapolis, Minnesota. I currently work in the area of charitable giving.

2. Since Minneapolis has become flooded with federal immigration enforcement, I have begun carrying a whistle so that I can communicate to others if I

observe ICE in the community. I also wear a badge that reads "CONSTITUTIONAL OBSERVER" as depicted below:



3. On the afternoon of January 10, 2026, my partner and I left our home to attend a funeral. I had my whistle and Constitutional Observer badge on me. On the street, we saw a silver Ford SUV with Texas license plates and dark, black tinted windows idling in the middle of Aldrich Avenue South just north of Franklin Avenue. There was another car honking behind the SUV, which I know to be an indicator that ICE is nearby. Because we suspected that ICE agents were inside the SUV, I began blowing a whistle to alert my neighbors of ICE's presence. Both my partner and I began recording the scene using our phones.

4. The SUV remained in the center of street for some time before proceeding north on Aldrich, which circles back and connects to Bryant Avenue South. The SUV then headed south on Bryant and turned right onto Franklin Avenue. My partner and I, along with a few other pedestrians, followed on foot to observe and record, still blowing whistles. My partner and I didn't know the other observers; as far as I know, they were, like us, concerned bystanders who just happened to be in the area.

5. The SUV slowed down for the red light at Hennepin Avenue. I began to cross Hennepin, in the crosswalk, in front of the SUV. I have reviewed the video footage that my partner took and confirmed that the walk sign was green when I entered the crosswalk.

6. The SUV revved its engine and abruptly turned right onto Hennepin toward me in the crosswalk. I perceived this action as an attempt to intimidate me and to punish me for expressing my disapproval of ICE's actions and attempting to warn my neighbors of their presence. I reflexively jumped aside to avoid being hit. I also began shouting at the SUV in surprise. Other pedestrians were also shouting and blowing whistles on the nearby sidewalk.

7. The SUV stopped in the cross walk and both the driver and a man in the passenger seat opened their doors. Both were masked and wearing military-style dress. The agent on the passenger side pulled out a weapon or launcher of some kind and began firing less lethal munitions at the observers on the sidewalk. I believed the munitions to be pepper balls or rubber bullets although I'm not certain. At least one observer was hit. A still from the video my partner recorded, which accurately depicts the scene as I remember it just after the agent fired the less-lethal munitions, is included below.



8. After firing, the agents quickly got back into the SUV and drove off. They circled back around and drove past the growing crowd without stopping.

9. Other than the agents who nearly hit me with the SUV and shot less-lethal projectiles at pedestrians, no one on the scene was physically aggressive or violent. I did not see anyone throw anything or touch the SUV at all. I was not physically aggressive or violent at any time. All I did was walk on a public sidewalk in my own neighborhood, walk in the crosswalk while the light was green, blow a whistle, and video record a vehicle that I understood to be used by ICE agents.

10. I have prior experience working in law enforcement. In college, I worked as a transport guard for a county sheriff's office. I have many acquaintances who work in law

enforcement for whom I have deep respect; I cannot imagine any of them behaving in the manner that these agents did.

11.     This was an extremely scary experience. As a result, I am having nightmares and increased depression and anxiety. I am more fearful moving around in public.

12.     Even though I'm terrified, I would take exactly the same actions again. The agents are not operating lawfully; federal authorities are creating the unsafe conditions in which my neighbors and I live. I believe that I have a duty to my community to make my voice heard.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 1/16/2026

County: Hennepin

Zoë Cantu