UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,

        Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,

        Defendants.

Case No. 25-cv-04669

**CERTIFICATE OF SERVICE**

---

      I hereby certify that on January 23, 2026, I caused a copy of the conventionally

filed exhibit identified in Doc. 102-1 (USB flash drive containing Exhibit A to the

Second Declaration of Lucia Webb) to be served by U.S Mail upon counsel for

Defendants at the following address:

Andrew Warden
Jeremy S. B. Newman
Kathleen Jacobs
DOJ-Civ
1100 L St., N.W.
Ste. 11400
Washington, DC 20005

    Service was made by depositing the item in the United States mail, first-class

postage prepaid.


Dated:  January 23, 2026

*/s/ Caitlinrose H. Fisher*
**FORSGREN FISHER**
**McCALMONT DeMAREA**
**TYSVER LLP**
Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#399496)
Jackson C. Evert (#402214)
Rebecca R. Rogers (#403827)
1500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 474-3300
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

*Attorneys for Plaintiffs and*
*the Proposed Class*

2