UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Susan Tincher, John Biestman, Janet Lee, Lucia Webb, Abdikadir Noor, and Alan Crenshaw, *on behalf of themselves and other similarly situated individuals*,<br><br>    Plaintiffs,<br><br>v.<br><br>Kristi Noem, Secretary of U.S. Department Of Homeland Security; Todd Lyons, Acting Director, U.S. Immigration And Customs Enforcement (ICE); Marcos Charles, Acting Executive Associate Director, Enforcement And Removal Operations (ERO), ICE; David Easterwood, Acting Field Office Director, ERO, ICE Saint Paul Field Office; John A. Condon, Acting Executive Associate Director, Homeland Security Investigations; the Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>    Defendants. | Case No. 25-cv-4669 (KMM/DTS)<br><br>**ORDER** |

Plaintiffs move to unseal the declaration of a nonparty declarant because the declarant "has decided to no longer remain anonymous[.]" Dkt. No. 120. The Government has not filed a response. *See generally* Docket.

**ORDER**

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Unseal Declaration of Witness #1 (Dkt. No. 120) is **GRANTED**; and

2

2. The Clerk is directed to **unseal** Dkt. No. 106.

Dated: February 4, 2026        s/ David T. Schultz
                               DAVID T. SCHULTZ
                               United States Magistrate Judge