# EXHIBIT A

**Monday, February 9, 2026 at 1:14:29 PM Central Standard Time**

**Subject:** Re: Tincher/DHS - service and Rule 26(f) conference
**Date:** Wednesday, January 28, 2026 at 11:53:13 AM Central Standard Time
**From:** Newman , Jeremy S. (CIV)
**To:** Virginia R. McCalmont, Warden, Andrew (CIV), Jacobs, Kathleen C (CIV)
**CC:** Caitlinrose H. Fisher, Jackson Evert, Rebecca Rogers, Kyle W. Wislocky, Jacob F. Siegel, Alicia Granse, Terri Nelson, Catherine Ahlin-Halverson, Kevin Riach

How about tomorrow at 12 pm CT / 1 pm ET? Can you please send a conference line or link?

Jeremy

Get [Outlook for iOS](#)

---

**From:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>
**Sent:** Wednesday, January 28, 2026 9:21:20 AM
**To:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Cc:** Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>; Jackson Evert <jevert@forsgrenfisher.com>; Rebecca Rogers <rrogers@forsgrenfisher.com>; Kyle W. Wislocky <KWW@ciresiconlin.com>; Jacob F. Siegel <jfs@ciresiconlin.com>; Alicia Granse <agranse@aclu-mn.org>; Terri Nelson <tnelson@aclu-mn.org>; Catherine Ahlin-Halverson <cahlin@aclu-mn.org>; Kevin Riach <kevin@riachdefense.com>
**Subject:** [EXTERNAL] Re: Tincher/DHS - service and Rule 26(f) conference

Hi Jeremy,

We appreciate the response. We're available tomorrow any time after 10:30 am CT. If you let us know when you're available, we can circulate a zoom link.

Thanks,
Ginny

**Virginia R. McCalmont**
*She, her, hers*
612-474-3320

---

**From:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Date:** Tuesday, January 27, 2026 at 4:34 PM
**To:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>, Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>, Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Cc:** Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>, Jackson Evert <jevert@forsgrenfisher.com>, Rebecca Rogers <rrogers@forsgrenfisher.com>, Kyle W. Wislocky <KWW@ciresiconlin.com>, Jacob F. Siegel <jfs@ciresiconlin.com>, Alicia Granse <agranse@aclu-mn.org>, Terri Nelson <tnelson@aclu-mn.org>, Catherine Ahlin-Halverson

<cahlin@aclu-mn.org>, Kevin Riach <kevin@riachdefense.com>
**Subject:** RE: Tincher/DHS - service and Rule 26(f) conference

Ginny,

Defendants certainly have no obligation to set forth the legal arguments we would make in opposition to your anticipated motion before the parties meet and confer.  But briefly, the Local Rules address the timing of Rule 26(f) conferences.  They provide that a party must attend a Rule 26(f) conference at the opposing party's request "if: (i) the request is made in writing at least 14 days before the requested date for the conference; and (ii) the request is made at least 30 days after each defendant has answered, pleaded, or otherwise responded in the action."  L.R. 26.1(d)(2)(A).  Thus, by implication, parties are free to decline to participate in a Rule 26(f) conference before those dates.  Furthermore, the sole case you cited is inapposite.  That case declined to stay discovery after the parties had already held a Rule 26(f) conference, five months after the filing of the Complaint, and within the time specified by L.R. 26.1(d)(2)(A).  *U.S. v. Agri Stats, Inc.*, Case No. 23-CV-3009 (JRT/JFD), 2024 WL 3061570, at *1-2 (D. Minn. May 17, 2024).  Thus, the case provides no support for requiring a defendant to participate in a Rule 26(f) conference and begin discovery before the defendant has even responded to the Complaint.

We are available to meet and confer tomorrow or Thursday and can discuss this issue further in the meet and confer.

Jeremy

---

**From:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>
**Sent:** Friday, January 23, 2026 5:25 PM
**To:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Cc:** Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>; Jackson Evert <jevert@forsgrenfisher.com>; Rebecca Rogers <rrogers@forsgrenfisher.com>; Kyle W. Wislocky <KWW@ciresiconlin.com>; Jacob F. Siegel <jfs@ciresiconlin.com>; Alicia Granse <agranse@aclu-mn.org>; Terri Nelson <tnelson@aclu-mn.org>; Catherine Ahlin-Halverson <cahlin@aclu-mn.org>; Kevin Riach <kevin@riachdefense.com>
**Subject:** [EXTERNAL] Re: Tincher/DHS - service and Rule 26(f) conference

Hi Jeremy,

Thanks for your email. Regarding service, since we hadn't heard from you last night or this morning, we put a flash drive with the video in the mail today. You can obviously ignore/discard that.

Regarding the discovery conference, can you please identify your basis for saying that it is not appropriate to have a Rule 26(f) conference until after Defendants answer? That is not how we read the applicable deadlines for the Rule 26(f) conference and the issuance of a

scheduling order set forth in Fed. R. Civ. P. 26(f)(1) & 16(b)(2), which are tied to a defendant's service and appearance, not answer. It is also not the case that a motion to dismiss would function to stay discovery. *See U.S. v. Agri Stats, Inc.*, Case No. 23-CV-3009 (JRT/JFD), 2024 WL 3061570, at *2 (D. Minn. May 17, 2024). In fact, our experience in the District of Minnesota is that staying discovery while early dispositive motion practice is happening is a rare exception, not the rule. Moreover, Plaintiffs need immediate discovery for purposes of briefing class certification, as we foreshadowed at the preliminary-injunction hearing.

Given the foregoing, we ask that you make yourselves available for a Rule 26(f) conference early next week. If you remain unwilling, please let us know when you can be available for a meet-and-confer call, as we will raise this issue with the court via motion.

Thanks,
Ginny

**Virginia R. McCalmont**
*She, her, hers*
612-474-3320

**From:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Date:** Friday, January 23, 2026 at 3:52 PM
**To:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>, Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>, Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Cc:** Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>, Jackson Evert <jevert@forsgrenfisher.com>, Rebecca Rogers <rrogers@forsgrenfisher.com>, Kyle W. Wislocky <KWW@ciresiconlin.com>, Jacob F. Siegel <jfs@ciresiconlin.com>, Alicia Granse <agranse@aclu-mn.org>, Terri Nelson <tnelson@aclu-mn.org>, Catherine Ahlin-Halverson <cahlin@aclu-mn.org>, Kevin Riach <kevin@riachdefense.com>
**Subject:** RE: Tincher/DHS - service and Rule 26(f) conference

> You don't often get email from jeremy.s.newman@usdoj.gov. Learn why this is important

Counsel,

Thank you for sending the link to the video.  We were able to access it, and we accept electronic service.

Regarding your request to schedule a Rule 26(f) conference, holding a Rule 26(f) conference and beginning merits discovery at this point would be premature.  Defendants have not even responded to the Complaint.  A Rule 26(f) conference should wait until after Defendants respond to the Complaint, and in the event Defendants respond by filing a Rule 12 motion, the Court rules on such a motion.

Sincerely,
Jeremy

**Jeremy S.B. Newman**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
Email: jeremy.s.newman@usdoj.gov
Phone: (202) 532-3114

---

**From:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>
**Sent:** Thursday, January 22, 2026 10:12 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Cc:** Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>; Jackson Evert <jevert@forsgrenfisher.com>; Rebecca Rogers <rrogers@forsgrenfisher.com>; Kyle W. Wislocky <KWW@ciresiconlin.com>; Jacob F. Siegel <jfs@ciresiconlin.com>; Alicia Granse <agranse@aclu-mn.org>; Terri Nelson <tnelson@aclu-mn.org>; Catherine Ahlin-Halverson <cahlin@aclu-mn.org>; Kevin Riach <kevin@riachdefense.com>
**Subject:** [EXTERNAL] Tincher/DHS - service and Rule 26(f) conference

Andrew, Jeremy, Kathleen -

The video attached as Exhibit A to the Second Declaration of Lucia Webb, which will be conventionally filed, is available at the link below:

https://forsgrenfisher.box.com/s/wo3ipgbd7qlyixx94pl1biale1v9brtb

Could you please confirm whether electronic service through this email is sufficient, or whether you require service of a flash drive by mail as well?

Separately, please let us know a few times early next week when you can be available for a Rule 26(f) discovery conference.

Thanks,
Ginny

**Virginia R. McCalmont**
*She, her, hers*
**Forsgren Fisher McCalmont DeMarea Tysver LLP**
Capella Tower, 225 South Sixth Street, Suite 1500
Minneapolis, MN 55402
612-474-3320
forsgrenfisher.com
Bio // LinkedIn