# EXHIBIT B

| | |
|---|---|
| **Subject:** | RE: Tincher v. Noem - Meet and confer |
| **Date:** | Friday, February 6, 2026 at 2:40:47 PM Central Standard Time |
| **From:** | Newman , Jeremy S. (CIV) |
| **To:** | Virginia R. McCalmont, Caitlinrose H. Fisher, Jackson Evert, Rebecca Rogers, Kyle W. Wislocky, Jacob F. Siegel, Alicia Granse, Terri Nelson, Catherine Ahlin-Halverson, Kevin Riach |
| **CC:** | Jacobs, Kathleen C (CIV), Warden, Andrew (CIV) |

Ginny,

Thank you for taking the time to meet and confer with me yesterday. I am writing to update you on Defendants' proposal, which we will convey to the Court by letter on Monday. We intend to propose that the district court should stay further proceedings until the Eighth Circuit resolves Defendants' pending appeal of the Court's preliminary injunction. Following issuance of the Eighth Circuit's decision, the Court should set a briefing schedule for Defendants' motion to dismiss the operative complaint (which would be the First Amended Complaint, if the Plaintiffs amend as you indicated yesterday that they intend to do). Discovery should not begin until after the district court resolves the motion to dismiss.

I'm not sure if it's necessary, but if you would like to discuss further by phone, I can make myself available.

Jeremy

**From:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>
**Sent:** Wednesday, February 4, 2026 1:56 PM
**To:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>; Jackson Evert <jevert@forsgrenfisher.com>; Rebecca Rogers <rrogers@forsgrenfisher.com>; Kyle W. Wislocky <KWW@ciresiconlin.com>; Jacob F. Siegel <jfs@ciresiconlin.com>; Alicia Granse <agranse@aclu-mn.org>; Terri Nelson <tnelson@aclu-mn.org>; Catherine Ahlin-Halverson <cahlin@aclu-mn.org>; Kevin Riach <kevin@riachdefense.com>
**Cc:** Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Tincher v. Noem - Meet and confer

Hi Jeremy,

Understood and agreed. I'll try you on my lunch break tomorrow.

Thanks,
Ginny

**Virginia R. McCalmont**
*She, her, hers*
612-474-3320

**From:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Date:** Wednesday, February 4, 2026 at 12:42 PM
**To:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>, Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>, Jackson Evert <jevert@forsgrenfisher.com>, Rebecca Rogers <rrogers@forsgrenfisher.com>, Kyle W. Wislocky <KWW@ciresiconlin.com>, Jacob F. Siegel <jfs@ciresiconlin.com>, Alicia Granse <agranse@aclu-mn.org>, Terri Nelson <tnelson@aclu-mn.org>, Catherine Ahlin-Halverson <cahlin@aclu-mn.org>, Kevin Riach <kevin@riachdefense.com>
**Cc:** Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>, Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Tincher v. Noem - Meet and confer

Ginny,

Thanks for responding. Let's try to work in a meet and confer during your lunch break tomorrow. I expect that I'll be available. That said, I know that deposition days are always a bit unpredictable, so if that doesn't work out for some reason, I should be able to make time either tomorrow night or Friday morning. I suspect that this meet and confer will cover much of the same ground as our meet and confer last week, so hopefully it won't take too long.

Jeremy

**Jeremy S.B. Newman**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
Email: jeremy.s.newman@usdoj.gov
Phone: (202) 532-3114

**From:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>
**Sent:** Wednesday, February 4, 2026 1:19 PM
**To:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>; Jackson Evert <jevert@forsgrenfisher.com>; Rebecca Rogers <rrogers@forsgrenfisher.com>; Kyle W. Wislocky <KWW@ciresiconlin.com>; Jacob F. Siegel <jfs@ciresiconlin.com>; Alicia Granse <agranse@aclu-mn.org>; Terri Nelson <tnelson@aclu-mn.org>; Catherine Ahlin-Halverson <cahlin@aclu-mn.org>; Kevin Riach <kevin@riachdefense.com>
**Cc:** Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Tincher v. Noem - Meet and confer

Hi Jeremy,

I'm in a deposition tomorrow and thus have somewhat uncertain availability. I expect I'll be available over the lunch hour, but I'm not sure precisely when. Would it work for me to call you when we break for lunch sometime around noon CT?

Alternatively, I'd be happy to speak early in the morning (7:30 am CT) or evening (after 8 pm CT) tomorrow. I'm also available Friday from 7:30 am - 9:30 am CT or 1-4 pm CT.

Thanks,
Ginny

**Virginia R. McCalmont**
*She, her, hers*
612-474-3320

**From:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Date:** Wednesday, February 4, 2026 at 10:08 AM
**To:** Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>, Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>, Jackson Evert <jevert@forsgrenfisher.com>, Rebecca Rogers <rrogers@forsgrenfisher.com>, Kyle W. Wislocky <KWW@ciresiconlin.com>, Jacob F. Siegel <jfs@ciresiconlin.com>, Alicia Granse <agranse@aclu-mn.org>, Terri Nelson <tnelson@aclu-mn.org>, Catherine Ahlin-Halverson <cahlin@aclu-mn.org>, Kevin Riach <kevin@riachdefense.com>
**Cc:** Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>, Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Tincher v. Noem - Meet and confer

Counsel,

Pursuant to the Court's order in Tincher v. Noem that the parties meet and confer on next steps, we are available tomorrow any time 11 AM ET / 10 AM CT or later. Please let us know what works for you.

Jeremy

**Jeremy S.B. Newman**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
Email: jeremy.s.newman@usdoj.gov
Phone: (202) 532-3114