UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, et al., *on behalf of themselves and all others similarly situated*, | No. 25-cv-4669 (KMM/DTS) |
| Plaintiffs, | |
| v. | CASE MANAGEMENT ORDER |
| KRISTI NOEM, et al., | |
| Defendants. | |

---

On February 2, 2026, the Court ordered the parties to meet and confer about the next steps in this litigation (Dkt. 119), and because they could not agree on most issues, the parties filed separate letters setting forth their respective positions (Dkt. 130, 133). Having reviewed the letters, the Court issues the following Case Management Order.

1. Defendants' request for the Court to stay this matter entirely pending the outcome of the appeal of the Court's entry of a preliminary injunction is **DENIED** without prejudice at this time. Although the Court is aware that it has the authority to stay a case pending a decision by the Eighth Circuit Court of Appeals, it is not required to do so. Indeed, the Eighth Circuit has made clear that such a stay is not mandatory. *Janousek v. Doyle*, 313 F.2d 916, 920 (8th Cir. 1963) (per curiam) (explaining that the filing of a notice of appeal from an order disposing of a motion for a preliminary injunction "does not … operate to automatically stay other proceedings in the cause pending the appeal").

2. Plaintiffs' request to take expedited discovery related to the issue of class-certification is **DENIED.** At this time, the Court finds that discovery relating to class-certification should not take place ahead of filing the motion to dismiss.

3. Consistent with Plaintiffs' representation that they intend to file an amended pleading "sometime this week" (Dkt. 133 at 2), Plaintiffs shall file a First Amended Complaint **on or before February 13, 2026**.

4. Defendants shall answer or otherwise respond to the First Amended Complaint **on or before February 27, 2026**.

5. Defendants represent that they intend to file a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. Plaintiffs anticipate that Defendants will argue that Plaintiffs lack standing to pursue their claims for prospective injunctive relief and wish to take discovery relevant to the issue of standing. Plaintiffs may file a motion to take discovery related to standing at any time, **but it must be filed on or before March 6, 2026**. Briefing on such a discovery motion will proceed according to D. Minn. LR 7.1(b). If Plaintiffs file such a motion, their deadline to respond to the motion to dismiss will be postponed until further order of the Court.

**SO ORDERED.**

Date: February 11, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge
