UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>         Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>         Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF JOHN ABERNATHY** |

---

I, John Abernathy, declare as follows:

1. I am a resident of Minnetonka, Minnesota, where I have lived for the past 20 years. I am 61 years old. I currently work as a handyman. Previously, I worked as

a professional photographer. I'm still an independent photographer and document major public events like protests, including protests and riots in Minneapolis after the killing of George Floyd in 2020. I think it is important to document events like these to help ensure the public sees what is really happening in our community. I share my photos and video of these events publicly, including via social media. I have included some of my photos below. Some of the timing estimates I provide below are based on data associated with my photos.

2. On January 15, 2026, sometime around noon, I went to the Whipple building to photograph what I heard would be a veteran-led protest against federal immigration activity in Minnesota. I had multiple pieces of camera equipment with me and two bags, including a distinctive purple one. At various times that day, I took photos with a camera in one hand while I also livestreamed video of the events to social media using my phone in the other hand.

3. When I arrived, I saw a large group of protesters across the street from the Whipple building. They were yelling and carrying flags and signs. Many were standing on the snow-covered grassy area across the street. Some stood in the street, and occasionally some of them went farther into the street towards the gate where cars could drive to the Whipple building. I also saw two squad cars and approximately four agents nearby who seemed to be watching to make sure protesters did not interfere with traffic in and out of the gate.

4. At some point around 12:36pm, a large group of agents—I'd estimate somewhere between 60 and 100—came out of the Whipple building. They came near where the squad cars were and were in formation in multiple rows as they walked out to the street. About a minute later, at approximately 12:37pm, they formed a line directly across the street from where the protesters were. In the center were agents dressed in what looked like black uniforms and whose vests and sleeves had markings on them identifying them as Customs and Border Protection (CBP) agents. On either end of the line from them were agents dressed in green, at least some of whom had markings that said "federal officer" and "BOP" identifying them as being federal officers from the Bureau of Prisons. There may have also been Immigrations and Customs Enforcement (ICE) agents among them. I noticed the agents had helmets, goggles, and gasmasks on, and were carrying batons, pepper bullet guns, batons, and sidearms, among other things. Their arrival felt

like a show of force and seemed unnecessary given the scope and nature of the protest. I did not see protesters throw anything or use force towards agents.



5. After these agents showed up, it felt like the energy level escalated. About two minutes after lining up in front of protesters, at approximately 12:39pm, agents began pushing protesters back. This began a pattern of pushbacks—all of the sudden pushing protesters off the street onto the ground, into the grass or snow, or into the entry to the driveway opposite the Whipple building. Then agents would retreat, eventually leaving some of the protesters to come back into the street. Photos of examples of some of this activity are provided below. Even though there were some protestors in the street, vehicles were able to enter and leave through the Whipple building gate throughout the time I was there.





6. Agents were back in line at around 12:42pm or 12:43pm. At approximately 12:44pm, I saw approximately four men coming from the left side of the Whipple building on the Whipple building side of the street. They caught my eye because they were entering from a side of the building or street that few, if any, protestors seemed to arrive by. They walked noticeably closer—within a couple of feet—to the agents than other protestors. I was surprised at how close they were to the agents and how comfortable next to the agents they seemed, given that they were carrying canisters of what looked like bear spray or pepper spray and large American flags in their hands. I noticed that the agents made no move towards the four men or to take their bear spray or flags. I heard the men threaten to spray the crowd with the bear spray. They seemed to be taunting the protestors, saying things along the lines of, "Why don't you like America?" and "If you come closer, I'm going to spray you." I later recognized one of the men at right-wing influencer Jake Lang's event in Minneapolis on January 17, 2026, where he appeared to be guarding Lang. Photos and other information I found in media later identified three of the men I saw at the Whipple building as "Zak X," "Jayden Scott," and "Gregor." I have been unable to find any identifying information for the fourth man. The man I identified as Jayden Scott can be seen holding a megaphone and a large flag pole in the photo below.



7. As these men tried to rile up the protestors, I saw protestors encourage each other to remain calm. At some point, agents threw tear gas or a flash bang into a group of protestors. I went to photograph this as a protester tried to contain the source of the gas with a bucket. I was about 10 feet away and not near the agents. Suddenly, I was shot twice by what I thought were pepper bullets from the white marks on my pants where I was shot. One hit my outer thigh below my hip, the other just above my knee on my inner thigh. It hurt like hell and I felt like I needed to move to another area of the protest, even though I knew it probably would not improve my overall safety given how the agents seemed to be escalating things.

8. At some point around 12:50pm or so, I saw the man I later identified as Jayden Scott arguing with a protester. I noticed the bear spray in his hand was hanging loose, so I took it and tried to toss it away under a tree so no one could get sprayed with it. It ended up landing by the entry driveway across from the Whipple building. At some point later I picked it up and threw it into some trash so no one would use it. I never used the spray. I noticed Jayden looking at me as I got rid of the bear spray. He looked disappointed.

9. A short time later—at approximately 12:52pm—multiple agents encircled Jayden in a sort of huddle. It seemed like an orchestrated move. Jayden did not appear to struggle and the agents did not use any spray or force on him from what I could see. From there, the agents encircling Jayden walked with him into the Whipple building. It struck me as strange for how coordinated it seemed. Jayden had a flag with a pole that I would have thought they would see as a potential weapon, but I did not see whether agents ever took it from him.

10. By approximately 12:55pm, the agents were back in formation. I took a photo of protestors in front of the agents holding flags and signs, yelling and giving agents the finger. Then there was another pushback from the agents around 12:56pm, who pushed protesters to the ground.



11. After that, I was all the way across the street from the Whipple building, about 10 feet off the street. I did not expect agents would come up that far. At some time between approximately 12:56pm and 1:01pm, I was facing away from them, holding my camera in one hand and my phone in the other, when I was suddenly tackled to the ground by agents from behind. I think two or three of them tackled

me and that they were wearing green. I was completely surprised. I remember being on the ground, looking at it, and wondering how I got down there. I was surrounded by multiple agents and what felt like at least two knees on my back holding me down on the ground. I managed to take one last photo from the ground at approximately 1:01pm, which is provided below.



12. Agents immediately screamed at me, at least one of them yelling something like, "We got you because we saw you bear spraying" the crowd, which he referred to as "your own people." I said something like, "No I didn't," but they insisted I had. The language the agent used was notable to me. I was clearly not there protesting or there with other people. I was there as an independent photographer to document the events. There were other photographers and journalists around documenting the protest, too. I had the impression that I was targeted by the agents for having taken Jayden's bear spray away.

13. The agents kept yelling, including instructions to get my arms behind my back while I was being knelt on. My elbows were sort of pinned under my body making it difficult to move and it felt like they weren't trying very hard to help move my

arms behind me. I could see another photographer, who I later learned was Pierre Lavie, taking pictures of what was happening to me from between the agents' legs.[1]

14. I remember an agent trying to pull my phone from my hand and feeling what I thought was another agent's hand on that same arm. I was worried about what would happen if agents got to my camera and phone, so I threw them towards the other photographer. The phone did not go far; I saw an agent's green boot step hard on my phone immediately and I put my head down on the ground, dejected. I later learned that the photographer, Lavie, managed to grab my camera. He also managed to grab my phone before the agent could stomp on it more and destroy it. Both were eventually returned to me that same day, as described below, which is why I am able to provide the images above. I think I was able to photograph the protest for about 56 minutes before I was tackled, based on my camera's data.

15. At some point, agents deployed what I thought was tear gas within close range of my face. I remember there being a dark cloud and it suddenly became very hard to see. I had a gas mask on originally, but after I was tackled I had neither it nor my hat on anymore. As the tear gas thickened, I was struggling to breathe. I remember thinking I had maybe three breaths left in me, and then I knew something was going to happen and soon. I felt like I was going to pass out or vomit. I remember in desperation yelling out my name and then, "I can't breathe." The second that came out of my mouth I thought of George Floyd, and then I thought something like, "Oh shit, this is getting real."

16. Multiple agents were still surrounding me and pinning me to the ground. I wasn't struggling with the agents or trying to get away. My face was down on the ground and I couldn't breathe. Then I remember seeing a hand coming around towards my face as I was looking at the ground or slightly forward, and then that hand started spraying pepper spray directly in my right eye and on my face. Another photographer took a photo of me shortly after I was sprayed in the eye.[2]

---

[1] Lavie's images have been reproduced by media outlets, including here: Jeremy Gray, "Photographer Tosses His Leica Away From ICE as He's Tackled to the Ground" (January 20, 2026) <https://petapixel.com/2026/01/20/photographer-tosses-his-leica-away-from-ice-as-hes-tackled-to-the-ground/>.
[2] The photo is credited to John Locher and available in: Associated Press, "Photos of tensions between federal officers and locals in Minneapolis" (January 17, 2026)

17. The pain from the spray was excruciating. I felt 100% defenseless. I remember saying "ok" and trying to put my hands behind me to get the agents to see how defenseless I was. Then agents handcuffed me and stood me up. I later learned that data from Lavie's photos reflected that between the time I was tackled to when I was handcuffed was less than approximately 10 seconds, which seems insane to me. It felt like time slowed down as I experienced all of it.

18. Agents began to take me to the Whipple building. I couldn't see much at all at first, but I could tell I was surrounded by agents. My eyes and skin were burning intensely, and I was still gagging and struggling to breathe from the tear gas. Agents had to tell me where the curb and objects to avoid were because I could not see them. It felt like trying to see through a layer of Vaseline. I could tell we were heading to the Whipple building as agents took me down the entry road, onto a curb or sidewalk and into the front door. We went through a door, then walked further about 10 or 15 feet towards a metal detector with a security screening area and a guard standing by it. The pain remained but I began to regain my vision over time.

19. Agents sat me down on a stone bench in an entryway area. I was handcuffed. I was not offered medical attention. At no point throughout my encounters with agents that day did any of them read me my *Miranda* rights. An agent started questioning me. I couldn't answer questions anyway because I was in complete agony, only able to moan. At that point, an agent on either side of me and a third agent who was bald with a tan head took what seemed like a water bottle with knife holes in the cap to wash out my eyes and wiped my face with wet wipes. They walked me back to the bench area, still handcuffed. The bald agent asked what my purpose was in being there. I told him I was a photographer, not a protester. I asked the agent why I was being held and he said something like, "We'll get to that."

20. The agent said they had video of me "bear spraying your own people" or something to that effect. I said they didn't—they couldn't have since I hadn't sprayed anyone. He insisted they did. I asked him to show me the video and he responded with something like, "We can't." Then he said something like he would "go easy" on me and the "best possible outcome" would be what he was doing,

---

<https://apnews.com/photo-gallery/police-immigration-protest-federal-enforcement-tear-gas-c27dd145ded712285f353fb41680fe7c>.

which was writing me a violation notice for impeding or obstructing normal access. The yellow citation he gave me said "Central Violations Bureau" on it. I was told I would get a letter within 30 days with a court date on it and if I did not appear, a warrant would be issued for my arrest. I don't know how I could have been impeding or obstructing anything—I was never standing in any one place for more than a matter of seconds while I was photographing the protest. By contrast, the four men I saw, including Jayden Scott, were standing in the middle of the street throughout the protest.

21. The agents then searched me, emptying my pockets, and took everything out of my bags. I had the impression they weren't very careful in searching me—they didn't check multiple areas of my body, including my boots. They took my stuff and put it in a clear plastic bag.

22. I noticed I was sitting next to someone I later identified as Zak X. I overheard what seemed like a strangely casual conversation between him and the agents about him knowing he is not allowed to have a firearm on federal property. He was asked what he was carrying, and Zak answered "a Glock." It was not clear to me whether they were describing something he had done that day or prior conduct. At some point, agents went with Zak X to a corner to talk and then all came back to the bench area after.

23. I also noticed that there was a room through a doorway with no door and beyond that a wall. Throughout the time I was detained there—I'd estimate about two hours or so—I saw agents coming in and out of that room. I had the impression that it was a sort of administrative space of some kind. I noticed at one point Jayden Scott walked out of the room. It didn't look like he was being escorted or moved arm-in-arm with agents the way I had been. He wasn't handcuffed. I met his eye at one point and he seemed to be pacing or weaving around nervously. An agent then told him they should go back into the room, indicating both Jayden and Zak with him. I never saw any other detainees in that area throughout the time I was held there.

24. After about maybe two hours, an agent finally asked me if I wanted medical attention and said he could call an ambulance. I asked something like, "What is my future here if I don't?" thinking they might detain me longer if I declined. I was told I would be released. An agent struggled to get my handcuffs off, saying

something about them being too tight. I agreed, "Yeah, they're tight." Once the cuffs were off, I was given my stuff and two agents walked me out of the building all the way around the parking lot to the far end of the road where few protestors were. I went through the gate and they went back into the federal building.

25. Throughout this time, my skin and eyes kept burning and I was in pain from multiple injuries. Even though I was still in agony, I was very worried about recovering my camera and phone and the footage I had taken. I eventually got help from friends and family to track down them down. Thankfully, photographer Pierre Lavie had grabbed them for me and I was able to recover them and the footage.

26. I then went to the hospital to seek treatment for my injuries. Among other things, I was diagnosed with a chemical burn to my eye, a deep bone bruise at my elbow, and other cuts, bruises, and abrasions. The pepper bullets left large apple red marks about three to four inches across and bruising, which is visible in the photos below. I shivered uncontrollably periodically for days after. More than 10 days later, I am still in pain from multiple injuries and require medication for my eye.



27. I had to return to the Whipple building area the day after I was released because a national news outlet asked me to describe what happened to me the day before. I

felt it was important for other photographers, journalists, and anyone else watching that I share my experience, but I dreaded going back there and had a horrible PTSD-like feeling about it. I spent most of the day after the interview pacing, my mind racing. I was afraid that agents might recognize me or my purple bag that they had searched and would harm me further.

28. Since being detained, I have only been able to sleep about four or five hours a night—about half as long as I usually sleep. When I am able to sleep, it is quite poorly.  My arrest definitely felt intimidating; it seems like the agents are out of control and no one can expect what will happen as a result. Despite this uncertainty, I have still gone out to document other protests of immigration agents' activities in the area since then. I plan to keep photographing these events. People across the country need to see what's going on here to prepare before it comes to them. The world needs to see it too.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  Feb 9, 2026   in Hennepin County, State of Minnesota.

*John Abernathy*
John Abernathy (Feb 9, 2026 15:29:48 CST)
_____
JOHN ABERNATHY