UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,

Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,

Defendants.

Case No. 25-cv-04669-KMM-DTS

**DECLARATION OF JEANELLE AUSTIN**

I, Jeanelle Austin, declare as follows:

1. I am a resident of the City of Minneapolis, in Hennepin County, Minnesota.

2. I am at least 18 years old.

3. I work at Rise and Remember where I am the Executive Director.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community. I am a trained constitutional observer.

6. On January 24, 2026, at approximately 10:45 am, I learned through a neighborhood alert that ICE agents were at 26th Street and Nicollet Avenue in Minneapolis and someone had been shot. I went to the location to observe ICE agent activity.

7. When I arrived at the location perimeter (26th Street & Stevens Avenue) around 10:00 a.m., there were approximately 100 Department of Homeland Security officers (ICE agents) in the street in a line facing protesters. They had taped off both sides of 26th Street. There were also several ICE vehicles. Every ICE agent was armed and had pepper spray. I walked to 26th Street & First Avenue. About 20 minutes after I arrived, reinforcements of about 50 DHS police officers showed up in black riot gear.

8. I observed flash bangs, and they tear-gassed us. I observed several scuffles between ICE agents and observers with the agents being very aggressive and shoving observers to the ground. Many of these observers were videoing ICE agent activity. The ICE agent's aggressive behavior seemed to be in response to the observers videoing their activity. One of these incidents was near me and the ICE agent sprayed the female protester, Katie Story. Katie was sprayed in the face but not tackled. Another protester was tackled nearby.

9. When Katie turned into the crowd for help, I was concerned about putting water on her eyes to wash them out because it was so cold. And there were many other observers that were asking for water. I asked if anyone lived nearby, and Jon Boyle said that he did and we could go there to wash out Katie's eyes. Katie was at the protest with

her friend Greta Graves who videoed Katie being assaulted by the ICE agent with pepper spray. Jon, Katie, Greta and I went to Jon's home, and we helped wash Katie's eyes with milk. She planned to go to Urgent Care to receive more care for her injuries.

10. After that I went back to 26th Street & Nicollet Avenue to join peaceful protesters on the north side of 26th Street. We were tear-gassed again to push us back. I walked around the police perimeter to get to My Huong Kitchen where my friend Mike Kinman was posted up. You could smell tear gas in the air. The restaurant had turned into a triage center for protesters and press recovering from tear gas and pepper spray. I recorded video from the window as officers discharged multiple forms of ammunition against protesters who were distant from them or on sidewalks. I also recorded video of the shells of the type of ammunition they were using. DHS eventually left. Minneapolis Fire Department medics came to help a protester who had passed out and was being carried by two comrades. It was a very overwhelming day. I left the intersection at 4:30 p.m.

Signed on 1/31/2026 in Hennpin County, State of Minnesota.

Signed by:
526A9D171AD0471...
Jeanelle Austin