UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF MEGAN BERKLEY** |

I, Megan Berkley, declare as follows:

1. I am a 46-year-old resident of the Bancroft neighborhood in South Minneapolis, Minnesota. I have lived in the area for almost 13 years. I have been a social worker in Hennepin County for more than 20 years. Specifically, I am a adult protection investigator, which means I investigate incidents of neglect and abuse of vulnerable adults. I also have a degree in criminal justice.

2. On the morning of Tuesday, January 6, 2026, I had just dropped my son off at his high school when I got chat messages about people reporting ICE activity near 13th Avenue South and East 31st street. At that intersection, I heard honking horns, yelling, and whistles, and saw people on the street recording what was happening. I also recorded what I saw with my phone. I saw an agent in a black vest marked "POLICE" "ICE" next to a white SUV parked in the middle of 13th Avenue South. The agent got into the driver's side of the white SUV, and another agent in an unmarked vest got into the passenger's side. The white SUV backed up into East 31st street to leave.

3. I was planning to turn east to head back home. After I turned onto East 31st street, I could see about five agents in black vests surrounding a person on the ground. I then saw a women in a long coat cross the street towards where the agents were. She appeared to be speaking to one of the agents, her arms at her sides while the agent gestured. I could not hear what was said, but the woman appeared calm. Out of nowhere, a different agent pushed her forcefully, knocking her to the ground. More cars started moving, so I stopped filming. As I drove away, I saw the woman apply snow to her face by one of her eyes.

4. As a social worker, I interact with all kinds of people who have a wide spectrum of feelings and emotions. The woman the agent pushed seemed to be acting about as calm and peaceful as a person can be. The agent's aggression was absolutely unnecessary and just escalates things further. What I saw shocked and angered me. I don't want to be someone who's just sitting at home, watching what's happening online, and feeling helpless as our government terrorizes us, puts our communities under siege, and tells us that the things we see, we didn't see, and the things we heard, we didn't hear. I will keep observing to protect my community and our rights.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on     January 11, 2026    in Hennepin County, State of Minnesota.

Megan Berkley (Jan 11, 2026 17:41:21 CST)

MEGAN BERKLEY