UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF TAYLOR BURKS** |

## DECLARATION OF TAYLOR BURKS

I, Taylor Burks, pursuant to 28 U.S.C § 1746, declare as follows:

1. My name is Taylor Burks. I am a citizen of the United States.

2. I work for union IATSE local 13. I am an AV tech. I have lived in Minneapolis since 2016.

3. I have been active in the protests that have happened since Operation Metro Surge. I also patrol my neighborhood in Uptown, Southside, and Whittier.

4. I'm doing this because I want to help my neighbors who are being targeted.

5. On January 24th, after the killing Alex Pretti, probably 40 minutes after it happened, I showed up to the site of where it happened. Probably around 10am.

6. I walked to the police tape where demonstrators and police were.

7. I was standing near the front door of YESS Yoga. An immigration officer pulled out of the alley at the end of the building. I was at least 30 feet away.

8. The officer started screaming at the people on the street. He was out of his car. He was saying something like "back the fuck up" but he seemed unhinged, he seemed overly aggressive. People weren't blocking him in, they were just walking down the sidewalk. I thought he wanted to start something.

9. I yelled "fuck you" to him. He turned his attention to me and ran toward me. He was wearing his mask. He walked up to me brandishing his baton yelling for me to back up.

10. As he approached, I backed up and said that I was nowhere near his car and was on the sidewalk.

11. The officer then hit me two times in the torso and one final hit on the side of my left knee with his baton.

12. Other ICE agents came to talk to him and try to separate him from me. Instead, he struck me on my knee and then walked away.

13. When I got home, my knee was really hurting and swelled up. I waited to see if would get better but I eventually went to the hospital on Monday.

14. I was put on crutches for ten days. I didn't go to work while I was on crutches.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 6, 2026

*[signature]*

Taylor Burks

2