UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF DAVID BURNS** |

I, David Burns, declare as follows:

1. I am a 44-year-old resident of Roseville, Minnesota, where I have lived for more than three years. I am a transportation planner and a father.

2. Over the past few weeks, I have grown increasingly concerned with U.S. Immigration and Customs Enforcement ("ICE") activity in the Twin Cities area, especially

around my daughter's school in West St. Paul, Minnesota. I have also been on alert for suspicious vehicles in the neighborhood. Due to this activity, I began carrying a whistle with me in case I encountered federal agents.

3. On January 13, 2026, at or around 9:20 a.m., I dropped my daughter off at her school. After dropping her off, I began driving towards a shopping center, Signal Hills in West St. Paul, approximately two blocks away from the school to see if there was any activity that may potentially expose my daughter to ICE agents. I had suspected that ICE frequently parked in this lot.

4. I noticed a white Jeep Grand Cherokee parked in the shopping center lot at 1201 South Robert Street, West St Paul, Minnesota 55118 that did not have a front license plate, and the back license plate was blacked out and not readable. Two individuals, who appeared to be ICE agents based on the insignia on their vests, sat in the front seat of the Jeep Grand Cherokee. I drove into the lot and parked my vehicle 2-3 spots away from the Jeep Grand Cherokee to exercise my first amendment rights to observe the ICE agents. I made sure to park a safe distance away so as not to interfere with any ongoing activity.

5. After sitting in my vehicle for a few moments, the ICE agents appeared to become agitated and indicated for me to roll down my window.

6. I complied with the ICE agents' instructions to roll down my window and was immediately subjected to hostile, derogatory, and intimidating behavior by the ICE agents. As the ICE agents' behaviors and insults escalated, I became nervous and started to attempt to drive away. As I began to vacate the parking lot due to the unexpectedly hostile behavior, an agent began to mock me by calling me "an old one." At this point I became

extremely nervous and began recording the interaction on my phone. After I started recording, the ICE agents' behavior escalated even further, and they became more hostile. One ICE agent started mocking me and stated, "Blow your whistle! Blow it all you want!"

7. At this point, I did begin blowing my whistle as I was sitting in my vehicle by myself and I wanted to alert anyone else who may be around of a potential ICE interaction. The ICE agents began laughing and clapping their hands after I blew my whistle

8. I yelled back at the ICE agent, "what did you say?" and was troubled by how hostile, aggressive, and unprofessional they were being as law enforcement officers.

9. It was at this point that I felt an immediate need to remove myself from the situation as there did not appear to be any ongoing activity and the agents were acting in an unprofessional manner. I stopped recording and began driving away. As I started driving away, the ICE agents immediately trailed me, causing me to stop the car prior to exiting the parking lot. Their vehicle got within one foot of the rear of my vehicle. At this point, my window was still rolled down on the passenger side of my vehicle.

10. The ICE agents did not get out of their vehicle, but yelled at me "Oh, you're going to enjoy your ride!" I took this to mean that they planned to arrest me and take me for a ride in their car to a detention center. I started to become fearful as I had not done anything besides observing and briefly recording the ICE agents from my vehicle. One of the ICE agents then yelled "We'll see you on County Road B", which is the street I live on in Roseville, Minnesota. It was clear that they were trying to intimidate me by making me aware they knew where I lived.

3

11.     I quickly contacted the West St. Paul Rapid Response team, which is a group of ICE observers that are trained to document, ask about warrants, observe whether rights of individuals are being respected, and capture evidence that can protect individuals in court. The Rapid Response team helped guide me through the situation and told me to drive to the St. Paul Police Department to report my interaction, which I did.

12.     This interaction had a profound effect on me, especially the intimidation by the officers threatening that I was "going to enjoy my ride" and that they knew where I lived. These do not appear to be empty threats. Since January 13, 2026, I have noticed ICE agents parked outside of my house, which I have taken as them trying to intimidate me. It is working.

13.     Since January 13, 2026, I have not gone back out to observe ICE agents for fear they will retaliate against me or make good on their threats. My kids are also afraid to leave the house as they have noticed the effects my interaction with ICE agents has had on me.

14.     While I want to continue exercising my first amendment rights to calmly and peacefully observe what is happening in my community and think it is important, especially around my kids' school, I do not feel safe doing so at this time.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on  1/23/2026  in Ramsey County, Minnesota.

David Burns
David Burns

4