UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF MATTHEW CARLSON** |

I, Matthew Carlson, declare as follows:

1. I am 41 years old and a resident of Minneapolis, where I have lived for over 20 years. I work in child care.
2. On January 9, 2026, I was driving to meet up with a friend when I saw a vehicle drive past me that I believed was an ICE vehicle. I decided to follow it as it drove through the neighborhood. I was worried because of all of the illegal actions of ICE agents that I have seen documented over the last few weeks. I felt that it was important to exercise my First Amendment rights to protect against those kind of abuses.
3. A couple of blocks from my apartment building, the vehicle I was following pulled over to the side of the road, so I pulled over behind it. Then a second vehicle, which I also believed to be an ICE vehicle, pulled up next to the driver's side of my car. There was no vehicle behind me, but I was afraid to move my car. I felt trapped.
4. After sitting there for a few minutes, the vehicles drove away, and I continued driving behind them. At that point, I still didn't know for sure that they were driven by ICE agents, but the vehicles were acting strangely and had boxed me in, so I was concerned about what they would do next.
5. I honked at various points while I was driving behind the vehicles and while I was stopped. I honked because I wanted other people to know that ICE was in the neighborhood driving dangerously and potentially engaging in illegal activity. I also honked because I feared for my own safety and I was trying to make sure other people were watching what was happening. I don't trust ICE agents to respect my rights, so I have to count on community to keep me safe.
6. The vehicles drove in circles around my neighborhood for a while. They then pulled over again on the side of a narrow road. I stopped behind them because I wanted to continue observing what they were doing and because it felt unsafe to keep driving once they stopped. Two masked ICE agents got out of a truck. One approached my driver's side window, and the other stood in front of my car. The one next to my window was holding a cell phone, which I believe he was using to record me. He knocked on my window and said something about a warning. I believe that he was telling me to stop following them. He then walked to the front of my car and recorded my license plate with his phone. Neither agent identified themselves or showed me any badges.
7. When the agents drove away, I continued to drive behind them. They eventually stopped again on Hiawatha Avenue in the left lane. I stopped behind them, and another ICE vehicle parked behind me. I also noticed there was another observer vehicle nearby.
8. Several agents got out of their vehicles and started yelling at me to get out of my car. They again did not identify themselves or tell me why I was being ordered out, so I stayed in my car. The agents then used batons to break my front driver's side and passenger windows. The agents pulled me out of my car, pushed me on the ground, handcuffed me, and made me get into their vehicle.
9. The agents drove me to the Whipple Building. Along the way, they ran at least one red light without any sirens or emergency lights. It seemed like they tried to turn the

emergency lights on, but couldn't figure out how to do it until we were already halfway through the intersection. Their dangerous driving made me fear for my safety.

10. I asked repeatedly why I had been arrested, but they did not tell me. I asked for their names and badge numbers, but they did not tell me those either. Instead, they questioned me, asking things like, "Why are you all doing this?" I didn't answer their questions.

11. When we drove behind the Whipple Building, the agent sitting in the back seat with me put his hand over my eyes so that I couldn't see where we were going. He seemed to get tired of that after a while, so then he just ordered me to look down and not look up until he told me I could. There was something very chilling about that. It felt ominous, like there was some kind of big secret at the Whipple Building that an observer shouldn't be able to see or talk about. I had felt, up until that point, that my rights would be respected. But that is the point that I realized that the rules could change at any moment.

12. We parked somewhere behind the Whipple Building and walked into the building. I walked with my head down because the agent hadn't yet told me I could lift my head up. At some point, another agent came up and started talking to me. It seemed like the order was forgotten, so I started looking around. We were in a big warehouse space with a lot of other people around. There were dozens of agents and other detainees lined up against the walls.

13. I was handed off to a new agent for processing and didn't see the arresting agents again. The agent processing me asked me for my information and told me that there was a hard way and an easy way to "do this." I gave him my driver's license. While I was standing there being processed, the agent standing with me changed repeatedly. Each time a new agent came to hold my arm and stand with me, I asked why I had been arrested. Nobody told me. I also told them I wanted to talk to a lawyer. The agents would either not respond or say that it would happen later. Throughout my time in custody, I had this conversation with approximately 10 different agents.

14. In this warehouse space, United States citizens and non-citizens were getting processed differently. Twenty people who appeared to be immigrants were lined up against one wall. One of them was bruised and bloody and appeared to need medical attention. The citizens were lined up against a different wall.

15. The agents went back and forth between trying to be nice to me and ridiculing me when I wouldn't answer questions. All the agents were joking with each other. It felt strange that they were acting like it was just an ordinary workplace.

16. After I was done being processed in the warehouse space, I was brought into another room and placed in ankle shackles. The people working at the detention facility seemed to need paperwork from my arresting agent, but they couldn't find him because he had left. I was then taken to a final cell, where I remained for the rest of my time in custody, except when I was taken for questioning by two HSI agents.

17. When I met with the HSI agents, they read my rights to me one by one and asked me to say "yes" to show that I understood each right. The last question they asked me was "do

you agree to waive your rights?" That felt like a trick – it seemed like they were hoping that I would say yes to that because I had said yes to everything else. I said I would not waive my rights and asked again why I was detained. I also asked again for a lawyer. An agent told me that I could call a lawyer, but that he would need to dial the number for me because it wasn't possible for me to do it myself. I told him that I would feel more comfortable dialing the number myself. He said he would check to see if I could do it myself, but he never came back. I was never able to call for a lawyer. I did not meet with a lawyer while in custody.

18. I was ultimately detained for approximately 3 hours. When I was released, agents walked me out to the lobby of the Whipple Building, gave me my belongings back, and released me. I realized later that they kept my driver's license.
19. I am angry about what happened. My family and friends were very worried for my safety and didn't know where I was during the time I was detained. I am also worried for my safety now that the government knows who I am and where I live. I have not stayed at my apartment since I was detained because I am afraid.
20. I will continue observing and protesting, but I am feeling a lot more cautious about exercising my First Amendment rights after being detained by ICE agents.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on ____1/28/2026____ in Hennepin County, State of Minnesota.

_____
NAME