UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF TODD DAHLSTROM** |

I, Todd Dahlstrom, declare as follows:

1. I am a 60-year-old resident of Saint Paul, Minnesota, where I have lived for about 17 years. I work for the AFL-CIO.

2. On January 8, 2026, I was serving as a volunteer marshal and security person at a protest at the Whipple Building. I decided to support the protest because I want to push back on the authoritarian takeover of our country and stand up for our First Amendment rights. I also wanted to be there to help deescalate any conflict and keep everyone safe.

3. I arrived at the Whipple Building around 6:30 a.m. The protest began around 7:00 a.m. and lasted for approximately one hour. The whole time I was at the Whipple Building, I was wearing a high visibility vest and I was instructing and guiding people in the crowd. It was clear that I was one of the people in charge of the protest and that I was working to keep the protest calm and orderly.

4. After the protest ended, some people lingered, so I walked around with another marshal to announce that the demonstration had ended and encourage people to leave. Around 9:00 a.m., I encountered a right-wing agitator with a camera crew. He was saying inflammatory things, and it seemed like his goal was to upset the people around him. Some members of the crowd were getting up his face and pushing him. I, along with the other marshal, interceded because we thought he was potentially in danger. We told him that and offered to escort him safely away from the crowd. He agreed and we walked him close to his car so he could leave. Instead of leaving, the agitator came back toward the crowd, and the other marshal and I again interceded to ask him to leave for his own safety.

5. While we were talking with the agitator, I was standing on the driveway of the parking lot that is located across the street from the Whipple Building. A line of masked, armed ICE agents in full tactical gear were standing behind me in the street. While my back was turned to the agents, an agent shoved me from behind. The next thing I knew, I was laying on the ground face first. The other marshal was also assaulted: agents grabbed her by the neck and pulled her arm behind her back. As soon as we could, we both quickly retreated away from the agents. They did not follow us. I immediately felt pain in my lower back.

6. When the ICE agent assaulted me, my back was turned to them. I had no weapons, I was not engaging with any of the agents, and I posed no threat. I was attempting to deescalate a volatile situation, and there was no reason to attack me. I don't know exactly which agent it was that assaulted me because they came at me from behind. But it seemed to me that the agent was trying to protect the right-wing agitator, but the agent never engaged

directly with that person. That wasn't necessary because I was already trying to help and protect that person.

7. I have been marshalling and doing security at protests and demonstrations for decades. I have never been assaulted. I am trained in deescalation, and that is what I was doing with the agitator at the time the ICE agent assaulted me.

8. Since this incident, I have continued to suffer from lower back pain. I have not yet gone to the doctor, but I have an appointment scheduled soon because the pain is lingering. I have had difficulty walking and performing regular activities for several weeks. More significant than that is the trauma of being attacked by my own government. I haven't even had time to really process that trauma. I am concerned for my safety and my family's safety because ICE agents know who I am and what I look like.

9. I plan to continue protesting and observing ICE activities. The federal government shouldn't be able to come to Minnesota and violate our rights.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  Jan 27, 2026  in Ramsey County, State of Minnesota.

_____
NAME