UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals,* | Court File No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | **DECLARATION OF REBECCA J. DANKOWSKI** |
| Defendants. | |

---

I, Rebecca J. Dankowski, state as follows:

1.     I am 56 years old, I am the co-owner of a home staging company and I am a resident of Minneapolis, Minnesota.

2.     On the morning of Saturday, January 10th, I followed a caravan of people to the Cedar-Riverside area in front of the Brian Coyle Center.

3.     There were about four to five ICE vehicles parked outside.

4.      I was sitting in my car honking and whistling to alert others to the presence of ICE, when one of the ICE agents pulled up beside me in their vehicle.

5.      He told me that he would smash out my windows and drag me out of my car if I did not leave.

6.      This incident left me feeling scared, but I felt safer because I was in a large group of people.

7.      Later that day, around mid-afternoon, I followed another caravan of cars that were heading East down Franklin.

8.      During this, I observed 4 to 5 ICE agents in their vehicles. They got out of their vehicles and walked around, but they did not do anything.

9.      They proceeded to get back into their vehicles, and they split up into two groups that went into separate directions.

10.     I followed one group of ICE vehicles in my car.

11.     I quietly followed them, staying about a half block behind them.

12.     The ICE agents drove through an unpopulated residential neighborhood.

13.     As I was driving, an ICE vehicle pulled out in front of me, blocking the flow of traffic on the street.

14.     Two agents then got out of the car and came to my window and said that I needed to stop following them and to leave.

15.     I said that I was not doing anything wrong and that I live here.

16.     After this encounter, the agents got back in their car and proceeded to back up within mere inches of hitting my car.

17.     I proceeded to try to back up, so that I could leave, however the agents backed up again, within inches of my car, stalling my attempt to exit the area.

18.     This sequence happened for about 5-7 minutes, until they finally drove away and I was able to safely leave.

19.     This situation left me feeling scared and put me on high alert for two days. My heart rate was high for two days following the events of this day.

20.     I was especially on high alert after the killing of Renee Good on January 7th, 2026.

21.     However, I will continue to peacefully protest the actions of ICE because it is my right and I believe that their actions are unlawful.

22.     They have caused irreparable damage to Minneapolis, and I'd like them to leave.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: ___1/22/2026___
County: __Hennepin__

Signed by:
Rebecca J. Dankowski
75EDE38714284E8...
Rebecca J. Dankowski

- 3 -