UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>        Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>        Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br><br>**DECLARATION OF<br>KYLE B. DEKKER** |

I, Kyle B. Dekker, state as follows:

1.      I am a 44-year-old resident of the East Side of St. Paul, Minnesota, where I have resided since 2011. I am a Marine Corps veteran and currently work both as a private security officer and as a theater professional. I have a high regard for the rule of law.

2. On the afternoon of January 10, 2026, I was monitoring a community group chat for reports of ICE activity. My friend, a fellow veteran, had connected with me with this group the day prior. I joined because I believe it is important to document the ongoing activities of the U.S. Immigration and Customs Enforcement ("ICE") agents in the Twin Cities.

3. Around 1:50 pm that afternoon, I was informed of ICE vehicles driving on White Bear Avenue on the East Side of St. Paul. I was already in the area, so I decided to commute with the ICE vehicles to observe their actions. Another observer was with me in the passenger seat. I had my dash camera running to record and document ICE activity.

4. On my way to the reported ICE sighting, I encountered a small convoy of three dark-colored SUVs. All of the cars had blacked out windows and darkened license plate covers. At least two of the three cars did not have front license plates. Based on the description of ICE behavior in my community group chat, I believed these cars were affiliated with ICE. At the time, I was also aware of one other observer following these SUVs.

5. While I was following the vehicles, the SUVs circled the neighborhood several times before stopping in front of my home in St. Paul. One of the agents got out, took a photograph of my house, and then pointed his phone back at me to take pictures of my vehicle. I perceived this to be some kind of threat. The agent then returned to the SUV, and the vehicles continued driving around the block.

6. Just around the block from my home, the convoy of SUVs stopped again. They positioned their vehicles so that my car was boxed in and I could not move. The other observer also stopped their vehicle.

7. Three agents exited their vehicles. They all wore tactical military-style dress with patches that said "ICE Police." Two of the three agents wore masks over their faces. All the agents were armed.

8. One agent approached my driver's side window and signaled for me to roll my window down. I refused because I did want to give him or any of the agents surrounding me the ability to reach inside my vehicle without authorization or a legal basis for doing so. However, I could hear the agent tell me to stop following him, and that I was interfering with him doing his job. I stated that I was not interfering with his job and that I was not going to stop following.

9. The agents returned to their vehicles, and I proceeded to follow them. The SUVs traveled along the east side of Maryland Avenue. As I continued, one of the three SUVs positioned itself directly behind my vehicle.

10. As we turned onto Orange Avenue, I was behind one ICE vehicle and being followed by another. Then suddenly from my left on Hyacinth Avenue, the third SUV from the earlier box-in even accelerated through a stop sign and drove up onto the curb beside my vehicle. It was my perception that the SUV had attempted to perform a "pit maneuver" to disable my vehicle, but missed.

11. At this point, I felt threatened. I was worried for my safety and decided to disengage from following the ICE vehicles.

12. At all times during these encounters, I remained at a safe distance and obeyed all traffic laws. I did not ignore any traffic signals or operate my car in an unsafe manner. I was merely observing activity on a public road. The only car that disobeyed traffic laws was the ICE vehicle.

13. I made and have preserved recordings of this incident via front and back cameras on my vehicle and on my cellphone. These recordings support my written testimony here.

14. Since this experience, I have felt that I am always on high alert. I find myself constantly scanning vehicles for signs that they may be affiliated with ICE. My heart aches for my community and the toll ICE has taken on my neighborhood.

15. Despite these events, I still intend to continue participating in observation activities. I believe it is my duty to my community to remain engaged and aware of the actions of federal authorities operating in our neighborhoods and to ensure those activities are recorded.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Signed on 1/27/2026 in Ramsey County, Minnesota.

By _____
   Kyle B. Dekker

- 4 -