UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Court File No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | **DECLARATION OF MAEVE DOYLE** |
| Defendants. | |

I, Maeve Doyle, state as follows:

1. I am a 32-year-old resident of Uptown in Minneapolis, Minnesota, where I have lived for 6 years. I currently work as a property manager with a disability services company. I am also an artist and muralist.

2. On the afternoon of January 17, 2026, around 4 p.m., I had just finished getting gas at a gas station on the corner of West 22nd Street and Lyndale Avenue South

when I saw a small blue Ford SUV drive past the station slowly. The windows on the SUV had a nearly completely black window tint. Because of the tinted windows and the unusual driving pattern, I suspect that the blue SUV was being used by ICE agents, who have appeared in large numbers in my neighborhood in recent weeks.

3. Instead of turning right out of the station to go home, I turned left onto 22nd Steet to follow the blue SUV. I was not sure whether the SUV was really being used by ICE, so after a couple blocks, I stopped following and pulled over on Bryant Ave South.

4. The blue SUV circled around the block and passed me again. As the vehicle passed this time, I noticed that the blue SUV was following a black SUV, which also had blacked-out windows. Because I am aware that ICE often travels in small convoys, this increased my suspicion that the vehicles were associated with ICE.

5. I decided to follow the SUVs. I drove behind the blue SUV, which in turn was driving behind the black SUV. I followed safely and at a reasonable distance, in compliance with all traffic laws. The two vehicles turned right on Lyndale off of West 25th Street and down Lyndale until, I believe, West 34th Street. The two vehicles both turned left on 34th Street and I continued to follow.

6. At the curve where 34th Street becomes Harriet Avenue, the black SUV stopped and the blue SUV kept driving. I continued to follow the blue SUV. When I was approximately halfway down the block on Harriet Avenue between 33rd and 34th Street, the black SUV (which was now behind me) turned on its siren and flashing lights and pulled me over. The blue car stopped in the street in front of me. I was surrounded.

7. At all times, I was driving safely, in compliance with the traffic laws, and under the speed limit. I remained at a safe distance from the SUVs. I was not obstructing or interfering with anyone. I was merely observing activities on a public roadway. There was no reason at all for them to pull me over.

8. Agents exited both cars. They were wearing military-style dress with "ICE Police" patches. One agent from the black SUV approached my driver's side window and knocked. The other agent from the black SUV stood behind my car. The two agents from the blue SUV stood in front of my car. The agents appeared to have guns in holsters. All agents were masked. Because the agents were standing in front, behind and on the street-side of my car, I was trapped.

9. The agent at my driver's side window asked me if there was a reason why I was following them. I replied, "yeah you guys are ICE. I'm observing." I proceeded to state, "yesterday there was an injunction; I can follow you from a safe distance." The ICE agent repeatedly interjected, stating "you cannot follow." I replied, "as of yesterday you guys were told that we are allowed [to follow]." While I was speaking to the agent at my driver's side window, one of the agents standing in front of my conspicuously drew his taser from a chest holster and held it at the ready. A true and correct image of this agent, with taser drawn, pulled from my dash camera is included below:



10. The agent at my window did not listen to me, and cited 18 USC § 111 to contend that observers are not permitted to follow ICE. He then asked me, "you understand that, correct?" I replied, "no; I am not impeding anything, I am observing." The ICE agent continued to interrupt me, asserting that I "cannot be following."

11. At this point, I informed the agent that my camera was on and recording the scene. We continued to go back and forth—the ICE agent continued to assert that I could not follow ICE and I continued to assure him that I could follow ICE to observe at a safe distance.

12. Finally, the ICE agent told me to "take this as a warning: next time you follow us [sic]… this is a warning: if you follow again, we will arrest you, got it?" As he was telling me this, I continued to state that I am a U.S. citizen, and I am able to follow them.

13. By this time, a few bystanders had come by and started to blow whistles to alert others in the area that ICE was in the vicinity.

14. The ICE agents then returned to their vehicles and continued driving. It was my belief that the interaction remained civil because I had informed the agents the situation was being recorded on my dash cam. The agents had appeared to back off at this point.

15. It is my firm impression that the ICE agents pulled me over and threatened me because they knew that I was following them in order to document their movements and disseminate that information to others in the community.

16. I continued to follow the SUVs for a few blocks, but I was aware that other observers were following, so I felt like I could pull over to give myself time to calm down. My hands were incredibly shaky, and I felt as if my brain had shut down. Even just thinking about what had happened several days after the incident, I am overcome with emotion. I feel shaky and panicked.

17. I fully intend on going back out and continuing to observe. I am afraid for myself, and know that I will continue to be afraid, but I am more afraid for my community if I do nothing.

18. This incident was not my first experience with ICE. I had previously encountered ICE at a protest at the Whipple Building on Thursday, January 15, 2026, around 12:30 pm. I went to the Whipple Building to exercise my First Amendment right to protest and express my disapproval of ICE.

19. When I arrived, there were perhaps 60 to 80 protestors spread along the sidewalk, situated opposite the Whipple Building's parking lot, on the other side of Federal

- 5 -

Drive. The agents had set up a perimeter consisting of cement barriers and tall fencing; there was a gate at the driveway where people could enter and exit. Approximately 40 agents were wearing DHS insignia, gas masks, and carrying weapons at this gate. Sometimes they would come out and engage with the protestors or push the protestors farther back.

20. I walked up to the group of protestors, and a friend joined me. We remained toward the back of the crowd on the sidewalk, basically as far back as we could be. We were chanting along with the crowd and protesting.

21. I did not observe any protestors throwing anything. There were no fireworks or fires. I saw nothing at all that could be interpreted as aggression by the protestors, nor did I see any protestors cross the perimeter at any time. As far as I saw, the protest was entirely peaceful.

22. Without warning, canisters of tear gas began landing all around us. My nose and throat were burning, so I started running away. My eyes were closed because they were burning. I finally opened my eyes again when I sensed I had reached fresh air. A bystander offered me a water bottle to pour into my eyes. It took several seconds for me to even respond to this offer because I couldn't yet get air into my lungs. I was genuinely afraid that I would not be able to continue breathing. After I flushed my eyes, I helped my friend flush her eyes as well.

23. It was my impression that the agents deployed tear gas at the crowd, not for any public safety purpose, but because they were angry at the protestors for criticizing and insulting them.

24. I feel that my community is being terrorized. Even though I am terrified, I believe I have a duty to my community to continue to observe these acts and continue to disseminate information.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 1/18/2026
County: Hennepin

Maeve Doyle