## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF CONNOR FRADENBURGH** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Connor Fradenburgh, declare as follows:

1.      I am a resident of the City of Apple Valley, in Dakota County, in the state of Minnesota.

2.      I am at least 18 years old.

3.      I work as a software engineer.

4.      I make the following declaration based on personal knowledge.

5.      I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6.      On January 17, 2026, I learned that an ICE vehicle had been seen at La Paz Market, a grocery store located at 2008 County Rd 42 W, Burnsville, Minnesota. I drove to the store at around 12:30 p.m. to be an observer and document what I saw. I parked in the La Paz Market parking lot. One other observer pulled into the parking lot at about the same time, in a separate vehicle.

7.      At the La Paz Market, I saw a vehicle driving around the parking lot. It was a black or dark blue Jeep 4x4 Sport with a Florida license plate number 50B UCF. There were two individuals in the front seats of the car. Both had masks partially covering their faces. Based on their appearance and on an online database of ICE vehicle license plates, I concluded the individuals in the vehicle were ICE agents.

8.      Below is a true and correct photo I took of this vehicle in the La Paz parking lot.



9.      After a few minutes, the ICE vehicle pulled out of the parking lot and started driving around Burnsville. I followed the vehicle, staying a couple of car lengths behind. The other observer did not follow the ICE vehicle. At one point, the ICE agent in the passenger seat turned around and appeared to take a photo of my car license plate. After approximately ten minutes of driving around Burnsville, the ICE vehicle pulled into a Kwik Trip service station located at 501 Crystal Lake Road W., Burnsville, MN 55306. I also pulled into the station and waited in my car. The ICE agents did not leave the vehicle.

10.     Approximately 10 minutes later, the ICE vehicle left the Kwik Trip and I followed it. The agents drove directly to my parents' house, which is located on a cul de sac at ████████████████████████████. As the ICE vehicle turned onto Fremont Court, there was a second vehicle waiting at the corner. This vehicle was a large, black SUV, with a white man in the driver's seat. The man, who appeared to be in his late 30s or

early 40s, was wearing a tactical vest and sunglasses. As I drove past this vehicle, the driver smiled and waved at me and then pulled in behind me. Based on the man's appearance and actions, I assumed he was an ICE agent.

11.     As I continued following the first ICE vehicle, with the second ICE vehicle behind me, it stopped directly in front of my parents' house, waited for a moment, and then continued driving to turn around at the end of the cul de sac.

12.     I continued following the first ICE vehicle, with the second ICE vehicle still behind me, as they drove to the Lakeville police department located at 9237 183rd Street W., Lakeville, MN 55044. The first ICE vehicle pulled into what appeared to be a restricted area. I did not follow but kept driving along the city streets. The second ICE vehicle followed the first into the restricted area.

13.     I interpreted the ICE agents' action of stopping in front of my parents' house as an intimidation tactic designed to prevent me from exercising my rights. This incident frightened me and has caused me to have anxiety and difficulty sleeping.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Signed on ____1/22/2026____ in Dakota County, State of Minnesota.

By___*Connor Fradenburgh*___
EA5G9C8047F0488...

Connor Fradenburgh