UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF BERGEN FUGLESTAD** |

I, Bergen Fuglestad, declare as follows:

1. I am a resident of the Longfellow neighborhood in the City of Minneapolis, County of Hennepin, Minnesota. I was born in Minneapolis and have lived in the Longfellow neighborhood since approximately 2023.

2. I am at least 18 years old.

1

3. I work as a barista. I am also a certified eating disorder recovery coach.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6. In the morning (approximately 9:45 a.m.) on January 21, 2026, I became aware that there was a suspected ICE vehicle driving around my neighborhood. I began following the suspected ICE vehicle, a white Ford Escape or similar vehicle. Until the ICE vehicle maneuvered into traffic (as I describe in the next paragraph), I was following from a distance, quietly, alone in my car. I believe two other vehicles were also following the suspected ICE vehicle.

7. At some point, someone else started honking their car horn. I don't recall what prompted the honking, and I don't remember the noise being all that loud or disruptive. Then, at the intersection of Minnehaha Avenue and East 33rd Street in Minneapolis, the vehicle I had been following did a quick turn, blocking the intersection. While that was happening, four other vehicles that I believed were driven by ICE agents came in from the front and the back, blocking all traffic. I hadn't previously been aware of these vehicles.

8. I was one car back from the suspected ICE vehicle, and when the ICE vehicle turned quickly, I was able to maneuver my car onto a side street. I got out of my car and started filming with my cell phone.

9. At some point, one of the ICE agents walked over and took a picture of my license plate. This, of course, is intimidating.

10. As I was pulling over, the ICE agents had smashed the windshield of the car behind me. They were yelling something like, "this is your one and only warning." I did not know what the "warning" was about – following the agents, filming them, etc. – and the agents did not clarify or explain or ask any questions at any time. Regardless of what the warning was for, the agents certainly didn't give anyone time to "comply."

11. Very quickly after the ICE vehicle started obstructing traffic, the agents had pulled the driver in the car behind me out of the car, and there were four or five agents on top of him, with his face down in the middle of the street. About 10-15 other agents were circling around them, to block off any citizens on the street.

12. There is a coffee shop on Minnehaha Avenue at this intersection, and there were likely community members in the coffee shop who saw ICE agents behaving this way.

13. None of the vehicles were marked as ICE or Department of Homeland Security ("DHS"). None of the agents identified themselves or showed a badge. They were wearing regular street clothes (jeans, khakis, etc.) under their gear/vests, and all had face coverings.

14. I was scared and likely shouted some profanities because it is jarring to see a community member with 4-5 federal agents kneeling on his back, but I stayed at least 20-30 feet away from the agents at all times. Much of the time, I was much farther away. There was traffic backed up down Minnehaha Avenue – it is a relatively busy street – and I was walking down the line of cars letting drivers know that ICE was obstructing traffic up ahead.

15. While I was doing this, one of the ICE vehicles drove away with the individual they had yanked out of a car after smashing the windshield. The other vehicles drove away shortly after that.

16. I was shaken by this experience. I was not obstructing any investigation, and I did not want to interact with the ICE agents at all. I just wanted to exercise my constitutional rights to observe and record because I am concerned about my community. The agents created a chaotic situation that felt unsafe.

17. Since this experience, I have felt faint and light-headed in a way I have never felt before. The whole thing made me more afraid, but also more resolved because it was just so unjust. However, I have a physical condition that means that, if I were pinned down in the way that I saw the other community member pinned down, I would have been severely injured. I have zero confidence that the agents I saw in the street would have cared about that. I continue to observe and be active in my community, but I don't feel safe going alone anymore.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 2/5/2026 in Hennepin County, Minnesota.

Bergen Fuglestad

4