UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF GRETA GRAVES** |

I, Greta Graves, declare as follows:

1. I am a resident of Minneapolis, in Hennepin County, Minnesota.

2. I am at least 18 years old.

3. I make the following declaration based on personal knowledge.

4. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community. I am a trained constitutional observer.

5. On January 24, 2026, I learned on the news that someone had been shot by an ICE agent near 26th Street and Nicollet Avenue in Minneapolis. My friend Katie Story called me and asked me to join her in observing ICE activity there.

6. We arrived at 26th Street and Nicollet Avenue at approximately 10:30 am. When Katie and I arrived, I saw pockets of crowds of protesters. I also saw that the ICE agents were in a line in the street.

7. I filmed Katie's assault by the ICE agent. We were on the sidewalk, and the ICE agents were telling people to back up, and one ICE agent was in Katie's face and I filmed him while he sprayed her directly in the face with pepper spray. Meanwhile behind the ICE agent assaulting Katie, someone else was being tackled by another ICE agent. After the ICE agent assaulted Katie, he got back in the crowd.

8. I thought the ICE agent assaulted her because we were observing the ICE agent activity. After the assault, Katie's eyes hurt and she could not see well. Jeanelle Austin and Jon Boyle were near us and said Katie could wash her eyes at Jon's house. Katie washed her eyes with milk and water and planned to go to a doctor for her injuries.

Signed on  1/27/2026  in Hennpin County, State of Minnesota.

Signed by:

_____
8E8AADBD07C7428...
Greta Graves