UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br> Defendants. | Case No. 25-cv-04669-KMM-DTS <br><br><br> **DECLARATION OF ASA HATTEN** |

I, Asa Hatten, declare as follows:

1. I am a resident of Northeast Minneapolis, Hennepin County, Minnesota, where I have lived for approximately 3.5 years. I am a sales manager at a local business.

2. I am over the age of 18.

1

3. I have been concerned about the effects of the presence of federal agents from the Department of Homeland Security (DHS) and/or Immigrations and Customs Enforcement (ICE) on my city and my neighborhood.

4. At about 2:00 p.m. on Wednesday, January 21, 2026, I traveled to the intersection of West 29th Street and Blaisdell Avenue in Minneapolis. I had received a message from my brother that DHS/ICE agents were present outside of a medical clinic at that intersection. My brother asked me to go to the area because he said he did not feel safe observing on his own. I went to the intersection to meet up with my brother and lawfully observe any ICE operations near the medical clinic.

5. When I arrived at the intersection, there were several people observing ICE inside and outside of vehicles. An ICE vehicle was blocking the intersection, so other cars were unable to get through, and traffic was backed up. I did not see any ICE agents making an effort to help with traffic.

6. I do not know what ICE was doing in this area – I did not see anything that looked like an immigration-related action going on while I was at the intersection.

7. I began recording on my phone after I arrived at the intersection.

8. At first, I saw two federal agents trying to pull someone out of his car. It looked to me like the car was stuck in the intersection (because ICE was blocking traffic), and the stoplight had cycled through multiple times with no cars moving. I saw an agent trying to open the driver's side door of the observer's vehicle. The agent got the door open and began pepper spraying the driver while the agent was trying to pull the observer out of the car. I could not hear any words being exchanged, and I did not hear any agents give any

sort of warnings. I did not and do not know the observer who was being ripped from his car.

9. Then, two more agents came over to assist the first agent, and they pulled the observer out of his car violently, by his feet. The agents dragged the observer eight feet or so by the feet while he was on his stomach. Then, more agents came over and pushed the observer down. The agents hand-cuffed the observer, continued to push the observer down, and pepper-sprayed him while he lay in the street, face down.

10. The agents then put the observer in one of their vehicles.

11. At that point, the agents began tear-gassing other observers. Myself and others were still recording the events before then, but after the tear gas, it was difficult for me to see anything else. I did not hear the agents give any warnings before they used tear gas. There were other observers in the area, and it seemed to me that people were upset by the violent encounter we had all just witnessed. From what I could tell, the agents used the tear gas because they wanted to get out of the intersection as quickly as possible. It seemed to me that the agents were not trying to de-escalate the situation, but rather escalating and then leaving as quickly as possible (with tear gas being the fastest way to get observers out of their way).

12. I could not tell what agency the agents were from. They were wearing tactical vests, but normal street clothes underneath. They were masked, and I did not see any badges. The vehicles, too, were unmarked with tinted windows. The agents never identified themselves.

13. What I witnessed – a defenseless person being subdued, face down, by multiple federal agents and then pepper-sprayed while he was pinned to the ground – has not left my mind. During the event, I almost vomited because the agents' actions were so unnecessarily violent. Now, several days later, I keep having images of myself being ripped out of my own car.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on  2/10/2026  in Hennepin County, Minnesota.

Asa Hatten