UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF KATHERINE HENLY** |

I, Katherine Henly, declare as follows:

1.  I am a resident of the Standish-Ericsson neighborhood in the City of Minneapolis, County of Hennepin, Minnesota.

2.  I am at least 18 years old.

3.  I work as a project manager.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6. On January 21, 2026 I learned that there had been significant ICE activity in my neighborhood, including an incident where another legal observer was rear-ended by an ICE car and then pulled out of their car and detained. So, when I had a break from work, I messaged our neighborhood group and a neighbor, and I went out in my car to observe the ICE activity in our neighborhood and offer any support to our community.

7. Shortly into our drive we saw a suspicious-looking vehicle that was driving around aimlessly. We sent the license plate number into our neighborhood group and were informed that it was an ICE truck.

8. We followed the car for about just a few minutes to see if they were conducting any targeted immigration actions but instead found that they were just driving back and forth aimlessly, in what felt like an attempt to intimidate and scare our neighbors.

9. While we were at a stop sign another suspicious SUV drove past us and blew past the stop sign. We again sent the license plate to the group and learned that it was also an ICE vehicle. We had been following the vehicles for just a few minutes at this time.

10. We followed both vehicles which still appeared to be driving around without a specific purpose, just to intimidate the community, when I suddenly recognized the street we had turned into, because it was my own. The ICE vehicles stopped in front of my house, and an agent stuck a professional looking camera out the window and began photographing my home extensively.

11. This seemed like a clear attempt to intimidate me and my family. We are having construction work done on our home, and I have become very scared that ICE will come back to harass the workers completing the project on my home.

12. I continued to follow the ICE vehicles for another few minutes, before the cars went in two opposite directions. We continued the way we had been going, following one of the two vehicles at a safe distance for about ten city blocks until the car blew through a stoplight, where we lawfully stopped.

13. Because of the ICE actions earlier in the day, we were able to learn from other observers where the car had gone. We caught up with them, and followed at a safe distance behind them for another two blocks. At this point another observer joined the observation, following behind us in their own car.

14. Suddenly, at a stop sign the ICE vehicle in front of us stopped and four ICE agents got out. Another ICE vehicle had pulled up behind the observer who was behind us. The agents were masked, and I could not see any visible badges. One agent began photographing us, my car, my license plate, my face, and the observer behind me, and their car. Another ICE agent approached the driver's side window, carrying a large gun, which he needed two hands to support, and a third ICE agent approached the passenger's side window and began shouting that we had to stop following because we were impeding their work.

15. We were not impeding their work, we had remained at a safe distance behind them, and the ICE agents were not conducting any immigration enforcement. Instead, they

were driving around aimlessly, in an apparent attempt to scare our neighbors, and to scare me by driving to my home.

16. Once they had taken a large number of photographs, which seemed to just be another attempt to scare me, they returned to their car and continued driving. We followed them for another few minutes before I dropped off my neighbor and returned home.

17. This experience left me extremely shaken and scared. I also have two young children, and I am worried about their safety with random masked, and heavily armed agents driving around our neighborhood, knowing where they live, sleep, and play. I am also afraid that the photos taken of me, my home, and my car will end up in a database permanently and will be used against me in the future. Lastly, I am worried that my lawful actions will be used as a pretense to harass my neighbors, and our construction workers.

18. However, I will continue to stand up for my community and neighborhood, where I actually live, and engage in lawful observation and recording of ICE.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 1/28/2026 in Hennepin County, Minnesota.

Signed by:
Katherine Henly