UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>　　　　Defendants. | Court File No. 25-cv-04669<br>(KMM/DTS)<br><br><br>**DECLARATION OF**<br>**JACOB W. JESTER** |

I, Jacob W. Jester, state as follows:

1. I am 22 years old, and I am a resident of Minneapolis, Minnesota.

2. On the evening of Friday, January 9th, I heard honking and whistling outside my house.

3. I stepped outside and spoke to my neighbor to see what was happening.

4. My neighbor and I walked around our neighborhood and observed an ICE officer in their vehicle, but since we were on foot, we did not follow the vehicle.

5. During my patrol of the neighborhood, my partner called to ask if I needed anything. I told them to meet us near the corner of Bloomington Ave. and 31st Street.

6. Once we got in the car with my partner, we observed two additional ICE vehicles.

7. We decided to follow the vehicles on the highway, honking to let others know that ICE is nearby.

8. We followed the vehicles until they pulled into the Whipple Federal Building.

9. We were not aware where the vehicles were heading until we pulled into the entrance.

10. When we got there, the ICE vehicles stopped at a checkpoint.

11. The officers got out of their vehicles and grabbed their weapons.

12. As we were sitting there, one of the officers walked up to my window and said "do you want to get shot in the face?"

13. Shortly after, another officer came and hit the back of our truck with his hand.

14. We were asked to leave and left immediately.

15. This situation left me feeling petrified. I was physically shaken up and incredibly terrified.

16. Since this situation was two days after the killing of Renee Good, I was incredibly fearful for my life.

- 2 -

- 3 -

        **I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated:   1/15/2026
County: <u>Hennepin</u>

Signed by:
/s/ Jacob W. Jester
AD5795E07FD34C5...
Jacob W. Jester