UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br> Defendants. | Case No. 25-cv-04669 <br><br> **DECLARATION OF A. L.** |

1

I, A. L., declare as follows:

1. My initials are A. L. I am a resident of St Paul, Minnesota. I was born and raised in Minnesota. I am a stay-at-home mom of two children who are 13 and 16 years old. My husband is a federal employee at the VA hospital where Alex Pretti worked.

2. The Twin Cities area is my home. I love my community and how strong and resilient we are. I am scared for my community and have seen the way that violence perpetrated by Border Patrol, ICE, and other federal agents has hurt those in the Twin Cities.

3. After the Federal Government invaded my city, I joined a neighborhood group chat to conduct legal observations of federal agent activity in my neighborhood. I have been peacefully observing the areas around my house where there has been documented ICE activity.

4. On the morning of Monday, January 26, 2026, I brought a carload of food to donate to the local food shelf where I volunteer. On my way home, I went to Sibley Plaza, which is an area where we worry about federal agents harming people. There have been documented takings in the plaza, and the neighborhood group often has folks stationed there to keep watch and observe if federal agents are in the area. I did not see any federals agents there, so I began to drive home.

5. On my way home, I decided to go down St. Paul Ave, as I had seen federal agents there before parked in front of the apartment complexes there. These apartments are low-cost. I have seen what I believe to be a lot of immigrant families walking around in front of the complexes. Many families have women wearing hijabs. A couple of weeks ago, I saw a federal agent vehicle in front of this complex.

6. Federal agent vehicles look very different from police vehicles. They are usually bigger cars like SUVs and usually have tinted windows and out-of-state plates.

7. When I arrived at the apartment complexes, I saw a black Chevy SUV parked at the end of the block. The SUV was idling and I could see that someone was inside. The SUV had Texas plates. I drove around the block and memorized the Chevy's license plate as I passed by. I parked a block away and pulled my vehicle over to text my neighborhood group a description of the car and the license plate number. The group confirmed it was a federal agent vehicle.

8. I drove back to the block where the federal agent vehicle was parked, and parked two cars behind him on the street, in a legal parking space. There was a smaller sedan parked directly in front of me and in between my vehicle and the federal agent vehicle.

9. I texted the neighborhood response team that I had eyes on a confirmed federal agent vehicle and requested that someone else come to observe. I was scared to be alone. I was scared that if he did come out of his vehicle and try to harm someone, that I would not be able to do much as a single woman. I was scared that he might hurt me and no one would be there to see it.

10. I spent approximately ten to fifteen minutes in the car, observing the vehicle. Another observer texted on the chat that they would come and observe with me. The chat group is unvetted, and the guidelines are to not give out any identifying information that could put us in danger, so I did not know what car they were driving or what they looked like.

11. Another car showed up and drove up and down the block. I thought this might be the other observer.

12. I opened my car door slightly and briefly stepped one foot out of the door to snap a photo of the vehicle and license plate, so I could send it to the other observer. My body was partially in my car the entire time I was taking the photo, and I was sure to do it quickly so I could go back fully into my car.

13. The car I figured was the observer drove past me, and I gave her a peace sign to indicate that I was the other observer. I pointed to the ICE vehicle in front of me. She turned around and drove up to my vehicle and rolled down her window to talk to me.

14. At this moment, I believe the federal agent was alerted to our presence. Suddenly he whipped out of his parking spot to do a U-turn and then quickly did another U-turn to get behind our vehicles. All of a sudden, he was behind the observer's vehicle, in the street.

15. The observer waved at him kindly to let him know that he could go around her.

16. He drove quickly around her, sped off, and turned right on Edgcumbe Rd. The other observer drove off to follow him from a safe distance but quickly lost him because he was driving above the speed limit.

17. I did not follow the federal agent vehicle because I was alone, and scared that they might attack or arrest me for doing so, even though it is within my constitutional rights.

18. I pulled out of my parking spot to head home. I turned right on Edgcumbe Rd as that is the direction of my house.

19. I did not know where the federal agent vehicle had gone. I assumed he had gone somewhere else as I did not see him while I was driving home. I figured that I had spooked him off by taking a photo of him

20. Approximately a couple minutes later, I reached my house and pulled into my driveway to park in front of my closed garage door. I opened the garage door and was sitting in my car texting the other observer to make sure she was safe.

21. While I am sitting in the driveway, all of a sudden, I see the black Chevy federal agent vehicle with the same Texas plates going north down the street. He sees me in my driveway and whips an illegal U-turn to idle in the street, blocking me into my driveway.

22. I quickly drove up the rest of my driveway into the garage and pressed the button to shut the garage door behind me. I made sure to stay in my car the entire time the gate was shutting. When the garage was shut, I went into my house and went up to the guest room, which had the best view of the driveway. I watched as the vehicle stayed idling, blocking my driveway for approximately a minute. He drove off, and I stayed at the window watching.

23. Two to three minutes later, the same vehicle came back and parked again in the same spot, again blocking my driveway. He stayed about 30 seconds and then left.

24. I have a sign that reads "Justice for Good" in my window, visible from the street, and sidewalk chalk on the side of a smaller, unattached garage that reads "ICE OUT NOW". I wonder if the federal agent was taking a photo of the sidewalk chalk.

25. I was really scared. My heart was pounding and I could feel the fear pulsing through my body. I know how Border Patrol and other federal agencies like ICE have hurt other people. At that moment, I was alone in the house and was scared they might try to come in. The adrenaline was making my body shake.

26. I still feel very scared in my own house. I feel scared for my children. I did not want any federal agents to know where I live. I am scared that because ICE or

4

      Border Patrol knows where I live, they could come and get me and my family and attack or arrest us at any time.

27. Since I saw the federal agent vehicle outside my house, I have made an effort to be out of my house and run errands because I do not want to be in my house alone, or alone with my underage children.

28. Since the incident, I have seen what I believe to be ICE and Border Patrol vehicles drive by.

29. I have a medical diagnosis of Post-Traumatic Stress Disorder, which was triggered by this incident. I feel an extremely heightened level of anxiety and distress due to the impact of this intimidation. In addition, my husband and children are frightened for my safety.

30. I do not feel comfortable sharing my story under my full legal name because I have fear of further intimidation or retaliation against me and my loved ones.

31. The experience of the federal agent blocking my driveway intimated and scared me, but this cause is too important to not continue to stand up for each other. I see on the group chat that the police officers are not helping the observers. We are building our own community of helpers.

32. I have felt extremely supported by my community after this incident. Shortly after the federal agent left for a second time, the neighborhood response team sent observers to my neighborhood to observe if anyone was to come back and retaliate.

33. Since the incident, I have continued to drive around and go to areas of interest like Sibley Plaza to look for signs of federal agent activity.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

      Dated and signed on February 4, 2026, in Ramsey County, State of Minnesota.

                                                          _____

                                                          A. L.