UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**JANUARY 25, 2025 DECLARATION OF DYLAN LINET** |

I, Dylan Linet, declare as follows:

1. I am a 38-year old resident of South Minneapolis, where I have lived for over a decade. I am a real estate agent.

2. On the morning of January 24, I was in bed asleep when my partner woke me up to tell me that she had heard that someone was shot by ICE agents in the Uptown area. I got out of bed and we drove over there as quickly as we could. We arrived in the general area of the shooting around 10:30 a.m.

3. When we arrived, I saw approximately 50 observers/protesters and about the same number of ICE agents. ICE had set-up a perimeter around the area where the shooting had taken place. I tried to watch and observe.

4. The ICE agents seemed jumpy and threatening. At one point, we had to cross the street and we asked the assistance of an ICE agent to help us cross so that we would not be attacked by the other ICE agents. We selected the ICE agent who seemed the most calm and was not brandishing his weapon in the manner that many other ICE agents were doing. He helped escort us across the street, which we appreciated.

5. We walked over to Nicollet, where there was a line of ICE agents facing a line of protesters. It was near 27th and Nicollet, about a block south of where the shooting took place. I stood to the side and observed the protesters.

6. The protesters were chanting and the ICE agents were staring at them with their weapons at the ready. Although the protesters' chants were explicit – "Fuck ICE" and the like – I did not observe any violent behavior by any of the protesters. For example, I did not see any of the protesters pushing or throwing anything at the agents.

7. All of a sudden the ICE agents attacked the line of protesters. I can't be certain what caused the sudden attack, but it occurred right after the protesters switched from a non-explicit chant to chanting "ICE out – Fuck ICE." The ICE agents threw multiple flash bang devices (resulting in explosions all over), began raining tear gas cannisters down, and people began screaming and running away. As they were running, the agents opened fire with some type of non-lethal ammunition – I couldn't tell if they were using rubber bullets, paint balls, or something else. The agents continued to fire on the crowd as they were running away, shooting people in their backs and causing people to fall over as they were running.

8. I was shocked and terrified. I couldn't run, as I was afraid that would make me a target. So I turned and walked south on Nicollet. As I was doing so, people were running past me and I observed them being shot by the ICE agents.

9. As I was walking south, I observed a Black man, who I later learned was Matthew James Obadiah Allen, also known as Nur-D, walking down the middle of the road, away from the agents. He was walking slowly, with his back to the agents, and had both of his hands in the air. All of a sudden, a group of agents surged at the man, slammed him on the back, pushed him, and tried to knock him over. The man started running and seemed terrified. The ICE agents tackled him to the ground.

10. My partner yelled "Don't hurt him," at which point ICE agents started surging towards us. We ran behind a barricade of trash containers where it felt safer and started filming the encounter from a safe distance. We watched the man getting sprayed with a

chemical irritant, at point blank range, in the face while he was subdued on the ground with multiple agents kneeling on top of his back.

11. Even though we were on the other side of the barrier, an agent came over and pushed my partner. He yelled at us to move back, which we immediately did.

12. Eventually, the scene settled down and my partner and I left the area

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on January 25, 2026 in Hennepin County, State of Minnesota.

_____   _____

Dylan Linet