UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br> Defendants. | Case No. 25-cv-04669 <br><br> **DECLARATION OF HALEY LIPO ZOVIC** |

1

I, Haley Lipo Zovic, declare as follows:

1. My name is Haley Lipo Zovic. I am 29 years old and have lived in Minneapolis since 2021. I live with my partner, Peder, approximately a mile away from the intersection where Alex Pretti was murdered.

2. I moved to Minneapolis to attend the University of Minnesota School of Public Health, and after receiving my Master of Public Health in 2023, I decided to stay in Minneapolis because I feel rooted in community here.

3. I feel devastated by what is happening to my community. I am horrified at the violence I've seen against people peacefully exercising their constitutionally protected rights. I have been very impressed with how my community is organizing, coming together, and protesting lawfully and peacefully despite what is happening.

4. On Saturday, January 24, 2026, around 9:15 AM, Peder woke me up to alert me to a message that had come through on the neighborhood rapid response community chat that both Peder and I are a part of. The message conveyed that there had been a shooting in our neighborhood. At this time, I did not know who was shot or if they were dead or alive.

5. Peder and I agreed that we should go observe at the scene of the shooting, especially because it was very close to our house and we could get there quickly. We rushed to get dressed for the winter temperature outside. The temperatures that morning were around -10 degrees, so we wore several layers.

6. We arrived to the area of Nicollet Ave and 26th St and parked several blocks away near the intersection of Pillsbury Ave and 26th St. We walked up 26th towards the intersection of Nicollet Ave and 26th St, and stopped a block away near the intersection of 26th and Blaisdell Ave.

7. The intersection of Nicolett Ave and 26th, where Alex Pretti had been murdered an hour or so earlier, was roped off with police tape. There were dozens of federal agents, along with several police cars and federal agent vehicles.

8. The federal agents look very different from Minnesota police officers. I can tell federal agents apart because they usually wear plain clothes with large bulletproof, tactical vests that are green, black, or camo. Sometimes the vests says "Border Patrol". Some of the federal agents I have seen wear badges, but most do not. Most of the federal agents have neck gaiters pulled up to their eyes to cover up their faces. They often wear sunglasses and hats and large helmets. Federal agents often have one

    hand on their weapons and are quick to brandish them. Some of the weapons that I have seen federal agents carry are hand guns, pepper spray, and tear gas.

9. The vehicles that federal agents drive are usually larger SUV type cars or trucks. Often these vehicles have tinted windows and have out of state plates.

10. I did not see any violence towards any federal agents from observers. I did not see any throwing snow or any other projectiles or threatening federal agents with violence. There were observers who were chanting "ICE out!" at an appropriate distance from the police tape.

11. The federal agents were setting off flash bangs. When a flash bang goes off, the bang is very loud and scary. I felt the reverberation in my bones. When I was filming with my phone and a flash bang went off, the camera would shake.

12. Peder and I walked into the parking lot of Vertical Endeavors. The parking lot has an entrance to Nicollet Ave, which is blocked off by police tape. Behind the police tape there were federal agents in tactical gear with large guns strapped to their chests.

13. I was approximately 15 feet from the entrance of Nicollet Ave behind the police line. I was not threatening federal agents, or throwing anything at them or in their direction. I was calmly observing and filming the scene, when suddenly I saw a large metal gas canister fly towards my face. It slammed into the upper right side of my head and I was stunned. It felt like what I imagine being hit in the head by a metal bat would feel.

14. I immediately yelled in pain and turned to try to run away. Peder put his arm around me and helped me walk, as I held my hand to my head.

15. I was really scared. I knew that just hours earlier they had killed a man, and I feared the escalating violence. I looked around me and saw several people who are injured and panicked. I saw observers doubled over and heaving, coughing and spitting. Many people could not open their eyes from the tear gas.

16. My friend who is an EMT, J, was in the area to observe, and helped Peder walk me back towards 26th St. There were people around who were passing out medical supplies, so J received some gauze to help with my head injury.

17. Because of the extremely cold temperatures, I was wearing a hat and a balaclava underneath my hat for warmth. J took off my hat and balaclava to inspect the damage to my head.

18. My hat was singed and my balaclava had a palm-sized blood stain. Underneath, my hair was matted and bloody. J examined the laceration and used his fingers to move my hair around to try to identify the source of the bleeding. His fingers were wet with blood when he took them off my head. He told me there was a big bump and it was bleeding, and that he thought the cold was helping to clot it quickly.

19. J took the gauze and held it against my head to help staunch the bleeding. I then put the hat and balaclava back on to help hold pressure and keep me warm.

20. I was filled with adrenaline and fear. I could hear the boom of the flash bangs, and people around me yelling for medics.

21. I stayed in the area near the Blaisdell Ave apartment complex, while Peder went to go get hand and foot warmers at our house for observers. When he left, I began to have what I understand now to be a panic attack.

22. I sat down on the steps of the apartment complex to try to catch my breath. As I felt able, I slowly moved further away from the area where the federal agents were. I made it to a rock on the corner of Blaisdell and 26th St, and sat down on the rock to wait for Peder with my head in my hands. I was nauseated and faint, and my body was shaking. I waited there for Peder to get back, and when he did, we began to leave.

23. With Peder's arm around me, we walked to the car. The severity of the situation began to catch up to me, and I felt myself closing my eyes to order to block everything out. When we got into the car, I began to full-body shake and felt extremely scared for myself and for others in my community.

24. We got home and Peder made me some toast and eggs so I could try to eat something. My mom had seen on the news that Alex Pretti had been murdered in my neighborhood. I share my phone location with my mom, so she knew I had been near the scene of the murder. She had been texting me all morning trying to get ahold of me. When I called her on the phone, she was already in tears. I started crying and told her that I had been hit in the head by a tear gas canister and spoke to her for an hour or so.

25. After I got off the phone, I laid my head on the side of the bathtub so Peder could wash out my headwound with the detachable showerhead. He saw that it was still bleeding, hours after the incident, and he was not sure that it would close on its own. My mother and Peder were concerned that I might have a concussion from the force of the impact of the metal gas canister. We were also concerned about possible contamination or infection of the wound due to the chemical agents.

26. Peder and I went to urgent care and they gave me a concussion test, cleaned the wound with saline, put in metal staples to close the head wound and gave me a tetanus shot. The charge nurse at the urgent care center had worked with Alex Pretti, and the staff was shaken and upset at the news of his murder.

27. We left urgent care and went directly to the vigil that was happening in honor of Alex Pretti. As a group of observers, we walked to the intersection where he was murdered and then walked back to the parking lot where I had been hit that morning.

28. It was too much for me to handle, and I had a breakdown. I cried and my body shook. I was so scared for my community.

29. That night, I could not fall asleep until around 4:00 AM, even though I had taken Nyquil to try to help me try to sleep. While I laid in bed trying to sleep, it was hard to stop crying.

30. Since the incident I have had nighttime insomnia. I am finding it extremely difficult to focus at work and feel distracted and filled with anxiety and dread. My emotions feel so heavy, and I constantly feel on the verge of tears.

31. This incident has not stopped me from wanting to observe ICE and other federal agents, and wanting to help others in my community who have suffered from the violence perpetrated by ICE and Border Patrol. Since the incident, I have observed federal agent activity in my neighborhood and continue to be active on the neighborhood watch groups. On these neighborhood chats, I have personally seen photos and videos of peaceful and lawful observers being assaulted.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on February 4th, 2026, in Hennepin County, State of Minnesota.

*Haley Lipo Zovic*
_____
Haley Lipo Zovic