UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF MELANIE MALLON** |

I, Melanie Mallon, declare as follows:

1.  I am a 52-year-old resident of Becker, Minnesota, where I have lived for 14 years.

2.  I work as a freelance copy editor, primarily on projects for university presses.

3.  On January 16, 2026, at approximately 10:00 a.m., I was sitting in my vehicle with the windows up observing what appeared to be a vehicle driven by U.S. Immigration and Customs Enforcement ("ICE") personnel. It was a black Nissan Pathfinder. Although the vehicle was unmarked, I will refer to it as the ICE vehicle for ease of reference. I was parked on Kjellberg Court in a mobile home community on the east side of Highway 25 in Monticello, Minnesota. The ICE vehicle was parked on the block across from me.

4.  I had driven to the area because it appeared that there was ICE activity in the neighborhood, and I intended to observe and record the ICE activity.

5.  While I was sitting in my car with my windows up, at approximately 10:15 a.m., the ICE vehicle pulled up alongside me and rolled down its window. I did not roll down my windows or talk to the individuals in the vehicle because I was there to observe – not to engage with any ICE personnel.

6.  Shortly after that, a red car drove through the entrance to the mobile home community and turned right, passing my vehicle. The ICE vehicle followed the red car, and two male individuals got out of the ICE vehicle.

7.  When the individuals exited the ICE vehicle, I also got out of my car and began blowing a whistle. At that time, I was one "block" away from the individuals; the "blocks" in the mobile home community are shorter than city blocks, but I was still some distance away and certainly not close enough to touch any of the individuals. The individuals were wearing khaki and appeared to be ICE personnel, but I did not see any badges, and no one announced themselves as a federal agent at any time.

8. Once I started whistling, one of the apparent ICE personnel yelled, "you're obstructing," and ran at me. He pepper-sprayed me, but he was too far away, and the pepper spray soaked my jeans.

9. After he pepper-sprayed me the first time, I turned around to move farther away. The ICE agent pepper-sprayed me again, this time spraying it into the air on my right side and missing me again.

10. The ICE agent then caught up to me, reached around my left side (my back was to him because I was moving farther away), and put the nozzle of the pepper spray under my glasses and sprayed me right in the eye.

11. I could not see, but I sensed the ICE agent continuing to move past me, towards a woman who was recording behind me.

12. Other than shouting "you're obstructing" while he was running at me and pepper-spraying me, the ICE agent did not identify himself or give me any warnings prior to pepper-spraying me directly in the eye while my back was turned.

13. I then ran to my car and locked myself in with the windows up and tried to flush out my eyes. I then started trying to record on my phone, although it was difficult because I could not see. The video I recorded shows another observer getting detained. I believe an observer has a video of me getting pepper-sprayed, but that observer was detained, and ICE took the observer's phone.

14. While I was trying to flush my eyes out, another apparent ICE vehicle showed up. Later, two more vehicles arrived, for a total of four apparent ICE vehicles.

15. There were five or six observers in the area during this incident, and two of the observers were detained. While I was in my vehicle attempting to flush out my eyes, I took several photographs of one observer being detained. I also took a video that shows the agents putting an observer in the ICE vehicle and then milling around. At one point, the video also shows my eyeglasses on my dash, covered in pepper spray.

16. I understand that one of the observers was assaulted by the ICE agents. I was there as a peaceful observer, and I did not initiate engagement with the ICE officers at any time. I also did not witness any other observers initiating engagement with the ICE officers. Based on what I observed, the only people who were detained during this incident were peaceful observers.

17. After getting pepper-sprayed, it was difficult to see, and my eyes burned for the remainder of the day. I am concerned that my cornea may be scratched. I have also had a hard time sleeping and focusing since the incident. What happened to me was traumatic, and seeing how the ICE agents were treating others was also traumatic. It is something I will never be able to forget. However, I intend to keep acting as a legal observer, particularly because of the way I saw the ICE agents treat myself and others during this incident.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on  1/23/2026  in Sherburne County, State of Minnesota.

*Melanie Mallon*
Melanie Mallon

4