UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF NATHANIEL MEIERPOLYS** |

---

I, Nathaniel Meierpolys, declare as follows:

1. I am a 39-year-old software engineer residing in the Cornelia neighborhood in Edina, where I have lived for the past seven years. Prior to that, I lived in the Corcoran neighborhood of South Minneapolis.

2. As a U.S. Citizen, I believe it is incredibly important for people like me to bear witness to the ways immigration authorities are abusing their power and speak out for those who cannot safely speak out against or protect themselves from government abuse. I am very concerned about living in a society where people can be picked up by their government without due process and based on their race. This is why I have been volunteering as an observer of ICE activity in the Twin Cities area. I have built in cameras in my vehicle as well as a dash camera to record interactions with these agents. I have also used my phone to photograph such interactions. The disregard for the rule of law that has gone on with the recent federal immigration operations that have descended on the area in the last month or so are deeply troubling to me.

3. Some of my observations have been in Richfield. I have friends and family who live in Richfield, and am familiar with the area.

January 8, 2026: Immigration Agents Block in My Car

4. On January 8, 2026, at approximately 3:45pm, I was driving in the Richfield area to observe potential ICE or other immigration agent activity when I noticed a black Dodge Ram pickup truck with Iowa license plates idling in front of a house in a residential neighborhood. I was aware from other observers that ICE vehicles had been seen in the area a lot recently, so the vehicle caught my attention. I saw people who appeared to be ICE agents inside the truck. The truck itself was not marked in any way to distinguish it as a law enforcement vehicle.

5. It seemed like the agents noticed me behind them, and the truck started driving through the neighborhood. The truck made a lot of turns—repeatedly turning left, right, and around again—meandering through the neighborhood for about five minutes or so. I had the sense that they were making those turns in response to my presence, as they did not appear to have a clear destination. I continued to follow them to observe their activity. I used a normal distance and pace to what I would have otherwise used in that area.

6. The truck stopped at a red light on 12th Avenue at the intersection of 66th Street, and I stopped behind them, as did the other cars behind me, including one who I believed to be another observer (who was unknown to me). Suddenly, a red Mazda pulled next to me on my left in the opposite lane, facing into oncoming traffic. Then another black Dodge Ram with an Iowa license plate pulled in to block me in on the left side and was nose-to-nose with the red Mazda. At this point, I was blocked in on all sides—in front and on the left by the two Dodge Rams and the red Mazda, in the back by other traffic, and on the right by the curb and snow bank.

7. Multiple agents came out of the black Dodge Rams and the red Mazda. They wore utility belts, badges, face gaiters, and tactical vests, including one that had "ERO" and at least one other that had "POLICE" "ICE" written on it. Their firearms were visible in holsters on their waistbands. I saw around four to six agents around my vehicle at once. Initially, one agent knocked on my window and told me to roll down the window. I said, "What's up?" and "Why?" but received no answer. He continued banging aggressively on my window and telling me to roll down the window. At one point, another agent took his baton and tapped it on my window, too. I saw at least four agents were at my driver's side window at once. I told them I was observing, declined to roll down my window, and also told a volunteer dispatcher about what was happening. I also saw an agent who appeared to be taking a photo of me and my license plate. Shortly thereafter, the agents got back in their vehicles and left.

8. I knew I wasn't doing anything to impede the agents or anything illegal, but was just trying to observe and record what agents were doing. However, I also knew that agents had been acting like loose cannons who could do anything. This all occurred shortly after another observer, Renee Nicole Good, was shot and killed by an ICE agent through her open car window. This was certainly on my mind as agents cornered me in my vehicle, banged on my window, and demanded I roll it down.

January 10, 2026: Immigration Agents Warn that They Will Arrest Me for "Impeding"

9. On January 10, 2026, around 10:35am, I was driving in Richfield again headed south on Lyndale Avenue South near 66th Street West. I was aware from observers and dispatch, as well as my prior experience, that immigration agents were still operating in the area. I noticed a couple of vehicles moving slowly and idling on a side street that I thought might be immigration agents. I went through a roundabout and back to the side street, 69th Street, and turned onto the side street to see what was happening.

10. There I initially saw agents and two vehicles, with multiple agents outside the vehicles. Approximately two or three agents were talking to two people who were sitting inside a parked white pickup truck for a cleaning company with ladders on it. In total, I would estimate I saw between six and nine agents there. I could see agents wearing fatigues, tactical vests, utility belts with tasers and handcuffs. They were all masked with face gaiters and were wearing winter hats. I saw agents wearing what I thought were Customs and Border Protection (CBP) patches (including at least one that said "Border Patrol") and badges. I also noticed an agent with a patch that appeared to say "SRT," which I later learned is an abbreviation for CBP's "Special Response Team." The two vehicles they had were a gray or silver Jeep Wagoneer and a white Ford Expedition with heavily tinted windows. I think they both had Minnesota license plates.

11. The agents' vehicles were blocking the road so I couldn't pass without reversing and making a U-turn. I started honking my horn and blowing my whistle to call out to others who may be in the area that immigration agents were active there. I think the agents thought I was signaling that I couldn't get through because they moved the vehicles out of the way, revealing a third vehicle—a white Dodge Ram pickup truck with Minnesota license plates—which was also used by the agents.

12. I followed agent instructions to pull through the space the agents' vehicles had made, turned around and parked between about 15 and 20 feet behind the Dodge Ram. I got out of my car and walked to the opposite side of the street from where agents and the white pickup truck were so I could see what was going on and take photos. (I attempted to take video, but did not realize that I was not filming because I was also on a call with a dispatcher at the time.) I estimate that I was never closer than 10 feet to the nearest agent and 30 feet from the agents speaking to the people in the white pickup truck. An agent took a picture of me and my license plate and teased me about the size of my whistle.

13. After what seemed to be a relatively brief interaction with the people in the white pickup truck, the agents got into their vehicles and drove away. I got in my car and continued to follow them as they all turned north on Lyndale. I lost track of the front two vehicles but stayed behind the Dodge Ram for about five minutes as it drove around the area and eventually back to the neighborhood where the initial interaction with the white pickup truck occurred. At one point, the Ram turned into an alley where my vehicle would have been blocked in; I did not follow it there because I was uncomfortable with the idea of being blocked in by agents again. It ended up changing course and driving on a residential street. I followed at a normal pace and distance that I would use in this area until the Ram stopped and put on its flashers. It was parked between two parked cars on the side of the street, blocking my vehicle in front and on the side. The only safe way for me to leave would be have been to reverse and turn around. I stopped about 30 to 40 feet away from the Ram.

14. Three agents approached my car and took more pictures of my license plate. One agent knocked on my window and called me by my first name, "Nathaniel." I said, "Yeah." The agent then said something like "you are impeding" and threatened to arrest me under 18 U.S.C. § 111 if I continued to "impede" or follow them. The agents then got back in the Ram and drove away. I happened to be behind them for another 30 seconds or so before I continued on my way away from them.

15. This threat of arrest felt serious and made me decide not to follow the vehicle further. I knew I wasn't doing anything wrong—I was confident I was driving safely and not doing

anything that would hinder them from doing their jobs. Nonetheless, it was scary to be threatened with arrest given what I have seen in the news and heard from other observers recently of how observers and immigrants have been treated while in detention—being held without cause for long periods, transferred to facilities out of state, and physical violence. If they were willing to arrest me when I know I'm not doing anything wrong, it makes me wonder what else they would be willing to do.

16. In the days that have followed these two events, I have definitely felt rattled. I have had a hard time not thinking about it. It makes it hard to focus and tough to sleep. This experience has made me worry intensely about the state of things in our community. Since then, I've seen some vehicles that I suspected would be ICE vehicles worth observing, but I've been more reluctant to follow and observe them, knowing the possible outcome could be what I experienced or worse. Nonetheless, I'm still planning to continue to observe. It's incredibly important to be out there to help advocate for my community and its members who cannot safely advocate for themselves and their loved ones.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  15/01/2026  in Hennepin County, State of Minnesota.

*Nathaniel Meierpolys*
Nathaniel Meierpolys (Jan 15, 2026 19:11:37 CST)

NATHANIEL MEIERPOLYS