UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 |
| Plaintiffs, | **DECLARATION OF SAWYER MIEDEMA** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

---

I, Sawyer Miedema, declare as follows:

1. I am a 22-year old resident of the Wedge neighborhood in Minneapolis. I grew up mainly in the northwest metro. I am a law student.

2. On the afternoon of January 21, 2026, ss I got home from school, I saw ICE vehicles driving down 25th Street. I got on my bike and followed alongside the vehicles for a while, before they drove away.

3. After I biked around for a while, I was starting to head home when I learned that there was ICE activity taking place at 28th and Blaisdell, so I biked over in that direction. There was a large group of both federal law enforcement officers, with their vehicles, and people observing the officers' activities. I witnessed people in the street. The officers had tackled someone and I saw them pepper spray the individual in the face from point-blank range. The officers then started dropping tear gas, which resulted in people clearing out. I then witnessed the vehicles heading towards the freeway.

4. I proceeded to head down 25th, when I saw a line of ICE vehicles heading down the street, with a group of people walking alongside the vehicles and yelling. Despite the fact that there was nothing blocking the vehicles from proceeding, they were diving extremely slowly, such that I could keep up with them walking my bike.

5. A few cars back from the lead vehicle, there was someone hanging out the window recording what was occurring. Based on what I observed, I believe that the ICE vehicles were intentionally attempting to provoke an interaction with the crowd walking alongside the vehicle so that they could record Dan Bovino throwing gas at the crowd.

6. The ICE officers were yelling at people alongside the road who were not in their way. Throughout, the vehicles could have just driven away. Instead, I witnessed an ICE

officer intentionally strike a woman with his door. The caravan of ICE vehicles then stopped and many officers jumped out, including Bovino. The officers tackled multiple people on the street. Bovino and other officers then proceeded to throw smoke grenades and what I believe to be tear gas at the crowd.

7. Bovino walked over to where I was walking backwards carrying my bike. He pushed me and said "if you hit me with that bike, its over." I have no idea why he said that, as it was Bovino who came towards and pushed me.

8. I proceeded to get away from the gas in the air, but had to wait for it to dissipate before I could return to my home, as the area with the heavy concentration of gas was between me and my home.

9. This was the first time I have gone out to witness ICE activity. I would like to continue to peacefully observe ICE's activities in my community. However, the fact that I was gassed and pushed by a senior ICE officer as part of what, at least to me, appeared to be an ICE photo shoot, combined with the murder of two peaceful observers in Minneapolis over the last several weeks, has me concerned about whether I can safely exercise my constitutional rights to observe and protest.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on January 29, 2026 in Hennepin County, State of Minnesota.

_____
Signed by: 463A7229137F4CF...

Sawyer Miedema