UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>         Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>         Defendants. | Court File No. 25-cv-04669 (KMM/DTS)<br><br><br><br>**DECLARATION OF HALLIE PATTERSON** |

I, Hallie Patterson, state as follows:

1. I am 28 years old and reside in South Minneapolis. I work in the food and beverage industry.

2. On Wednesday, January 7, 2026, I went with a friend to Roosevelt High School, which is also in South Minneapolis, because I heard there was I.C.E. activity

taking place at the school. The purpose of my visit was to observe and document what was taking place.

3. When I arrived, I saw armed I.C.E. Agents wearing tactical gear already on the grounds. Some had insignias that read POLICE U.S. BORDER PATROL, and many wore face masks.

4. There was a crowd of about one hundred people present at the school. The crowd was vocal, but nonviolent. Despite the lack of any violence or interference by the crowd, I watched Agents shoving members of the crowd, and they fired teargas canisters into the crowd.

5. At the time that the teargas was fired into the crowd, neither I, nor anyone else I observed in the crowd, was physically aggressive toward the Agents or interfering in any way. The teargas appeared to be fired into the crowd to disperse it and prevent people from exercising First Amendment rights.

6. The conduct of the Agents was intimidating. While I do plan to continue observation of other I.C.E. activities in the future, I am worried about the danger that is posed by the type of conduct from I.C.E. Agents that I observed.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: January 9, 2026         *s/ Hallie Patterson*
County: Hennepin                Hallie Patterson