UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF MEGAN PETERSON** |

I, Megan Peterson, declare as follows:

I, Megan Peterson, declare as follows:

1. I am a 39-year-old resident of Minneapolis, Minnesota, where I have lived for most of my life. I work in customer service.

2. On January 6, 2026, I heard in a neighborhood chat that ICE vehicles were seen in North Minneapolis. I got in my car and drove to the location where I had heard ICE was. On the way, I picked up a friend to come along with me and observe. I went to document what was happening. ICE agents have been terrorizing our community and brutalizing our people, whether they are citizens or not. The lack of transparency, the lack of due process, and the lack of accountability are unsettling and unsafe and are causing harm in the community. As a member of this community, I observe in order to demonstrate that this is not normal, this is not okay. I'm not trying to interfere, but I have a right to observe what is happening in my community and say that I think it's wrong.

3. When I got to where I had heard ICE would be, I saw two vehicles marked with ICE decals driving away. I followed in my car from a safe distance. I followed for a couple of minutes, until the cars pulled into the parking lot of a funeral home on Penn Avenue. I pulled in behind them because I saw that they were following what I believed to be a community member in their car. I wanted to continue observing in case that community member was going to be detained.

4. The parking lot of the funeral home has multiple exits, so my car was not blocking the ICE vehicles from exiting the lot. I pulled up next to one of the ICE vehicles, but I was far enough away that the agents could open all their doors and get out without any issues.

5. I observed an ICE agent get out of the car that I believed was a community member's car. I learned later that the agents had attempted to detain the person in that car, and when they were unsuccessful, they took the person's car and drove it. After getting out of the community member's car, the agent walked back to the ICE vehicle that I was next to and got in the passenger side. He was masked and wearing tactical gear, so I couldn't see his face well. At the same time, the agent driving that vehicle got out of his car. He was also masked and wearing tactical gear that said "POLICE". Immediately, he sprayed my passenger side window with a chemical spray. I don't know exactly what kind of chemical spray, but it was orange. Some of it came into my car through the vents and I could tell that it was a pepper spray of some kind. He used so much spray that it covered my window and made it impossible to see through. He then sprayed my entire front windshield with that same chemical. The result was that I could not see out of my windshield. I believe the agent's goal was to prevent me from continuing to observe them.

6. After covering my windshield and passenger window with a chemical spray, the agent got back in his car and the two ICE vehicles drove away quickly, leaving the community member's car in the parking lot of the funeral home. I did not follow because I could not see out of my windows.

7. I did not speak with any agents during this incident or in the minutes leading up to this incident. Agents did not ask any questions. They also did not identify themselves or give any verbal warnings prior to spraying my car.

8. I have experienced a great deal of mental and emotional stress as a result of this incident. This is one example of the kinds of escalated violence that ICE agents are willing to do to community members. Now that agents know my car, I am scared for the my safety and the safety of my child. Especially since Renee Good was killed, I fear for my life.

9. I'm not supposed to be on the frontlines. I'm a single mom, and I need to come home to my daughter. At the same time, this is my community. As an American, it's my duty to speak out against what's wrong. So I will continue observing ICE activities in my neighborhood.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on Jan 12, 2026 in Hennepin County, State of Minnesota.

*Megan Peterson*
(NAME)