UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF BRIDGETTE REISINGER** |

I, Bridgette Reisinger, declare as follows:

1. I have been a resident of Minneapolis, Minnesota for eleven years. I am currently employed as a software developer.

2. I went to the Whipple Building near Fort Snelling on the morning of Thursday, January 8, 2026. I went there to exercise my constitutional right to express my concerns with the ways in which Immigration and Customs Enforcement (ICE), Customs and Border Protection (CBP), and related federal agencies had been conducting themselves in Minnesota.

3. I became aware of this protest through the 50501 Discord. I had also been at the Whipple Building to protest the day before but returned on January 8 to protest the murder of Renne Nicole Good by an ICE agent the previous day. I attended this protest with my friend, Ethan.

4. I decided to attend the Whipple Building protests because I knew they were going to be peaceful and organized, e.g., trained marshals would be on hand to help guide me and my fellow protesters. Approximately 100 other protesters and I protested non-violently on the grass median just to the left of "Gate 1."

5. Approximately twenty armed federal agents faced us. All but one wore masks to conceal their identities. None of the agents wore badges or name tags to identify themselves, nor did they ever identify themselves verbally. Some of the agents wore patches that said "HSI" or "SRT," but most had no identifying marking at all. All the agents were dressed in full tactical gear.

6. One of the masked, helmeted federal agents was holding a "less than lethal" weapon (possibly a pepper ball gun) in his right hand. Suddenly, without any warning, he switched that gun to his left hand and drew his pistol from his right holster. He then pointed

his pistol at the protesters in front of him. He did this for approximately two seconds, then re-holstered his pistol and nodded aggressively to the protesters in front of him.

7. From my vantage point, I saw nothing the crowd did that justified this dangerous and aggressive action. Indeed, the driveway behind him was completely open and unobstructed, so the agent was not "boxed in" in such a way as to warrant the deployment of a lethal weapon or threat of lethal force. Furthermore, there were no preceding warnings or verbal instructions from the agent to the crowd before the agent took this threatening action.

8. This action felt particularly threatening, given that it was occurring approximately 24 hours after a fellow agent had shot Ms. Good to death.

9. Witnessing this agent threaten non-violent protesters was very traumatic to me. For several days afterwards, I experienced a form of post-traumatic syndrome, e.g., I was irritable and jumpy, suffered cold sweats, and had difficulty sleeping for more than just a few hours at a time. Even now, I feel unsafe running typical errands, like going to the grocery store by myself. I have not yet sought counseling for my trauma, but I intend to do so.

10. Despite my fears and anxieties, I have returned to the Whipple Building a few times since then to continue to protest. I believe it is important for me at this time to push through my fears and anxieties and continue to exercise my free speech and assembly rights to challenge what I believe to be ICE and CBP's unlawful and immoral actions. I plan to continue to do so, but I worry about actions federal agents may continue to take against peaceful protesters like me, based on their actions to date.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on 1/20/2026 in Hennepin County, State of Minnesota.

*Bridgette Reisinger*
Bridgette Reisinger

4