UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>　　　　　Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF CORY RYAN** |

I, Cory Ryan, declare as follows:

1. I am an adult resident of South St Paul, Minnesota.

2. On January 7, 2026, I was outside acting as a legal observer approximately two blocks from Roosevelt High School in South Minneapolis.

3. I witnessed a small black pickup drive by us at 3:30pm and turn left towards the school. The pickup was followed by approximately seven large SUVs full of US Customs and Border Patrol agents.

4. I ran down the street to follow the cars. I was acting as a legal observer of the activities of the federal authorities and also planned to record what was occurring. I took approximately 16 minutes of video at Roosevelt High School.  All images in this Declaration are true and correct copies of still images taken from the video.

5. On the street in front of the school, I saw the truck stopped and its windows were broken. A person was being detained by the federal immigration agents.

6. Quite a few people come out of the school and from around the neighborhood. There were whistles being blown and people were shouting at the agents.

7. The federal agents began to push people. I believe they were trying to create a perimeter, but they were being very aggressive. I stood at the front the crowd and was taking a video. I witnessed people being thrown to the ground. I also saw legal observers being taken pretty aggressively into custody and put into vehicles by federal agents.  The following are images of those actions:















8. The situation then escalated quite a lot. Another observer began to run through the crowd. Federal agents chased and tackled the person. The federal agents also began to shoot gas out of a weapon. The gas was yellowish/orangish in color. This all occurred on school property. There were students present.

9. I saw a Caucasian woman who was pushed to the ground by federal agents. She was face down with two border patrol agents leaning on her. They had her hands behind her back being handcuffed. Agents were kneeling on her back. Although she was already on the ground and being handcuffed, I saw a federal agent holding her by her hair and grab his pepper spray, reach around her and spray it in her face. The following images are of those actions:














10. I also saw the Principal of Roosevelt High School on his phone when a federal agent pushed him. The following are images of those actions:







11. Numerous other observers were also pushed to the ground by Border Patrol agents. The following are images of those actions:





I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on January 13, 2026 in Ramsey County, State of Minnesota.

*Cory Ryan*
Cory Ryan (Jan 13, 2026 11:49:58 CST)
_____

CORY RYAN