UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br>      Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br>      Defendants. | Case No. 25-cv-04669-KMM-DTS <br><br><br> **DECLARATION OF JEREMIAS SALAZAR-FAYANT** |

---

I, Jeremias Salazar-Fayant, declare as follows:

1.      I am a resident of the City of Minneapolis, County of Hennepin, Minnesota. I am 18 years old and of Native American and Mexican heritage.

2.      On January 16, 2026, I had a day off from work and understood there were agents from U.S. Immigration and Customs Enforcement ("ICE") in the Richfield area. In

an effort to observe and document ICE agent activity, I drove there and parked my car on the street near LomaBonita Market where I observed ICE agents driving a black Durango with shaded windows. There were protesters near the store blowing whistles, trying to get the ICE agents off the property. I stayed in my car and observed.

3.      While I was observing, the agents in the black Durango drove by my car and stopped near my car so that I could see their passenger side window near my driver side window. The ICE agent in the passenger seat rolled down his window. I cracked my window. While I was looking at him, he pulled out his gun and said, "I will shoot you." Then the car drove off.

4.      I was frightened and thought the ICE agent was threatening me because I was observing their activity near LomaBonita Market. I decided to leave the area and drove toward my home. The ICE agent car was in front of me and I noticed that when I signaled to turn, the ICE agent car would turn in the direction I was signaling without turning on a signal. I was frightened because it seemed they were following me.

5.      After I was driving for roughly five minutes and near 6081 Harriet Avenue in Minneapolis, the ICE agent car pulled in front of my car blocking me from driving forward. Once I was blocked and forced to stop my car, the ICE agent on the passenger side got out of the car, walked toward the front of my car, and when he was within 5 to 10 feet of my car, he pulled out a gun and shot 10 rounds of pepper balls at my windshield and under the front of the car.

6.      When the ICE agent (dressed in camouflage pants with a vest that said Border Patrol and Police) approached my car and I saw the gun, I started filming with my phone

because I thought this was going to be really bad and I was afraid. After the ICE agent got back in the car and they drove off, I tried to leave also, but I had to pull into a parking lot because the pepper ball smoke filled my car quickly and I began coughing and had to get out of the car to get air. I have asthma and could not catch my breath.

7. A woman that was nearby said she filmed me getting out of the car and wanted to know if I was okay. I had to call my mom to pick me up because I could not drive.

8. We left the car to air out and got a mask to help me breathe. I had to replace the cabin and engine filters in order to drive the car going forward. I continue to have difficulty breathing.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Signed on __1/22/2026__ in Hennepin County, State of Minnesota.

Jeremias Salazar-Fayant_____