UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>          Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>          Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF JESTIN STOFFEL** |

I, Jestin Stoffel, declare as follows:

1. I am a 44-year-old resident of Roseville, Minnesota where I have lived for over 4 years. I currently work as a computer programmer.

2. On Sunday, January 18, at about 3:30 in the afternoon, my wife and I were traveling north on Lexington Avenue to the Roseville Passport Center. I had heard via a community group chat that ICE was harassing somebody in the parking lot of the Passport Center, so we were on our way to observe.

3. While at the intersection of Lexington Avenue and Woodhill Drive, I noticed there was a blue vehicle going west on Woodhill Drive that was pulled halfway into the intersection, even though I had the green light on Lexington Avenue. The blue vehicle proceeded to run through the red light, double back towards the Roseville Passport Center, and turn left into the Passport Center parking lot.

4. Based on the blue vehicle's unusual and erratic behavior, I suspected it was ICE. I proceeded to drive to the Passport Center parking lot.

5. When I got to the parking lot, I saw that the blue vehicle had joined three other cars, which were boxing in another car. Several ICE agents wearing tactical military-style dress were also standing around the boxed-in car. At this point, I began recording the scene.

6. While observing the ongoing scene, an ICE agent approached the passenger's side window. He was also wearing military-style dress. A true and correct image of this agent, pulled from my cell phone recording, is attached below:

7. The agent motioned for my wife and I to roll down our car windows, but we refused as we did not want to give him the ability to reach into our car. I informed him that we were "not talking."

8. In response, the agent threatened to arrest everyone in the vehicle. He then circled around to the back of our car and took a picture of the license plate. While he was behind our car, I pulled forward to a different spot in the parking lot, further away from the scene.

9. At this point, the agent who approached our vehicle returned to his car, and all three ICE vehicles left the scene.

10. At all times during this encounter, I kept a safe distance and did not interfere with ICE activities. I did not drive in an unsafe manner or violate any traffic laws. I merely observed the incident and recorded the scene on my cellphone. The only person that drove in an unsafe manner was the ICE agent.

11. Since this encounter, I have generally experienced heightened levels of anxiety. I am concerned for myself and for my family since ICE has documented our license plate.

Still, I intend to continue observing ICE activities and disseminating information about ICE out of concern for my neighborhood and for my community.

**I declare under penalty of perjury that everything I have stated in this document is true and correct.**

Dated and signed on  1/21/2026  in Ramsey County, State of Minnesota.

*Jestin Stoffel*
Jestin Stoffel