UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF KATIE STORY** |

I, Katie Story, declare as follows:

1. I am a resident of the City of St. Louis Park, in Hennepin County, Minnesota.

2. I am at least 18 years old.

3. I make the following declaration based on personal knowledge.

4. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community. I am a trained constitutional observer.

5. On January 24, 2026, at approximately 10:30 am, I learned through a Signal group chat that ICE agents were at 26th Street and Nicollet Avenue in Minneapolis and that someone had been shot. I called my friend Greta Graves to go with me to observe the ICE activity.

6. When Greta and I arrived there, I saw that the streets were blocked off so the observers were on the sidewalks. The ICE agents were in an unbroken line and had their batons out and their holsters were open. I started hearing flash grenades and I could not tell where they came from. People were wearing gas masks and goggles. It felt like a standoff.

7. I looked down the street toward the Northwest corner of First Avenue and I saw something happening. An ICE agent told me to stand back, and he got in my face. I told him to stand back and leave. All around ICE agents were telling people to stand back, but they were tackling people. Then there was a big scramble where ICE agents were trying to get on top of two people – one male and one female. The observers were videotaping the ICE agent activity and getting scared because ICE agents were tackling people, and I said something to one of the ICE agents and he, at point blank range, sprayed pepper spray in my eyes. My friend Greta Graves videoed this assault by the ICE agent. I thought he assaulted me because we were observing the ICE agent activity.

8. When I stood up, my eyes hurt and I could not see well. Greta Graves, Jeanelle Austin and Jon Boyle assisted me to Jon's home to wash my eyes with milk and

water. Although they felt better after being washed, I went to a doctor to check my injuries and for medical care.

Signed on 1/28/2026 in Hennpin County, State of Minnesota.

Katie Story