UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>        Plaintiffs,<br>  v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>        Defendants. | Court File No. 25-cv-04669 (KMM/DTS)<br><br><br><br><br><br>**DECLARATION OF SANDRA TAYLOR** |

I, Sandra Taylor, state as follows:

1. I live in Minneapolis, Minnesota and have lived in Minnesota for over 35 years. I am 56 years old. I have been permanently disabled for over 7 years.

2. For over 30 years in the Twin Cities, I was a social worker dedicated to protecting vulnerable children, advocating for families, and building resilience within the child social services system.

3. On January 9, 2026, I went by myself to the Whipple Federal Building to join the protests against ICE. I took my mobility scooter because I am permanently disabled.

4. When I arrived around 11:00 a.m., there were approximately 100 peaceful protesters there. Other protesters informed me to stay behind the yellow line as designated by ICE. I carried a sign and had a sign taped to my mobility scooter. I did not engage directly with ICE.

5. While the protesters against ICE stayed behind the yellow line, others who carried signs that were Pro-ICE and calling for deporting immigrants, marched down the whole width of the street and did not stay behind the yellow line.

6. This was documented by MS NOW reporter Nnamdi Egwuonwu on a January 9, 2026 video clip that is available at:

https://www.ms.now/katy-tur/watch/protests-outside-federal-building-in-minneapolis-2480573507643.

7. While peacefully protesting and staying behind the yellow line, I heard a pop sound and realized it was pepper spray bullets. A pepper spray bullet landed near the bumper of my mobility scooter. I did not see who fired the pepper spray. I was not behaving in a physically aggressive or threatening manner.

8. I had brought an N95 mask but was unable to get it over my mouth and cover my whole face before the impacts of the pepper spray took effect. This was the first time I had been pepper sprayed. The pepper spray stung my eyes and caused a severe asthmatic reaction. I have asthma and carry an inhaler.

9.  I started screaming and needed assistance to regulate my breathing. Thankfully my fellow protesters assisted me by washing out my eyes with saline and administering my inhaler.

10. After a break, I rejoined the protest. I was interviewed by MS NOW reporter Nnamdi Egwuonwu. The video clip of the interview is available at: https://www.ms.now/katy-tur/watch/protests-outside-federal-building-in-minneapolis-2480573507643 starting at 7:09 through the end of the clip at 10:03.

11. A screenshot of the interview is included below:



12. In the three-minute video clip I described the interactions at the protest, the pepper spray attack, and why I was at the protest and came back to the protest after the attack. As I said during the interview, I am very concerned about the lasting impact ICE is having on Minneapolis's children who cannot attend school and receive an education.

13. After additional chemical irritants were sprayed at the crowd, I decided to leave the protest for my own health and safety.

14. When I got home, my clothes were covered in pepper spray and when I removed them, I had a reaction on my face and skin. I also needed to undergo multiple, intense nebulizer treatments for my asthma. Red pepper spray is really potent and has had lasting effects on my breathing.

15. Since this experience, I have experienced a severe toll on my mental health. I am also very concerned for our community and the children that are experiencing trauma from not attending school.

16. Even though I was physically harmed while peacefully protesting, I will be back out there peacefully protesting.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 1/21/2026

Hennepin County, MN

Sandra Taylor