UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF CORAL THACKER** |

I, Coral Thacker, declare as follows:

1. I am a 38-year-old resident of Richfield. I am an Army veteran. I work in higher education. I make this declaration based on my personal knowledge.

2. Since the Twin Cities became flooded with federal immigration agents, I felt compelled to protest. As a veteran, I am horrified by the federal government's violence

toward my community and its continuing violations of people's rights. I feel like I am on a domestic deployment. What is happening in the Twin Cities feels worse to me than Iraq. I took an oath to protect America from enemies foreign and domestic. It is beyond belief that the domestic enemy is our own federal government. It is my patriotic obligation to protest and to connect with other veterans to organize to protect the people of our community.

3. On January 15, 2026, I went to the Whipple Building to protest and connect with other veterans. I arrived at about 12:30 in the afternoon. When I arrived, I met up with a friend and began circulating in the group of protestors to find other like-minded veterans. I brought with me copies of a letter I had written to ICE agents. A true and correct copy of my letter is attached as **Exhibit A**.

4. Many of the protestors were on the sidewalk, but there were so many of us that we didn't fit, so some were on the snow accumulated on the side of the road. Even so, we did not impede traffic; the group of protestors calmly and quickly moved out of the way whenever a car arrived or left, which did not happen frequently. There was no obstruction to the flow of traffic.

5. After about 15 minutes, federal agents started pouring out of the building and walking out into the street through the gap in the chain link fence where the driveway into the Whipple Building is. Some of the agents were wearing a mishmash of military uniforms including pieces that I recognized as issued by the Army. Others were in all black SWAT or riot gear. These agents were mostly masked. The agents lined up across the driveway in the street, closing the gap between the fencing on either side.

6. Greg Bovino was initially out in front of the group of agents, but as the agents advanced toward the group of protestors, Mr. Bovino fell back with four men in street clothes—I assumed they were his bodyguards. Mr. Bovino was wearing the familiar green trenchcoat which many have noticed evokes a Nazi uniform. He and his bodyguards were not masked. It was my impression that he wanted to be seen and recognized to intimidate the protestors.

7. I was standing on the east side of the driveway on the sidewalk. I moved toward the west side. The agents did not direct me or the other protestors nearby to back up. If they had, I would have done so. I tried to give my letter to each of the agents wearing fatigues. None would take it; none would even look me in the eye.

8. About three or four feet to my right, another protestor, who I did not know, said something like, "Leave our state! We don't want you here!" to the agents who were about three feet away. There was nothing violent or physically aggressive about this protestor. He was simply exercising his constitutional right to free speech and free assembly. Without warning and immediately after the protestor expressed his dissent, an agent pepper sprayed him directly in his eyes.

9. I dropped to my knees and tilted my head down to protect my eyes. From the ground, I continued to ask the agents to please take my letter. I asked them to look me in the eye, but none would. My eyes watering from the pepper spray and from anger, I told them that I'm an Army combat veteran. I asked them why they were wearing Army uniforms. I told them they were a disgrace to the uniform. I asked why they were doing this. I pleaded, "Please, sir, take my letter." I said this multiple times, while kneeling on

the ground. I opened the letter to prove that it was just a single piece of paper, not a dangerous object. I posed no physical threat to anyone and my body language clearly communicated this.

10. Just a couple of minutes later, an agent on the far left side said, "Everyone needs to get off the street." He did not say this loudly enough for the group to hear him. I only heard him because I happened to be close by. I crumpled up my letter and shoved it in between the links of the fence and quickly got back on the sidewalk. I encouraged others to comply with the agents' orders because I wanted to avoid escalating the situation.

11. By this time, three right wing "influencers" showed up and started trying to amp up the crowd. I recognized two of them. I spoke with the one I did not recognize for a minute and explained that I am an Army vet. I gave one a copy of my letter and asked him if he would give it to the agents. He tried, but the agents wouldn't take it from him either.

12. When he returned, I asked, if they won't read my letter, will you read my letter? He said he would read it. I offered him a hug, which he accepted. I also offered hugs to the other two influencers, they also accepted my hug and a copy of my letter.

13. There was also a group of law enforcement—I don't know who they were or what agency they were affiliated with—positioned outside the fence on one side. These agents or officers were wearing black riot gear, although a few were wearing partial military uniforms. I went down the line of these officers and offered them my letter also. Only two would even look at me momentarily. I noticed that the two who looked at me were Black and brown, respectively.

4

14. I gave up and returned to circulating with the group of protestors, seeking out other veterans. I heard a commotion. I couldn't see what started it, but I later saw a video that showed agents or officers of some kind tackling a photographer, who threw his camera through a gap in the scrum, apparently to preserve his footage.

15. All of the sudden, there was tear gas everywhere. The crowd ran east, the only direction available, but the wind was pushing the gas east towards us. Because of the wind, we had to run pretty far to access fresh air, perhaps a block. I have been teargassed before as part of my military training, so I knew what to do. I told the people near me not to rub their eyes—that just makes it worse—and to put snow on their eyelids to calm the burning. Even with my training, the tear gas affected me badly. I have nodules in one lung and coughing up the gas exacerbated that condition. Because of my condition, I carry cough drops. I shared them with others.

16. After gassing the crowd, it appeared to me that the vast majority of the agents retreated and went back inside Whipple. Only two agents remained at the gate. Because we had not been ordered to disperse or leave, I decided to walk back to the Whipple Building and continue my protest.

17. Shortly after I returned to the Whipple Building, I saw several Native American men arrive and go into the Whipple Building. My understanding is that these men were there because four tribal members have been detained by ICE, despite the obvious fact that they are not in violation of any immigration law. When the men left Whipple a few hours later, they told us that one of the four had been moved out of Whipple,

and the others still couldn't be found. I sincerely hope that these people have been located since.

18. A few hours later, the federal agents came out of the Whipple Building again and, without provocation, threw flash bangs at the peaceful protestors.

19. The aggressive and violent response to peaceful protest sickens me. The federal government's repeated kidnappings of productive members of my community, and of helpless children is immoral, disgusting, illegal and unconstitutional. Although my peaceful protesting has been met with unjustifiable force, I will continue to protest. As an American and as a veteran, I will make my voice heard.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 2/5/2026 in Hennepin County, Minnesota.

*Coral Thacker*
450BABC3296B4F8...

Coral Thacker

# Exhibit A

Hello fellow human being and American,

Please read to the end and do with this what you think is most right in your heart. I really hope you can do some serious introspection and understand what you truly value. What do you want to be your legacy in this short, short life we have? Know that I only have love for you. Please have love for me too and for our country.

I am American. I am a disabled combat veteran. I am queer. I am a geek. I am nuanced. I am compassionate. I am a loyal friend and a loving neighbor. I help strangers. I love my fellow humans equally because at the end of the day, we all eat, shit, and bleed the same. We ARE one people. We all had a mother and a father and were once defenseless, small, and innocent. Borders are made by people who want to have control, power, and more money than they will ever need in their lifetime. As my friend Buddy said, borders are just made up lines on a map.

I am a transplant here. I am originally from small town Iowa. I moved up here in 2010 after the Army. I grew up in poverty without my dad who died due to drunk driving. I was raised on a farm with my mom and her racist boyfriend. He had an arsenal of guns and multiple Nazi flags under the guise of appreciating the history but he dropped all of the slurs. I would hear gook, nigger, wetback, and faggot daily. He had hate in his heart. My hometown is nearly 40% Hispanic and so even at 8 years old I knew he was wrong and I knew I was getting out of that house. I left the day I got a car when I was 16 and never looked back.

I mentioned my friend Buddy earlier. He is a fellow geek and has the sweetest soul. He is the kindest human, funny and smart, and so spiritual. He is level headed, and tries to see the good in literally EVERYONE. Buddy was almost detained last Friday. He was just trying to go buy some board games before coming over to play games with my partner and I. He stopped near The Source in Roseville because he saw a swarm of cars around a single vehicle with 3 scared teenage boys in it. He pulled over out of the way and filmed from across the street. Your fellow coworkers yelled at him, "Are you a citizen? Where are your papers?" He said why wouldn't I be? They started approaching him and became hostile. They asked him if he had a passport and he said no just his driver's license. They said that's NOT good enough. This very quickly could have escalated into something that both parties would have regretted. But one of them got a call and they left. Buddy got back to his car and saw that his phone had died during this interaction. He cried for 30 minutes while waiting for his phone to charge so he could call his sister. He then called me. I answered and told him to come over immediately. All of this just because your coworkers see brown skin and not the human behind the skin suits we all wear.

No one is different under the surface of our skin. No human is illegal. There are bad people in every walk of life, in every profession, and in every inch of land that is populated with humans. Because people do bad things and SHOULD be held accountable. But that is what law and order is for. We need an overhaul of a lot of things in this country but indiscriminately sending every brown person you see away is not the answer. What country are we in? Because I don't recognize it to be the one I put my life on the line for. Who is any one man or establishment to condone this horrible treatment of your fellow American citizens. Your fellow man. THIS MUST STOP NOW.

My heart is hurting and I don't want violence or hate. But where do we go from here? What can we do now to stop this federally funded racism before it's too late? Before we as Americans repeat the foulest history that our great great grandparents died for. Is it really that hard to come back to humanity and to see people as people? You guys, please stop this and come back to being an American and real patriots. We will welcome you with open arms. We will accept that this was a dire mistake that you made in bad faith for an evil regime that has threatened the very fabric of our constitution and our country. Our freedom.

I will end with a quote from someone who is more eloquent than me, my friend Buddy said this just days after he was almost unlawfully kidnapped: "Together we must stand…to denounce the division and state unequivocally, We are Love and We are not afraid." Thank you for your attention into this matter. I don't want to fight you and I don't want you to fight us. If I would have met you in the Army, we would be friends today already. We can still make that happen if you choose love and lay down your hate and weapons as soon as possible. Our country will fall if this continues for much longer. The rest of the world is watching. What's YOUR next move?