UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>        Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>        Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF TAYLOR VOLKMAN** |

I, Taylor Volkman, declare as follows:

1.    I am a 34-year-old resident of the South Minneapolis neighborhood in the City of Minneapolis, Hennepin County, Minnesota.

2. I am an attorney licensed to practice law in Colorado and Minnesota. I have around five years' experience representing plaintiffs in civil rights and employment litigation.

3. I make the following declaration based on personal knowledge.

4. On January 13, 2026, at approximately 1:00 p.m., I was walking west on Lake Street between 36th Avenue South and 37th Avenue South to find a place to eat lunch. Many people from inside the businesses on this block were standing on the sidewalk and looking toward the bus stop near the intersection of 36th Avenue South. These bystanders appeared visibly afraid.

5. I learned from speaking with the people standing on the sidewalk that an individual at the bus stop was detained by individuals who appeared to be agents from Immigration and Customs Enforcement ("ICE") moments before I started walking on Lake Street.

6. I was subsequently standing still, watching traffic at the intersection of Lake Street and 36th Avenue South when I heard shouting and whistles blowing to my right. I saw approximately five or six people running toward the intersection of 37th Avenue South and Lake Street. I suspected that ICE was at the intersection, so I began to sprint in the same direction. As I ran down the sidewalk, I observed that a small silver vehicle had been pulled over by a large black SUV.

7. As I approached the intersection, I saw approximately five masked individuals wearing tactical gear and military-style dress exiting the large black SUV and

surrounding the silver vehicle. I immediately suspected these individuals to be ICE agents and, for that reason, began to video record the scene.

8.      The agents proceeded to detain the passenger of the silver vehicle. A small crowd of observers surrounded the agents, blowing whistles and shouting. After detaining a passenger from the vehicle, the agents returned to the black SUV and began to pull away from the scene. Observers remained at a safe distance during the detention and did not interfere with the agents putting the passenger into their SUV.

9.      As the agents in the black SUV pulled away, a small crowd of observers were nearby and shouting at the vehicle as it departed. One observer wearing a tan coat stood close to the SUV, "flipping off" the agents. The ICE agent sitting on the passenger side of the vehicle reached out the window and forcibly pushed the arm of the observer in the tan coat. A true and correct image of this scene, pulled from my cell phone recording, is included below:



10.  Suddenly, the black vehicle stopped, and four agents quickly exited the vehicle and moved quickly toward the nearby observers. The group of observers moved back, away from the agents.

11.  Two agents grabbed an observer wearing a gray coat, and aggressively threw him on the ground, near other observers on the sidewalk. This observer in the gray coat had not been blocking the black SUV or otherwise interfering with the vehicle. He only appeared to be observing the ICE agents and shouting.

12.  As the agents were restraining the observer, one of the agents aggressively shoved a nearby female-presenting observer hard enough to cause her to fall.

13.  The observer in the gray coat reflexively assumed the fetal position and covered his face with his arms. As two agents kneeled over him, one of the agents clearly

4

drew back to punch the observer while he was in the fetal position. I am unsure whether the punch actually connected, but if it did, it would have been a hard blow. The observer did not appear in any way to resist arrest, nor did he appear to pose any sort of threat to the ICE agents.

14. Two ICE agents proceeded to handcuff the observer. Meanwhile, a third ICE agent stood nearby, holding a weapon that resembled a rifle. A true and correct image of this scene, pulled from my cell phone recording, is included below:



15. After being handcuffed, this observer was placed into the back of the black SUV by the agents. The black SUV then drove west on Lake Street and out of my line of sight.

16. It was my strong impression that the agents detained this observer not for violating the law or for any public safety purpose, but because they were angry at the observers for criticizing and insulting them.

17. I made and have preserved a recording of this incident on my cell phone. This recording supports my written testimony here.

18. This incident has caused me significant anxiety and dread. In particular, I am still horrified by the speed with which the agents stopped the silver vehicle and arrested the passenger. It felt like I was watching a kidnapping, not an arrest. I now feel that I must be hypervigilant when out in public, especially when I see an American-made SUV.

19. I have continued observing since this incident and do not intend to stop, even though I am afraid of the level of aggression the ICE agents have shown toward observers. I will keep observing out of concern for my community and to express my opposition to ICE's conduct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on  1/22/2026  in Hennepin County, Minnesota.

Signed by:
C7909169CD7042B...

Taylor Volkman