UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Court File No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | **DECLARATION OF EIRIK C. WURST** |
| Defendants. | |

I, Eirik C. Wurst, state as follows:

1.  I live in Minneapolis, Minnesota in the Lowry Hill neighborhood.

2.  On the afternoon of January 21, 2026, I walked through my neighborhood to run errands. When I reached the northeast corner of 25th Street and Aldrich Avenue South, I observed a caravan of approximately five cars containing federal agents. The agents wore tactical gear with the word, "POLICE" displayed on it. I also observed approximately 20

to 30 people gather and voice their opinions about the presence of the federal agents in the community. It appeared that the group did not want the federal agents in the community. This gathering did not appear to be an organized protest.

3. I walked by the group, but I did not participate in the activity or voice any opinions about the federal agents. The group maintained a distance of at least six feet away from the federal agents' vehicles, and the group did not block traffic. As I walked, I observed one of the federal agents spray a chemical agent at an individual on foot.

4. All but two agents remained in their vehicles. Two agents rode outside on either side of the last vehicle. Those agents brandished their weapons toward onlookers and discharged a device that appeared to be either a flashbang or a teargas munition.

5. I observed members of the caravan of federal agents waving guns in the direction of the group, and I perceived this conduct as unprovoked and threatening. I did not perceive the crowd as violent. Based on what I observed, the federal agents initiated the use of force.

6. At no point did the federal agents give any warnings or issue any commands. As a result of the federal agents' deployment of chemical agents, my eyes began watering and my throat became irritated. The effects of the chemical agents took some time to wear off.

7. I did not intend to engage in any confrontation with the federal agents, and their presence continues to affect my ability to carry out my daily activities and routines. I consider myself a careful person, and I do not put myself in dangerous situations. The

- 3 -

unprovoked use of force that I observed the federal agents direct toward a peaceful group of approximately 20 to 30 people remains a significant concern for me.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 2/5/2026

County: Hennepin

Signed by:

EA13707231C8443...

Eirik C. Wurst

- 3 -