# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

PLACEHOLDER  FOR
**Exhibit A to Declaration of
Margaret Wood**

SUSAN  TINCHER,  JOHN  BIESTMAN,
JANET  LEE,  LUCIA  WEBB,
ABDIKADIR  NOOR,  ALAN
CRENSHAW,  ABIGAIL  SALM, RYAN
DOXSEY,  MARGARET  WOOD, THE
NEWSGUILD-COMMUNICATIONS
WORKERS  OF  AMERICA,  on behalf of
themselves and other similarly situated
individuals,

Plaintiff(s)

v.

Case Number:   25-cv-04669-KMM-DTS

KRISTI  NOEM,  Secretary, U.S.
Department of Homeland Security (DHS);
TODD  LYONS,  Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS  CHARLES,  Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID  EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; JOHN A.
CONDON,  Acting Executive Associate
Director, Homeland Security
Investigations (HSI); The Department of
Homeland Security; Unidentified Federal
Agencies; and Unidentified Federal
Agents;

Defendant(s)

Form Updated 02/02/2017

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT. FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: Video file 1_21 Federal agent conversation taken by fellow observer.mov.

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).