UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, o*n behalf of themselves and other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; in their official capacities, <br><br> Defendants. | Court File No. 0:25-cv-04669 (KMM/DTS) <br><br><br> **FIRST DECLARATION OF ALICIA GRANSE IN SUPPORT OF PLAINTIFFS' AMENDED COMPLAINT** |

I, Alicia Granse, hereby declare and state as follows:

1. I am a staff attorney with the American Civil Liberties Union of Minnesota, and counsel to Plaintiffs in the above-captioned case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a video from *Train Wreck Mayor: Kristi Noem Slams LA Official*, Fox News (June 10, 2025), https://www.youtube.com/watch?v=ymYIXrH9pjg.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a video from TIME, *Trump Warns, Military Parade Protests Will Face 'Very Big Force,'* YouTube (June 10, 2025), https://www.youtube.com/watch?v=kuKjAIBP8go&t=52s.

4. Attached hereto as **Exhibit 3** is a true and correct copy of **an** audio recording from The Glenn Beck Program, *Glenn's Tough Message to the ICE Shooter's Mom | Guests: Todd Lyons & Dr. Jay Bhattacharya* (Sept. 25, 2025), https://pod.wave.co/podcast/the-glenn-beck-program/glenns-tough-message-to-the-ice-shooters-mom-guests-todd-lyons-dr-jay-bhattacharya-92525.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a video from Hennepin County Sheriff's Office, *Audio from Call to Non-Emergency Line 12-15-2025*, Facebook, https://www.facebook.com/reel/1866499360622494.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a video from Progressive Power, *ICE Officer Feels Threatened By Children Crying Minneapolis 12-06-25, Facebook*, (Dec. 8, 2025), https://www.facebook.com/usaprogressive/videos/ice-agent-in-an-american-flag-mask-orders-crying-children-to-/2993495500821843/.

2

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a video from Amanda Moore, *Big clash this afternoon between DHS agents and protesters in a residential street in Minneapolis, following a DHS agent hitting another vehicle*, Bluesky (Jan. 12, 2026), https://bsky.app/profile/noturtlesoup17.bsky.social/post/3mcar3wmv222t.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a video from Mother Jones, *ICE attacked an observer after they tailed a group of clergy on a spiritual pilgrimage*, Bluesky (Jan. 23, 2026), https://bsky.app/profile/motherjones.com/post/3md5ej7ld552g.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a video from Dom Ervolina, *ICE Agent Knocks Phone Out of Hand*, Bluesky (Jan. 10, 2026), https://bsky.app/profile/dominicervolina.com/post/3mc3b6soa222e.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February, 2026 in Minneapolis, Minnesota.

*/s/ Alicia Granse*
Alicia Granse