UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, o*n behalf of themselves and other similarly situated individuals*,<br><br>    Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>    Defendants. | Court File No.<br>25-cv-04669 (KMM/DJF)<br><br><br><br><br>**SECOND DECLARATION OF ALICIA GRANSE IN SUPPORT OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

I, Alicia Granse, hereby declare and state as follows:

1. I am a staff attorney with the American Civil Liberties Union of Minnesota, and counsel to Plaintiffs in the above-captioned case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a video captured by declarant Abigail Salm of the incidents described in the Declaration of Abigail Salm, ECF No. 69 entitled, IMG_3171.mov.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a video captured by declarant Abigail Salm of the incidents described in the Declaration of Abigail Salm, ECF No. 69, entitled, IMG_5383.mov.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a video captured by declarant Abigail Salm of the incidents described in the Declaration of Abigail Salm, ECF No. 69, entitled, IMG_5384.mov.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a video captured by declarant Ryan Doxsey of the incidents described in the Declaration of Ryan Doxsey, ECF No. 136-16, entitled 20260127071005_000031.MP4.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a video captured by declarant Ryan Doxsey of the incidents described in the Declaration of Ryan Doxsey, ECF No. 136-16, entitled 20260127071505_000032.MP4.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a video captured by declarant Ryan Doxsey of the incidents described in the Declaration of Ryan Doxsey, ECF No. 136-16, entitled 20260127072005_000033.MP4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February, 2026 in Minneapolis, Minnesota.

                                      */s/ Alicia Granse*
                                      Alicia Granse