UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br>    Plaintiffs, <br><br>v. <br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br>    Defendants. | Case No. 25-cv-04669-KMM-DTS <br><br><br>**DECLARATION OF KATHARINE TINUCCI** |

I, Katharine Tinucci, declare as follows:

1. I am a resident of West St. Paul, Minnesota. I have lived there for four years.

2. I am 42 years old.

3. I work in corporate communications.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6. On January 18, 2026, around midday my boyfriend was driving and I was a passenger. I heard there were ICE agents potentially detaining people at a nearby gas station.

7. We drove to the area to check in with the gas station staff and customers to make sure everyone was okay.

8. When we finished talking to people at the gas station we drove away.

9. Shortly after leaving we saw a vehicle that looked suspicious. It was a small light gray SUV with California plates that read 8JZM219.

10. We began to follow the vehicle. We followed the vehicle for about six blocks.

11. They drove to a residential neighborhood and began driving down side streets. We didn't follow them down every street but eventually rejoined them.

12. When we began following the light gray SUV again, a second vehicle was with it. The second vehicle was a light gray Jeep Compass with plates that were obscured with snow and grime.

13. The light gray SUV drove in front of us and the light gray Jeep Compass drove behind us.

14. The light gray SUV in front of us turned perpendicular to us, and the Jeep Compass behind us did the same. This blocked us in.

15. The light gray SUV in front of us turned on its internal red, white and blue flashing lights.

16. We pulled over to the side of the road and stopped our car.

17. The light gray SUV drove alongside our car.

18. I could see two agents in the light gray SUV. They were young men. They were not masked and were wearing tactical vests. They never got out of their vehicle and did not identify themselves.

19. They asked us to roll down our window, so we cracked it.

20. They yelled through the window that we were in violation of 18 USC §111 and were impeding a federal investigation.

21. My boyfriend and I did not speak to the agents.

22. The agents said they had taken down our license plate and told us that if they saw us again we would both be in cuffs. They kept yelling "do you understand?"

23. We said nothing.

24. Then they told us to drive away. Before we drove away one of them sarcastically told us "to have a Minnesota-nice day."

25. During the whole interaction seemed very aggressive, loud, and sarcastic.

26. My boyfriend drove away.

27. We went home after that and did not continue driving around.

28. I was scared during the interaction, but I plan to continue observing ICE agents in my community.

29. Since the interaction, I have been worried while spending time with family or friends. I am worried that they may be impacted. I don't want the people I am close with

to be threatened or harmed because ICE may potentially have our license plate information in their system.

30. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 2/9/2026 in Ramsey County, Minnesota.

*Katharine Tinucci*
Katharine Tinucci