UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br>            Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>            Defendants. | Case No. 25-cv-04669-KMM-DTS <br><br><br>**DECLARATION OF FIONN WARREN** |

I, Fionn Warren, state as follows:

1.      I am a 29-year-old resident of the Powderhorn neighborhood in Minneapolis, Minnesota. I am a preschool teacher, and currently teach at a school in Saint Paul, Minnesota.

2. In December 2025, I joined various neighborhood watch and rapid response groups that monitor ICE activity throughout Minneapolis. I did so because I felt it was my duty to monitor ICE activity in the Minneapolis area, and especially in my neighborhood. I felt it important to document everything ICE is doing in Minneapolis.

3. On Monday, January 12, 2026, I was monitoring activity in my neighborhood. I received a notification from the neighborhood group chat that ICE was active in my area near the intersection of 35th Street and Park. I went to the location to observe and monitor ICE.

4. When I arrived, I saw that there were approximately 40 other protesters and observers. The protesters and observers were standing back from the ICE officers monitoring what was happening.

5. There were approximately 20 ICE Agents that had arrived in 4-5 vehicles. I knew the vehicles were associated with ICE because I saw ICE agents getting in and out of the vehicles.

6. All the ICE agents I saw were wearing face masks that covered their faces so that you could not identify who they were. The majority of the agents were in full military gear, wearing military fatigues / uniforms, and carrying weapons. A few of the agents were in civilian clothes but were wearing bullet proof vests showing they were associated with ICE.

7. At the time I arrived, I noticed some canisters in the road which led me to believe the ICE Agents had already deployed tear gas.

8. I was not sure why ICE was present in this area, but I had heard that they had been at this intersection earlier in the day and may have detained someone. This concerned me because I have heard of ICE agents detaining people without reason to do so.

9. I was standing on the outer edge of the crowd observing what was happening. I turned because I heard a voice next to me and realized it was an ICE Agent. He was wearing a face mask. He was standing about a foot away from me. I couldn't make out exactly what he said but it was something like move away or step back. I had no time to react because the very next second, without warning, he sprayed me directly in the face with pepper spray. It all happened so fast. I had no time to comply or do anything.

10. I do not know why the ICE Agent felt the need to spray me with pepper spray directly in my face from roughly a foot away. I was peacefully observing what was happening which is my right as a United States citizen.

11. My eyes stung for the remainder of the day. I couldn't go to work the following two days and had to take time off because I needed time to recover.

12. I was shaken by the encounter. I have had trouble sleeping and I feel very anxious and am on high alert. I routinely have memories of the incident and have trouble stopping thinking about it.

13. The ICE Agent's actions were intimidating but, following this incident, I have continued to monitor my neighborhood chat and other rapid response groups. I will continue to do so. I have also engaged in patrolling in my neighborhood, and have watched and followed cars that were suspected of being associated with ICE. I feel an obligation to

do so to protect my neighborhood and exercise my rights as a citizen to express my significant displeasure with the actions of ICE Agents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___2/10/2026___ in Hennepin County, Minnesota.

_____
Fionn Warren