UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB,
ABDIKADIR NOOR, and ALAN
CRENSHAW, *on behalf of themselves and
other similarly situated individuals*,

                Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; JOHN A.
CONDON, Acting Executive Associate
Director, Homeland Security
Investigations (HSI); The Department of
Homeland Security; Unidentified Federal
Agencies; and Unidentified Federal
Agents; *in their official capacities*,

                Defendants.

Case No. 25-cv-04669-KMM-DTS

**DECLARATION OF
M███ G███**

I, M███ G███ declare as follows:

1.      I am a 28-year-old resident of the Whittier neighborhood in the City of

Minneapolis, County of Hennepin, Minnesota, where I have lived for a year. I am currently

employed as a social worker for a school district in the metro.

2.     I care deeply about my community, including my immigrant neighbors. As a social worker serving school-aged children, I have seen how the recent immigration enforcement push in Minneapolis is terrifying my students and their families, disrupting the children's educations, damaging the children's well-being and de-stabilizing their families.

3.     I feel called to action as a constitutional observer because I believe it is important to draw public attention to the illegal and immoral actions of federal authorities. I believe that documenting agents' conduct is crucial to helping others understand the scope and scale of the federal assault on my home. I also believe documentation will be necessary to hold agents accountable for their actions and ensure justice for impacted members of my community.

4.     I make the following declarations based on my personal knowledge.

5.     On the morning of January 23, 2026, at approximately 11:00 AM, my partner, C███ R████, was driving us through the Uptown area of Minneapolis. We observed a Jeep Wagoneer and could see that there were four men inside wearing tactical gear, including vests and masks.

6.     We followed the Wagoneer at a safe distance for approximately 5 minutes and were about halfway down the block facing north on Aldrich Avenue between West 23rd Street and West 22nd Street when the Wagoneer abruptly stopped in front of our car.

7.     Four agents—two of whom were masked, but all of whom wore military-style dress with yellow "Border Patrol" insignia—got out of the Wagoneer and approached

2

our car. Two agents stood next to the driver's side where my partner was seated, and two agents stood next to the passenger side where I was seated. We were surrounded.

8.     Around the same time, a Toyota Rav-4 appearing to contain three additional agents arrived.

9.     The agents surrounding us yelled for us to open the car windows. I could see that the agent standing on my side of the vehicle was filming us through the car windows.

10.     We were too terrified to risk opening the windows. The agents yelled at us through the closed windows, saying: "This is United States Border Patrol. You cannot fucking follow us. This is your first and final warning. If you continue to follow us, I will pull you out of your fucking car."

11.     At all times, my partner was driving safely, in compliance with the traffic laws and under the speed limit. We remained at a safe distance from the Wagoneer. We were not obstructing or interfering with anyone. We were merely observing activities on a public roadway. I did not say a single word to the agents during the interaction.

12.     The agents then returned to their vehicle and departed northbound on Aldrich Avenue. We were afraid not to comply with the agents' demand given our prior observations of federal agents' retaliatory actions against observers, so we decided not to continue following the agents' vehicle. We drove off in a different direction.

13.     I recorded the foregoing interaction using my cell phone. A true and correct copy of the video recording is attached hereto as **Exhibit A**.

14.     Later that same morning, at approximately 11:55 AM, my partner and I learned that a confrontation between observers and federal immigration agents was

3

developing near West 27th Street and Park Avenue in the Uptown neighborhood. We drove to the area, parked nearby, and proceeded on foot to observe and document the interaction. When we arrived, we observed seven agents—including some of the same agents that had threatened us earlier that morning—attempting to pull a woman by her neck out of her car. The woman was bleeding and we could see that her driver's side window had been smashed. The level of force that the agents were using against an injured woman was offensive and appeared to me to be obviously unnecessary. The interaction was emblematic of the overaggressive and forceful nature of federal authorities engaging members of the public who express dissent about their immoral actions.

15.    The next morning, January 24, 2026, at approximately 8:40 AM, my partner and I were getting coffee at a bakery near Lyndale Avenue South and West 26th Street in the Uptown neighborhood in Minneapolis when we learned that heavy immigration enforcement activity had been reported in the area and there was a need for observers.

16.    We decided to drive to the area of reported activity to observe. We were driving east on Franklin Avenue when we encountered a maroon Dodge Durango taking a right to travel south down Nicollet Avenue. We could see four federal agents were inside the vehicle based on their military style of dress and insignia.

17.    We followed the Durango at a safe distance down Nicollet Avenue for four blocks to East 27th Street, where the Durango abruptly made an illegal U-turn and parked on the east side of Nicollet Avenue in front of Glam Doll Donuts. By this point, the time was approximately 8:50 AM.

4

18.    We then took a left into a parking lot just south of Glam Doll Donuts, where I observed a second Dodge Durango idling in the parking lot. We saw four more federal immigration agents inside that vehicle, bringing the total number of agents I could see at the scene to at least eight.

19.    Still shaken from our interaction with federal agents the day prior, both my partner and I felt uneasy about so many agents gathering in one place.

20.    From inside our parked car, I observed two agents exit an SUV parked in front of Glam Doll Donuts and unsuccessfully attempt to enter the building. It appeared to me that the door was locked.

21.    The two agents were walking back toward their SUV when they noticed that we were observing from our car. Although frightened, we decided to continue to observe the unfolding situation.

22.    To distance ourselves from the agents in the parking lot, my partner moved our car across the street to the west side of Nicollet Avenue.

23.    Additional observers had arrived by this point and were blowing whistles. Given our interaction with federal immigration officers the day prior, my partner and I decided it would be safer to exit the vehicle and join the other observers on foot.

24.    We exited our vehicle at approximately 8:54 AM, and I began recording the scene on my phone. A true and correct copy of the video recording is attached hereto as **Exhibit B**. I have rewatched this video to ensure that my recollection of events is accurate, but I muted the sound on the video because it is so distressing to me.

25.     We observed the Durango exit the parking lot and drive away, but three additional vehicles carrying federal agents arrived shortly after. At this point, there were at least sixteen agents on the scene.

26.     We crossed to the east side of Nicollet to observe the crowd of agents standing in front of Glam Doll Donuts. One of the agents noticed us and began approaching quickly, shaking a can of chemical irritant in my face in a threatening manner. There was no reason to threaten us, as we were a significant distance away from the agents' activity down the block and we were not interfering with anyone or behaving in a physically aggressive manner.

27.     Nevertheless, we retreated south down Nicollet each time the agent attempted to close the distance between us. I continued to record the scene with my cell phone. My partner was exercising his First Amendment rights and vocally expressing his disapproval of the agents' actions.

28.     To my left, on the west side of Nicollet Avenue, I saw that more observers had arrived on the scene and were using their phones to record the agents from a safe distance. I heard these observers identify themselves as such and saw them holding phones.

29.     One of these observers was a bearded man who wore tan pants, a brown or green jacket, a black hat, and sunglasses. I later learned this man's name is Alex Pretti.

30.     I observed several agents approach and threaten these observers, including Mr. Pretti, in the same manner they had threatened my partner and me just moments before—that is, aggressively approaching peaceful observers who had been observing from a safe distance.

6

31.     One of the agents approached Mr. Pretti and put his hand on Mr. Pretti's chest, pushing him back from the street toward the sidewalk as Mr. Pretti continued to record with the phone in his hand.

32.     Around the same time, we saw a nearby observer in a long black jacket fall to the ground. It looked to me like she slipped on the icy ground. Two or three agents descended on top of her, held her to the ground, and started to handcuff her. I could hear her screaming. The agents' aggressive response to a person who had only slipped on the ice was shocking to me.

33.     Other agents approached the east side of the street where my partner and I stood. A masked agent shook a can of pepper spray directly in my face, shouting, "Get back! Get Back!" We continued to move backward as they approached to maintain a safe distance.

34.     Looking back toward the west side of Nicollet Avenue, I saw an agent shove an observer to the ground. I saw Mr. Pretti try to help the observer up. As he was doing so, more agents approached and sprayed chemical irritants directly in the woman and Mr. Pretti's faces.

35.     The agents pulled Mr. Pretti away from the woman and tackled him to the ground. I watched as at least four agents punched, kicked, and hit Mr. Pretti in the head several times with a can of chemical irritant. I did not observe Mr. Pretti strike anyone or brandish a weapon. There is no doubt in my mind that the beating administered by the agents was completely unjustified.

7

36.    I moved into the middle of the street to observe the agents' increasingly aggressive behavior.

37.    Suddenly I heard three gunshots ring out, followed by several more in quick succession. Mr. Pretti lay motionless on the street.

38.    I observed the agents backing away from Mr. Pretti's body while at least one agent continued to point his weapon at Mr. Pretti's body. The agents did not immediately render aid to Mr. Pretti.

39.    I could not believe what I had just witnessed. I kept repeating, "They just shot a man. They have shot a legal observer." My partner and others present were screaming in despair and fear.

40.    Given my proximity to the agents involved in the shooting, and being a legal observer myself, I was immediately concerned for my safety and the safety of my partner and other legal observers. Despite the horror we had collectively witnessed, I tried to keep my partner and others at the scene calm. I was terrified that the agents might hurt someone else.

41.    Another observer approached us crying and hyperventilating. I reminded her that we needed to keep each other safe and asked her if she needed to sit down.

42.    I told my partner to dial 911. He was speaking to dispatch even as a federal agent threatened us with a can of chemical irritant. We stayed on the scene until local first responders arrived.

43.    The events of January 24, 2026 have left me deeply shaken. Since then, I have felt increasingly paranoid and anxious any time I leave the house. I even feel

hypervigilant at home because I am terrified that federal immigration authorities know who I am and how to find me and will take retaliatory action against me or my partner. I have had to take a break from acting as a constitutional observer because I am afraid that federal authorities will take retaliatory action against me.

44.    I am afraid to be identified by federal agents because I have heard that some witnesses to Mr. Pretti's killing were detained and I sincerely fear retaliation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___2/02/2026___ in Hennepin County, Minnesota.

