UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF COLLETTE ADKINS** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Collette Adkins, declare as follows:

1. I am a resident of the City of Blaine, County of Anoka, Minnesota.

2. I am at least 18 years old.

3. I work as a public interest attorney in the environmental law practice area.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6. On the morning of Thursday, January 29, 2026, I learned from a community chat of ICE observers that multiple confirmed ICE vehicles were parked in Blaine's Club West community, which is just a few minutes drive from my home.

7. I headed there, and at around 11:30 am, I joined an audio call hosted by a dispatcher on the community chat of ICE observers. I drove my car through the Club West neighborhood in Blaine, listening and participating in a handsfree call using my cell phone's speakerphone function. I located and began observing an ICE vehicle in the Club West neighborhood by parking on a nearby block.

8. Also on the call with me was another woman I knew only as a fellow ICE observer. I did not know her personally before that day. She reported that she was parked in a nearby part of the Club West neighborhood also observing an ICE vehicle.

9. The ICE vehicle I was observing started to drive away from the Club West neighborhood, so I left the neighborhood too.

10. This woman on the call said that she had begun driving too. She sounded scared and reported that she was "boxed in" with an ICE vehicle in front of her car as well as another ICE vehicle behind her.

11. I began worrying about her, so I immediately returned to the Club West neighborhood, driving south on Club West Parkway Northeast ("Club West Parkway") toward where she said she was, namely, near the Club West Community Center. That is

located on a roundabout where Club West Parkway and 113th Avenue Northeast (113th Avenue) meet.

12. I entered the roundabout behind a vehicle that I suspected was an ICE vehicle. The ICE vehicle and my vehicle both started heading east on 113th Avenue.

13. I observed another car entering the roundabout and then driving behind me on 113th Avenue. There was plenty of space between all three vehicles. I suspected at the time and later confirmed that the car behind me was the woman on the call with me.

14. The ICE vehicle drove east until coming to Goodhue Street Northeast ("Goodhue Street"), when it turned right and appeared to pull into a residential driveway on the east side of the street near the intersection.

15. I continued driving east just past Goodhue Street on 113th Avenue. I saw that the woman in the car behind me who had been on the call turned right at Goodhue Street. I made a U-turn and parked my car on the north side of 113th Avenue, facing west, intending to quietly observe the ICE vehicle and the woman's vehicle from inside my car.

16. The woman on the call with me parked on the west side of Goodhue Street, close to the intersection. A white vehicle, travelling east on 113th Avenue, turned onto Goodhue Street and parked immediately behind the woman's car. Another ICE vehicle, a silvery gray Suburban with an Illinois plate (License Plate Number 327701), was then parked on the opposite side of the street from the woman's car, facing the intersection.

17. I saw several ICE agents leaving these vehicles and approaching her vehicle. They were wearing masks and tactical vests over their clothing. They had holstered, visible guns.

3

18. Within moments, a third and fourth vehicle arrived and parked on 113th Avenue just west of Goodhue Street. At this point, at least six agents began walking around the intersection.

19. One ICE agent wearing a pink sweatshirt was walking around the intersection. She appeared to be filming everything with her phone. She walked right toward my car and appeared to film me and my car, with her phone.

20. I felt nervous but nevertheless rolled down my window and held up my phone, believing I had begun recording what I was witnessing.

21. At least five agents stood outside the car of the woman on the call with me. They got very near to her car, and I feared that they would hurt her. It was roughly at this moment that I realized I had not yet hit record on my phone's camera. I fumbled with my phone to press record.

22. I looked up and saw the woman was standing up, outside of her car, facing her car. The agents were putting her in handcuffs. I saw them touching her body and her coat, appearing to search her.

23. I began to honk my car horn, hoping the neighbors would hear the noise and help keep us safe by observing the incident too.

24. She stayed incredibly calm. I heard her express concern to the agents about how she is the one who typically picks up her children from school at the bus stop. One of the masked ICE agents nearest to her said, "That sounds like your problem."

25. The agents began to walk her across Goodhue Street to the Suburban that was parked across the street at the bottom of the residential driveway.

4

26. I watched as she saw me recording this. She said, loudly and clearly to me, that her name was Becky, and she asked me to call her son.

27. I asked her what her son's phone number was. She recited the phone number aloud.

28. Even though she was a stranger to me before that day, I shouted out to her, "Be safe, love you," as she was being walked away by two ICE agents. I felt incredible kinship with her because she was so calm and courageous.

29. I stopped recording and began to drive away. I parked at a nearby strip mall and replayed the recording I had taken so I could write down the phone number as I heard it on my recording.

30. I called Becky's adult son to let him know what happened. We arranged to meet at that intersection with his mother's car, which the ICE agents left parked on the street and running.

31. I reported what happened on the dispatch call of community observers. One of the dispatchers called me and then looped in her son to explain what should be done next, so that he would not feel so overwhelmed. The dispatcher said that ICE was probably taking Becky to the Bishop Henry Whipple Federal Building.

32. When Becky's son and I met at his mother's car, he seemed to be shaken up, and we hugged. He recovered his mother's phone and purse that were left in her vehicle, and he spoke to a neighbor about caring for Becky's young children.

33. I later learned he did pick up Becky at the Whipple Federal Building.

5

34. If I had not been able to record his phone number and call him, he might have had no idea where his mother went or why she did not come home.

35. I took the next day off from legal observation because I felt overwhelmed by the incident. I went back out to patrol neighborhoods in my city that weekend because I believe in the importance of this work, even though the incident alarmed me.

36. I learned from other legal observers on the community chat that the same Suburban was in the Club West neighborhood on Friday and again over the weekend.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 2/5/2026 in Anoka County, Minnesota.

Collette Adkins