UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF TIMOTHY MICHAEL BRANDON** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Timothy Michael Brandon, declare as follows:

1. I am a 70-year-old resident of Minneapolis. Before I retired, I worked in the airline industry. I make this declaration based on my personal knowledge.

2. Since the Twin Cities became flooded with federal immigration enforcement personnel, I have become increasingly concerned. I am motivated to protest the actions of

these immigration authorities because I see that the rights of many community members have been violated. The lack of due process offered to immigrants is offensive to me. The rights to assemble and free speech are being impinged upon. Although I am not personally particularly sympathetic to the Second Amendment, this army of federal thugs is also invading that constitutional right. I don't agree with this exercise of federal power and I feel compelled to voice my dissent.

3. Before ICE shot Renee Good in the street on January 7, 2026, I had already protested several times at the Whipple Building. However, Ms. Good's killing was a turning point for me and I began to protest more frequently.

4. On January 15, 2026, I went to the Whipple Building to protest. I arrived at about 2 pm. I walked in front of the building on Federal Drive to join the group of protestors already assembled there. There were perhaps 50 protestors present, maybe more. The group was gathered on the sidewalk chanting and holding signs. I did not see any protestor behave violently or in a physically aggressive manner. In fact, I noticed that the crowd was remarkably peaceful, especially in light of the justified anger over Ms. Good's recent killing. I also noticed that most of the protestors were older, like me.

5. As I got to the sidewalk, the ICE employees (I don't like to call them agents, because the level of professionalism I have seen falls far below the level of the "agent" title), dressed in combat gear and masked, rushed the group of protestors on the sidewalk. This happened suddenly and I did not see any provocation or trigger for the action. Another protestor told me that they were trying intimidate us and I said, "It's working!" I found the sudden, unprovoked rush absolutely frightening. The ICE employees stopped right in front

2

of the protestors and froze for a few seconds staring down the protestors. They then retreated back to the gated area.

6. The crowd returned to their chanting and suddenly, again without provocation, the ICE employees rushed us again. It looked for all the world like a mass of football players running to tackle an opposing team. They again stopped just short of the crowd and then retreated back. At no point did I hear any ICE employee give any verbal order. At no point did I see any protestor do anything that would justify this intimidating tactic.

7. Within moments after this rush, the ICE employees set off a gas canister which blew gas back into their own faces. Then, I heard flashbangs and ICE rained tear gas canisters down on us. I saw nothing that would justify the use of these aggressive crowd control measures against a peaceful group of protestors.

8. I spun around and in the chaos, I didn't realize that I had been struck in the hip by some projectile. Later, I discovered that I had a huge, round, bullseye-shaped hematoma on my hip from this impact.

9. I tried to run from the tear gas and slipped and fell. I caught myself on my arms. I couldn't breathe and, for a moment, I thought I was going to die, but a group of protestors grabbed me by my arms and pulled me to fresher air. I didn't these know Good Samaritans but I am deeply grateful for their help.

10. They helped me get a bit away from the worst of the tear gas and I was leaning against a white SUV, gasping for air. Someone poured water in my face to clear my eyes. As I started to recover, I became afraid that the SUV was leaning on might be an

ICE vehicle. I was gasping and I said something like, "I'm 70 years old and they're trying to kill us!"

11. I was extremely upset and in pain, so I started back towards my car. As I was walking, still coughing, someone—I don't know whether it was a member of the media or a federal agent of some kind—took photographs of my face using a high-tech camera. The person asked me to repeat what I had said about ICE trying to kill us.

12. Once at my car, I took photographs of my hands, which were covered in a toxic white powder. I went to the gym and took a shower to get off the white powder that was all over me. I took my clothes and sealed them in a plastic bag and changed into my gym clothes. I washed my wallet out; even the credit cards inside were covered in the white powder.

13. By the following day, I had developed serious pain in my shoulder from the fall. I've seen a physician who told me that I had a first degree separated shoulder, but no broken bones. I'm now in physical therapy to improve the pain and mobility in my shoulder.

14. Days later, I used a credit card that I had apparently not cleaned well enough. The white powder that remained on the card caused me to choke again.

15. The ICE employees' violent over-aggressive retaliation against me and the other protestors on January 15 was extremely frightening. However, I remain motivated to exercise my First Amendment rights. Despite my fear, I have protested at the Whipple Building every single day since this happened. Each day when I arrive, I wonder whether

it is safe to be there. I have noticed that since the Hennepin County Sheriff has taken over crowd control at Whipple, the scene feels safer and better controlled.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on   2/5/2026   in Hennepin County, Minnesota.

Signed by:

Timothy Michael Brandon