UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br> Defendants. | Case No. 25-cv-04669-KMM-DTS <br><br> **DECLARATION OF ADAM CHECK** |

I, Adam Check, declare as follows:

1.  I am a resident of the Standish neighborhood of Minneapolis, Minnesota. I have lived there for seven years.

2.  I am 37 years old.

3.  I am an economist.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6. On January 17, 2026, around 7:46 a.m. in the morning I heard from a neighbor that federal agents were apprehending and detaining people about five blocks from my house.

7. I got in my car and drove to 25th Avenue and 43rd Street where I saw about six ICE agents. They all covered their faces with masks. They wore generic work pants in neutral colors and were wearing hooded jackets. They had military-style green vests. Some vests said they were federal agents.

8. I filmed the ICE agents and honked my car horn.

9. The agents got into their vehicles and began driving away. They had roughly three vehicles.

10. I followed them in my car, and after a few blocks I honked again.

11. One of the vehicles stopped. It was a small black Nissan SUV. The other two vehicles did not stop.

12. I stopped driving.

13. Two agents exited the small black Nissan SUV and approached my car. The ICE agent driving the vehicle did not exit the car.

14. When they approached my car, I cracked my window.

15. One agent told me "look, I'm giving you this first and last warning, if you keep tailing us and following us we're going to get you out of the vehicle and we are going to put you in cuffs and we are going to arrest you."

16. I told them I had a legal right to follow and record them.

17. They returned to their vehicle and began driving again.

18. I followed them for one more block before returning to my daily activities.

19. Afterwards I felt anxious and unsettled.

20. With all the chaos from immigration enforcement occurring in Minneapolis, my family has temporarily left the state for our own safety. My wife is not white, and we are worried what immigration enforcement may do.

21. After everything that has happened, I am not sure how safe it is to be a monitor. While I want to help my community, I am not sure how I plan to continue participating because I am worried about my safety and the safety of my family.

22. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 2/6/2026 in Sussex County, Delaware.

*Adam Check*
Adam Check

3