UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>        Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>        Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF RYAN DOXSEY** |

I, Ryan Doxsey, declare as follows:

1. I am 42 years old, work as a software engineer, and am a resident of the City of Richfield, in Hennepin County, Minnesota.

2. I have lived here for more than a decade. I am married and my wife and I have a six-year old son who attends elementary school in Richfield.

3. I make the following declaration based on personal knowledge.

4. I care deeply about my community and have been deeply concerned about the heavy presence of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents in my community. In particular, I have witnessed, and continue to witness, a heavy presence of masked federal agents roaming around Richfield schools including the school where my son attends. These masked agents, typically multiple agents in unmarked SUVs with heavily tinted windows, dressed in tactical gear, regularly descend on schools at pick-up and drop-off times, creating fear and intimidation for children and their families.

5. In an effort to foster a sense of safety and help protect our neighbors, I regularly volunteer with others in my community. We take turns driving around Richfield schools, particularly at morning drop-off and afternoon pick-up times when children are coming in and out. I generally volunteer for drop-off times. We share information about ICE presence to warn children and their families. We often see the same ICE vehicles day after day and have become able to recognize them because of their heavily tinted windows, the license plate numbers we write down and share, and their reckless driving behavior.

6. On Monday, January 27, 2026, at approximately 7am, I was volunteer patrolling in front of Richfield Stem School at morning drop-off time. As I was waiting to turn east onto 70th St., I saw a white Ford Expedition with Texas license plates. The windows were tinted but I could make out that there were at least three adult men in the car.

7. I ended up behind them, with one car in between us. The car in between us turned off, leaving me directly behind them. I maintained a normal distance and observed. I was able to see their license place (TX XHH 3128) and confirm that it was a match for a known ICE vehicle. At this time, I honked 5-6 times to warn the community, the school children, and parents that ICE agents were in the immediate area. I want the community to know I'm there to support them and I want the ICE agents to know we're there and watching them.

8. The vehicle drives away from the schools, and I follow for about four minutes. I drove the speed limit, I didn't honk my horn, I didn't break any traffic laws. I maintained a safe driving distance as we drove through the neighborhood.

9. On 67th St. between 13th Ave. and 14th Ave., the ICE vehicle turned around and drove directly at my car. They kept approaching my car, so I had to reverse to maintain a safe distance. Then they turned on red and blue flashing lights. I stopped and remained calm and continued to observe and communicated with my neighborhood group. One agent, dressed in tactical gear and a mask, got out of the SUV and approached me. It looked like he had a gun in a holster on his right leg. He came to my passenger side window and ordered me to roll it down. We could hear each other fine so it did not feel necessary or safe to do so. I did not roll down my window. The agent said that this was my "one warning to stop impeding." I did not argue and only responded with "Ok."

10. The agent took a photo of my license plate and a photo of my face and said that I would be added to a list of domestic terrorists. He also said that if I continued

3

following, he would call for backup and I would be arrested and detained. I have dash cam footage of the interaction that I have shared.

11.    After they pulled away, I drove to Centennial, another school in Richfield. The same ICE vehicle was in that area. I went into the school and warned the office staff about ICE agents in the area and then left to go home.

12.    This wasn't the first time federal agents have tried to intimidate me for observing them. On January 23, I was getting ready to leave the house when I saw what I believed was an ICE vehicle drive past my house. I left the house about a minute later.

13.    I saw which way the vehicle had turned and went to look for it. I guessed which way they might go, and I was right. I found them on the street next to ours. I followed them for a block or so. Once I got close enough to see the license plate, they pulled over and let me pass. I drove by and gave them a stern look. I made a few turns and didn't see them in my rearview. I drove back towards my house and then saw them parked directly in front of my house. I imagine that they ran my plates somehow to find my address and went there to let me know they knew where I lived. I parked a safe distance from them and just sat there until they left about ten minutes later. A few other observers ended up coming to my house as well to document that they were there.

14.    Federal agents keep roaming our neighborhoods, sometimes parking outside of our homes as if they are surveilling us and our neighbors. Their military gear, masked faces, and surveillance feel it like they are deliberately trying to intimidate our community for our work to protect our neighbors.

15. The impact of the constant presence of federal agents is taking a real toll on me, my family and my neighbors and community. And I'm not even a target of their so-called immigration enforcement. By nature, I am an introvert, so it does not come easy for me to go out and volunteer in this way. But I'm doing what I think is right and what I know I'd want others doing for me. I have had to become hypervigilant about being followed and am having difficulty sleeping. My wife and I have tried to shield our son from the scary things happening around him, but as the school community grapples with the loss of cherished students and their families, we know and feel that it is affecting his sense of safety and security.

16. Despite these effect, I will continue to engage in community observation efforts because I want to protect my family and community.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on  Feb 11, 2026   in Hennepin County, Minnesota.

*Ryan Doxsey*
Ryan Doxsey (Feb 11, 2026 06:33:21 CST)
Ryan Doxsey