UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF DANIEL EHRLICH** |

I, Daniel Ehrlich, declare as follows:

1. I am a resident of the City of Minneapolis, in Hennepin County, in the state of Minnesota.

2. I am at least 18 years old.

3. I work as a data analyst.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence in my community of agents from U.S. Immigration and Customs Enforcement ("ICE") and from U.S. Customs and Border Protection ("CBP").

6. Following the shooting of Renee Macklin Good on January 7, 2026, I learned through social media about a protest being organized for the morning on January 8, 2026, from 7:30 a.m. to 8:30 a.m. at the Bishop Henry Whipple Federal Building located on Federal Drive in Minneapolis, Minnesota ("Whipple Building"), and decided to attend.

7. On the morning of January 8, 2026, my partner and I took the Metro Transit light rail to the Fort Snelling station, arriving at approximately 6:45 a.m. We walked a short distance from the station, along the sidewalk on the south side of Federal Drive, to the Fort Snelling Park & Ride South Lot. There was a small group of protestors gathering along the sidewalk, and a larger group gathering within the parking lot. I estimate there were 25 protestors on the sidewalk opposite the overflow parking lot for the Whipple Building on the north side of the drive. These protestors were part of a group that had already been showing up daily to peacefully protest at this location, sidewalk opposite the Whipple building parking lot. We met a larger group of protestors in the Park & Ride lot, I estimate there were approximately 50 people there when I arrived, though people continued to join us.

8. Additional protestors arrived, and by 7:30 a.m., I estimate there were approximately 200 people participating in the protest. Certain protestors had volunteered to serve as marshals for the protest. They wore neon yellow vests and formed a line along

the sidewalk on the south side of Federal Drive. The rest of the protestors, including me, lined up behind the marshals. The line of protestors stretched approximately 0.2 miles, from the light rail tracks to the west, along the south side of Federal Drive to the eastern parking lot entrance.

9. The protestors included people of all adult ages. Many of them held anti-ICE signs, and many shouted anti-ICE chants. There were also many calls to remember and say the name of "Renee Macklin Good."

10. By approximately 7:55 a.m., the protest had moved from the sidewalk onto Federal Drive such that it was blocking the road and central driveway to the Whipple Building parking lot. I heard marshals call for more people to move to the eastern parking lot entrance, and I decided to do so.

11. I walked approximately .1 miles east along Federal Drive to the eastern parking lot entrance. When I arrived at approximately 7:57 a.m., the protestors only occupied the south side of the road. There was a line of men I believe to be from ICE, CBP or Department of Homeland Security ("DHS"). Many were in plain clothes and had faces covered by gators or masks. Some wore dark uniforms with vests that said "POLICE DHS" on the front. When I arrived, these men were already lined up along the north side of Federal Drive, facing the marshals, and keeping the north half of Federal Drive clear of protestors. There was a slow but steady stream of cars entering the eastern entrance to the parking lot at this time.

12. Upon arriving I immediately took out my phone to take pictures because I noticed one of the more heavily armed agents, wearing a tactical vest over a sweatshirt,

move past the line of plain clothed agents and reach past the line of marshals to begin shoving protestors.

13. He ordered the protestors to move back, and as we began to do so I saw him again reach past the marshals to grab a protestor and pull them out from behind the line of marshals. This agent threw the protestor behind him, where the protestor was detained by other agents.

14. This agent was markedly more aggressive than the other agents. He was approximately six feet tall and appeared to be Hispanic. He had a black gator covering most of his face and wore blue jeans and an olive-colored sweatshirt. He had on a military-style tactical vest that held a significant amount of gear and was labeled "Border Patrol Federal Agent" and had yellow tape on his both shoulder straps with the letters C61. He frequently put his hand on his pistol in its holster as he walked in front of the protestors.

15. Below is a true and correct photo I took of this agent:



16. This agent paced back and forth in front of the marshals and by approximately 8:00 am, he grabbed a second protestor from behind the marshals and threw them to the ground. While a second officer handcuffed the protestor's hands behind his back, the first agent lifted the protestor's head and torso a couple feet off the pavement using the protestor's backpack straps. This struck me as extremely reckless, because if the straps had failed or the agent had let go, the protestor would have dropped face-first onto the pavement, with no ability to break the fall.

17. Below are true and correct photos I took of (a) the agents holding the protestor face-down on the pavement while handcuffing him, and (b) the first agent lifting the protestor up by the protestor's backpack straps.





18. The first agent continued to be aggressive towards the protestors, but I did see the agent detain any more protestors.

19. I did not observe either of the detained protestors take any action prior to the agent's action other than continuing to shout anti-ICE chants. I did not hear any of the agents "read the rights" to either protestor.

20. By approximately 8:08 a.m, more agents started to arrive at the scene wearing tactical gear and carrying pistols and what appeared to be paintball guns and pepper spray. Many of the agents had labels on their clothing or gear identifying them as ICE or CBP agents. None of them had badges that I could see.

21. By approximately 8:18 a.m., another group of agents came out. These agents were similarly armed to the existing armed agents, wearing camo and vests, although most of these new agents also wore helmets. Some had patches on their clothing or gear that said "Police", others said "ICE" and "SRT".

22. Below is a true and correct photo I took of the new agents, with more agents seen in the distance.



23. At around this time, I saw smoke on the west end of the protest line, which, based on the reaction of protestors in that location, appeared to have been a cannister of gas thrown by the ICE or CBP agents that contained chemical irritants. I had brought a gas mask with me and put it on, in anticipation of the agents spraying additional chemical irritants in the area where I was standing. That did not happen.

24. At around 8:30 a.m., the protest ended, and my partner and I walked to the Fort Snelling light rail station to catch a train home. As we left the protest, I met an older woman who couldn't find her husband. My partner went with this woman to check in with the other marshals while I waited at the light rail station.

25. While I waited, and as the protest was dispersing at approximately 8:40 a.m., I saw yet another group of new agents arrive at the scene, even more heavily armed than the agents already at the scene. Below is a true and correct photo I took of some of these more heavily armed agents:



26. Despite the aggressiveness of the CBP agent, the protesters remained peaceful, with no agitating or instigating. I only saw one protestor briefly become agitated and move toward the front of the protest. However, the marshals corralled him and persuaded hm to step back, and he complied.

27. This incident frightened me and has caused me to have anxiety and difficulty sleeping. As a result of the incident, my partner and I have taken steps to increase our home's physical security and shield our identities online.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Signed on Feb 9th 2026 in Hennepin County, State of Minnesota.

By _____
Daniel Ehrlich