UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF ALEXANDER ENGEL** |

I, Alexander Engel, declare as follows:

1. I am a 30-year-old resident of Inver Grove Heights, and I work part-time as a security guard.

2. On Thursday, January 15, 2026, just after 9:00 p.m., I drove to the federal Whipple building to drop off hand warmers for protesters exercising their First Amendment rights to protest ICE.

3. I knew that it had been cold that day and saw a video on YouTube saying that dropping off hand warmers was a good way to help.

4. I would estimate there were approximately 100 protestors in front of the Whipple building when I drove up. They appeared to be mostly elderly and college-age individuals, and many had cardboard signs and/or water bottles.

5. I parked my car by the Whipple building entrance and got out.

6. During my time at the Whipple building, vehicles kept appearing behind the protesters. They were mostly white and black SUVs or pickup trucks, and a few older, more run-down cars. The people in the cars were wearing camo and had masks over their faces and would occasionally park and go into the Whipple building. I believe they were ICE agents.

7. I had been handing out hand warmers for a few minutes when I heard someone say that ICE agents were coming out and that people should get ready. Someone told me that this was a common occurrence and warned me not give the ICE agents a reason to use force or chemicals because they were "looking for one."

8. I would estimate that there were around 60 ICE agents who came out of the Whipple building. They were wearing what appeared to be full riot/tactical gear, including gas masks. I could see the word "police" on their clothes but did not see any other words or identifiers and I did not see an agent's badge at any point.

9. The ICE agents formed multiple lines across the entrance to the Whipple building, locking arms and then moving in lockstep toward the protesters.

10. I remember protesters saying something about moving back because the ICE agents were coming, and most of the protesters did start to move backwards.

11. Two kids that looked to be high school- or college-aged sat down in the road and refused to move. Without any warning, several ICE agents appeared to tackle or "dog pile" the kids. I couldn't completely see what was happening because other ICE agents intentionally formed a line between the protesters and the kids.

12. The kids were dragged by ICE agents into the Whipple building. I heard that one of the kids was released that same night, but the other was still in the Whipple building the next day.

13. As the kids were being dragged away, other protesters responded by yelling at the ICE agents, and some of the protestors started to lock their arms together.

14. Without any kind of warning, the ICE agents started shooting off some kind of pepper spray or pepper balls. They were within just a few feet of us when they did this, and it looked like they were just using the chemicals indiscriminately, aiming at the crowd in general to try to get protestors to move or leave.

15. I ran to my car to try to get away. I had not brought a mask or goggles and was concerned for my safety. My eyes burned from the chemicals, and I could feel my skin burning through four layers of winter clothing.

16. The sky was clear when I arrived at the Whipple building, but I drove out in a cloud of smoke.

17. When I got home, I took a cold bath to try to get the chemicals off my skin. I coughed all throughout that night and for a few days after.

18. Since the incident, I have been worried about my commute and where I work, which is near the State Capitol building. I feel like I'm always looking over my shoulder for ICE agents. I frequently see black vehicles with really dark window tint and no plates, which I think is illegal and is done to intimidate people while staying anonymous and avoiding consequences. I worry that ICE agents will hit my car claiming that I'm protesting or use more chemicals or force on me or someone around me.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on 1/29/2026 in Dakota County, State of Minnesota.

Signed by:
Alexander Engel

4