UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF SEREN ERDEN-MEDLIN** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

---

I, Seren Erden-Medlin, declare as follows:

1. I am a 24-year-old resident of the Ventura Village neighborhood of Minneapolis, Minnesota.

2. I work as a special education paraprofessional.

3. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

4. On Saturday January 17, 2026, at approximately 7:00 p.m., I was driving my personal vehicle with a friend. I saw a dark Nissan Armada vehicle with license plate WBX5990 in the parking lot of an apartment complex located at Fremont Avenue South and West 83rd Street in Bloomington, Minnesota. I knew the vehicle was an ICE vehicle because I had received a message from residents that ICE was there, and the vehicle description and plate number was confirmed.

5. I began following the vehicle to observe and record the actions of the ICE officers.

6. I had previously followed ICE vehicles during Operation Metro Surge to observe and record the actions of ICE officers' actions in my community. I believe it is important to document the activities of these federal officers in my community. I also follow ICE activity to be available if someone is taken by ICE so that I can ask that person if I can contact someone for him or her before they are taken away.

7. I followed the vehicle from the apartment complex to 3rd Avenue South and East 46th Street in Minneapolis and then to Clinton Avenue and East 47th Street in Minneapolis. The distance was approximately 5.7 miles and included driving in residential areas and on Interstate 35W. A map I annotated showing the path the ICE vehicle took is below:



8.     During the drive, the ICE vehicle swerved in and out of traffic. The car also changed lanes and made turns without signaling.

9.     The ICE vehicle stopped on a poorly lit portion of 3rd Avenue South near East 47th Street in Minneapolis. As I drove past the ICE vehicle, one of the officers waved at me to pull over. I did not pull over at that time.

10.    The ICE vehicle then turned on its flashing lights and followed me. I stopped at the corner of Clinton Avenue South and East 47th Street. The ICE vehicle's path is shown on the map I annotated below:



11.     I locked my doors, rolled up my windows and closed the vents in my car – I had heard ICE agents had teargassed other cars through ventilation systems. I was afraid the encounter would escalate. I pressed my driver's license up to the glass. One of the two officers came to my driver's side window and shined a light into my car. It was so bright and intense that I could not tell if he was wearing a mask. He yelled at me to roll down the window, but I declined. He then yelled that if I kept following them, they would arrest me. I gave a thumbs up and he walked away.

12.     During this time, the other officer also approached the car and banged on the window where my passenger was sitting.

13.     There were at least two or three other cars stopped with their drivers observing what was going on.

14.      As I drove away, I honked my horn to indicate to the other observers that it was indeed an ICE vehicle. Then the ICE vehicle pulled up next to me, again shining a light into the car and yelling. I could not understand what he was saying.

15. The interaction lasted one to two minutes and was extremely stressful. Since that event I have experienced a lot of anxiety and fear.

16. I will continue to act as a peaceful observer to ICE actions. I have purchased a dash camera to install in my car so that I can record any future interactions with ICE. I also understand that ICE officers have confiscated phones of observers so I have purchased a phone that I can use solely for when I am observing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 1/27/2026 in Hennepin County, Minnesota.

Signed by: Seren Erden-Medlin
E153F7B9E712409...

Seren Erden-Medlin