UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>          Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>          Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br><br>**DECLARATION OF<br>MARIANNA GARCIA** |

I, Marianna Garcia, declare as follows:

1. I am a resident of the City of Eden Prairie, in Hennepin County, Minnesota.

2. I am at least 18 years old.

3. I make the following declaration based on personal knowledge.

4. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community. I am a trained constitutional observer.

5. On January 19, 2025, I learned though our neighborhood alert that ICE agents were inside the apartment building at 14030 Chestnut Drive, Eden Prairie, Minnesota 55347. I went to the building to observe any ICE activity.

6. When I arrived at the building the doors were propped open, so the building was no longer secure. I was told that ICE agents were on the first floor. I went to the first floor and blew my whistle. After I blew my whistle, an ICE agent approached me and asked me if I knew who they were looking for. I asked him if he had a warrant. He told me that I was nobody and he did not have to show me a warrant.

7. I said to him "you're here because the office is closed." I also said to him "you don't have permission to be here." Then another ICE agent approached me, and I asked him if he had a warrant. He did not answer my question, instead he said that I was not related to the person they were looking for so he did not need to show me the warrant.

8. The second ICE agent then said that when I blow my whistle I am impeding their activity, and if I continued to blow my whistle he would arrest me. He then got really close to me and I backed away.

9. I felt frightened when he threatened to arrest me and when he stepped physically close to me. I believe that he threatened me because I was observing their activity.

10. Both agents ended up leaving without detaining anyone that day. ICE agents are in my neighborhood almost daily. I believe the ICE agents are here so often because it is a diverse neighborhood.

11. I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on 1/27/2026 in Hennpin County, State of Minnesota.

Signed by:

93AE36D1BF55495...

Marianna Garcia