UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>　　　　Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF CASSANDRA GRYTHE** |

I, Cassandra Grythe, declare as follows:

1. I am a resident of West St. Paul, Minnesota.

2. I am 44 years old and competent to make this declaration.

3. I work in customer service.

4. I have been aware of the increased ICE activity in Minnesota but have not yet actively sought out protesting or observing opportunities.

5. On January 21, 2026, at around 9:30 a.m., I was driving to work, alone, on Interstate Highway 94 westbound and it was snowing heavily. I exited the highway on the Lexington Parkway exit and continued along St. Anthony Avenue to the traffic light crossing Lexington Parkway, which was red. I was in the middle-right of four lanes.

6. As I waited at the light, I noticed that the vehicle in the lane to the left of me had stopped over a car length short of the crosswalk at the intersection, when no vehicle was in front of them. The vehicle was a large, black SUV with a Texas license plate.

7. The situation seemed strange, so I turned to look at the driver, and noticed that the windows of the vehicle were heavily tinted. What I could see through the windshield was that the driver was wearing a tactical vest with law enforcement lettering on the front. There was at least one other person in the vehicle, riding in the passenger seat. I realized that this was an ICE vehicle.

8. I could tell that the driver noticed that I turned to look at him. Other than turning to look at the vehicle, I did not do anything other than turn to face forward. I did not make any gestures or use my phone. I continued to wait at the red light.

9. Just as the light turned green, another large, black SUV with tinted windows that was traveling south on Lexington Parkway turned right onto St. Anthony directly in front of me. I could not make out the license plate on the vehicle in front of me, but I could tell it was not a Minnesota plate. I think it was either an Iowa or Nebraska plate.

10. As I traveled through the intersection, the ICE vehicle to my left also traveled through the intersection and drove directly parallel to me on the left side.

11. Everyone on the road was driving slowly, including myself, the black SUVs in front of my vehicle, and the ICE vehicle to my left. Just past the on-ramp to Highway 94 W, St. Anthony is wide enough for two vehicles, but it is a one-way street with no lane markings and on-street parking, so it is unclear whether the road is intended as a two-lane.

12. Halfway between Lexington and the next intersection at Griggs Street, the vehicle in front of mine stopped suddenly and the ICE vehicle to my left drove toward my vehicle, forcing me to the side of the road.

13. It was at that point that I noticed that another large, black SUV with tinted windows had been driving behind me. This vehicle approached my vehicle from behind and stopped very close to the rear of my car, boxing me in.

14. I was terrified. No one got out of any of the vehicles, and I was not sure what I was supposed to do. I could not move my vehicle, and it did not feel safe to call anyone or exit my vehicle. The ICE vehicles stayed parked where they were for 2-3 minutes.

15. When the ICE vehicles finally started to slowly drive away, I saw that 3-4 more dark SUVs had joined them, and they all continued on toward Hamline Avenue.

16. I sat there for a moment and then drove to my workplace.

17. When I got into work, I was hysterical and still panicking about the encounter. I cried for hours and could not perform my duties at work. This caused immediate negative repercussions with my employer.

18. I now have serious anxiety about driving into work, so I requested to work from home—which I am fully set up to do—for at least the next month, or until the massive ICE presence in Minnesota subsides. My employer has not been receptive.

19. I also visited a psychiatrist for help dealing with the trauma this encounter caused, and she has placed me on leave from work for a minimum of three weeks. While on FMLA leave, my income will be negatively impacted. She has also recommended that I seek out a specialized therapist for treatment of trauma and PTSD, which will incur additional out-of-pocket costs.

20. Since the encounter, I have experienced trouble sleeping and chest pains.

21. The encounter has also negatively affected my daughter, who is scared for me, but also for herself, having heard about the profiling that ICE has done on protesters and observers. She now thinks that my encounter will cause ICE to come into her workplace and harass her.

22. I was boxed in and intimidated by ICE simply because I turned to look at another driver who was driving unusually during a heavy snowfall.

23. While I have not protested against ICE before, I am now considering protesting. However, I am very hesitant due to the intimidation tactics ICE used against me when I was just driving to work.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on 2/10/2026 in Hennepin County, State of Minnesota.

*Cassandra Grythe* (signed)

Cassandra Grythe