UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>       Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>       Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF KAIA HIRT** |

I, Kaia Hirt, declare as follows:

1.  I am a resident of the City of Minnetonka, Hennepin County, State of Minnesota.

2.  I am at least 18 years old.

3. I work as an academic advisor and program coordinator for the Education Department at Augsburg University.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6. I am part of a neighborhood group.

7. On January 19, 2026 around 7:15 a.m., as I was doing my morning drive, I was alerted to the presence of an ICE vehicle where two ICE agents were visible in the car. They both wore vests that said Federal Police and wore ICE badges.

8. I was near the Atwood Apartment buildings at 14030 Chestnut Drive, Eden Prairie, Minnesota.

9. I was observing multiple cars from a safe distance to ensure that my community was aware of their presence.

10. A member of the community group described a Mitsubishi SUV as the ICE vehicle, and I realized I was near the vehicle. As I drove forward in my lane, with the ICE vehicle on my left in its lane (the ICE vehicle was facing the opposite direction from mine), I looked right at the two ICE agents and they looked at me.

11. I pulled my car forward in my lane past the ICE vehicle put it in park. I was not in front of them. Eventually, they moved ahead as though they were leaving.

12. I pulled ahead to leave and was going slow, then suddenly the ICE vehicle turned and stopped right in front of me, blocking my car.

13.    The ICE agents got out of their car and asked me to roll down my window. I started recording. The ICE agent began reading off his phone. He said if I was obstructing a federal operation and if I assault, resist or impede federal officers, I would be arrested. He said, "this is your only warning." He said, "in other words if you keep following us..." but I interrupted and said, "the judge said as long as I'm not impeding you, I can follow you." He said, "you are impeding us by following us." I said I was waiting for a friend, which technically was true because my friend lives in the apartment building and I talked with her, but I said that because he was threatening me and I was scared. He said, "if we move this vehicle and you move that direction again, this is your only warning."

14.    He left and I didn't move. I believe I had a right to follow him at a safe distance and observe him if I was following traffic laws, which I was. I believe he cut off my car, forced me to stop, approached my car window and threatened me because I was observing their activities. I believe the ICE agents intended to scare me so that I would stop observing their activity.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on ____1/26/2026____ in Hennepin County, State of Minnesota.

*kaia Hirt*
6BBCADA68E344F6...
Kaia Hirt