UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>  Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>  Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF BROOKE JOHNSON** |

I, Brooke Johnson, declare as follows:

1. I am a 32-year-old woman who resides in South Minneapolis. I am a writer.

2. On January 7, 2026, I was informed that immigration officials were taking enforcement action at Roosevelt High School in South Minneapolis.

3. I arrived at Roosevelt High School at approximately 3:30 p.m. I was on the scene to act as an observer of the federal authority activities so that I could disseminate information to the public, to record information, and to protest.

4. I observed numerous SUVs and many Border Patrol officials on the grounds of the Roosevelt High School. The Border Patrol officials were shouting at people.

5. I began to collect information on the badge numbers of the agents. Some badge numbers were sewn onto the agent's clothing and some were written on duct tape affixed to their clothes.

6. I observed one agent with duct tape whose badge number was smeared and could not be read. I asked him for his badge number and he refused to tell me.

7. A woman nearby was protesting and shouting. I saw this unidentifiable agent shoot a rubber bullet at her feet.

8. I then blew a whistle. This same unidentifiable agent grew visibly angry, slightly lifted his gun, and started to take several steps towards me, shouting: "Don't do that! That is assault!"

9. I never touched or assaulted this agent or any agent.

10. I immediately put my hands up and began to take steps backward. I felt extremely intimidated and scared when he rushed me.

11. Thankfully, other observers stepped to my side and said repeatedly that I did not assault him. The unidentifiable agent then backed away.

12. I then saw people running to the side of the school building. I observed an individual who had been tackled on the ground with Border Patrol agents. Another person tried to go help the person on the ground and was also tackled. Both were

handcuffed and placed into vehicles. I took a video of these actions and below are are true and correct copies of images taken from that video:





13. When the Border Patrol agents attempted to leave, people were blocking their way. I witnessed agents aggressively throw people to the ground. I took a video of these actions and below is a true and correct copy of a still images taken from that video:



14. I became aware that federal agents were deploying gas or pepper spray on the Roosevelt High School grounds when I began to feel its effects.

15. In addition, I observed one agent who was taking photos of people with a very nice long lens camera. This made me feel scared. Unlike the Border Patrol agents, my face wasn't covered. The agent was taking photos of us. I asked a friend to stay with me that night because I felt unsafe and scared.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 19/01/2026 in Hennepin County, State of Minnesota.

*Brooke Johnson*
Brooke Johnson (Jan 19, 2026 11:58:04 CST)

BROOKE JOHNSON