UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, STATUS COUP NEWS, and THE COMMUNICATIONS WORKERS OF AMERICA, o*n behalf of themselves and other similarly situated individuals,*<br><br>      Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>      Defendants. | Case No. 25-cv-04669<br>(KMM/DTS)<br><br>**DECLARATION OF LORI KAPLAN** |

1. I, Lori Kaplan, state as follows:

1. I am 53 years old and reside in Columbia Heights, Minnesota, where I have lived for nearly 25 years. I work as a school social worker.

2. On Sunday, January 11, 2026, at approximately 4:00 pm, I was in the area of Southern Columbia Heights. I observed one vehicle that I believed belonged to ICE

agents. The vehicle had Texas license plates, and the individuals inside were wearing khaki bulletproof vests.

3. I decided to follow the vehicle in my car to report their location and activities to the community.

4. While following the vehicle, I complied with traffic laws, I did not drive aggressively, honk my horn, or make any gestures.

5. After approximately six blocks, the vehicles stopped abruptly in front of me, blocking my path. A second vehicle pulled up from the opposite direction and stopped, preventing me from moving forward. There was another vehicle behind me.

6. Several federal agents exited their vehicles and approached my car.

7. I kept my windows rolled up and did not open my door.

8. One agent forcibly opened my car door and attempted to grab my phone from my hand. I threw my phone onto the passenger seat to prevent him from taking it.

9. I was extremely shaken and feared for my safety. I thought I might be shot.

10. The agent screamed, "stop fucking following me." He demanded to know my occupation. When I said it did not matter, he stated, "you're never going to work in the United States again." I told him that he has no jurisdiction here or over me. He repeatedly threatened that I would end up in federal prison and never work in the United States again.

11. Residents began coming out of their houses and shouting at the agents to leave.

12. The agents slammed my car door, returned to their vehicles, and drove away.

13. I then left the area, feeling frightened and shaken.

14. I remain committed to holding these agents accountable and will continue assisting my community in tracking ICE activity.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 1-13-26
County: Anoka

_Roni Kapla_
[NAME]