UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br>           Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>           Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF RACHEL LANDSEM** |

I, Rachel Landsem, declare as follows:

1. I am a 31-year-old resident of the Webber-Camden neighborhood of Minneapolis, Minnesota. I have lived in that neighborhood for a year-and-a-half.

2. On Friday, January 16, 2026, at approximately 8:30 a.m., I was driving in the area of North Emerson Avenue and 23rd Avenue North in Minneapolis.

3. At that time, I observed four or five ICE agents detaining an individual (the "individual"). The ICE agents had blocked the individual's vehicle against the side of the street with three ICE vehicles. The ICE agents' vehicles blocked the front, back, and side of the individual's car, so that it was trapped against the curb.

4. When I saw this, I pulled over and exited my vehicle to observe and record the ICE agents. This was an exercise of my First Amendment rights. I identified myself and began filming the ICE agents.

5. The ICE agents were wearing law enforcement vests that had the words "ICE", "POLICE", or similar identifiers on them.

6. When I exited my vehicle and began filming, one of the ICE agents came towards me and told me to get back in my car. As he neared me, he continued to tell me to get back in my car, raising his voice with each successive repetition until he was yelling in my face. A few of the other ICE agents approached behind him as well but did not speak.

7. At that point, I was the only observer at the scene, and the ICE agent's actions of yelling at and approaching me intimidated me and deterred me from continuing to exercise my First Amendment rights. Because of the ICE agent's actions, at that point I stopped exercising my First Amendment rights and got back into my car.

8. The ICE agents then left that location in their vehicles.

9. At approximately 8:35 a.m., I learned that there were ICE agents present in the area of Morgan Avenue North and 34th Avenue North in Minneapolis. I drove to that location to observe and record ICE. This was an exercise of my First Amendment rights.

10. When I arrived at that location, I observed two agents standing outside of a dark grey pickup truck that was parked in front a house. The ICE agents wore dark blue ICE vests and dark balaclavas. There was a third agent inside the pickup truck.

11. There were three other observers at this location. There was one vehicle with two observers in it, and a second vehicle with one observer in it. The other observers and I stopped our vehicles, honked the horns of our vehicles, and blew whistles.

12. I did not roll down my car window but could hear one of the ICE agents tell myself and the other observers to "stop" and leave the ICE agents alone, while waving his arms, making gestures, and making other indiscernible statements.

13. The other ICE agent who was outside of the pickup truck then took out a phone and began taking pictures or videos of myself, my vehicle, and the other observers and their vehicles. This included the ICE agent taking a picture or video of my vehicle's license plate.

14. At approximately 8:40 a.m., the ICE agents left that location, and the other observers and I left that location as well.

15. At that time, I learned that there were ICE agents in the area of James Avenue North and Lowry Avenue North in Minneapolis.

16. I arrived in the area of James Avenue North and Lowry Avenue North at approximately 8:45 a.m. When I arrived, I observed an unmarked, dark grey SUV with a

rear Colorado license plate, and no front license plate. The SUV was parked in front of a house. There were at least two ICE agents in the SUV. The agents wore tactical gear with the ICE logo on it, vests with the words "ICE" or "POLICE" on them, and dark balaclavas.

17.     When I arrived at that location, there was one other observer there in a vehicle.

18.     I was at that location to observe ICE activity as an exercise of my First Amendment rights.

19.     Shortly after I arrived at that location, the ICE vehicle drove away. The other observer and I then followed the ICE vehicle in our vehicles at a safe distance for approximately ten to fifteen minutes. The ICE vehicle drove erratically and appeared to break many traffic laws.

20.     As I followed the ICE vehicle, I became concerned that it was driving to my residence.

21.     The ICE vehicle eventually drove to my residence near the intersection of Dowling Avenue North and Aldrich Avenue North in Minneapolis. The ICE vehicle stopped in front of my house. The ICE vehicle then continued driving, went around a roundabout at the end of the street, and drove back to my residence before stopping in front of my house again. The ICE vehicle then drove away.

22.     I believe the ICE agents knew where my residence was located because, earlier that morning, an ICE agent had taken pictures of my car's license plate and my face.

23. I felt threatened, frightened, and intimidated by the ICE agents' actions of leading me to my own home and stopping outside. Because of the ICE agents' actions, I stopped exercising my First Amendment rights of observing and recording ICE activity.

24. I believe the ICE agents threatened me in this way, letting me know they knew where I lived, because I observed and recorded their activity in Minneapolis as an exercise of my First Amendment rights. I believe the ICE agents pulled over in front of my residence as a further effort to intimidate and retaliate against me for exercising my First Amendment rights.

25. Because the ICE agents led me to, and pulled over in front of, my residence, I became concerned for my physical safety, and the physical safety of my partner, who lives with me.

26. Because the ICE agents led me to, and pulled over in front of, my residence, I have been afraid that they will return to my home. This fear has made it difficult for me to sleep and has made me hypervigilant.

27. In addition, the day after the ICE agents led me to my home, on Saturday, January 17, 2026, I used my partner's vehicle, rather than my own, to ensure that ICE would not notice my vehicle if I encountered them in or around Minneapolis. The actions of the ICE agents have also made me temporarily cease exercising my First Amendment rights of observing and recording ICE activity.

28. Even though ICE attempted to intimidate and threaten me so that I would no longer exercise my First Amendment rights, I intend to continue to protest, observe, and record ICE activity in the future.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed on __January 27th__, 2026 in Hennepin County, State of Minnesota.

_____
Rachel Landsem