# EXHIBIT 1

## To the Declaration of Lauren Larson

