# EXHIBIT 2

## To the Declaration of Lauren Larson

