UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB,
ABDIKADIR NOOR, and ALAN
CRENSHAW, *on behalf of themselves and
other similarly situated individuals*,

              Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; JOHN A.
CONDON, Acting Executive Associate
Director, Homeland Security
Investigations (HSI); The Department of
Homeland Security; Unidentified Federal
Agencies; and Unidentified Federal
Agents; *in their official capacities*,

              Defendants.

Case No. 25-cv-04669

**DECLARATION OF DYLAN LINET**

---

I, Dylan Linet, declare as follows:

1.  I am a 38-year old resident of South Minneapolis, where I have lived for over a decade. I am a real estate agent.

2.  Over the past few weeks, I have grown increasingly concerned with what I believe are unlawful actions in my community by ICE and other representatives of the federal government.  Photography is one of my hobbies, so I have tried to use photography to document what I am seeing in my community.  Whenever I have come across federal officers operating in the community, I have attempted to keep a safe distance and accurately record through my photography what I observed.

3.  On the morning of January 14, 2026, at approximately 9:30 a.m., I was driving east on Lake Street when traffic stopped just east of Hiawatha Avenue.  I noticed what I believed to be federal officer activity on Lake Street, so I pulled my vehicle over into the parking lot on the south side of Target and got out of my vehicle with my camera.

4.  I observed multiple individuals getting out of their stopped cars to attempt to see what was happening, as well as some individuals on the south side of Lake Street (near where Snelling Avenue runs into Lake Street) yelling at the federal officers.

5.  I observed 5-6 federal officers who appeared to be arresting a young man. I stepped into the street to be able to photograph the scene, which was possible because the road was blocked and all traffic had stopped.  I made sure to stay approximately 10-feet away from the nearest officer.  One of the officers even gave me a thumbs-up as I was positioning myself to photograph the scene.

6.  As I was taking photographs, another officer got out of a vehicle and was standing approximately 5-feet away from me.  As I photographed the officer, he screamed "GET

THE FUCK BACK." Caught off-guard, I responded with a nervous chuckle and calmly stated "watch your language." The officer immediately sprayed me in the face with a red-gel chemical irritant that blinded me and caused extreme pain. Maybe three seconds passed between when the officer screamed at me and when he sprayed me with the chemical irritant. I barely had time to process what he was saying, much less move, before the officer sprayed me. Attached hereto as **Exhibit A** is a true and correct copy of the photograph I took of the officer. As you can see from the photograph, the officer is already in the process of raising the chemical irritant bottle to spray me as I was taking the photograph.

7. I stumbled backwards and fell onto the sidewalk. Fortunately, an individual who identified themselves as a "street medic" poured water in my eyes and encouraged me to blink, which helped clear the irritant from my eyes sufficient for me to be able to see. The tears, pain and irritation from the irritant continued long after. I was eventually able to get into my car and drive away.

8. None of the officers identified themselves or were readily identifiable as being members of any particular branch of federal law enforcement. I am able to see from my photograph that the officer who sprayed me is wearing an "ICE" badge, but he did not identify himself as an ICE agent before screaming at me. All of the officers wore masks. There did not appear to be any type of coordination in the vehicles the officers were using.

9. The chemical irritant gel got all over my face and clothing. Even a day later, it was lingering in my vehicle. It also got into my lungs and I am continuing to cough because of the irritation. My eyes are puffy and irritated as well.

10. I don't intend to stop exercising my first amendment right to observe and photograph what is happening in my community. That is particularly true because many members of my community don't feel safe to leave their homes, much less be seen by ICE and other federal law enforcement officers documenting the officers' unlawful activities. But I am also very fearful that I will be assaulted again by federal law enforcement officers.

11. I am extremely frustrated that the federal government is not only failing to punish or stop what happened to me and the far worse things that I have seen happen to my neighbors, but that individuals in the government are actively encouraging officers to attack lawful observers like me.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on January 16, 2026 in Hennepin County, State of Minnesota.

Dylan Linet

# Exhibit A

