UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF<br>IAN LOCKHART** |

I, Ian Lockhart, declare as follows:

1. I am a 26-year-old resident of the Uptown neighborhood in the City of Minneapolis, County of Hennepin, Minnesota. I am currently a graduate student.

2. I make the following declaration based on personal knowledge.

3. On the afternoon of January 21, 2026, I was in class when I received a group chat message that federal agents were in my neighborhood, close to where I live. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") and other federal agents in my community, so I decided to leave class to observe.

4. I arrived at the Speedway gas station on the corner of 25th Street and Hennepin Avenue around 2:15 p.m., where the federal agents were reported to be. When I arrived, there were four or so large SUVs with blacked-out tinted windows parked at the gas station. I believe that at least 12 to 16 agents were there—a few standing outside their vehicles. All of the agents were in military-style dress bearing police or border patrol insignia. I recall that all of the agents I saw there were masked. At least one agent was recording the scene.

5. A small crowd of observers had formed at the gas station. I believe about 15 to 20 people were there, blowing whistles and yelling at the agents. I saw nothing at all that could be interpreted as aggression by the observers. I did not see anyone throw anything. As far as I saw, the protest was entirely peaceful.

6. Eventually, the agents returned to their vehicles and left the gas station. The SUVs turned right onto 25th Street and headed east.

7. While on 25th, the convoy of SUVs drove at a snail's pace. They must not have been driving faster than 5 miles per hour because the observers from the gas station were able to follow the agents on foot. As far as I could see, nothing appeared to be blocking the SUVs or slowing them down to this speed. It was my strong belief that the border patrol agents were inviting the protesters to follow them on foot.

8. I followed the SUVs on foot, remaining on the sidewalk. They drove for a few blocks east on 25th Street before suddenly stopping at Mueller Park. At this point, the crowd of observers had grown to perhaps around 30 to 40 people.

9. Ten or so agents exited the cars. I had a gut feeling that the situation was escalating, so I took my cell phone out and began recording. The agents paused for a few seconds, almost as though they were waiting for more of the crowd to arrive. Still, no observers had thrown anything or done anything that could be perceived as a threat to the agents. They were just yelling and blowing whistles.

10. I did not hear any direction from the agents when, without warning, chemical munitions (including tear gas and some sort of green gas) were thrown into the crowd of observers.

11. An agent that I believed to be Gregory Bovino, began to walk towards the crowd where I was standing. Unlike the other agents, he was unmasked. He approached a woman next to me who was filming the scene on her phone, pointed at her, and then aggressively shoved her while yelling "get back." A true and correct image of Bovino shoving this observer, pulled from my cellphone recording, is included below:



12. Bovino then turned to me and yelled, "get back." I did not have time to react before he shoved me backwards as well and slapped my phone out of my hand. A true and correct image of Bovino hitting my phone out my hand, pulled from my cellphone recording, is included below:



13. I threw my hands up as if to signal "*why?*" as Bovino continued walking past me. I searched for my phone briefly but realized that I needed to quickly get out of the area due to the tear gas. My eyes stung and I felt like I could not breathe; each time I took a breath in, it stung my lungs.

14. I retreated to an area with fresh air, where I could catch my breath. The agents left only a few minutes after initially throwing the tear gas, so I waited for the smoke to clear before I went back to retrieve my phone.

15. I made and have preserved a recording of this incident on my cellphone. This recording supports my written testimony.

16. In addition to the physical pain I was in from the tear gas, this incident has impacted me emotionally. I had difficulty sleeping that night, and it was difficult to return to my school work the following day. To this day, I am perplexed at what happened. The border patrol agents could have easily just driven away if they were bothered by the observers. There was no need for aggression.

17. Still, I fully intend to continue to observe ICE and other federal agent activity. I feel a duty to my community to document the agents' unlawful conduct and speak up for those whose civil rights are violated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___1/25/2026___ in Hennepin County, Minnesota.

Signed by:
Ian Lockhart
F6CB03217AAC4AD...

Ian Lockhart