UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | |
| v. | **DECLARATION OF DAN MERLEY** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Dan Merley, declare as follows:

1.      I am a 35-year-old resident of the Longfellow neighborhood in the City of

Minneapolis, County of Hennepin, Minnesota. I currently work as a service technician.

2.      I make the following declaration based on personal knowledge.

3.     Around 8:30 on January 21st, I had been driving around South Minneapolis to observe Immigration and Customs Enforcement ("ICE") agents out of concern for my community.

4.     While I was driving up and down Cedar Avenue, I noticed a large black SUV parked at a Holiday Stationstores on the corner of Cedar Avenue and 36th Street. The SUV was clean, appeared to be a new model, and had black tinted windows. Knowing the types of vehicles ICE usually employs, I immediately suspected this SUV to be affiliated with ICE. I pulled into the gas station to double-check.

5.     When I into the Holiday parking lot, I noticed that its licenses plates were from out-of-state—which I know to be another strong indicator of ICE. I pulled into the back of the parking lot, and confirmed that other ICE observers had also noted this license plate to be an ICE vehicle.

6.     The black SUV then pulled into an alley by the Holiday, and I decided to follow. The SUV turned east on 36th Street, then turned left onto Cedar Avenue. After driving north on Cedar Avenue, the SUV doubled back to head south on Cedar and then turned left onto 38th Street. Given the number of turns we made, I believe it was obvious to the ICE vehicle at this point that I had been following it. At all times, I maintained a safe distance and obeyed all traffic laws.

7.     We proceeded down 38th Street, and then turned north onto 36th Avenue. As we crossed into the Longfellow neighborhood, where I live, I suspected the ICE agents may be driving to my house.

2

8.      As the SUV turned onto the block that I live on, I took out my cell phone and started filming. I was correct that the ICE agents were heading to my home—the SUV parked directly in front of my house. I pulled my car up behind them and began honking my car horn to alert my neighbors and my wife, who was home at the time. I then got out of my car to blow a whistle, which is known in my community to indicate that ICE is near. Several of my neighbors—at least 5 or 6—came to the scene with whistles.

9.      I filmed the black SUV in the street, facing the passenger-side window. I kept a distance of several feet. At no point did I step in front of the vehicle because I did not want the agents to perceive me as attempting to block them.

10.      Through the window, I could see the driver was holding a phone and appeared to be filming my house. They appeared to move their phone back and forth between directing it toward me and toward my house.

11.      More observers came to observe the ICE vehicle parked at my house, blowing whistles and making noise. By the time the ICE agents left, I had counted around 15 observers. I felt threatened by the ICE vehicle at my home, and was yelling for it to leave. The agents stayed for almost 15 minutes before finally moving on to somewhere else. They did not, at any point, exit the SUV.

12.      Another observer was at the scene in their car, so I asked if they would continue to follow the SUV. After they confirmed they would, I felt okay to stop following and return to my house.

13.     It is my strong belief that the ICE agents found my home address by running my license plate and drove to my house in an attempt to intimidate me and to retaliate against me for observing them. All of my actions were completely legal.

14.     This encounter, and knowing that ICE has my address, has only increased my level of concern for myself, my wife, and my community. I am ordinarily a very calm person, but ICE pulling up to my home when I had done nothing illegal was intensely distressing.

15.     Despite this encounter, I fully intend to continue to observe and document ICE out of this same concern for my family and my community.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___1/26/2026_____ in Hennepin County, Minnesota.

DocuSigned by:

086EAE4FE87D422...

Dan Merley