UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, <br><br> Defendants. | Case No. 25-cv-04669-KMM-DTS <br><br> **DECLARATION OF BRIANA MORK** |

I, Briana Mork, declare as follows:

1. I am a resident of the Victory Neighborhood in North Minneapolis, Minnesota.

2. I am 32 years old and competent to make this declaration.

3. I work as a senior medical writer.

4. I am part of a community response group that engages in peaceful observation of U.S. Immigration and Enforcement ("ICE") activities in an attempt to keep members of our community safe.

5. On January 18, 2026 at around 2:05 p.m., I was driving on Lowry Avenue North in Minneapolis with my partner and was made aware of ICE activity in the area through a group Signal chat.

6. At the corner of Lowry and Lyndale Avenue North, I saw two large SUVs with heavily tinted windows and out of state license plates that I assumed to be ICE or another agency aiding ICE. At least one of the license plates was from Florida and I did not get a good look at the second one.

7. The ICE vehicles were parked close to a building on the corner. The first floor of the building is a vintage shop, and I assume that the upper floor(s) are residential apartments. I assumed that ICE was targeting that building.

8. I continued driving past the ICE vehicles and looped around the block so that I could park behind the vehicles. When I parked, I made sure to remain a safe distance behind the vehicles.

9. I then began honking my horn. As soon as I began honking, nine ICE agents came streaming out of the west side of the building. Four of the agents got into the ICE vehicles and five of them remained outside the vehicles.

10. The agents were all males wearing face masks or balaclavas and hats—one had his hood up. Most had black pants on and all of them were wearing green vests. Some of the agents had white or yellow lettering on their vests identifying them as police of some

sort, but at least one had a jacket over his vest obscuring any lettering. Of the five agents that remained outside the vehicles, one appeared to be white, two Hispanic presenting, and two black presenting.

11. The agents that remained outside of the ICE vehicles approached my car and formed an arc from the front right of my vehicle to the back left of their vehicle. The officer directly in front of my car took out his phone and appeared to take a picture of my license plate. He then approached the driver's side of the car and knocked on the window. While he did this, he was holding his phone like he was recording, though I cannot be sure if he was.

12. I did not roll my window down. The ICE agent read my license plate number out loud to me and said, "this is you."

13. I replied "yes," and stated that I have a legal right to observe.

14. The ICE agent stated that by me honking my horn and alerting "them" that ICE is present, I was impeding their investigation. He then said that if he saw me again, he would arrest me.

15. I replied again that I have a legal right to observe.

16. The ICE agent that spoke to me then walked away and all the agents returned to the ICE vehicles and got inside. The vehicles remained where they were and did not drive away.

17. My partner was visibly upset by the experience, so we drove away.

18. Immediately after the encounter, my partner was shaking and we were both drained from the experience.

19. My partner and I assume that the photo was taken of my license plate and read back to me as an implicit threat that ICE is aware of my identity and may retaliate. My partner has now become increasingly worried about my safety due to this threat, and we have created contingency plans in the event I am abducted and he cannot find me. This has created added stress in our home life.

20. If anything, this experience has made me more vigilant about ICE activity, and I continue to observe and assist my community as I am able, though I remain concerned that ICE may illegally retaliate against me for observing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on  1/23/2026  in Hennepin County, Minnesota.

*DocuSigned by:*
*Briana E. Mork*
29780B2A28344DD...
Briana Mork