UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,

      Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,

      Defendants.

Court File No. 25-cv-04669 (KMM/DTS)

**DECLARATION OF KRISTA MURPHY-O'CONNOR**

---

I, Krista Murphy-O'Connor, state as follows:

1. I am a 42-year-old resident of Minneapolis, Minnesota, where I have lived for three years.

2. I work as an administrative assistant at a wealth advisory firm.

3. Around 3:00 pm on January 12, 2026, I traveled with a friend to the federal Whipple Building located at 1 Federal Drive in Minneapolis to protest ICE and other federal enforcement agency operations in Minnesota.

4. During the protest, approximately 50 demonstrators gathered on the public sidewalk on Federal Drive across from a southeast parking entrance to the Whipple Building.

5. During the protest, I stood on the public sidewalk, on the south side of Federal Drive, immediately next to the entrance to the Fred Wells Tennis Center located across the street from the Whipple Building.

6. The protest was non-violent.

7. During the protest, I observed a large group of what I believed to be federal law enforcement agents gathering in the parking lot of the Whipple building immediately across from where we were standing.

8. Suddenly, and without provocation from myself or any of the protesters, around 30 federal agents formed a line and began walking from the Whipple building parking lot toward us.

9. All of the agents were masked. Most of the agents, who I believe were border patrol agents, wore camouflage fatigues. The remaining officers, who I believe were federal police officers, wore all black uniforms with some yellow lettering.

10. In response, many of the protesters backed off of the public sidewalk, away from the agents, and into the Fred Wells Tennis Center parking lot.

11. The line of agents stopped at the edge of the public sidewalk that I was standing on.

12. The agents pointed firearms and pepper spray at those that remained, including me.

13. I did not impede the movement of the agents. I made no threats or physical contact with the agents at any time.

14. One agent stopped within two feet of me and pointed a cannister of pepper spray at my face. The agent told me to "get back" even though I was already on the public sidewalk.

15. I told him "I am on the sidewalk. I am allowed here" while pointing at the sidewalk. Within five seconds, the agent sprayed me directly in the face with pepper spray.

16. I immediately turned around crying and attempted to regain my bearings.

17. I am legally blind without my glasses, which at that point were covered in pepper spray.

18. Because I was in such distress, and due to my blindness, I did not observe what happened to the officers in the immediate aftermath of the event. Eventually, a bystander with eyewash helped me washout my eyes.

19. The friend I came to the protest with helped me return to my house.

20. The backs of my hands, which I used to block my face while being sprayed, burned for two days. I could not wear my contacts without pain for several days.

21. I could not sleep that night due to the pain in my neck, face, and hands.

22.     I still feel jumpy and angry following the event.

23.     My husband is extremely concerned about my continued participation in the protests. I think it drove home for him how vulnerable I can be in these situations, and I know that it worries him.

24.     I refuse, however, to be scared off. I plan to continue protesting, and in fact have done so since the January 12th. I believe that it is the right thing to do, and that if I allow myself to be intimidated into no longer demonstrating, then the government has already won.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: 1/20/2026
County: Hennepin

Signed by:
Krista Murphy-O'Connor
7DA525F4EAD0463...

- 4 -