UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>       Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>       Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF PATTY O'KEEFE** |

I, Patty O'Keefe, declare as follows:

1

1. I am 36, and a resident of the Regina neighborhood in Minneapolis, Minnesota. I've lived there for 5 years. I work at a nonprofit as a regional director.
2. On Sunday, January 11, I picked up Brandon, a fellow member of my community, to go out on patrols and observe ICE. After about 40 minutes, we heard ICE had pepper-sprayed an observer on 42nd St. and 16th Ave. in south Minneapolis, by Bethel Church. We drove down there to put eyes on the scene.
3. When we pulled up, we masked men in tactical vests getting into unmarked cars with tinted windows. Based on that, we assumed they were federal immigration agents, so we followed one of the cars as it drove down 16th to continue to report on where the ICE vehicles were going.
4. The car stopped about a block or so down, and another car pulled up in front of us. The men in tactical vests exited their vehicles and surrounded our car. There were three from one car and two from the other. They had their masks on, and we couldn't see their faces. One of them walked up and said, "This is your warning."
5. I told them that we weren't impeding them, and that they were free to move forward. They weren't blocked in; there was no one in front of them.
6. One of the agents then went to his car to grab a can of pepper spray. He came back and sprayed it into the front windshield vents of our car. It burned my eyes and mouth and throat.
7. The agents returned to their cars and drove off. We decided to follow them, and we went another 20 feet. Then they stopped, got out, and surrounded us again. One agent said we were under arrest. Another one said, "Fuck you."
8. The agents then suddenly smashed open the windows of my car. Glass got all over me. I remember picking it out of my clothes and my scalp hours later. One agent told us to "get the fuck out of the car." Another knocked the phone out of my passenger's hand. They told him we were under arrest "for impeding operations."
9. I felt frozen with fear and kept my hands up the entire time. They dragged me out of my car, put my hands behind my back, and cuffed me. They put me in the back of an unmarked SUV and started driving to the Whipple building without buckling me in.
10. The agents immediately began to taunt and mock me in the car, saying "We got another one. She thought she was doing something good." One agent took a photo of me and showed it to the other agents. They started laughing. They mocked my appearance, saying I "had no good sides." The one who pepper sprayed my car referenced Renee Good, saying "You gotta stop obstructing us. That's why that lesbian bitch is dead."

11. At Whipple, the agents brought me into a big warehouse room. They looked at my ID, then took away my belongings and said I'd get them back once I was released.
12. They shackled my ankles together and brought me to a cell in a hallway specifically marked for US Citizens. One of the cells I passed on the way there had 40-50 people packed into it. There wasn't even enough room to sit down. They put three women into a bathroom because there wasn't space in the holding cells. The vast majority of the detainees were Hispanic, though there were some East Africans and I saw one Asian woman. Everyone had a dead look in their eyes.
13. I was there for over eight hours. At some point, two female agents questioned me. One was named Special Agent Gonzalez, the other I don't remember. They read me my rights and had me sign that I'd understood them. They asked me what my mom's name and phone number and my social security number were. I think they recorded me, but I'm not sure.
14. I asked to make a phone call at least four times while I was there and was never given one. Eventually, two HSI agents came to let me out. I asked if I had been charged with anything and they said they "really didn't know." They said I could submit a FOIA (Freedom of Information Act) request and that I "might get something in the mail." They also said that if I hadn't been charged by now, I probably wouldn't be. They gave me some of my property back, but my phone was still back in my car. No one offered me a phone to make a call.
15. They walked me out of the main building and told me to go to the front gate. Then they left me. I had to ask someone where the gate was.
16. I told some DHS officers at the front gate what the ICE agent had said about Renee Good. I was hoping for some accountability, but they only said that they would "elevate" the issue.
17. After I left the Whipple building, I crossed the street to where the protestors were. I started sharing my experiences with someone doing a livestream. At the same time, DHS officers were throwing flashbangs and pepper balls at people across the street. It didn't seem like any of the protestors were blocking traffic, or even on Whipple property. An agent said over a bullhorn, "Stay on the other side." I was on the other side, but I still got hit in the ankle by a pepper ball. Eventually, the tear gas subsided enough for me to find Brandon.
18. It felt like ICE arrested Brandon and I as retaliation for us observing them. We didn't use any force. We didn't assault anyone. We didn't impede anyone. It doesn't feel like the law is being justly enforced. I was so afraid they wouldn't let us out, that they would keep us there to make an example of us. They feel empowered to arrest us even when we aren't impeding them. I felt really concerned when I saw the DHS

statement about us—which accused Brandon and I of stalking. They twist what happens to suit their narrative and to make us feel afraid. But we know what really happened.

19. I got involved with these patrols after the President called the Somali community garbage. I wanted to know my rights, and I wanted to help my neighbors. I feel that my main role here is to observe what ICE is doing, because more eyes mean more accountability. And maybe if they feel more accountable, they won't be as likely to escalate to violence.

20. We've all seen and heard ICE stopping and taking people without checking ID. They're violating the constitutional rights of Americans. I want to document what's happening here as much as I can. I hope all this evidence might one day result in more scrutiny against their illegal actions.

21. It's a bad feeling to not have your freedom, even for a short amount of time. I'm still anxious from my detainment. I've had trouble sleeping. I didn't have a good night of sleep for weeks after I was released. I've had racing thoughts and I feel scared to even have the blinds of my windows up, because I'm afraid I'm being surveilled. Another person I was in the cell with saw ICE agents outside their house the week after we were released. This feels like a campaign to terrorize people, to intimidate and deter us. And I obviously do feel fear after what I've seen, and what happened to me. But I have already been out again. And I will continue to go out. I'm concerned about my neighbors and my country, and that feeling overrides the fear.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on ___Feb 10, 2026___ in Hennepin County, State of Minnesota.

*Patty O'Keefe*
Patty O'Keefe (Feb 10, 2026 13:21:46 CST)

Patty O'Keefe