UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>    Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF SAWYER PLOTZ** |

I, Sawyer Plotz, declare as follows:

1. I am a resident of the City of Minneapolis, County of Hennepin, Minnesota. I have lived in Minneapolis since 2007.

2. I am at least 18 years old.

3. I work as a health educator in Minneapolis.

1

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community.

6. On the afternoon of Monday, January 19, 2026 (Martin Luther King, Jr. Day), I learned of a suspected ICE vehicle in my community. Near 29th Street and Pierce Street NE, I began following the suspected ICE vehicle from my vehicle. It was a black SUV with no markings. This was the first time I had ever followed a suspected ICE vehicle, and I made sure to keep a good distance back. I was just observing – I never blocked the suspected ICE vehicle or got too close, nor did I ever get out of my car, honk, or whistle.

7. The suspected ICE vehicle drove into the Quarry Shopping Center on New Brighton Boulevard in Minneapolis. In the parking lot area in front of the Michael's and Five Below stores, the suspected ICE vehicle turned at an angle and stopped in front of me. Although I did have room to maneuver around the vehicle, there is no way I would have tried to do that after what they did to Renee Good.

8. There were three men in the suspected ICE vehicle. All three of the men got out of their vehicle when they stopped, blocking me. They were wearing similar tan jackets, dark pants, and face masks. I did not see any badges, and they did not identify themselves.

9. If I had not known what else was going on in Minneapolis at the time, I would have thought the guys were about to carjack or rob me.

10. Two of the men came up to the driver's side of my car, and the third walked around the back of my car. One of the men who came up to the driver's side of my car started yelling at me, something along the lines of, "stop following or you're going to be

charged, this is your last warning, you're going to be arrested, understand?" He also yelled what sounded to me like a reference to a law, but I was not familiar with what he was yelling.

11. None of the men asked me any questions or identified themselves at any time. They also didn't accuse me of obstructing, just, "stop following or you'll be charged" and "we are going to arrest you."

12. I was nervous. I said yes, I understood. I looked straight ahead the whole time and did not roll my window down.

13. The men then walked away and started shouting at another vehicle in the area.

14. There may have been other observers in the area, but I did not know any of them. No one around was talking to the agents or yelling at them or approaching them.

15. After the men yelled at another car, they got back into their vehicle and drove away. I was scared at that point and stopped observing that day.

16. At no point did I see the men in the vehicle trying to arrest anyone – I'm not sure what they were doing.

17. I have felt very nervous about that experience ever since. I lose sleep because of that, and because of everything else going on in Minneapolis. I feel anxious when I drive, because the men took pictures of me and my license plate, and I'm worried they will find out where I live. I've heard of agents doing that to other observers. I know they do that as a threat, to make people feel unsafe, and I do feel unsafe.

18.  However, I am still trying to serve as an observer in my community and am connected with other parents who are trying to make sure kids can get to and from school safely.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on  1/26/2026  in Hennepin County, Minnesota.

Signed by:

*Sawyer Plotz*
540AB14C0ABF498...

Sawyer Plotz