UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>        Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>        Defendants. | Court File No. 25-cv-04669 (KMM/DTS)<br><br><br><br><br>**DECLARATION OF GWEN SIERKS** |

I, Gwen Sierks, state as follows:

1.    I live in St. Paul, Minnesota. I am in my late 20s. I am a music instructor.

2.    In the early afternoon on Tuesday, January 6, 2026, I was performing legal observation of suspected ICE activities near the Sun Ray Shopping Center in St. Paul.

3.    I observed a gray Dodge Durango with Arizona license plates beginning with the letters "BND" idling in the parking lot of a Salvation Army.  The only individual

I could see in the car had a mask over his face and was wearing a baseball cap and gray hooded sweatshirt.

  4.  I pulled my car into the Salvation Army parking lot and parked in a spot well away from the suspected ICE agent, but from where I could still see his car.

  5.  The individual continued to sit in his car for twenty minutes before he began driving. I thought he was leaving the parking lot but instead he pulled his car directly behind me.

  6.  After approximately ten minutes of sitting directly behind me, he pulled his car across the street into another public parking lot.

  7.  I drove across the street and pulled into the adjacent parking lot, making sure that I was not close to his car. At that point, he again pulled up directly behind me.

  8.  I began to feel worried and intimidated, so I left the parking lot and drove back across the street. The suspected ICE agent followed closely behind me the whole way and again pulled up directly behind me.

  9.  After sitting there for several more minutes, he pulled his car up next to mine and indicated that he wanted to speak to me. I rolled down my window and asked why he was there. He did not answer and asked why I was there. I told him that I live there and was exercising my Constitutional right to legal observation of law enforcement activity to help protect my local community. He referred to me as a "hall monitor" and made a few other remarks about my legal observation activities. I asked to see his badge and asked if he was with ICE. He did not show me a badge or otherwise respond, he just shrugged. He then told me to stop following him, and threatened that if I followed him,

he would arrest me for "interfering" and "impeding." His tone throughout the entire encounter was hostile and aggressive.

10. He pulled away and I did not follow because I was worried about what he might do.

11. At no point during the entire interaction—before, during, or after we spoke—did I attempt to interfere with or impede the suspected ICE agent's activities or movements, nor did I commit any traffic violation or break any other law.

12. I plan to continue to serve as a legal observer because I think it is more important than ever to protect my community and make sure that the government and law enforcement are transparent and accountable.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: January 13, 2026
County: Ramsey, MN

*Gwen Sierks*
Gwen Sierks (Jan 15, 2026 12:46:59 CST)
Gwen Sierks