UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**SECOND DECLARATION OF CLAIRE SMITH** |

I, Claire Smith, declare as follows:

1. I previously described witnessing ICE agents shoving observers in a declaration dated December 30, 2025. Since that time, I have continued to observe federal immigration agents to document their actions.

2. Tuesday, January 6, 2026, I was driving with a neighbor around 10:15 a.m. when we spotted an ICE vehicle on 28th and Pillsbury Ave. in Minneapolis. I started honking my horn and following them. We maintained a safe stopping distance because of the icy conditions and followed all traffic laws. The ICE vehicle drove erratically, I'd say. They turned south onto Pleasant Ave. and stopped in the middle of the road, blocking my car.

3. Two agents got out of the car, both in tactical vests with their faces covered. One wore a balaclava, the other had a gaiter with a skull face and the American flag printed on it and a trucker hat. One came up to my window and the other to the passenger side.

4. The masked agent knocked on my window and told me to roll it down. When I didn't, he got angry and said I couldn't continue to follow them and honk. I told him I was a legal observer and that I wasn't breaking any laws or impeding any federal law enforcement. He told me if I kept following them, he would break my car window and arrest me. I said, "Do you want to say that again for the camera?" and held up my phone. They both got back in their car and left.

5. Around 10:45 the same morning, we spotted another ICE vehicle going north on Park Ave. with an observer car following and honking. The ICE vehicle went through the intersection of Lake St. and Park Ave. and stopped short, forcing the car following it to stop while still in the intersection. The observers got into the other lane to pass the ICE car and to get out of the intersection. Their passenger side window was down and as they went past the ICE vehicle, which was still stopped, the agent in the car sprayed pepper spray directly into the window. The observer car drove away.

6. Then, yesterday, January 7, I was out with my dog around 9:30 a.m. when I saw a pickup truck with darkly tinted windows and out of state plates on my street. It slowed down just in front of my house and then sped off. I felt intimidated, like this was intentional because of me following them the day before.

7. Today, January 8, 2026, at about 4:20 p.m., I saw a Ford Expedition with Texas plates XDM6243 stopped on Blaisdell Ave. and Lake St. I'd been standing there, doing ICE watch on foot because it's very close to Karmel Mall and other businesses ICE has been targeting. I saw a man with dark skin, wearing clothing I often see on Somali men walking towards me. As he passed the Ford, several ICE agents got out of it and walked up to him. I think they stopped him just because he looked Somali.

8. They didn't look at his ID and they talked to him for a maximum of 30 seconds. I didn't hear what they said initially because I was on the phone. I asked him a few times for his name, but he didn't seem to understand what was happening.

9. Then they grabbed him, and I started yelling and blowing my whistle. They pulled him toward the car by his arms. When they opened the back door, he pulled back, as if realizing they were trying to put him inside. Then they shoved him down on the ground and got on top of him. One straddled him. They picked him back up and tried to get him into the car. An agent inside the car pulled him in. They drove away and I screamed at them that they should be ashamed of themselves.

10. About 15 minutes later, I was walking back towards home and I heard whistling. The same car was a block away from where the man had been taken. They were letting him go. I talked to him, and he told me that while he was in the car, the agents were joking about how he was lucky his girlfriend was recording.

11. This is why I watch ICE, so that we can document the way they're treating people, so people who are being kidnapped off the streets don't just disappear. He has a family. They wouldn't know what happened to him if people weren't documenting.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 01/08/2026 in Hennepin County, State of Minnesota.

*Claire Smith*
Claire Smith (Jan 8, 2026 20:53:25 CST)

CLAIRE SMITH