UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF BENJAMIN SULLIVAN-MCKONE** |

1

I, Benjamin Sullivan-McKone, declare as follows:

1. My name is Benjamin Sullivan-McKone. I am a resident of northeast Minneapolis. I am 28 years old.

2. I was born and raised in the suburbs of Minneapolis. Other than college, I have spent my whole life in the Twin Cities area. I love the art and theater scene here, the resilience of the people, our parks and lakes, and our immigrant communities. I grew up with Hmong and Somali classmates since I was little, and I love that my city welcomes refugees.

3. After the Federal Government invaded the Twin Cities in December 2025, my wife Gabby and I began participating in observations of federal agent activity so that we could keep our neighbors safe.

4. On Friday, January 22, 2026, at approximately 4:45 PM, Gabby and I went out to patrol our neighborhood in northeast Minneapolis to look for federal agent activity.

5. At approximately 5:10 PM, Gabby and I followed a large black SUV as it drove through our neighborhood approximately half a mile from our home. I got out of the car and took Gabby's cell phone to observe the federal agents' activity. There were numerous other observers and protesters on the sidewalks, yelling, whistling, and honking.

6. I was yelling at the federal agents in their SUV. I was angry about how they were targeting my neighborhood. I was approximately 20 feet away from the agents, who were in their vehicle. I bent to pick up some loose snow.

7. As I stood up, one agent, dressed in dark green and black and wearing a neck gaiter mask, got out of the back seat of the SUV and sprinted towards me. He did not warn me in any way, tell me to put down the loose snow, or tell me to back up. Instead, he tackled me and slammed me to the ground. Two other agents ran over and joined him.

8. The three agents lay on top of me and handcuffed me. They then carried me to their car, putting me inside, as other masked federal agents stood around in a perimeter. The crowd was yelling and angry. I heard one person yell, "It wasn't even a formed snowball!"

9. The federal agents then drove me to the Federal Whipple Building ("Whipple"). At Whipple, the agents took a picture of me and put me through their intake process. One agent was particularly rude, asking me something like, "You going to behave

2

yourself? Yeah, I bet you are because a lot of our friends are in here." He also told me, referring to my long hair, "Looks like it is time for a haircut isn't it?"

10. Although my hands were bleeding, my face was bruised, and my ribs ached, the federal agents did not offer me any medical care.

11. After approximately two-and-a-half hours in custody, I was released. No one ever told me why I had been arrested, whether I was being charged, or why I was getting released.

12. Upon getting released, my wife took me straight to urgent care to get my injuries assessed. My whole chest was aching. I learned that I had three broken ribs from federal agents slamming me to the ground. Even though I work an office job, I have had to take the last week off work to recover.

13. Since the incident, I have not been to any protests or any observations of ICE activity. I would like to, but the thought terrifies me. I am really scared of getting arrested again, or that if I protest or try to observe them, then the Federal Government will decide to press charges against me or show up at my front door.

14. The incident is still really raw for me. It really left a scar, both physically and mentally. The image of the agent rushing me is constantly in my head. I cannot stop thinking about it.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on 2/2/2026 in Hennepin County, State of Minnesota.

Ben Sullivan-McKone