UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>Defendants. | Case No. 25-cv-04669-KMM-DTS<br><br>**DECLARATION OF CORAL THACKER** |

I, Coral Thacker, declare as follows:

1. I am a 38-year-old resident of Richfield. I am an Army veteran. I work in higher education. I make this declaration based on my personal knowledge.

2. Since the Twin Cities became flooded with federal immigration agents, I felt compelled to protest. As a veteran, I am horrified by the federal government's violence

toward my community and its continuing violations of people's rights. I feel like I am on a domestic deployment. What is happening in the Twin Cities feels worse to me than Iraq. I took an oath to protect America from enemies foreign and domestic. It is beyond belief that the domestic enemy is our own federal government. It is my patriotic obligation to protest and to connect with other veterans to organize to protect the people of our community.

3. On January 15, 2026, I went to the Whipple Building to protest and connect with other veterans. I arrived at about 12:30 in the afternoon. When I arrived, I met up with a friend and began circulating in the group of protestors to find other like-minded veterans. I brought with me copies of a letter I had written to ICE agents. A true and correct copy of my letter is attached as **Exhibit A**.

4. Many of the protestors were on the sidewalk, but there were so many of us that we didn't fit, so some were on the snow accumulated on the side of the road. Even so, we did not impede traffic; the group of protestors calmly and quickly moved out of the way whenever a car arrived or left, which did not happen frequently. There was no obstruction to the flow of traffic.

5. After about 15 minutes, federal agents started pouring out of the building and walking out into the street through the gap in the chain link fence where the driveway into the Whipple Building is. Some of the agents were wearing a mishmash of military uniforms including pieces that I recognized as issued by the Army. Others were in all black SWAT or riot gear. These agents were mostly masked. The agents lined up across the driveway in the street, closing the gap between the fencing on either side.

6.	Greg Bovino was initially out in front of the group of agents, but as the agents advanced toward the group of protestors, Mr. Bovino fell back with four men in street clothes—I assumed they were his bodyguards. Mr. Bovino was wearing the familiar green trenchcoat which many have noticed evokes a Nazi uniform. He and his bodyguards were not masked. It was my impression that he wanted to be seen and recognized to intimidate the protestors.

7.	I was standing on the east side of the driveway on the sidewalk. I moved toward the west side. The agents did not direct me or the other protestors nearby to back up. If they had, I would have done so. I tried to give my letter to each of the agents wearing fatigues. None would take it; none would even look me in the eye.

8.	About three or four feet to my right, another protestor, who I did not know, said something like, "Leave our state! We don't want you here!" to the agents who were about three feet away. There was nothing violent or physically aggressive about this protestor. He was simply exercising his constitutional right to free speech and free assembly. Without warning and immediately after the protestor expressed his dissent, an agent pepper sprayed him directly in his eyes.

9.	I dropped to my knees and tilted my head down to protect my eyes. From the ground, I continued to ask the agents to please take my letter. I asked them to look me in the eye, but none would. My eyes watering from the pepper spray and from anger, I told them that I'm an Army combat veteran. I asked them why they were wearing Army uniforms. I told them they were a disgrace to the uniform. I asked why they were doing this. I pleaded, "Please, sir, take my letter." I said this multiple times, while kneeling on

3

the ground. I opened the letter to prove that it was just a single piece of paper, not a dangerous object. I posed no physical threat to anyone and my body language clearly communicated this.

10. Just a couple of minutes later, an agent on the far left side said, "Everyone needs to get off the street." He did not say this loudly enough for the group to hear him. I only heard him because I happened to be close by. I crumpled up my letter and shoved it in between the links of the fence and quickly got back on the sidewalk. I encouraged others to comply with the agents' orders because I wanted to avoid escalating the situation.

11. By this time, three right wing "influencers" showed up and started trying to amp up the crowd. I recognized two of them. I spoke with the one I did not recognize for a minute and explained that I am an Army vet. I gave one a copy of my letter and asked him if he would give it to the agents. He tried, but the agents wouldn't take it from him either.

12. When he returned, I asked, if they won't read my letter, will you read my letter? He said he would read it. I offered him a hug, which he accepted. I also offered hugs to the other two influencers, they also accepted my hug and a copy of my letter.

13. There was also a group of law enforcement—I don't know who they were or what agency they were affiliated with—positioned outside the fence on one side. These agents or officers were wearing black riot gear, although a few were wearing partial military uniforms. I went down the line of these officers and offered them my letter also. Only two would even look at me momentarily. I noticed that the two who looked at me were Black and brown, respectively.

14. I gave up and returned to circulating with the group of protestors, seeking out other veterans. I heard a commotion. I couldn't see what started it, but I later saw a video that showed agents or officers of some kind tackling a photographer, who threw his camera through a gap in the scrum, apparently to preserve his footage.

15. All of the sudden, there was tear gas everywhere. The crowd ran east, the only direction available, but the wind was pushing the gas east towards us. Because of the wind, we had to run pretty far to access fresh air, perhaps a block. I have been teargassed before as part of my military training, so I knew what to do. I told the people near me not to rub their eyes—that just makes it worse—and to put snow on their eyelids to calm the burning. Even with my training, the tear gas affected me badly. I have nodules in one lung and coughing up the gas exacerbated that condition. Because of my condition, I carry cough drops. I shared them with others.

16. After gassing the crowd, it appeared to me that the vast majority of the agents retreated and went back inside Whipple. Only two agents remained at the gate. Because we had not been ordered to disperse or leave, I decided to walk back to the Whipple Building and continue my protest.

17. Shortly after I returned to the Whipple Building, I saw several Native American men arrive and go into the Whipple Building. My understanding is that these men were there because four tribal members have been detained by ICE, despite the obvious fact that they are not in violation of any immigration law. When the men left Whipple a few hours later, they told us that one of the four had been moved out of Whipple,

and the others still couldn't be found. I sincerely hope that these people have been located since.

19. A few hours later, the federal agents came out of the Whipple Building again and, without provocation, threw flash bangs at the peaceful protestors.

19. The aggressive and violent response to peaceful protest sickens me. The federal government's repeated kidnappings of productive members of my community, and of helpless children is immoral, disgusting, illegal and unconstitutional. Although my peaceful protesting has been met with unjustifiable force, I will continue to protest. As an American and as a veteran, I will make my voice heard.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 2/5/2026 in Hennepin County, Minnesota.

*Coral Thacker*
Coral Thacker