# Exhibit A

Hello fellow human being and American,

Please read to the end and do with this what you think is most right in your heart. I really hope you can do some serious introspection and understand what you truly value. What do you want to be your legacy in this short, short life we have? Know that I only have love for you. Please have love for me too and for our country.

I am American. I am a disabled combat veteran. I am queer. I am a geek. I am nuanced. I am compassionate. I am a loyal friend and a loving neighbor. I help strangers. I love my fellow humans equally because at the end of the day, we all eat, shit, and bleed the same. We ARE one people. We all had a mother and a father and were once defenseless, small, and innocent. Borders are made by people who want to have control, power, and more money than they will ever need in their lifetime. As my friend Buddy said, borders are just made up lines on a map.

I am a transplant here. I am originally from small town Iowa. I moved up here in 2010 after the Army. I grew up in poverty without my dad who died due to drunk driving. I was raised on a farm with my mom and her racist boyfriend. He had an arsenal of guns and multiple Nazi flags under the guise of appreciating the history but he dropped all of the slurs. I would hear gook, nigger, wetback, and faggot daily. He had hate in his heart. My hometown is nearly 40% Hispanic and so even at 8 years old I knew he was wrong and I knew I was getting out of that house. I left the day I got a car when I was 16 and never looked back.

I mentioned my friend Buddy earlier. He is a fellow geek and has the sweetest soul. He is the kindest human, funny and smart, and so spiritual. He is level headed, and tries to see the good in literally EVERYONE. Buddy was almost detained last Friday. He was just trying to go buy some board games before coming over to play games with my partner and I. He stopped near The Source in Roseville because he saw a swarm of cars around a single vehicle with 3 scared teenage boys in it. He pulled over out of the way and filmed from across the street. Your fellow coworkers yelled at him, "Are you a citizen? Where are your papers?" He said why wouldn't I be? They started approaching him and became hostile. They asked him if he had a passport and he said no just his driver's license. They said that's NOT good enough. This very quickly could have escalated into something that both parties would have regretted. But one of them got a call and they left. Buddy got back to his car and saw that his phone had died during this interaction. He cried for 30 minutes while waiting for his phone to charge so he could call his sister. He then called me. I answered and told him to come over immediately. All of this just because your coworkers see brown skin and not the human behind the skin suits we all wear.

No one is different under the surface of our skin. No human is illegal. There are bad people in every walk of life, in every profession, and in every inch of land that is populated with humans. Because people do bad things and SHOULD be held accountable. But that is what law and order is for. We need an overhaul of a lot of things in this country but indiscriminately sending every brown person you see away is not the answer. What country are we in? Because I don't recognize it to be the one I put my life on the line for. Who is any one man or establishment to condone this horrible treatment of your fellow American citizens. Your fellow man. THIS MUST STOP NOW.

My heart is hurting and I don't want violence or hate. But where do we go from here? What can we do now to stop this federally funded racism before it's too late? Before we as Americans repeat the foulest history that our great great grandparents died for. Is it really that hard to come back to humanity and to see people as people? You guys, please stop this and come back to being an American and real patriots. We will welcome you with open arms. We will accept that this was a dire mistake that you made in bad faith for an evil regime that has threatened the very fabric of our constitution and our country. Our freedom.

I will end with a quote from someone who is more eloquent than me, my friend Buddy said this just days after he was almost unlawfully kidnapped: "Together we must stand…to denounce the division and state unequivocally, We are Love and We are not afraid." Thank you for your attention into this matter. I don't want to fight you and I don't want you to fight us. If I would have met you in the Army, we would be friends today already. We can still make that happen if you choose love and lay down your hate and weapons as soon as possible. Our country will fall if this continues for much longer. The rest of the world is watching. What's YOUR next move?