UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, AND ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Court File No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | DECLARATION OF DANIELLE WELCH |
| Defendants. | |

I, Danielle Welch, state as follows:

1. I am a 27-year-old resident of Robbinsdale, MN.

2. I own a music publishing business.

3.     On December 27, 2025 I, along with an acquaintance and adult sibling, drove to the federal Whipple building located at 1 Federal Drive, in Saint Paul, Minnesota. We arrived at the building around noon and parked in the public lot.

4.     We drove to the Whipple building with the express purpose of observing, following, and recording ICE vehicles leaving the premises and to inform members of the community regarding ICE and other federal enforcement agency activity in the Twin Cities Metro Area.

5.     While waiting in the public parking lot, I observed a White GMC Denali with a license plate number RUA 827 leave the premises.

6.     I followed the ICE vehicle as it drove through the Minneapolis-Saint Paul International Air Airport.

7.     After a short while, and while still at the airport, the vehicle stopped. Several ICE agents then exited the vehicle and approached and surrounded my car. They told me to stop following them, returned to their car, and continued driving. I continued to follow them.

8.     The ICE vehicle exited the airport and eventually got on to State Highway 100 and began heading north. I continued to follow in my vehicle.

9.     After a short time, I realized that the agent's vehicle was heading in the direction of my home. Having heard similar accounts from other members of the community that have followed and observed ICE vehicles, I became concerned

that the agents were driving to my home. I called my adult sibling who was visiting for the holidays to warn them and ask them to lock the doors.

10. As I suspected, the agents drove to my home. Once stopped, one agent exited the vehicle and took pictures of the front of my home.

11. The agent returned to the car, and proceeded to drive to the back of my home through an adjacent alley way. As I followed, the agent again got out of the vehicle and took pictures of the back of my home. The agent also placed my neighbor's trash cans in the path of my vehicle in an attempt to block my path forward.

12. I continued to follow the ICE vehicle after it left my home. The ICE vehicle eventually made its way to the Mary Merrill Minneapolis Park and Recreation Board Headquarters located on West River Parkway North in Minneapolis. After observing the ICE agents interact with local police at the headquarters for a short while, I left.

13. At no time during the encounter on December 27th described above did I impede the movement of, physically interact with, or threaten the agents.

14. After the events of December 27, 2025 described above, I was angry. I knew that the agents were attempting to intimidate me and coerce me into stop following or observing them.

15. I was cautious in the days that followed and would keep a look out for ICE vehicles near my home.

16. Despite my caution, I did not stop observing ICE and federal enforcement activities or following ICE vehicles.

17. On the afternoon of January 5, 2026, I received a community alert that there was an ICE enforcement action occurring at a day care in south Minneapolis. I drove towards the location to observe. While observing I was on a conference call with other concerned citizens.

18. I discontinued driving to the daycare after community members said ICE agents had left, and I began to drive home. On my way home, I observed what I believed to be an ICE vehicle, a Blue Ford Expedition with the license plate number 796 JVV, driving near the East Phillips neighborhood of South Minneapolis.

19. I followed the car for several blocks, maintaining a safe distance and following applicable traffic laws.

20. I followed the vehicle with the express purposes to observe, record, and inform members of the community regarding ICE and other federal enforcement agency activity in the Twin Cities Metro Area. As I followed, I would blow my whistle as we approached groups of pedestrians and school zones to warn them that the agents were approaching.

21. After several blocks, the ICE vehicle pulled to the side of the road and turned on its lights. I then pulled behind the ICE vehicle on the side of the road. At

this point, several agents surrounded my car. All of the agents wore masks. I observed no badges on any of the agents.

22. The agents insisted that I roll my window down and informed me that I was interfering with federal officers. The agents told me to respond to them; I did not respond or otherwise acknowledge the agents.

23. The agents returned to their vehicle and continued driving near East Phillips. I continued to follow them.

24. As the ICE vehicle I was following approached the intersection of Cedar Avenue and Hiawatha Avenue, facing South, it again pulled to the side of the road. At this point, a second ICE vehicle parked behind me and perpendicular to the flow of traffic, preventing me from backing up.

25. Agents exited both vehicles and surrounded my car. Holding window breaking tools, several agents threatened to break my windows and again told me to stop following them. After several minutes the officers returned to their vehicles and drove away.

26. While the first interaction on January 5th with the single ICE vehicle had left me shaken, the second interaction near the intersection of Cedar and Hiawatha was the most frightening moment of my life. I returned home and cried.

27. As a result of the events on January 5th, I am afraid to continue observing, documenting, recording, and following ICE and federal agent activities. However,

I plan to and indeed have continued to do so since that interaction in order to protect and inform members of my community.

28. At no time during the encounter on January 5th described above did I impede the movement of, physically interact with, or threaten the agents. At all times I maintained a safe distance from the agents' vehicle and followed all applicable traffic laws.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.**

Dated: January 9, 2026
County: Hennepin

[Danielle Welch]