UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>　　　　　Defendants. | Case No. 25-cv-04669<br><br>**DECLARATION OF**<br>**J▆▆▆▆ W▆▆▆▆** |

I, J▆▆▆ W▆▆▆, declare as follows:

1. I am a 37-year old resident of Hopkins, where I have lived for the last three years. I am an attorney.

2. I am frustrated and concerned about what I believe are the unconstitutional and illegal actions of ICE and other federal law enforcement officers targeting members of my community. Examples like Chongly "Scott" Thao or the breaking down of a door without a judicial warrant to detain Garrison Gibson are key recent examples of what I believe are unconstitutional actions that we are only aware of because of legal observers recording. In an attempt to monitor and record those activities, I have begun following federal law enforcement vehicles and recording their activities.

3. I have carefully read the January 16, 2025 Order entered in this matter and have made sure that at all times since, I have been safely following federal law enforcement vehicles at an appropriate distance without violating any traffic laws, something that cannot be said of the federal law enforcement vehicles I have been safely following.

4. On January 19, 2025, another legal observer and I drove in my vehicle to where we had heard that federal law enforcement officers were operating in and around Hopkins. We spotted a gray Ford SUV with California plates that we believed was a vehicle operated by ICE officers and began following the vehicle from a safe distance. We occasionally honked to notify others that ICE was operating in the area. We also reported what we were observing to other observers by phone.

5. After we had followed the vehicle for approximately 12-15 minutes, it pulled over in a residential neighborhood immediately south of Highway 7, between Blake Road South and Highway 169. We similarly pulled over a safe distance behind and away from the

vehicle. The vehicle then reversed so that it was closer to us and four agents got out of the vehicle and surrounded our car. The officers were masked but wore "POLICE ICE" labels on their tactical vests.

6. We rolled down our windows a few inches so that we could communicate with the officers. The officer on the front passenger side stated that he was giving us a warning because we had been following their vehicle and honking at it. He said "We are giving you a warning because you were following us, we are conducting a federal law enforcement investigation, if you continue to follow us and impede our operation, you will be arrested under 18 USC 111."

7. I responded that would be a violation of this Court's Order. After some additional back and forth, the officers stated "Next time, we are going to take both of you in. This is not a game." I again said such an arrest would be violating the Order. The officer responded "You are not in a position to say anything," and demanded that we drive off "before we get arrested." The officers then went back to their vehicle. We backed up and drove away.

8. We continued to follow the vehicle from a safe distance, but based on the officer's demand stopped honking. The vehicle turned off of Blake Road South onto Goodrich Street heading east towards my home approximately five blocks away and stopped at the stop sign on Ashley Road. At that time, another federal law enforcement vehicle pulled up behind us and turned on its siren. We pulled over. There were at least four vehicles in front of and behind our car. Multiple armed agents, including carrying assault-style rifles, surrounded our car. They all wore masks and had labels on their tactical vests that stated

3

"POLICE," "POLICE ICE," or the equivalent. The group included officers that had confronted us earlier and new officers.

9. An officer holding an assault-style rifle standing near my door demanded that I turn off the car, which I did immediately. He also demanded that I put my hands in the air, which I also did while holding my phone to record what was happening. The officer stated "An investigation is going on right now and you are impeding." I responded that I wasn't honking and was following from a safe distance.

10. Another officer at my window stated "When we tell you not to follow us, you cannot follow us." I responded that "the federal court order said I can." The officer responded, "If you follow us, this is your last warning, I'm going to let you know right now, listen, listen to me, on camera so when you go to court, its on camera. Do not follow us anymore. If you follow us, that's impeding. Because you are impeding our investigation, we are going to pull you out of the car and you will be arrested. Last warning."

11. After some additional back and forth, the officer who had spoken to me at the first stop said "Keep doing what you are doing, and you are going to be arrested." All of the officers then went back to their vehicles and drove away.

12. After this interaction, the woman I was with told me that she couldn't continue to drive around and monitor based on her fear following the two interactions.

13. Although being stopped and repeatedly confronted by heavily armed agents is frightening, and I believe they led me to my neighborhood to confront me a second time as further intimidation, I intend to continue to safely observe ICE and other federal law

4

enforcement activities in my community. Even though I know from this Court's Order that they are prohibited from doing so, the fact that I was twice stopped and threatened with arrest for the simple act of safely following federal law enforcement vehicles has me concerned that I will be arrested if I continue doing so. I believe that standing up for the law and Constitution is what is required of me as an attorney at this time.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on January 21, 2026 in Hennepin County, State of Minnesota.

