UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF CHELSEA BRINK** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Chelsea Brink, declare as follows:

1. I am 40 years old and a resident of Northeast Minneapolis, Minnesota. I have lived in my current home for around five years but have lived in the neighborhood on and off for approximately twenty years. I work as a creative director, coordinating with local businesses on brand and product development projects.

2. I am providing this declaration to describe events I personally witnessed involving federal immigration agents I understood to be from U.S. Immigration and Customs Enforcement ("ICE"), and to explain the impact these events have had on me.

3. On Sunday, January 18, 2026, at approximately 2:00 p.m., my partner and I were participating in neighborhood watch efforts by driving through our community to observe and document federal agents' activity and any related incidents concerning their behavior in furtherance of their immigration enforcement efforts.

4. That afternoon, we encountered what appeared to be an ICE vehicle convoy near the intersection of Central Avenue NE and 28th or 29th Avenue in Northeast Minneapolis. I observed at least two vehicles in the convoy, possibly more, and other observers in the area were blowing whistles to signal the convoy's presence.

5. We encountered the convey almost by accident, falling in with their vehicles as we drove in the same direction. In doing so we ended up following one of the ICE vehicles for approximately 10 to 15 minutes while it drove through the neighborhood, at times circling the area. The vehicle I observed was a black SUV with its license plate covered by snow, obscuring the plate number. At all times we travelled by following the agents' vehicles at a safe distance.

6. At one point, the convoy turned into the police precinct located near 19th and Central. We pulled into the precinct area as well, briefly, before one of the federal immigration authorities' vehicles left and headed toward our home.

7. The federal agents' vehicle ultimately led us to our home at or near 344 15th Avenue NE, Minneapolis. I have no idea how they obtained our address. The vehicle

stopped in front of our home, and a federal agent exited the SUV. The agent wore a mask, a baseball cap, camouflage-patterned pants, and tactical gear. He took photographs of our home, our vehicle, and of us sitting inside our vehicle. The officer then gestured toward our home, motioning with his hand for us to pull into our driveway. His gesture motioning us into the driveway felt deliberately intimidating.

8. We did not pull into our driveway at that time. We were scared and intimidated by the agent's actions. Instead, we continued to follow the federal agents' vehicle for roughly five more minutes, until another community member arrived to relieve us.

9. My partner and I were shaken by the encounter. I was very nervous while my partner was angry. Both of us were also fearful for our safety and the safety of our community. If federal agents could obtain our home address and brazenly flaunt this information in front of us, what else would they do?

10. I later learned from other observers that the individuals in the vehicles were armed ICE agents, which further heightened my fear. I did not obtain a photograph of the officer at the precinct, but we do have photographs and video documenting other portions of the incident. True and correct copies of these photographs and videos are attached as **Exhibits 1 & 2**, respectively.

11. Since the incident on January 18, I have been afraid to continue patrolling my own neighborhood, even in a vehicle, because I believe the agents now know my address and could—and very possibly might—target me in the future. In fact, for this

reason, I am nervous to drive around the city in my car at all. I have also found it hard to focus on my work because of the anxiety and stress stemming from the incident.

12. The encounter has also had a chilling effect on my willingness to observe the activities of federal immigration authorities to protect the rights and safety of my neighbors, especially from a vehicle, or to attend gatherings where ICE is being monitored. However, I have continued, to a degree, to patrol my neighborhood on foot within my community, particularly near a local school, because I believe it is important to document and deter government abuses like those we are witnesses in Minneapolis-St. Paul.

13. I also have a pending passport renewal request. I am deeply worried that it might be denied or delayed in retaliation for my participation in protest and observation activities relating to federal immigration activities.

14. I believe the conduct I witnessed—leading us to our own home, photographing us and our residence, and motioning us into our own driveway—was intended to intimidate and deter me and others from observing and documenting the activities of federal immigration authorities. Knowing that the government would act this way toward community members is deeply upsetting. Ultimately, however, it has strengthened my resolve to continue documenting abuses in a careful and lawful manner.

15. I make this declaration to provide the Court with a truthful, first-hand account of what occurred on January 18, 2026, the fear and intimidation I experienced, and the lasting impact on my daily life and civic participation. I continue to be concerned about the presence of federal immigration agents in my community.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___1/26/2026___ in Hennepin County, Minnesota.

_Chelsea Brink_
Chelsea Brink