# EXHIBIT 1

## To the Declaration of Chelsea Brink

