UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 |
| Plaintiffs, | **DECLARATION OF REECE KAPLA** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

---

1

I, Reece Kapla, declare as follows:

1. My name is Reece Kapla. I am a resident of northeast Minneapolis. I am 42 years old.

2. I grew up in Apple Valley, a south suburb of Minneapolis. I have lived in the Minneapolis area for the majority of my life. I manage a retail store.

3. I love my neighborhood and my neighbors. My husband and I have lived in this neighborhood for three years. It has been nothing but great for us. We cannot stand to see our neighbors hurt.

4. On Friday, January 23, 2026, at approximately 5:00 PM, my husband and I were sitting in our living room when we heard shouting, honking, and whistling outside. We walked outside to see what was happening.

5. As I walked outside, I saw three large SUVs with tinted windows. From news and social media videos and photos, I understood there to be federal agents from ICE or related agencies inside these vehicles. There was a growing crowd of neighbors gathering on the sidewalk near where the SUVs were. The neighbors were yelling, whistling, and filming the men inside the SUVs.

6. I saw one protester kneel and appear to pick up some snow. Immediately, and without warning, one of the federal agents raced out of the vehicleir and tackled the protester to the ground. The man had not done anything and was twenty feet away from the SUV before the federal agent tackled him. Two more federal agents ran over and got on top of the man, cuffing his hands behind his back.

7. Several other federal agents, approximately ten in total, then made a circle around the three agents forcibly restraining the protester. The agents were masked, wearing hats and sunglasses, and wore camouflage tactical vests that said "POLICE" on the front. It was impossible to tell what federal agency they were with. They held handguns and assault rifles, which they had drawn from their sides. They yelled at the crowd to stay back.

8. Many in the crowd, including myself, were yelling angrily at the agents, but we were peaceful. The man's wife, named Gabby, was crying and screaming.

9. The agents then carried the protester to their car and put him inside. The crowd, including myself, followed. I yelled at the agents to get out of my city. One of the agents told me to stop filming and to go home.

10. When I saw the agent clothesline the protester, I felt afraid. This was the day before the murder of Alex Pretti. It was the first time that I had seen federal agents' brutality first-hand. It was terrifying. I walked outside and filmed because I felt it needed to be documented, that this should not be happening to people. These federal agents act like they have no accountability. Their actions need to be captured on camera, documented, and called out.

11. Seeing federal agents' brutal assault of this protester strengthened our neighborhoods' resolve. We put more protocols in place to keep safe. We now wear brightly-colored vests when walking around our neighborhood to observe federal agents. In the last week, I have continued to go out and walk around my neighborhood to observe ICE activity. I have continued to go to protests since that assault and Alex Pretti's murder, although I know the risk. I feel it is my duty to speak out.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  _17/02/2026_____ in Hennepin County, State of Minnesota.

Reece Kapla (Feb 17, 2026 15:27:31 CST)

_____

Reece Kapla