UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, o*n behalf of themselves and other similarly situated individuals,*<br><br>    Plaintiffs,<br> v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>    Defendants. | Case No. 25-cv-4669 (KMM/DTS)<br><br><br><br>**THIRD DECLARATION OF ALICIA GRANSE** |

I, Alicia Granse, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney for the Plaintiffs in the above-captioned matter, and I submit this Declaration as proof of service upon the United States pursuant to Fed. R. Civ. P. 4(i)(1).

2. On February 13, 2026, at approximately 5:00 p.m., I emailed Jeremy Newman, Kathleen Jacobs, and Andrew Warden of the United States Attorney's Office to ask if they would accept electronic service of the First Amended Complaint (ECF 136) and supporting documentation on the three newly named defendants Rodney Scott, Gregory Bovino, and Thomas Homan. *See* Feb. 13 email correspondence, Attached as Exhibit A. I also provided the United States Attorney's Office a secure link to access the videos submitted with Documents 137-1 through 137-4; 138-1 through 138-8, 139-1 through 139-4. Documents 144-1 through 144-2 and 227-2 have also been added to the link since they were filed.

3. At approximately 6:30 p.m. that same evening, Mr. Newman agreed to accept email service. *Id.*

[Signature page to follow.]

| | |
|---|---|
| Dated: February 18, 2026 | /s/ Alicia Granse |
| | Alicia Granse (#400771) |
| Kevin C. Riach (#389277) | Teresa Nelson (#269736) |
| **THE LAW OFFICE OF KEVIN C. RIACH** | Catherine Ahlin-Halverson (#350473) |
| | **AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA** |
| 125 Main St. SE, Suite 339 | |
| Minneapolis, MN 55414 | P.O. Box 14720 |
| (612) 203-8555 | Minneapolis, MN 55414 |
| kevin@riachdefense.com | Tel: (651) 529-1692 |
| | tnelson@aclu-mn.org |
| Robert J. Gilbertson (#22361X) | cahlin@aclu-mn.org |
| Caitlinrose H. Fisher (#398358) | agranse@aclu-mn.org |
| Virginia R. McCalmont (#399496) | |
| Jackson C. Evert (#402214) | Kyle W. Wislocky (#393492) |
| Rebecca R. Rogers (#403827) | Jacob F. Siegel (#399615) |
| **FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP** | **CIRESI CONLIN LLP** |
| | 225 S. 6th St., Suite 4600 |
| | Minneapolis, MN 55402 |
| 1500 Capella Tower | Tel: (612) 361-8233 |
| 225 South Sixth Street | kww@ciresiconlin.com |
| Minneapolis, MN 55402 | jfs@ciresiconlin.com |
| Telephone: (612) 474-3300 | |
| bgilbertson@forsgrenfisher.com | Scarlet Kim* |
| cfisher@forsgrenfisher.com | Brian Hauss* |
| vmccalmont@forsgrenfisher.com | Esha Bhandari* |
| jevert@forsgrenfisher.com | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** |
| rrogers@forsgrenfisher.com | |
| | 125 Broad Street |
| | New York, NY 11238 |
| | Tel: (212) 549-2500 |
| | scarletk@aclu.org |
| | bhauss@aclu.org |
| | ebhandari@aclu.org |
| | |
| | *Admitted pro hac vice |
| | |
| | **ATTORNEYS FOR PLAINTIFFS** |

3