Outlook

### Re: Tincher, et al. v. Noem, et al. - Case no. 25-cv-4669 (KMM/DTS

| | |
|---|---|
| **From** | Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov> |
| **Date** | Fri 2/13/2026 6:31 PM |
| **To** | Alicia Granse <agranse@aclu-mn.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov> |
| **Cc** | Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>; Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>; Rebecca Rogers <rrogers@forsgrenfisher.com>; Evert Jackson <jevert@forsgrenfisher.com>; Kevin Riach <kevin@riachdefense.com>; Kyle W. Wislocky <kww@ciresiconlin.com>; Jacob F. Siegel <jfs@ciresiconlin.com>; Scarlet Kim <scarletk@aclu.org>; Brian Hauss <bhauss@aclu.org>; Byul Yoon <byoon@aclu.org>; Catherine Ahlin-Halverson <cahlin@aclu-mn.org>; Terri Nelson <tnelson@aclu-mn.org> |

Yes, we accept email service.

Jeremy

---

**From:** Alicia Granse <agranse@aclu-mn.org>
**Sent:** Friday, February 13, 2026 5:56:41 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>; Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Cc:** Caitlinrose H. Fisher <cfisher@forsgrenfisher.com>; Virginia R. McCalmont <vmccalmont@forsgrenfisher.com>; Rebecca Rogers <rrogers@forsgrenfisher.com>; Evert Jackson <jevert@forsgrenfisher.com>; Kevin Riach <kevin@riachdefense.com>; Kyle W. Wislocky <kww@ciresiconlin.com>; Jacob F. Siegel <jfs@ciresiconlin.com>; Scarlet Kim <scarletk@aclu.org>; Brian Hauss <bhauss@aclu.org>; Byul Yoon <byoon@aclu.org>; Catherine Ahlin-Halverson <cahlin@aclu-mn.org>; Terri Nelson <tnelson@aclu-mn.org>
**Subject:** [EXTERNAL] Tincher, et al. v. Noem, et al. - Case no. 25-cv-4669 (KMM/DTS

Counsel,

Are you willing to accept electronic service of 1) the First Amended Complaint on the newly named defendants Rodney Scott, Gregory Bovino, and Thomas Homan and 2) the exhibits identified in Documents 137-1 through 137-4; 138-1 through 138-8, and 139-1 through 139-4 in the above-referenced case via this secure transfer link?
[Tincher, et al. v. Noem, et al. - Video exhibits filed 2.13.26](#)

If not, we will send them for service via mail on Tuesday, February 17.

Thank you,

**Alicia Granse** *(she/her)*
Staff Attorney
American Civil Liberties Union of Minnesota

P.O. Box 14720, Minneapolis, MN 55414

◾ 612.274.7790 ◾ agranse@aclu-mn.org

www.aclu-mn.org



Confidentiality Note: Information contained in this email and any attachments thereto are intended only for the proper recipient(s). This transmission is confidential and may contain attorney-client and/or other legally privileged information. If you are not the proper recipient, please immediately delete the original and any copies of this transmission and notify the sender at (612) 274-7790. Any unauthorized reviewing, retention, distribution, copying, or use of this email, and any attachments thereto, is strictly prohibited. Thank you.