UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, o*n behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I hereby certify that on February 18, 2026, I caused to be served via United States Postal Service the following documents:

- First Amended Complaint [ECF 136];
- Declaration of Margaret Wood [ECF 137];
    - Exhibits A-D to Declaration of Margaret Wood [ECFs 137-1 through 137-4];
- First Declaration of Alicia Granse [ECF 138];
    - Exhibits 1-8 to First Declaration of Alicia Granse [ECFs 138-1 - 138-8]
- Second Declaration of Alicia Granse [ECF 139];
    - Exhibits 1-6 to Second Declaration of Alicia Granse [ECF 139-1 through 139-6];
- Declaration of Emily Beltz [ECF 140];
- Declaration of Luis Ramirez Orozco [ECF 141];
- Declaration of Katharine Tinucci [ECF 142];
- Declaration of Fionn Warren [ECF 143];
- Declaration of M.G. [ECF 144];
    - Exhibits A-B to Declaration of M.G. [ECFs 144-1 through 144-2];
- Declaration of John Abernathy [ECF 146];
- Declaration of Collette Adkins [ECF 147];
- Declaration of Jeanelle Austin [ECF 148];
- Declaration of Kristin Bergquist [ECF 149];
- Declaration of Megan Berkley [ECF 150];
- Declaration of Percival Boyle [ECF 151];
- Declaration of Timothy Michael Brandon [ECF 152];
- Declaration of Taylor Burks [ECF 153];
- Declaration of David Burns [ECF 154];
- Declaration of Mark Butcher [ECF 155];
- Declaration of Matthew Carlson [ECF 156];
- Declaration of Adam Check [ECF 157];
- Declaration of Todd Dahlstrom [ECF 158];
- Declaration of Rebecca J. Dankowski [ECF 159];
- Declaration of Ryan Doxsey [ECF 160];
- Declaration of Kyle Dekker [ECF 161];
- Declaration of Maeve Doyle [ECF 162];
- Declaration of Andrea Drozdowski [ECF 163];
- Declaration of Robert Dubay [ECF 164];
- Declaration of Daniel Ehrlich [ECF 165];
- Declaration of Alexander Engel [ECF 166];
- Declaration of Seren Erden-Medlin [ECF 167];
- Declaration of Connor Fradenburgh [ECF 168];
- Declaration of Bergen Fuglestad [ECF 169];

- Declaration of Marianna Garcia [ECF 170];
- Declaration of Christian Glanville [ECF 171];
- Declaration of Greta Graves [ECF 172];
- Declaration of Cassandra Grythe [ECF 174];
- Declaration of Asa Hatten [ECF 175];
- Declaration of Katherine Henly [ECF 177];
- Declaration of Kaia Hirt [ECF 178];
- Declaration of Shamso Iman [ECF 179];
- Declaration of Jacob W. Jester [ECF 180];
- Declaration of Brooke Johnson [ECF 181];
- Declaration of Lori Kaplan [ECF 182];
- Declaration of Jessica Kirby [ECF 183];
- Declaration of Jonathan Koenig [ECF 184];
- Declaration of A.L. [ECF 185];
- Declaration of Rachel Landsem [ECF 186];
- Declaration of Lauren Larson [ECF 187];
    - Exhibis 1-2 to Declaration of Lauren Larson [ECF 187-1 through 187-2];
- Declaration of Noah Levy [ECF 188];
- First Declaration of Dylan Linet [ECF 189];
    - Exhibit A to First Declaration of Dylan Linet [ECF 189-1];
- Second Declaration of Dylan Linet [ECF 190];
- Declaration of Haley Lipo Zovic [ECF 191];
- Declaration of Ian Lockhart [ECF 192];
- Declaration of Melanie Mallon [ECF 193];
- Declaration of Nathaniel Meieropolys [ECF 194];
- Declaration of Dan Merley [ECF 195];
- Declaration of Sawyer Miedema [ECF 196];
- Declaration of Briana Mork [ECF 197];
- Declaration of Krista Murphy-O'Connor [ECF 198];
- Declaration of Ethan O'Brien [ECF 199];
- Declaration of Patty O'Keefe [ECF 200];
- Declaration of Hallie Patterson [ECF 201];
- Declaration of Megan Peterson [ECF 202];
- Declaration of Sawyer Plotz [ECF 203];
- Declaration of C.R. [ECF 204];
- Declaration of Bridgette Reisinger [ECF 205];
- Declaration of Samuel Rosemark [ECF 206];
- Declaration of Cory Ryan [ECF 207];
- Declaration of Steven Paul Saari the Second [ECF 208];
- Declaration of Jeremias Salazar-Fayant [ECF 209];
- Declaration of Gwen Sierks [ECF 210];
- Second Declaration of Claire Smith [ECF 211];

- Declaration of Grace Steinmetz [ECF 212];
- Declaration of Jestin Stoffel [ECF 213];
- Declaration of Katie Story [ECF 214];
- Declaration of Benjamin Sullivan-McKone [ECF 215];
- Declaration of Greg Sullo [ECF 216];
- Declaration of Sandra Taylor [ECF 217];
- Declaration of Coral Thacker [ECF 218];
    - Exhibit A to Declaration of Coral Thacker [ECF 218-1];
- Declaration of Taylor Volkman [ECF 219];
- Declaration of McKenna Walker [ECF 220];
- Declaration of Danielle Welch [ECF 221];
- Declaration of Cheyenne Wilson [ECF 222];
- Declaration of J.W. [ECF 223];
- Declaration of Andrew Wold [ECF 224];
- Declaration of Daniel Woo [ECF 225];
- Declaration of Eirik Wurst [ECF 226];
- Declaration of Chelsea Brink [ECF 227];
    - Exhibits 1-2 to Declaration of Chelsea Brink [ECF 227-1 through 227-2];
- Amended Declaration of Clayton Kelly [ECF 228]; and
- Amended Declaration of Reece Kapla [ECF 229]

Service was made upon the following defendants at the addresses listed below.

RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP)
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

GREGORY BOVINO, Chief Border Patrol Agent, CBP
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

THOMAS HOMAN, Executive Associate Director, Enforcement and Removal
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Dated: February 18, 2026

Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#399496)
Jackson C. Evert (#402214)
Rebecca R. Rogers (#403827)
**FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**
1500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 474-3300
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

Scarlet Kim*
Brian Hauss*
Esha Bhandari*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street
New York, NY 11238
Tel: (212) 549-2500
scarletk@aclu.org
bhauss@aclu.org
ebhandari@aclu.org

*/s/ Alicia Granse*
Alicia Granse (#400771)
Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Kevin C. Riach (#389277)
**THE LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

*Admitted pro hac vice

*ATTORNEYS FOR PLAINTIFFS*