UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 |
| Plaintiffs, | **DECLARATION OF ANDREW ONKEN** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

1

I, Andrew Onken, declare as follows:

1. My name is Andrew Onken. I am a resident of north Minneapolis, where I have lived since 2017. I am 37 years old.

2. I grew up in Plymouth, a third ring suburb of Minneapolis. I have lived in the Twin Cities area my whole life. I love it. The most important thing that this area has for me is a close network of family and friends who all stay here for each other. This has been especially true in these last two months, where I have been a part of a large community banding together against what the Federal Government is doing to our city.

3. I work as a Special Education Assistant in the Minneapolis school district. I work with children in special education classes. I have worked as a schoolteacher in some capacity since 2013. Every weekday, a school bus picks me up at 6:27 AM, parking just down the street from my house, so that I can accompany schoolchildren to school and support them on their bus ride.

4. Following the murder of Renee Good on January 7, 2026 and federal agents' raid on Roosevelt High School in Minneapolis that same evening, I felt that I had to help out to protect my community. I felt I needed to keep my neighborhood safe and carry forward what Renee had been doing now that she no longer could. Minneapolis schools were closed the next two days, so I attended a training on how to legally observe federal agents conducting immigration operations.

5. Beginning on January 9, 2026, I began driving around north Minneapolis to observe federal agents while they conducted their operations. With the exception of January 15, 2026, I have been out every day to observe federal agents since then, often staying out to conduct observations for hours at a time.

6. On January 25, 2026, at approximately 9 AM, I left my house in north Minneapolis to drive around the neighborhood to observe any federal agent activity. I drove over to a friend's house, arriving there at approximately 9:15 AM, to pick him up so that he could join me.

7. While driving around north Minneapolis that morning at approximately 10:25 AM, I received a call from another neighbor, who told me that there were approximately four vehicles that were likely occupied by federal agents congregated just north of the intersection of Lyndale Avenue and Broadway Avenue. My friend and I drove to that area, arriving there a few minutes later.

2

8. By the time we arrived, the vehicles were gone. I then began to drive around the surrounding neighborhood to see if I could find where the federal agents had gone.

9. At approximately 10:30 AM, I saw a black Durango SUV with Colorado plates on Irving Avenue, a street nearby. Neighbors told me that this vehicle was likely driven by a federal agent, given that it had been previously seen with masked men inside. I began following the vehicle.

10. The black SUV drove down Irving Avenue towards Broadway Avenue, waited at the stoplight at Broadway Avenue, and continued along as I followed from a safe distance behind it. At 17th Street, the SUV turned right, driving quite slowly, and then turned right onto James Street. I stayed approximately a half block behind the SUV.

11. As I drove down James Street, I passed a white minivan that was stopped on the side of the road near the intersection with 17th Street. As I passed by, I saw a masked man wearing sunglasses in the front seat and someone sitting next to him. I realized that there were federal agents in that vehicle as well. After I passed the minivan, it pulled out and began following me.

12. My heart began racing. I knew that I was now trapped between two vehicles containing federal agents.

13. The black SUV then stopped and, without warning, began backing up. As it did so, it angled sideways to block off the street completely. After seeing that I was trapped, I put my vehicle into park.

14. A federal agent then got out of the right-passenger side of the black SUV. He was wearing a mask, a vest that read either "POLICE" or "ICE," and casual clothing. His gun was holstered at his side. He came over to my driver's side. He told me that I was violating 18 USC § 111 by impeding and obstructing federal officers, and that this was my only warning. He said the next time both my friend and I would be arrested. The agent asked me if I understood. I told him okay and that I was driving away. The agent then said, "Stop following us!" and walked back to his vehicle.

15. I was pretty shaken up. I waited for the federal agents to drive away in their vehicles. My friend and I drove to a nearby church, decompressed, and then went home.

16. Later that day, I spoke with neighbors who had been threatened by federal agents in similar circumstances. I decided that, although the detention and threat of arrest was frightening, I could not let the agents intimidate me out of observing their behavior. In the days since the detention, I have continued to go out to observe federal agents' operations.

17. On Wednesday, January 28, 2026, I went outside shortly before 6:27 AM to meet the bus driver, as I do every weekday. In the spot where the bus normally parks, however, was a black Dodge charger with tinted windows and Texas plates. I walked past the vehicle, pausing to look at the license plate. I checked in with neighbors, learning that the vehicle had been confirmed as likely used by federal agents in the past. I could not see who was inside but was so shaken up I did not investigate further.

18. It terrifies me to think that federal agents had surveilled me enough that they not only know where I live but have intimate knowledge of my daily routine as well. This was really unsettling and was a clear intimidation tactic to chill me out of observing them. It will not work.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on  1/31/2026  in Hennepin County, State of Minnesota.

Andrew Onken