UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, *et al.,*

        Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS), *et al.,*

        Defendants.

Case No. 25-cv-04669

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

_____

Defendants respectfully file this Motion for Extension of Time to Respond to First Amended Complaint. Defendants request that the Court extend Defendants' deadline to respond to the First Amended Complaint by seven days, from February 27, 2026, to March 6, 2026. Defendants also request a corresponding seven-day extension of Plaintiffs' deadline to file a motion to take discovery related to standing, from March 6, 2026, to March 13, 2026. Defendants' counsel conferred by email with Plaintiffs' counsel, who indicated that Plaintiffs consent to this motion.

On February 11, 2026, the Court entered a Case Management Order, ECF No. 135. In that order, the Court set deadlines for Plaintiffs to file a First Amended Complaint by February 13, 2026, for Defendants to respond to the First Amended Complaint by February 27, 2026, and for Plaintiffs to file a motion to take discovery related to standing by March 6, 2026. *Id.* at 1-2. Consistent with that deadline, Plaintiffs filed their First Amended Complaint, ECF No. 136, on February 13, 2026.

On February 19, 2026, the Eighth Circuit entered an order holding the interlocutory appeal in this case in abeyance until March 6, 2026, pending an indicative ruling by this Court on a motion to dissolve the preliminary injunction. Order, ECF No. 233. In response to that order, this Court entered an order setting a deadline of February 23, 2026, for Plaintiffs to file a motion to dissolve the preliminary injunction, and a deadline of February 26, 2026, for Defendants to respond to any such request. Order, ECF No. 234.[1]

Defendants intend to file a Motion to Dismiss the First Amended Complaint and have begun working on such a motion. However, Defendants anticipate that they will need to devote substantial attention this week to responding to Plaintiffs' anticipated motion to dissolve the preliminary injunction. Accordingly, Defendants request that the Court extend their deadline to respond to the First Amended Complaint by seven days, to March 6, 2026. Such an extension would necessitate a corresponding extension of seven days to Plaintiffs' deadline to file a motion to take discovery related to standing, to March 13, 2026. These requested extensions will not unduly delay resolution of this matter and will not prejudice any party, as shown by the fact that Plaintiffs consent to this motion.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion and enter an order extending Defendants' deadline to respond to the First Amended Complaint by seven days, to March 6, 2026, and Plaintiffs' deadline to file a motion to take discovery related to standing by seven days, to March 13, 2026.

---

[1] As Defendants understand, any ruling by this Court on a motion to dissolve the preliminary injunction would be an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1, because the interlocutory appeal has divested this Court of jurisdiction over the preliminary injunction.

Dated: February 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
KATHLEEN C. JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 532-3114
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

3