UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,*

        Plaintiffs,

    v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,

        Defendants.

Case No. 25-cv-4669 (KMM/DTS)

**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR INDICATIVE RULING PURSUANT TO FED. R. CIV. P. 62.1**

PLEASE TAKE NOTICE that at a time and place to be determined, before The Honorable Katherine M. Menendez, U.S. District Judge, Susan Tincher, John Biestman, Janet Lee, Lucia Webb, Abdikadir Noor, Alan Crenshaw, Abigail Salm, Ryan Doxsey, Margaret Wood, The NewsGuild-Communications Workers of America and Status Group News (collectively, "Plaintiffs") will move the Court pursuant to Rule 62.1 of the Federal Rules of Civil Procedure for an indicative ruling that the Court would dissolve the preliminary injunction entered on January 16, 2026 (ECF 85, 86) because the preliminary injunction, by its own terms, is no longer of any force or effect given Defendants' ending Operation Metro Surge.

Dated:  February 23, 2026

/s/ Kyle W. Wislocky

Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
**AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Esha Bhandar*
Brian Hauss*
Scarlet Kim*
**AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA**
125 Broad Street
New York, NY
Tel: (212) 549-2500
ebhandari@aclu.org
bhauss@aclu.org
ScarletK@aclu.org

2

\* Admitted pro hac vice

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4000
Minneapolis, MN 55402
Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#402214)
Jackson C. Evert (#402214)
Rebecca Rogers (#403827)
**FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP**
225 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Tel: (612)-474-3310
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

Kevin C. Riach (#389277)
**THE LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

***ATTORNEYS FOR PLAINTIFFS***

3