UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB,
ABDIKADIR NOOR, ALAN
CRENSHAW, ABIGAIL SALM, RYAN
DOXSEY, MARGARET WOOD, THE
NEWSGUILD-COMMUNICATIONS
WORKERS OF AMERICA, and
STATUS COUP NEWS, *on behalf of
themselves and other similarly situated
individuals,*

           Plaintiffs,

    v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; RODNEY
SCOTT, Commissioner, U.S. Customs and
Border Protection (CBP); GREGORY
BOVINO, Chief Border Patrol Agent,
CBP; JOHN A. CONDON, Acting
Executive Associate Director, Homeland
Security Investigations (HSI); THOMAS
HOMAN, DHS Executive Assistant
Director of Enforcement and Removal;
The Department of Homeland Security;
Unidentified Federal Agencies; and
Unidentified Federal Agents; *in their
official capacities*,

           Defendants.

Case No. 25-cv-4669 (KMM/DTS)

**DECLARATION OF KYLE W.
WISLOCKY**

I, Kyle W. Wislocky, declare as follows:

1.      I am an attorney at the law firm of Ciresi Conlin LLP, representing Plaintiffs in the above-captioned matter. I submit this Declaration in Support of Plaintiffs' Motion for Indicative Ruling Pursuant to Fed. R. Civ. P. 62.1.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Nick Lentz, et al., *Border czar says Minnesota ICE surge is ending: "I don't want to see any more bloodshed"*, CBS Minnesota (Feb. 12, 2026), available at https://www.cbsnews.com/minnesota/news/tom-homan-news-conference-minneapolis-feb-12/.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Marc Tamasco, *Homan says 'immigration surge' in Minneapolis is 'over,' footprint will shrink to 150 agents 'within a week'*, Fox News (Feb. 21, 2026), available at https://www.foxnews.com/media/tom-homan-says-immigration-surge-minneapolis-over-footprint-shrink-150-agents-within-week.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 23, 2026                   /s/ Kyle W. Wislocky
                                            Kyle W. Wislocky