# EXHIBIT B

https://www.foxnews.com/media/tom-homan-says-immigration-surge-minneapolis-over-footprint-shrink-150-agents-within-week    February 23, 2026

      

**'Miracle on Ice' captain reflects on game as 'what...**
**Newsom says 'fate will determine' if he faces...**
**Shapiro declines to answer whether he'll support...**
**Gavin Newsom pressed on California affordability...**
**The Bible meets 'The Office': How 'The Promise...**
**Comedian B for end to S**



**MEDIA**

# Homan says 'immigration surge' in Minneapolis is 'over,' footprint will shrink to 150 agents 'within a week'

Border czar Tom Homan noted that fraud investigators will remain in the city until probes are complete

By **Marc Tamasco** · **Fox News**

Published February 21, 2026 11:01am EST

     

 Agree 👍 4



**NEW THIS MORNING**

**SOURCES: TRUMP ADMIN TO USE HOMAN'S ICE PLAYBOOK IN MN NATIONWIDE**



**Tom Homan says 'immigration surge' in Minneapolis 'over,' footprint will shrink to 150 agents 'within a week'**

During an interview with CNN's Sara Sidner Friday, border czar Tom Homan said ICE's 'immigration surge' in Minneapolis is 'over' and that the agency's footprint would shrink to around 150 agents 'within a week.'

Border czar Tom Homan told CNN's Sara Sidner Friday that ICE's immigration surge in Minneapolis is "over" and that the agency's footprint would shrink to approximately 150 agents "within a week."



**More From Fox News**



**Family of Ohio teacher 'clinging to faith' after ex-'American Idol**

During his interview on "CNN News Central," Homan was asked about the status of the immigration agent drawdown in Minneapolis.

"Where are we? How many officers have left? How many are still there and how long will they stay?" Sidner questioned.



DOUBLE YOUR SAVINGS
EXTRA 5% OFF CASH SAVINGS OR DOUBLE YOUR SAVINGS TO 10% OFF WHEN YOU TAKE A HOM SHOPPING CARD

SHOP FLOORING
HOM

**JACOB FREY IS SKEPTICAL OF ICE WITHDRAWAL FROM MINNEAPOLIS, SAYS 'I'LL BELIEVE IT WHEN I SEE IT'**



White House border czar Tom Homan deployed to Minnesota Jan. 26, 2026, to run point on the immigration crackdown in the state.  (Jim Watson/Getty Images)

Although Homan said he was unsure of the exact number of agents remaining in the city, he explained his plans for immigration operations in Minneapolis moving forward.

"My plan is to get back to the regular footprint, which is 150, but with a couple of caveats," Homan said. "No. 1, we do have a small team of security forces to back up ICE agents in case things get out of hand. And if law enforcement continues to respond like they've committed to, then we'll pull that small force out."

Despite the planned reduction of federal immigration agents in Minneapolis, Homan confirmed that the investigators probing alleged widespread fraud in the city will "remain until the investigations are over."

"But as far as the immigration surge, it's over," he continued. "And we should be back to regular footprint within a week."

**LEAVITT VOWS NOTHING WILL STOP ICE ENFORCEMENT AFTER 4,000 ILLEGAL ALIEN CRIMINALS CAUGHT IN MINNESOTA**

Earlier in the interview, Homan was asked why he referred to the immigration operation in Minneapolis as "a great success" despite being so unpopular with some of the city's residents and leadership.


...contestant husband charged with...


**Sen. John Kennedy warns Democrats they should be careful what they wish for after SCOTUS...**


**AOC blames critics, Trump after Munich hiccup backlash**


**Exiled Iranian princess: Islamic regime 'has never been this close' to falling, people 'begging' Trump ...**


**Guest conservative 'View' co-host reveals 'hateful messages' for appearing on show**


**NPR editor scolds colleague's 'inappropriate remark' comparing masked Nancy Guthrie suspect to...**

Promoted


**Inside Missing Person Searches: Trey Gowdy Breaks Down Investigator Secrets and Shares a Personal Life Update.**

FIND YOUR STYLE




"Well, I never expected the politicians to call it a great success, to give President Trump a win. But, bottom line, the streets of Minneapolis and the streets in Minnesota are safer today because we are working with an unprecedented number of sheriffs in the state that will call us before they release a public safety threat to the street," he responded. "That's safer for the community, safer for agents, [safer] for the alien."



A person is detained by federal agents Feb. 3, 2026, in Minneapolis.  (Ryan Murphy/AP)

"We have great relationships with the state. They honored detainers for anybody [in] the state prison system," Homan continued. "And even in Minneapolis, Mayor Frey, we won't agree on much, but Minneapolis PD was actually responding after I met with the mayor to take down the illegal roadblocks put up by agitators. And all the law enforcement, every chief of police I met, every sheriff I met promised to respond to public safety issues."

The border czar added that when ICE is carrying out enforcement operations, "they get surrounded by agitators and things get out of control," but local authorities have "committed to responding" to potential safety concerns.

**CLICK HERE FOR MORE COVERAGE OF MEDIA AND CULTURE**

Last week, Homan told reporters during a news conference at the Bishop Whipple Federal in Minneapolis that the operation succeeded in reducing public safety threats with "unprecedented levels of coordination" from state officials and local law enforcement.



White House border czar Tom Homan speaks during a news conference at the Bishop Henry Whipple Federal Building in Minneapolis Feb. 4, 2026. (Charly Triballeau/AFP via Getty Images)

Fox News First
MORNING HEADLINES

**Fox News First**

Get all the stories you need-to-know from the most powerful name in news delivered first thing every morning to your inbox.

Arrives Weekdays

"As a result of our efforts here, Minnesota is now less of a sanctuary state for criminals," Homan said.

"I have proposed, and President Trump has concurred, that this surge operation conclude."

Ad removed. Details

**CLICK HERE TO DOWNLOAD THE FOX NEWS APP**

*Fox News Digital's Stephen Sorace contributed to this report.*