UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*,

        Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,

        Defendants.

Case No. 25-cv-4669 (KMM/DTS)

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR INDICATIVE RULING PURSUANT TO FED. R. CIV. P. 62.1**

This matter came before the Court on Plaintiffs' Motion for Indicative Ruling pursuant to Fed. R. Civ. P. 62.1. Upon consideration of the parties' submissions and the entire record herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. The Court ORDERS as follows:

1. The Court hereby states that it would dissolve the preliminary injunction as having become moot pursuant to its own terms, if the Eighth Circuit were to remand for that purpose.

Dated: _____       _____
                                             Judge Katherine M. Menendez
                                             U.S. District Judge