# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Susan Tincher, et al., | Case No. 25-cv-4669 (KMM/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem, et al., | |
| Defendants. | |

Defendants filed an unopposed motion, Dkt. No. 236, for an extension of time to Answer the First Amended Complaint, and to extend Plaintiffs' deadline to file a motion to take discovery related to standing.

**IT IS HEREBY ORDERED:** Defendants' motion is **GRANTED.** Defendants shall Answer or otherwise respond to the Complaint on or before March 6, 2026. Plaintiffs shall file a motion to take discovery related to standing on or before March 13, 2026.

Dated: February 25, 2026

      ___s/ David T. Schultz_____
      DAVID T. SCHULTZ
      United States Magistrate Judge