UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB,
ABDIKADIR NOOR, ALAN
CRENSHW, ABIGAILSALM, RYAN
DOXSEY, MARGARET WOOD, THE
NEWSGUILD-COMMUNICATIONS
WORKERS OF AMERICA and
STATUS COUP NEWS, *on behalf of
themselves and other similarly situated
individuals,*

        Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; JOHN A.
CONDON, Acting Executive Associate
Director, Homeland Security
Investigations (HIS); The Department of
Homeland Security; Unidentified Federal
Agencies; and Unidentified Federal
Agents; *in their official capacities,*

        Defendants.

Case No. 25-cv-04669 (KMM/DTS)

**DEFENDANTS' MOTION TO
DISMISS FIRST AMENDED
COMPLAINT**

_____

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants' move to dismiss Plaintiffs' First Amended Complaint. For the reasons stated in the accompanying memorandum, the Court lack subject-matter jurisdiction over this action because Plaintiffs lack standing and the case is moot. In addition, all Plaintiffs fail to state a claim upon which relief can be granted for Counts I, III, and IV. For Count II, Plaintiffs Alan Crenshaw and The NewsGuild – Communications Workers of America (TNG-CWA) fail to state a claim. Therefore, Defendants respectfully request that the Court grant this motion and enter an order dismissing Plaintiffs' First Amended Complaint.

Dated: March 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

 /s/ Jeremy S.B. Newman
JEREMY S.B. NEWMAN
KATHLEEN C. JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 532-3114
Fax: (202) 616-8470
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

1