UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHW, ABIGAILSALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,*

      Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HIS); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,*

      Defendants.

Case No. 25-cv-04669 (KMM/DTS)

**[PROPOSED] ORDER**

_____

Before the Court is Defendants' Motion to Dismiss First Amended Complaint.

After reviewing Defendants' Motion and the briefs of all parties, the Court rules as follows:

1. Defendants' Motion to Dismiss First Amended Complaint is **GRANTED**.

2. All claims of all Plaintiffs are **DISMISSED** for lack of subject-matter jurisdiction.

3. In addition, Counts I, III, and IV, for all Plaintiffs, and Count II for Plaintiffs Alan Crenshaw and The NewsGuild – Communications Workers of America, are **DISMISSED** for failure to state a claim.

4. It is hereby **ORDERED** that the Clerk shall close this case.


Date: _____, 2026

_____
Katherine Menendez
United States District Judge

1