UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHW ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | **DECLARATION OF MARTY C. RAYBON SR.** |
| Defendants. | |

_____

I, Marty C. Raybon Sr., hereby declare as follows:

1.      I am employed by U.S. Customs and Border Protection (CBP).  CBP is charged with enforcing the Nation's immigration laws to protect national security and uphold the integrity of the immigration system.  As part of this mission, Border Patrol agents and CBP officers are responsible for preventing the unlawful entry of individuals into the United States, apprehending those who attempt to enter illegally or who have violated the immigration laws.  Through these activities, CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States.

2.      I entered on duty with the U.S. Customs Service - a legacy agency to CBP - as a Canine Enforcement Officer in 1999.  During my career with U.S. Customs and CBP, I have held various positions with management responsibilities at CBP's Headquarters in Washington, D.C. and at numerous field locations, to include:  Executive Director of the National Targeting Center (NTC) within the Office of Field Operations (OFO); the Executive Port Director for the Port of New York/Newark; Acting Director, Field Operations for the New York Field Office; Port Director for the Port of Detroit, Michigan; Executive Consultant, Office of Intelligence, Washington D.C.; Acting Director of Field Operations (DFO), Detroit Field Office; Acting Deputy Executive Director, Planning, Program Analysis and Evaluation (PPAE) and; Acting Assistant Director, Tactical, NTC-P in Virginia.

3.      Since March 2024, I have served as the DFO for the Detroit Field Office in Michigan.  In this role, I oversee 1,800 employees and all CBP OFO operations throughout the state of Michigan, which includes air, land and sea operations.  I also oversee the Automotive and Aerospace Center for Excellence and Expertise, with employees assigned across the country.

4.      On February 3, 2026, I was assigned as CBP's Lead Field Coordinator (LFC) for U.S. Immigration and Customs Enforcement's (ICE) Minneapolis operation, Operation Metro Surge. In this role, I am responsible for all CBP assets and personnel assigned to Operation Metro Surge, and I ensure that CBP employees have everything they need to perform their duties, including equipment and supplies. As the LFC, I also ensure CBP closely collaborates and coordinates with other participating federal agencies.

5.      The statements contained in this declaration are based upon my personal knowledge and information made available to me in the course of my official duties.

6.      In early January 2026, CBP personnel began mobilizing in Minneapolis to assist ICE Enforcement and Removal Operations (ERO). As part of Operation Metro Surge, CBP personnel, along with personnel from partner federal agencies, participated in a variety of law enforcement actions in and around Minneapolis. These enforcement actions primarily involved immigration enforcement authorities granted under Title 8 of the U.S. Code but may have also involved enforcement of certain portions of the U.S. criminal code under Title 18.

7.      On February 3, 2026, the day I began my duties as the LFC, approximately 1029 CBP employees (including CBP officers, Border Patrol agents, Air and Marine Operations (AMO) personnel and support staff) were assigned to Operation Metro Surge. This number does not include CBP employees assigned to other responsibilities within the Minneapolis/St. Paul area, such as CBP officers assigned to ports of entry.

8.      On February 4, 2026, CBP demobilized approximately 680 CBP officers and Border Patrol agents assigned to Operation Metro Surge, leaving approximately 349 CBP officers, Border Patrol agents, AMO personnel and support staff to assist the operation. CBP continued to draw-down personnel during the next two and a half weeks.

9.      On February 12, 2026, CBP demobilized approximately 200 CBP officers, Border Patrol agents, and AMO personnel leaving approximately 149 CBP officers, Border Patrol agents, AMO personnel and support staff to assist the operation.  Four days later, CBP demobilized approximately 82 additional employees, which included CBP officers, Border Patrol agents, AMO personnel and support staff, leaving approximately 67 CBP officers, Border Patrol agents, AMO personnel and support staff to assist the operation.

10.     CBP demobilized the remaining 67 CBP employees assigned to Operation Metro Surge on February 23, 2026.

Executed this 5th day of March 2026 at Detroit, Michigan.

_____

Marty C. Raybon, Sr.