UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB, ABDIKADIR
NOOR, ALAN CRENSHAW, ABIGAIL
SALM, RYAN DOXSEY, MARGARET
WOOD, THE NEWSGUILD-
COMMUNICATIONS WORKERS OF
AMERICA, and STATUS COUP NEWS, o*n
behalf of themselves and other similarly
situated individuals,*

        Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; RODNEY
SCOTT, Commissioner, U.S. Customs and
Border Protection (CBP); GREGORY
BOVINO, Chief Border Patrol Agent,
CBP; JOHN A. CONDON, Acting
Executive Associate Director, Homeland
Security Investigations (HSI); THOMAS
HOMAN, DHS Executive Assistant
Director of Enforcement and Removal;
The Department of Homeland Security;
Unidentified Federal Agencies; and
Unidentified Federal Agents; *in their
official capacities*,

        Defendants.

Case No. 25-cv-04669
(KMM/DTS)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on March 6, 2026, I caused copies of the following declarations,

filed under seal, to be served via email upon counsel for Defendants:

- Declaration of M.G. [ECF 247];
- Declaration of Connor Fradenburgh [ECF 248];
- Declaration of A.L. [ECF 249];
- Declaration of C.R. [ECF 250]; and,
- Declaration of J.W. [ECF 251].

Service was made at the following email addresses:

Andrew Warden
andrew.warden@usdoj.gov

Jeremy S. B. Newman
jeremy.s.newman@usdoj.gov

Kathleen Jacobs
kathleen.c.jacobs@usdoj.gov


Dated: March 9, 2026

*/s/ Alicia Granse*

Alicia Granse (#400771)
Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
**AMERICAN CIVIL LIBERTIES
UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#399496)
Jackson C. Evert (#402214)
Rebecca R. Rogers (#403827)
**FORSGREN FISHER
MCCALMONT
DEMAREA TYSVER LLP**
1500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 474-3300
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

Kevin C. Riach (#389277)
**THE LAW OFFICE OF KEVIN C.
RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

Scarlet Kim*
Brian Hauss*
Esha Bhandari*
**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION**
125 Broad Street
New York, NY 11238
Tel: (212) 549-2500
scarletk@aclu.org
bhauss@aclu.org
ebhandari@aclu.org

*Admitted pro hac vice

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

*ATTORNEYS FOR PLAINTIFFS*