UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHW, ABIGAILSALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,*

        Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HIS); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,*

        Defendants.

Case No. 25-cv-04669 (KMM/DTS)

**MEET AND CONFER STATEMENT FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

_____

Pursuant to Local Rule 7.1(a)(1), undersigned counsel hereby certifies that I met and conferred with Plaintiffs' counsel Caitlinrose Fisher and Rebecca Rogers by telephone on March 5, 2026, regarding Defendants' Motion to Dismiss First Amended Complaint. The parties were unable to agree on a resolution, as Plaintiffs oppose the relief sought in the Motion.

Dated: March 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

 /s/ Jeremy S.B. Newman
JEREMY S.B. NEWMAN
KATHLEEN C. JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 532-3114
Fax: (202) 616-8470
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

1