UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*, <br><br>       Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>       Defendants. | Case No. 25-cv-04669 (KMM/DTS)<br><br><br><br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY** |

1

This matter comes before the Court on Plaintiffs' Motion for Jurisdictional Discovery, brought pursuant to this Court's Case Management Order (Doc. 135), Federal Rule of Civil Procedure 56(d), and the Court's inherent authority. The Court has reviewed the Motion, the supporting Memorandum of Law, the record in this action, and all other materials submitted. For the reasons stated in Plaintiffs' submissions and on the record, and for good cause shown, the Motion is GRANTED.

IT IS HEREBY ORDERED THAT:

1. Plaintiffs are permitted to serve the requests for production of documents attached as Exhibit A to the Declaration of Virginia McCalmont on Defendants.

2. Defendants are ordered to promptly respond to Plaintiffs' requests for production of documents.

3. Within fourteen (14) days of receiving a representation from Defendants that their document productions are substantially complete, Plaintiffs may serve notices for the depositions of (1) declarant Marty C. Raybon Sr.; (2) declarant David Easterwood; and (3) a Rule 30(b)(6) representative from an agency and on topics to be identified by Plaintiffs.

4. Defendants are ordered to promptly produce these deponents to provide in-person deposition testimony.

IT IS SO ORDERED.

3

Dated: _____          _____
                                  The Honorable Katherine M. Menendez
                                  United States District Judge