UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULES** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

1

This matter comes before the Court on Plaintiffs' and Defendants' Stipulation on Briefing Schedules. Based upon that stipulation, and the records and proceedings herein, IT IS HEREBY ORDERED THAT:

1.     Plaintiffs shall file their motion to dissolve the preliminary injunction on or before March 20, 2026.  Defendants may file a response to Plaintiffs' motion on or before March 27, 2026.

2.     Plaintiffs shall file their opposition to Defendants' Motion to Dismiss (Doc. 253) on or before April 6, 2026.  Defendants shall file their reply in support of the Motion to Dismiss on or before April 20, 2026.

3.     Defendants shall file a response to Plaintiffs' Motion for Jurisdictional Discovery (Doc. 264) on or before April 3, 2026.


IT IS SO ORDERED.


Dated: _____        _____
                                   The Honorable Katherine M. Menendez
                                   United States District Judge