UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB,
ABDIKADIR NOOR, ALAN
CRENSHAW, ABIGAIL SALM, RYAN
DOXSEY, MARGARET WOOD, THE
NEWSGUILD-COMMUNICATIONS
WORKERS OF AMERICA, and
STATUS COUP NEWS, *on behalf of
themselves and other similarly situated
individuals,*

          Plaintiffs,

   v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; RODNEY
SCOTT, Commissioner, U.S. Customs and
Border Protection (CBP); GREGORY
BOVINO, Chief Border Patrol Agent,
CBP; JOHN A. CONDON, Acting
Executive Associate Director, Homeland
Security Investigations (HSI); THOMAS
HOMAN, DHS Executive Assistant
Director of Enforcement and Removal;
The Department of Homeland Security;
Unidentified Federal Agencies; and
Unidentified Federal Agents; *in their
official capacities*,

          Defendants.

Case No. 25-cv-4669 (KMM/DTS)

**LR 7.1 CERTIFICATE
OF COMPLIANCE**

The undersigned certifies that the Plaintiffs' Memorandum of Law in Support of Motion to Dissolve the Preliminary Injunction complies with Local Rule 7.1 and that, in preparation of this brief, Microsoft Word for Office 365 was used, that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, and that the text of the brief, including headings, footnotes, and quotations, contains 681 words.

Dated:  March 20, 2026                    */s/ Kyle W. Wislocky*

Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
Alicia Granse (#400771)
**AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Scarlet Kim*
Brian Hauss*
Esha Bhandar*
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
125 Broad Street
New York, NY
Tel: (212) 549-2500
scarletk@aclu.org
bhauss@aclu.org
ebhandari@aclu.org
* Admitted pro hac vice

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4000
Minneapolis, MN 55402

Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#402214)
Jackson C. Evert (#402214)
Rebecca Rogers (#403827)
**FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP**
225 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Tel: (612)-474-3310
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

Kevin C. Riach (#389277)
**THE LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

Leah C. Janus (#0337365)
Pari I. McGarraugh (#0395524)
Panhia Vang (#0399444)
Megan M. Helstrom (#0403441)
Ayesha Mitha (#504462)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
ljanus@fredlaw.com
pmcgarraugh@fredlaw.com
pvang@fredlaw.com
mhelstrom@fredlaw.com
amitha@fredlaw.com

*ATTORNEYS FOR PLAINTIFFS*

3