UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB,
ABDIKADIR NOOR, ALAN
CRENSHAW, ABIGAIL SALM, RYAN
DOXSEY, MARGARET WOOD, THE
NEWSGUILD-COMMUNICATIONS
WORKERS OF AMERICA, and
STATUS COUP NEWS, *on behalf of*
*themselves and other similarly situated*
*individuals,*

        Plaintiffs,

    v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; RODNEY
SCOTT, Commissioner, U.S. Customs
and Border Protection (CBP); GREGORY
BOVINO, Chief Border Patrol Agent,
CBP; JOHN A. CONDON, Acting
Executive Associate Director, Homeland
Security Investigations (HSI); THOMAS
HOMAN, DHS Executive Assistant
Director of Enforcement and Removal;
The Department of Homeland Security;
Unidentified Federal Agencies; and
Unidentified Federal Agents; *in their*
*official capacities*,

        Defendants.

Case No. 25-cv-4669 (KMM/DTS)

**PROPOSED ORDER GRANTING
PLAINTIFFS' MOTION TO
DISSOLVE THE PRELIMINARY
INJUNCTION**

This matter came before the Court on Plaintiffs' Motion to Dissolve the Preliminary Injunction. Upon consideration of the parties' submissions, the arguments of counsel and the entire record herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. The Court ORDERS as follows:

1.     The Court hereby states the preliminary injunction is dissolved as moot.

Dated: _____          _____

Judge Katherine M. Menendez
U.S. District Judge