UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, o*n behalf of themselves and other similarly situated individuals,*

          Plaintiffs,

      v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,

          Defendants.

Case No. 25-cv-4669 (KMM/DTS)

**JOINT MOTION REGARDING CONTINUED SEALING OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

_____

The following documents have been filed under temporary seal in relation to Plaintiffs' First Amended Complaint (ECF No. 136):

- Declaration of M.G. (ECF No. 144, filed under seal at ECF No. 247);

- Declaration of Connor Fradenburgh (ECF No. 168, filed under seal at ECF No. 248);

- Declaration of A.L. (ECF No. 185, filed under seal at ECF No. 249);

- Declaration of C.R. (ECF No. 204, filed under seal at ECF No. 250);

- Declaration of J.W. (ECF No. 223, filed under seal at ECF No. 251).

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

Dated: March 25, 2026

*/s/ Alicia Granse*
Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)

Robert J. Gilbertson (#22361X)              Alicia Granse (#400771)
Caitlinrose H. Fisher (#398358)             **AMERICAN CIVIL LIBERTIES UNION**
Virginia R. McCalmont (#402214)             **OF MINNESOTA**
Jackson C. Evert (#402214)                  P.O. Box 14720
Rebecca Rogers (#403827)                    Minneapolis, MN 55414
**FORSGREN FISHER**                         Tel: (651) 529-1692
**MCCALMONT DEMAREA**                       tnelson@aclu-mn.org
**TYSVER LLP**                              cahlin@aclu-mn.org
225 South Sixth Street                      agranse@aclu-mn.org
Suite 1500
Minneapolis, MN 55402                       Kevin C. Riach (#389277)
Tel: (612)-474-3310                         **THE LAW OFFICE OF KEVIN C.**
bgilbertson@forsgrenfisher.com              **RIACH**
cfisher@forsgrenfisher.com                  125 Main St. SE, Suite 339
vmccalmont@forsgrenfisher.com               Minneapolis, MN 55414
jevert@forsgrenfisher.com                   (612) 203-8555
rrogers@forsgrenfisher.com                  kevin@riachdefense.com

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

Scarlet Kim*
Brian Hauss*
Esha Bhandar*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street
New York, NY
Tel: (212) 549-2500
scarletk@aclu.org
bhauss@aclu.org
ebhandari@aclu.org
*Admitted pro hac vice

**ATTORNEYS FOR ALL PLAINTIFFS**

Leah C. Janus (#0337365)
Pari I. McGarraugh (#0395524)
Panhia Vang (#0399444)
Megan M. Helstrom (#0403441)
Ayesha Mitha (#504462)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
ljanus@fredlaw.com
pmcgarraugh@fredlaw.com
pvang@fredlaw.com
mhelstrom@fredlaw.com
amitha@fredlaw.com

**ATTORNEYS FOR PLAINTIFFS
TINCHER, BIESTMAN, LEE,
WEBB, NOOR, CRENSHAW,
SALM, DOXSEY, AND WOOD**

/s/ *Jeremy S.B. Newman*_____
Jeremy S.B. Newman
Kathleen C. Jacobs
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 532-3114
Fax: (202) 616-8470
jeremy.s.newman@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

Andrew Warden
Assistant Director
Federal Programs Branch

**COUNSEL FOR DEFENDANTS**

3

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | REASON DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| 247 | 144 | Declaration of M.G. in Support of Plaintiffs' First Amended Complaint | Plaintiffs' position: the document should remain sealed.<br><br>Defendants' position: Defendants reject any implication that Defendants would engage in any harassment or retaliation against witnesses, but Defendants do not object to continued sealing of this document. | Contains sensitive identifying and personal information that, if disclosed publicly, would expose the witnesses to a substantial risk of harassment and retaliation. |

| 248 | 168 | Declaration of Connor Fradenburgh in Support of Plaintiffs' First Amended Complaint | Plaintiffs' position: the document should remain sealed.<br><br>Defendants' position: Defendants reject any implication that Defendants would engage in any harassment or retaliation against witnesses, but Defendants do not object to continued sealing of this document. | Contains sensitive identifying and personal information that, if disclosed publicly, would expose the witnesses to a substantial risk of harassment and retaliation. |
| 249 | 185 | Declaration of A.L. in Support of Plaintiffs' First Amended Complaint | Plaintiffs' position: the document should remain sealed.<br><br>Defendants' position: Defendants reject any implication that Defendants would engage in any harassment or retaliation against witnesses, but Defendants do not object to continued sealing of this document. | Contains sensitive identifying and personal information that, if disclosed publicly, would expose the witnesses to a substantial risk of harassment and retaliation. |

| 250 | 204 | Declaration of C.R. in Support of Plaintiffs' First Amended Complaint | Plaintiffs' position: the document should remain sealed.<br><br>Defendants' position: Defendants reject any implication that Defendants would engage in any harassment or retaliation against witnesses, but Defendants do not object to continued sealing of this document. | Contains sensitive identifying and personal information that, if disclosed publicly, would expose the witnesses to a substantial risk of harassment and retaliation. |
|---|---|---|---|---|
| 251 | 223 | Declaration of J.W. in Support of Plaintiffs' First Amended Complaint | Plaintiffs' position: the document should remain sealed.<br><br>Defendants' position: Defendants reject any implication that Defendants would engage in any harassment or retaliation against witnesses, but Defendants do not object to continued sealing of this document. | Contains sensitive identifying and personal information that, if disclosed publicly, would expose the witnesses to a substantial risk of harassment and retaliation. |