## Appendix A

### *Alphabetical List of Amici Curiae*

### Robyn K. Bitner
U.S. Department of Justice Civil Rights Division (2021-2025); Special Litigation Section, Trial Attorney (2021-2025)

### Cynthia Coe
U.S. Department of Justice Civil Rights Division (2013-2025); Special Litigation Section, Trial Attorney (2013-2020), Acting Deputy Chief (2020-2021), Deputy Chief (2022-2025)

### David G. Cooper
U.S. Department of Justice Civil Rights Division (2012-2025); Special Litigation Section, Trial Attorney (2019-2025)

### Jacqueline Cuncannan
U.S. Department of Justice Civil Rights Division (2002-2025); Special Litigation Section, Trial Attorney (2002-2025)

### Maggie Filler
U.S. Department of Justice Civil Rights Division (2022-2025); Special Litigation Section, Trial Attorney (2022-2025)

### Winsome G. Gayle
U.S. Department of Justice Civil Rights Division (2009-2023); Special Litigation Section, Trial Attorney (2009-2014), Special Counsel (2014-2021), Deputy Chief (2021-2023)

### Nancy Glass
U.S. Department of Justice Civil Rights Division (2019-2025); Special Litigation Section, Trial Attorney (2019-2025)

### Lisa S. Graybill
U.S. Department of Justice Civil Rights Division (2001-2005); Special Litigation Section, Trial Attorney (2001-2005)

### Anika N. Gzifa
U.S. Department of Justice Civil Rights Division (2010-2019); Special Litigation Section, Trial Attorney (2010-2014)

1

**Shelley R. Jackson**

U.S. Department of Justice Civil Rights Division (1996-2000, 2010-2020); Special Litigation Section, Trial Attorney (1996-2000), Deputy Chief (2010-2020)

**Maureen Johnston**

U.S. Department of Justice Civil Rights Division (2015-2025); Special Litigation Section, Trial Attorney (2015-2022), Acting Deputy Chief (2022-2023), Deputy Chief (2023-2025)

**Emily C. Keller**

U.S. Department of Justice Civil Rights Division (2016-2025); Special Litigation Section, Trial Attorney (2016-2025)

**Patrick Kent**

U.S. Department of Justice Civil Rights Division (2016-2025); Special Litigation Section, Trial Attorney (2016-2025)

**Beth Kurtz**

U.S. Department of Justice Civil Rights Division (2020-2025); Special Litigation Section, Trial Attorney (2020-2025)

**Alyssa C. Lareau**

U.S. Department of Justice Civil Rights Division (2009-2025); Special Litigation Section, Trial Attorney (2009-2014)

**Grace Lee**

U.S. Department of Justice Civil Rights Division (2025-2025); Special Litigation Section, Trial Attorney (2025-2025)

**Joy Lorine Holden**

U.S. Department of Justice Civil Rights Division (2025-2026); Special Litigation Section, Trial Attorney (2025-2026)

**Christy E. Lopez**

U.S. Department of Justice Civil Rights Division (1995-2000, 2010-2017); Special Litigation Section, Trial Attorney (1995-2000), Deputy Chief (2010-2017)

**Dana Paikowsky**

U.S. Department of Justice Civil Rights Division (2021-2025); Special Litigation Section, Trial Attorney (2023-2025)

**Neeta Pal**

U.S. Department of Justice Civil Rights Division (2021-2025); Special Litigation
Section, Trial Attorney (2023-2025)

**Aparna Patrie**

U.S. Department of Justice Civil Rights Division (2015-2017); Special Litigation
Section, Trial Attorney (2015-2017)

**Mark A. Posner**

U.S. Department of Justice Civil Rights Division (1980-2003); Special Litigation
Section, Trial Attorney (1998-2003)

**Katherine Rees**

U.S. Department of Justice Civil Rights Division (2021-2025); Special Litigation
Section, Investigator (2021-2025)

**Steven H. Rosenbaum**

U.S. Department of Justice Civil Rights Division (1978-2024); Special Litigation
Section, Chief (1996-2003, 2016-2024)

**Kevin K. Russell**

U.S. Department of Justice Civil Rights Division (1996-2005); Special Litigation
Section, Senior Trial Attorney (1996-2000)

**Stephen M. Ryals**

U.S. Department of Justice Civil Rights Division (2016-2021); Special Litigation
Section, Trial Attorney (2016-2021)

**Lily Sawyer Kaplan**

U.S. Department of Justice Civil Rights Division (2024-2025); Special Litigation
Section, Trial Attorney (2024-2025)

**Margo Schlanger**

U.S. Department of Justice Civil Rights Division (1995-1998); Special Litigation
Section, Trial Attorney (1995-1998)

**Avner Shapiro**

U.S. Department of Justice Civil Rights Division (1996-2023); Special Litigation
Section, Special Litigation Counsel (2009-2013)

**Nicholas Sheehan**

U.S. Department of Justice Civil Rights Division (2023-2025); Special Litigation Section, Trial Attorney (2023-2025)

**Shaheena Simons**

U.S. Department of Justice Civil Rights Division (2007-2025); Special Litigation Section, Senior Trial Attorney (2007-2011)

**Sarah Steege**

U.S. Department of Justice Civil Rights Division (2020-2025); Special Litigation Section, Trial Attorney (2020-2025)

**Shayna Stern**

U.S. Department of Justice Civil Rights Division (2020-2025); Special Litigation Section, Trial Attorney (2020-2025)

**Ethan Trinh**

U.S. Department of Justice Civil Rights Division (2019-2025); Special Litigation Section, Investigator (2019-2025)

**Haley Van Erem**

U.S. Department of Justice Civil Rights Division (2015-2025); Special Litigation Section, Trial Attorney (2015-2025)

**Helen Vera**

U.S. Department of Justice Civil Rights Division (2019-2025); Special Litigation Section, Trial Attorney (2019-2025)

**Sophie C. Vick**

U.S. Department of Justice Civil Rights Division (2023-2025); Special Litigation Section, Investigator (2023-2025)

**Seth Wayne**

U.S. Department of Justice Civil Rights Division (2016-2017); Special Litigation Section, Trial Attorney (2016-2017)

**Jean M. Zachariasiewicz**

U.S. Department of Justice Civil Rights Division (2022-2025); Special Litigation Section, Trial Attorney (2022-2025)