UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, on behalf of themselves and other similarly situated individuals, | No. 25-cv-4669 (KMM/DTS) |

*Plaintiffs*,

v.

**[PROPOSED] ORDER GRANTING MOTION TO FILE MEMORANDUM AS *AMICUS CURIAE***

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; in their official capacities,

*Defendants*.

Having considered the Motion of Former Employees of the Special Litigation Section of the Civil Rights Division of the U.S. Department of Justice to File Memorandum as *Amicus Curiae*,

**IT IS HEREBY ORDERED** that the Motion to File Memorandum of Amicus Curiae is **GRANTED**.

Dated: _____          _____

The Honorable Katherine M. Menendez
United States District Judge