# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*,

          Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,

          Defendants.

Case No. 25-cv-04669-KMM-DTS

**SECOND DECLARATION OF COLLETTE ADKINS**

I, Collette Adkins, declare as follows:

1.      I am a resident of the City of Blaine, County of Anoka, Minnesota.

2.      I am at least 18 years old.

3.      I work as a public interest attorney in the environmental law practice area.

4.      I make the following declaration based on personal knowledge.

5.      This declaration supplements the Declaration of Collette Adkins, my first declaration submitted in this matter.

6.      I have been concerned about the presence of U.S. Immigration and Customs Enforcement ("ICE") agents in my community and have been a patrolling observer since January to try to protect my neighbors.

7.      Shortly before 9:00 AM on Friday, February 20, 2026, I was patrolling in the Cub Foods parking lot off Northdale Boulevard NW ("Northdale Blvd.") in Coon Rapids, Minnesota.

8.      I had traveled there to observe two ICE vehicles parked in that lot, specifically a white Dodge Ram with Iowa Plate Number JIT294 and a red Jeep Laredo with the Kentucky plate R8W682.  Reports from the community group chat, which had records of the vehicles' license plates as confirmed ICE vehicles, led me there.

9.      At least one other observer vehicle was there as well. We communicated with each other on speaker phone using the community group chat.

10.     After all of us – my vehicle, the ICE vehicle, and the other observer vehicle – drove local streets in the vicinity and back to the parking lot a few times, I lost track of

the ICE vehicles and began traveling away from the Cub Foods, south on Hanson Boulevard Northwest ("Hanson Blvd."). I was not sure where the ICE vehicles had gone.

11. I turned east on 111th Avenue NW ("111th Ave."), and bit later saw a vehicle ahead of me. The vehicle was a blue Subaru Legacy with the Illinois Plate Number DC 98093. I learned on the audio call with the community group it was a reported ICE vehicle. That vehicle turned right onto Robinson Drive and then left into the Coon Rapids City Center parking lot.

12. I kept my distance – another car was between me and the Subaru when I turned right onto Robinson Drive.

13. I drove into the City Center parking lot.

14. There, I saw at least five men in masks and tactical vests that said "ERO" or "POLICE," with holstered guns gathered around a black truck, specifically a Dodge Ram with New York Plate Number HDH4125.

15. Next to that truck was another ICE vehicle that had been previously reported and confirmed – this one a black Chevy Tahoe with New York Plate Number LVL4110.

16. The parking lot is large, but the ICE vehicles and agents were gathered just a few stalls away from the designated handicapped spots near the main entrance to the Police and City Hall.

17. I stopped my car one lane away from them in the parking lot approximately 40 feet away, facing them.

18. I told the dispatcher and others on the audio call where I was, then left the call to begin filming from inside my car through the windshield.

3

19. In about 30 seconds, two ICE vehicles – the white Ram I had previously seen with Iowa Plate Number JIT294 and a blue Mazda CX-5 with Idaho Plate Number FL16121 – drove down that parking lot lane.

20. The white Ram and blue CX-5 parked in between me and the black Chevy Tahoe and black Ram.

21. There was a lot of open space in the parking lot and many other places to park. Instead of taking those open spots, they stopped in the middle of the lane in the position that would block my view of the two black vehicles and agents I was filming.

22. The blue CX-5 rapidly turned his car toward me. I thought the driver was going to ram my vehicle, but he stopped short of hitting my car by about two feet.

23. I went into reverse to get away from the CX-5, which keep coming toward me. Once I got clear of CX-5, I positioned my car to get another view and resume filming, now through my passenger side window with the window rolled down.

24. I saw that the agents now had a standing man by the side of that black Dodge Ram truck. He had dark hair and wore glasses, a black coat, black pants, and blue shoes.

25. I was confused as to from which vehicle he came – it happened very quickly as I was repositioning after pulling away in reverse.

26. I saw them pat his body and appear to handcuff him.

27. From out my car window, I called out as loud as I could to ask his name and heard Martinez.

28. I could not hear his first name, and I asked again.

29. The white Ram pulled right behind me, and I started to hear close sirens. They seemed to be coming from the white Ram.

30. In response to my question, the man being detained repeated his name, but I could not hear over the vehicle noises, as well as agents' voices. He was standing immediately next to the black Ram truck, which had its driver side doors open, which obstructed my view, although I could still see his blue shoes.

31. I asked Mr. Martinez if there was a phone number I could call for him.

32. A loud buzzing noise came from one of the vehicles and the black Ram truck was flashing colored lights.

33. That blue CR-X then pulled in front of me. I was very worried about being boxed in by the vehicles, and I beeped my horn. Fortunately, the CR-X backed up a bit, and I could drive by.

34. Then the red Jeep Laredo started to back up towards me and then turned down the lane, where the white truck and the blue Subaru all crowded in front of me. From my right, as I faced the black Ram truck, the blue CR-X started backing up very close to me.

35. I felt intimidated and worried they would ram my car or circle and detain me. I had to back up again so that I would not get hit or boxed in.

36. Only once I had backed up did I have enough space. I was able to drive my vehicle around to the more open area in front of the City Center. I saw another observer vehicle arrive, and I rolled down my window to explain that an abduction was in progress.

37. The ICE vehicles – all six of them – dispersed.

38. It seems that there were six ICE vehicles sent to detain one person.

39. Never did any police come out of the building to investigate the sirens or horns or masked gunmen, even though we were literally in the police department parking lot.

40. I looked at the vehicles remaining in the parking lot to try to determine which was his and make sure it was not left running. I could not tell whether any vehicles remaining belonged to Mr. Martinez.

41. I said goodbye to the other observer and then I called my partner for emotional support and to explain what happened.

42. I had to hang up because I saw a community service officer walk up towards the City Center. I told him what happened and asked if we could do anything to try to get Mr. Martinez's vehicle to his family or friends. He was friendly and said if a car was left in the lot, he would run the plates.

43. Since then, I have learned that Mr. Martinez has been released and I am so relieved for him.

44. It was terrifying only knowing his last name and having no idea who to contact to make sure he could be kept safe.

45. The ICE agents used the sounds, lights, and movement of their vehicles in such a way that prevented me from hearing his full name.

46. They were also speaking loudly over him most of the time I was communicating with him.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on March 3, 2026, in Anoka County, Minnesota.

_____
Collette Adkins