UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | |
| v. | **DECLARATION OF NATE BRAUNHUT** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Nate Braunhut, declare as follows:

1.      I am a 43-year-old resident of the Riverside Field neighborhood in the City of Shakopee, Scott County, Minnesota. I currently work in learning and development.

2.      I make the following declaration based on personal knowledge.

3.      I have been concerned about the actions of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents in my community and across the state.

4.      On the morning of February 15, 2026, around 9:00 a.m., I was driving around Shakopee to observe any potential ICE activity. I noticed a black SUV with a very dirty out-of-state license plate parked on the corner of 4th Avenue and Holmes Street.

5.      I know this to be a strong indicator of ICE, so I parked behind the car to get a closer look. A true and accurate depiction of the SUV's obscured license plate, taken on my cell phone, is included below:



6.      Once I was able to better see the license plate, I reported the license plate number to a community group chat. Somebody responded that this vehicle's license plate had previously been noted as affiliated with ICE, so I decided to follow the car to observe

its activity. A second observer joined behind me to observe the SUV. After about 15 minutes, the SUV started driving north on Holmes Street. I turned on my dash cam, and we followed.

7.      Initially, the SUV seemed to drive around the downtown Shakopee area aimlessly. It is my rough recollection that we drove east on 3rd Avenue and eventually made our way over to Eagle Creek Boulevard. The SUV drove erratically—it would make abrupt lane changes and at one point ran a stop sign, nearly causing an accident with another vehicle (though I do not recall exactly where this occurred). At all times, I followed the SUV at a safe distance and obeyed all traffic laws. The second observer, who followed behind me, also drove safely and appeared to be in compliance with all traffic laws.

8.      We continued east on Eagle Creek Boulevard, drove south on Mystic Lake Drive, and then turned east back onto Eagle Creek Boulevard. We were driving towards my neighborhood. I know that ICE will oftentimes drive to observers' homes as an intimidation tactic, and I began to suspect that the ICE SUV was heading to my house.

9.      The SUV did, in fact, continue into my neighborhood and park in front of my house. I had at all times complied with all traffic laws. I could only perceive this action as an attempt to intimidate me for observing the SUV. I activated my home security system from my cell phone, just in case something happened. We sat parked in front of my house for about 5 minutes before the SUV resumed driving.

10.      Shortly after pulling away from my house, the other observer informed me that the SUV appeared to be headed towards his home near Canterbury Park.

3

11.    We drove north onto U.S. Highway 169. While following the SUV on the highway on ramp, it suddenly slammed its brakes and pulled over onto the shoulder. I believe this erratic behavior was a further tactic to intimidate us. Still, the SUV returned to the highway and proceeded to the other observer's home.

12.    The SUV circled the block where the other observer lives and we continued to follow. After circling several times, the SUV continued driving and lead us directly to the Shakopee Police Station. There, three police vehicles were waiting in the parking lot, and two additional police officers walked out of the station on foot when we arrived.

13.    The police cars drove over to where we had stopped in the parking lot. Two ICE agents wearing military-style vests bearing ICE insignia stepped out of the vehicle. The passenger of the SUV was masked, but the driver was not. Both agents appeared to be armed. A true and accurate depiction of these agents standing in front of my vehicle, pulled from my dashcam footage, is included below:



14.    The ICE agents walked over to the police officer on the scene and began to speak to her. I rolled down my window and heard the unmasked agent tell the officer that

we had followed him for over 20 miles. I yelled that that was false and proceeded to heckle the agent a bit.

15.    The unmasked agent appeared agitated and came over to my driver's side window. He informed me that he was giving me my "one and only warning" and that he would arrest me for "impeding [their] investigation." I asked what I did, and he repeated that I was impeding an investigation. I informed him that I was traveling on a public street, as is my right. He responded that he didn't "care what [I was] traveling on" and that if I followed them one more time, he promised that he would arrest me. He further asked me to share any videos that I was taking with other observers to warn that ICE was "going to start arresting people."

16.    The unmasked agent and I went back and forth for a bit longer before he eventually returned to his vehicle. The masked agent then walked up to my window and reaffirmed that they would arrest us under 18 USC § 111 before joining the unmasked agent back in the SUV.

17.    The Shakopee police officer then approached my driver's side window, noted that I appeared to try to grab her attention during my exchange with the ICE agents, and asked if I was trying to talk to her. I informed her that the ICE agents went to my house and the other observers' house. She asked if I had any questions for her, and I expressed my frustrations with the ICE agents. She listened and then returned to the police station.

18.    After my interaction with the agents, I was frustrated and quite worked up. Knowing that other observers were continuing to follow the ICE vehicle, I felt that I could

5

cease following and try to calm myself down. This took several hours, and I proceeded to have stress-induced stomach issues for the next several days.

19.    This was not my first run-in with ICE agents. At least three other times, including once on February 14, 2026 (the day prior), ICE agents had threatened to arrest me for following them on public roads.

20.    Despite the stress this incident has caused, I have continued to observe activity and intend to continue to do so. I believe it is my obligation to leave the world in a better state for my children, and thus feel it is my duty to peacefully express my dissent through observing and documenting ICE activity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on _____2/23/2026_____ in Scott County, Minnesota.

Signed by:

155E040433CE4CA

Nate Braunhut