UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | |
| v. | **DECLARATION OF FRANCIS CAVE-LACOSTE** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Francis Cave-LaCoste, declare as follows:

1. I am a resident of the City of Saint Paul in Ramsey County, Minnesota. I have lived in St. Paul for four years.

2. I am over the age of 18.

3. I work as a business agent and union organizer.

4. I make the following declaration based on personal knowledge.

5. I attended a constitutional observer training in January following the murder of Renee Good in Minneapolis.

6. I then started coordinating watches at my daughter's school in Saint Paul. The week that Liam Ramos was taken by ICE with his father, I got a call from my daughter's teacher because my daughter was scared she would be taken away—my daughter is four and a half years old. I did not want my daughter to feel like she would be taken away from her family, and I did not want any other child to feel that way. I want my community to be safe, and for me that means I feel I should continue observing and documenting the activities of federal immigration authorities. I am also a parent site captain of my daughter's school's parent patrol.

7. On the morning of March 18, 2026, I was observing and doing parent patrol at my daughter's school in Saint Paul, Minnesota.

8. After parent patrol, I received reports of multiple vehicles that observers suspected were federal immigration agents of some kind idling at a nearby school in the same school district—Four Seasons Elementary.

9.     I drove to that area, and I saw the suspicious vehicle parked on the side of the road, and another suspicious vehicle idling behind it. There were at least two men in the second car.

10.     I drove past the two vehicles and pulled over a few car lengths in front of them. I was wearing a high visibility vest from the observation shift at my daughter's school. As soon as I pulled over in front of them the man in the passenger seat of the second vehicle got out of that vehicle and then hastily got into the driver seat of vehicle behind me and the car pulled away.

11.     I was still in my car, so I decided to follow the vehicle from a safe distance. The vehicle led me down the street to a warehouse parking lot. I continued observing and followed the car to what I thought was an exit on the other side of the building. However, it wasn't an exit but an access road that forms an alley between the buildings with no way out.

12.     At that point the interaction became dangerous. As I turned right and the suspicious vehicle came into view, the vehicle was about 50 feet away, stationary but with the reverse lights on, when I came into view the driver aggressively charged his vehicle in reverse towards me but slammed on the brakes just a few feet from my car. I was stuck and felt threatened and in shock, I was afraid that he was going to hit me because of how fast and close he came to my car. To my left was the wall of the warehouse and to my right was a stationary train.

13.     I quickly reversed my vehicle far enough to turn around and pulled forward and parked in the lot. I was stunned by how the interaction escalated so quickly. At that

3

Docusign Envelope ID: FD8A2C60-A049-4B9F-B88A-220243080862

point, the agent pulled his vehicle next to mine and I saw that the driver's face covering was pulled up covering almost his whole face. He pointed at me and put up his phone to the window and began recording me.

14.     I panicked because he was recording me on a cell phone, and I did not know what he was going to do. I turned to my training and did what we do in front of our school and just enthusiastically waved in the most friendly fashion that I could muster.

15.     The vehicle then peeled off aggressively and I continued to observe from a safe distance before I got stuck at a nearby traffic light.

16.     I had my photo taken by federal immigration agents on at least two previous incidents. On February 11, 2026, I was driving on Pierce Butler Boulevard in St. Paul and, unbeknownst to me, I was between two federal vehicles—one was driving ahead of me, and one behind. I was not attempting to follow or observe federal agents at the time. In fact, my infant daughter was in the vehicle with me, and I was taking her home.

17.     I was wearing a high visibility vest from doing parent patrol earlier in the day.

18.     The vehicle in front of me short-stopped, and the vehicle behind me blocked me in. The agent in the car in front of me took my photo while he was stopped, and then began yelling at me, telling me to stop following them. He then said, "keep following us and see what happens." Both vehicles then took a U turn. I did not follow them, but proceeded home as I had been when they boxed me in.

4

19.     A few days or a week before the February 11 incident, I was observing federal agents in a vehicle in the Walmart parking lot in West Saint Paul. I parked several spots away from the vehicle. The agents saw me, waved at me, and took photos of me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___3/26/2026_____ in Ramsey County, Minnesota.

DocuSigned by:

C5560231CA1C4C9...

Francis Cave-LaCoste