## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | |
| v. | **DECLARATION OF NOEL DITTBENNER** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Noel Dittbenner, declare as follows:

1.      I am a resident of the City of Minneapolis in Hennepin County, Minnesota. I have lived in the Twin Cities metro area since 2016.

2.      I am 28 years old.

3.      I am in a Ph.D. program doing research in biochemistry and cell biology.

4.      I make the following declaration based on personal knowledge.

5.      After Renee Good and Alex Pretti were murdered, I felt angry and compelled to do something to change what was happening and protect my neighbors. I care about my immigrant neighbors and want them to feel safe to go about their lives. I think it is unfair that my immigrant neighbors cannot do that because they feel unsafe. Because of this, I went to a training for observers to learn how to help my community in the ways that I can.

6.      After Operation Metro Surge was announced to have wound down, I noticed that federal immigration enforcement in Minnesota had not ended. I still saw federal immigration enforcement activity, but there was less public knowledge of it than during the height of Operation Metro Surge. That's why I feel that it's still important to be observing and trying to document if federal agents break the law so that something can be done about it.

7.      On March 23, 2026, around 11:30 a.m., I was in my car with another person near the Whipple Federal Building. I saw a dark green Jeep with heavily tinted windows exiting the north parking lot near Whipple. In my experience, federal immigration agents use that type of vehicle often. I also confirmed with other observers that the license plate

2

number associated with the Jeep had previously been reported as connected to federal immigration enforcement activity.

8. I decided to follow the Jeep in my car. The Jeep was driving erratically, switching lanes quickly and often. We followed the vehicle to a Holiday Station Store at 4601 Hiawatha Avenue, Minneapolis, Minnesota 55406. The vehicle stopped near a gas pump and the driver got out like he was going to pump gas. The vehicle only had one person in it, just the driver. Instead of pumping gas, the driver turned toward my car, and began yelling at us, and telling us to stop following him, and asking why we were following him. He approached my vehicle and stopped around 30 feet away and took a photo of the front of my vehicle which included me and my passenger. He then jumped into his car and sped off. He didn't even close the gas cap on his car before rushing off. We were not able to follow him after that point.

9. The federal agent's behavior concerned me because he made risky maneuvers with his vehicle, particularly because we were driving in front of a semi-truck while we followed the vehicle. The agent's aggressive behavior at the gas station was nerve-wracking and felt like he was trying to intimidate us. The agent taking our photos was scary because I don't know what the government is doing with that information. Despite this, I still want to continue observing federal immigration enforcement activity so I can document illegal activity so we can hold the government accountable, and to protect my neighbors.

10. On March 27, 2026, I followed a black Ford SUV with heavily tinted windows that I confirmed had been reported by others as an ICE vehicle. The Ford drove

3

around the parking lots of the Mall of America. It went in and out of the lots, and it seemed like the driver was trying to lose us because it would take exits very quickly and unexpectedly. I drove safely and followed all traffic laws and was still able to keep up. The Ford eventually led us to a Bloomington police station. I am not familiar with the Bloomington area, so I didn't realize that the Ford had led us to a police station until, as I was pulling through the parking lot in front of the building, some police officers came out.

11.     The police officers approached my car. One officer said that the reason he came to talk to me was because of following cars or a road rage incident. His tone sounded like he was unsure of the situation. I told him that there had not been any road rage incident. I told the officer I was simply exercising my legal right to observe an ICE agent. The officer sounded surprised, and repeated, "ICE?" Then, a different officer approached my passenger side window. That officer was very domineering and said "You can also get ticketed for harassing. You cannot do that. You cannot follow people through the city." He then asked for my ID, which I provided. The officer then said, "We have no problem in the City of Bloomington to arrest or ticket somebody following or harassing vehicles." My passenger asked, "ICE agents too?" The officer responded, "What do you mean? Will we arrest ICE agents? They're doing their jobs. Yeah, oh, absolutely we'll arrest you for following them and harassing them. 100%." Another officer spoke to us and asked my passenger, "Reason for stalking law enforcement today?" To which my passenger responded, "we're not stalking. We're constitutionally protected legal observers." I didn't believe the officers were right that I wasn't allowed to follow ICE agents, but I gave in and agreed not to continue following the Ford. Eventually, they gave my ID back to me and one officer said

4

that I needed to be careful. They said there are a lot of things on the media, but I could get into real legal trouble. They told me they were letting me go with a warning.

12.    Later on March 27, 2026, around 2:15 p.m., I was in my car with a friend near the Whipple building and saw a black GMC Acadia with heavily tinted windows leaving the nearby parking lot. I confirmed that the GMC was extremely likely to be being used by federal immigration agents because it had been reported by other observers as an ICE vehicle. I believe there were two people in the vehicle, but it was hard to see because the vehicle's windows were so heavily tinted. We followed the GMC to Hiwatha Avenue. From there we followed the GMC onto Highway 62. We also followed the GMC onto I-35W north. Eventually, we followed the GMC onto I-394 heading east. From there the GMC took the Dunwoody Boulevard exit and so we took that exit too. The Dunwoody Boulevard exit is close to my house. So far, during this commute, the GMC driver did not appear to be trying to lose us. I followed the GMC at a safe distance with at least one car between us and followed all traffic laws.

13.    After the exit, the GMC came up to a stoplight and went through it, but I did not because it was a red light. After I did not follow the GMC through the red light, the GMC pulled over into a bus lane and waited. I assumed the driver was waiting for me because it started driving again when my car got close enough that I would be able to continue following the GMC. When we approached the intersection at Franklin Avenue and Lyndale Avenue, the GMC turned left onto Franklin Avenue at the stoplight. The light was red, so I was not able to turn left as well, but it was my intention as that was the way to my house. After the GMC made the left turn, it turned right onto the street I live on. I

5

could see the GMC had stopped in front of my house, presumably waiting for me to catch up as I was still at the Franklin and Lyndale intersection.

14. When I was finally able to turn onto Franklin, I decided not to turn on my street because I didn't want to be led by the GMC to my apartment, and I did not want to get boxed in. We ended up catching up to the GMC on 22nd Street heading east. The GMC turned left onto Pleasant Avenue from 22nd Street. I thought the GMC was attempting to loop back around to lead me to my apartment again, but it was not able to do that due to the construction on Franklin. At this point, another observer was able to start following the GMC, so we stopped.

15. The interaction with Bloomington police made me feel like they were working with federal agents rather than protecting people. It felt conspiratorial. The things they told me weren't correct, so it felt like federal immigration agents were using the police to stop my observing activities. When the federal agents drove me to my house, and stopped in front of my house, it was scary. It felt like they were trying to intimidate me by showing that they know who I am, and that they have the power to do something.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on 4/2/2026 in Hennepin County, Minnesota.

Noel Dittbenner

6