UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | |
| v. | **DECLARATION OF CONNOR JOHNSON** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Connor Johnson, declare as follows:

1.      I am a resident of the City of White Bear Lake in Ramsey County, Minnesota, where I have resided for about 5 years.

2.      I am over the age of 18.

3.      I work as a commercial photographer.

4.      I make the following declaration based on personal knowledge.

5.      I have been concerned about the actions of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents (together, "federal agents") in my community and across the state.

6.      On or about January 12, 2026, I was informed that an apartment building in my children's school district was being targeted by ICE. There is a school bus stop at that apartment complex. I was concerned about the children waiting for the bus, and I volunteered with others from our school district to wait outside until the bus arrived to ensure the children's safety during ICE operations.

7.      On February 11, 2026, I parked in the apartment building's lot around the time of the scheduled bus stop and went outside to wait with the children. I was wearing a high visibility vest.  There were federal agents parked across the street at that time. After the children boarded the bus, I stopped to record the activity of the federal agents. I was not there to escalate matters, just to observe, so I left after a short time.

8.      As I was driving away, a Volkswagen Jetta with untinted windows passed me going the opposite direction. It was obvious that the car contained federal agents, as they

2

were wearing masks and tactical vests. I attempted to photograph the vehicle as they drove past me. The occupants of the car flipped me off, then did a U-turn and followed me into a parking lot.

9.       The Volkswagen Jetta pulled up right next to me. The passenger immediately exited the vehicle and came up to my driver-side window. He was wearing a stocking hat, fingerless gloves, a large, open coat with a tactical vest underneath and a medical mask over the lower part of his face. He had a walkie talkie and several rounds of ammo visible in his tactical vest, and it seemed logical that he also carried a weapon under his coat. He stared directly and me, pointed his finger at me and said, "If you interfere, you're going to jail." He referenced a U.S. code that was unclear through his mask but sounded like "A or 8 U.S.C. 111". Then he said again, "If you interfere, you are going to jail. Do you understand? Do you understand? If you interfere, you are going to jail. This is your only warning", as he continued to tap in my window. The driver exited the vehicle while this was occurring and took pictures of me, my license plate and my car. He made sure I saw him and looked directly at me several times in what I felt was a menacing way and appeared to be an attempt to intimidate me. At no point did either individual identity himself as a federal agent.  The passenger was wearing a badge that read "ICE Officer" with some type of official U.S. seal and the driver (who had on glasses and an American flag patterned mask covering the entire lower portion of his face) was wearing a vest that said "Police" with what possibly said "U.S. Immigration and Custom" below that. It was difficult to see the entire badge due to a large pair of scissors, rounds of ammo, a walkie talkie and a metal flashlight in the pockets in front of the badge, which blocked out large parts of the badge.

3

The passenger then said something into his walkie talkie before coming up to my window again and raising a finger to say, "One warning", before getting back in the car and driving off.

10.    Soon afterwards, another community observer that I knew from volunteering at the same bus stop drove by the area where the federal agents and I were parked. The Volkswagen Jetta left the parking lot to follow the other volunteer's car, so I followed the federal agents to ensure her safety. She followed all traffic rules and speed limits, but the agents continued to follow her. At this point, I was concerned enough to call the police and file a report.

11.    After this experience, I posted my experience on the app, "People Over Papers", to alert others about this situation and warn them to steer clear of these officers.

12.    On February 12, 2026, I went out to observe the same school bus stop and to stand outside with the children as they waited for the bus. The Volkswagen Jetta drove by multiple times. The federal agents in the Jetta were flipping me off and making rude gestures towards me in full view of the students standing next to me. I felt that their intention was to continue to intimidate me. It felt like personal harassment by federal agents and not part of a professional, government operation.

13.    On February 13, 2026, I was made aware that photos of my car and license plate were posted to the "People Over Papers" app, making it appear that I was an ICE agent who was harassing people. I took screenshots of these posts and notified the moderators that the post was false, but users had already started sharing the post and

4

making statements that they were looking for my car. This occurred only two days after my initial meeting with the federal agents on February 11, 2026.

14.    I believe that it may have been the federal agents who confronted me that posted this false information to the app in order to continue their harassment and intimidation tactics.

15.    At the time the report was posted, my wife was driving my young daughter in that same car. It was very concerning and stressful to think that someone might be targeting the car with my family in it due to this false report.

16.    I have lived in many parts of the country, including Chicago and Los Angeles. I never felt myself or my family was in danger until my experience with these federal agents. I feel that their tactics were irrational, erratic and personal in nature. They did not appear to be well-trained or professional.

17.    Because of this series of interactions, I have applied for a concealed carry permit for self-defense. I feel unsafe at home and always on alert. I fear that the intimidation and harassment by these federal agents could continue and that they do not have the level of restraint or any real fear of consequences that would deter them from further personal attacks.

18.    I never approached or spoke to the federal agents in the Volkswagen Jetta. I was only there to observe and report, but because of this interaction, I am now concerned for my family's safety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

5

Signed on   3/14/2026   in Ramsey County, Minnesota.

Signed by:

**Connor Johnson**

B14100DCBCBA46A...

Connor Johnson