# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARE WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HIS); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>　　　　Defendants. | Case No. 25-cv-04669 (KMM/DTS)<br><br><br><br><br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

1

The Civil Rights Clinic at Howard University School of Law (the "Clinic"), on behalf of a collection of Minnesota-based faith leaders and organizations, respectfully move for leave to file a memorandum of amicus curiae in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss in the above-captioned matter. Both Plaintiffs and Defendants have consented to, or do not oppose, this Motion. The proposed Memorandum of Amicus Curiae is attached as **Exhibit A** along with the Certificate of Compliance which is attached as **Exhibit B**.

In support of this Motion, Amici state as follows:

1. Amici are comprised of individual faith leaders and faith-based organizations, including Father Dale Korogi, Pastor and Executive Director, Ascension Catholic Academy, Minneapolis, Minnesota; Rabbi Marcia A. Zimmerman, Senior Rabbi, Temple Israel, Minneapolis, Minnesota; Reverend Alfred Babington-Johnson, President and CEO, Stairstep, Minneapolis, Minnesota; Reverend Anthony Galloway, Pastor, Wayman AME Church, Minneapolis, Minnesota; Reverend Dr. Pamela Ngunjiri, Co-Director for Racial Justice, Minnesota Council of Churches, Minneapolis, Minnesota; Reverend Jered Weber-Johnson, Dean, East Metro Region of the Episcopal Church, Minneapolis, Minnesota; Reverend Mariah Tollgaard, Senior Minister, Hamline Church United Methodist, Saint Paul, Minnesota; Reverend Robert Two Bulls, Vicar of All Saints, All Saints Episcopal Indian Mission, Minneapolis, Minnesota; Presiding Elder Stacey L. Smith, African Methodist in St. Paul and Minneapolis, Minnesota; Rabbi Eva Cohen; Minnesota Interfaith Coalition on Immigration, National Council of Jewish Women (National),

2

National Council of Jewish Women (Minnesota), Council on American-Islamic Relations (Minnesota), the Stairstep Foundation, and Jewish Community Action.

2. Detailed descriptions of the Amici can be found below at the Appendix.

3. Amici represent diverse faith traditions across Minneapolis and Saint Paul, Minnesota, including Catholic, Jewish, Lutheran, Methodist, Episcopal, and AME congregations. United in their belief that Operation Metro Surge has impacted the Minnesotan religious communities' rights to freely exercise their religion, these faith leaders' on-the-ground experience of the devastating impact Operation Metro Surge has had on their communities is essential to the case at hand. Their congregations have experienced dramatic declines in attendance, cancelled services, and heightened fear among community members, specifically those from communities of color. As active religious leaders affected by Operation Metro Surge, Amici are uniquely positioned to provide this Court with evidence of the harm that current DHS enforcement operations are inflicting on Minnesotan religious institutions and their congregants.

4. Amici have been harmed by Operation Metro Surge and are uniquely positioned to provide information to the Court about Operation Metro Surge's impact on religious practice and free exercise of religion in the State of Minnesota, particularly involving their First Amendment rights. Amici have directly witnessed decreased attendance at religious services, cancelled worship services and pastoral counseling sessions, heightened security measures at houses of worship, and a widespread chilling effect on congregants' ability to freely attend and participate in religious

practice. Amici urge the Court to consider Operation Metro Surge's impact on Minnesotans' efforts to exercise their First Amendment right to assemble and to freely exercise their religion.

5.    Additionally, Operation Metro Surge has deployed federal agents to surveil and patrol houses of worship significantly burdening their religious practice and leading to reduced attendance at worship services. This conduct has lead religious leaders to change the administration of worship services by introducing security measures and impacted their ability to distribute charitable services into the broader community. These changes reflect the considerable burden Operation Metro Surge has placed on Amici's First Amendment right to Free Exercise of Religion.

6.    The proposed Memorandum of Amicus Curiae addresses issues bearing on Operation Metro Surge's impact on Amici's First Amendment rights. First, through arrests of religious leaders who were expressing their First Amendment right to peacefully protect. Second, targeting houses of worship by immigration enforcement has required faith leaders to adjust their behavior by increasing security to ensure the safety of congregants and modifying how they conduct worship services as well as charitable activities.

7.    While the Federal Rules of Civil Procedure do not explicitly address the filing of memoranda of amicus curiae at the district court level, district courts may consider such memoranda from non-parties with information that is "timely [or] useful." *Murphy by Murphy v. Piper*, Civ. No. 16-2623 (DWF/BRT), 2018 WL 2088302, at *11 (D. Minn. May 4, 2018). Minnesota courts are particularly inclined to permit

4

the filing of an amicus memorandum where the amici provides "a unique perspective on th[e] case and perhaps helpful information given their level of expertise that the parties may not provide." *North Dakota v. Heydinger*, No. 11-cv-3232 (SRN/SER), 2013 WL 593898, at *7 (D. Minn. Feb. 15, 2013).

8. Amici are uniquely positioned to provide this Court with a perspective of the irreparable harm Operation Metro Surge is inflicting on Minnesota's faith communities and schools. The proposed Memorandum of Amicus Curiae presents persuasive arguments, factual context, and testimony from faith leaders that are not contained in the parties' briefs. Furthermore, the proposed Memorandum of Amicus Curiae is directly relevant to this case and would materially assist the Court in evaluating Plaintiffs' Opposition to Defendants' Motion to Dismiss. This matter is of deep public interest—especially given the situation in which the Amici's constituents and members have found themselves—and this case concerns the constitutional rights of U.S. citizens across the country, including those protected by the First Amendment, which are discussed at length in the proposed Memorandum of Amicus Curiae. Finally, the proposed Memorandum of Amicus Curiae is timely because the parties can address these matters at trial and in post-trial briefing.

WHEREFORE, based on the foregoing, Amici requests this Court grant their Motion for Leave to File Memorandum of Amicus Curiae in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

Dated:  April 6, 2026

**MASLON LLP**

By: */s/ Samantha H. Bates*
    Samantha H. Bates (#0395002)
    Anna Petosky (#0388163)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email: samantha.bates@maslon.com
       anna.petosky@maslon.com

*and*

**HOWARD UNIVERSITY SCHOOL OF
LAW CIVIL RIGHTS CLINIC**

John M. Powers (*pro hac vice forthcoming*)
Kristen Clarke
2900 Van Ness Street NW
Washington, DC 20008
(202) 806-8082
Email: john.powers@howard.edu
       kristen.clarke@howard.edu

**ATTORNEYS FOR AMICUS FAITH
LEADERS AND ORGANIZATIONS**

## APPENDIX

**Reverend Jered Weber-Johnson:** Reverend Weber-Johnson serves as rector of St. John the Evangelist Episcopal Church, a historic parish established in 1881 in the Cathedral Hill neighborhood of St. Paul. St. John Church is, by its own account, a predominantly white, upper-middle class congregation, and that context is precisely what makes Reverend Weber-Johnson's testimony valuable here. Reverend Weber-Johnson offers the perspective of a congregation with relative privilege that is bearing witness to the broad and indiscriminate reach of ICE enforcement tactics and choosing to respond. St. John Church's century-long tradition of neighbor-serving ministry, from its civil rights engagement in the 1970s to its present-day rapid response work, reflects a church that wholeheartedly accepts its obligations to its community.

**Father Dale Korogi:** Father Korogi is the Pastor of the Church of the Ascension in Minneapolis, Minnesota, a multi-cultural Catholic parish established in 1890 and serving approximately 500 households, sixty percent of whom are Spanish-speaking immigrants primarily from Mexico and Ecuador, alongside African American, Asian American, and English-speaking white parishioners. The parish also operates a pre-K through eighth grade school whose student body is ninety percent children of color. Father Korogi offers the Court a pastoral perspective on the sweeping impact of the enforcement actions at issue on a multi-cultural immigrant parish, its school for children, and the broader North Minneapolis community it has served for over a century.

**Reverend Anthony Galloway:** Pastor Galloway is an ordained minister serving a congregation in Minnesota who has devoted hundreds of hours to direct community

7

response in the wake of the enforcement actions at issue. He provides pastoral presence at community actions alongside fellow clergy, has monitored school grounds to protect children, offers on-call counseling to families experiencing fear and anxiety, and has traveled to Washington, D.C. to engage in legislative advocacy. Pastor Galloway offers the Court a frontline pastoral perspective on the breadth and depth of communal harm caused by the actions at issue across Minnesota's faith communities.

**Reverend Robert Two Bulls:** Reverend Robert Two Bulls serves as priest of All Saints Episcopal Indian Mission, a Native-led congregation rooted in the heart of South Minneapolis for over four decades. All Saints sits within one of the most significant urban Indigenous geographies in the country. The congregation is multicultural in practice, hosting Native, Latino, Black, and White congregants, while remaining grounded in its Indigenous identity and traditions. He brings to this brief a pastor's firsthand knowledge of how the communities All Saints serves, communities shaped by displacement, urban redevelopment, and ongoing struggles for dignity and safety, experience the retaliatory tactics at issue in this case.

**Reverend Mariah Tollgaard:** Reverend Tollgaard is the Senior Pastor of Hamline Church United Methodist in Saint Paul, Minnesota. She leads a congregation of approximately 500 members, over ten percent of whom are Black, Indigenous, and people of color, in a metropolitan area with a significant Somali-descended, Muslim population. Through her congregation's interfaith outreach, Reverend Tollgaard has direct familiarity with the effects of the actions at issue on both Christian and Muslim faith communities in Minnesota. Furthermore, Reverend Tollgaard offers a vital pastoral and community perspective on

how these federal enforcement actions have destabilized the sacred bonds of faith, family, and neighbor.

**Rev. Dr. Pamela Ngunjiri:** Reverend Dr. Ngunjiri is the Pastor of St. James African Methodist Episcopal Church in Saint Paul, Minnesota, a congregation established in 1924 in the historic Rondo neighborhood. She leads a diverse congregation of naturalized citizens and immigrant communities from Liberia, Ghana, Hmong communities, and Latin America, whose members travel from across the greater Twin Cities metropolitan area to remain connected to this anchor institution. Reverend Dr. Ngunjiri offers the Court a perspective on the effects of the actions at issue on a historic Black congregation that has endured generations of displacement and continues to serve as a vital communal and spiritual home for vulnerable communities across Minnesota.

**Reverend Alfred Babington-Johnson:** Reverend Alfred Babington-Johnson is the Pastor of a nondenominational Pentecostal congregation in Minnesota, serving a small, but active, community of low-to-moderate income members drawn from across the Twin Cities. Reverend Babington-Johnson is also an active participant in a convening of approximately 80 African American pastors across Minnesota, whose collective congregations he helps engage on community issues. Through his organization's provision of food, legal assistance, and other direct services, Reverend Babington-Johnson has direct familiarity with the effects of the actions at issue on vulnerable immigrant communities and communities of color, in general. Reverend Babington-Johnson offers the Court a perspective on the effects of the actions at issue on low-income, African American, and

9

immigrant faith communities, and on the limiting of essential social services those communities depend upon due to ICE enforcement actions.

**Rabbi Marcia A. Zimmerman:** Rabbi Zimmerman is the Senior Rabbi of Temple Israel in Minneapolis, Minnesota, one of the oldest and largest Jewish congregations in the United States, serving a community of more than 2,000 families. For 24 years, Rabbi Zimmerman has led Temple Israel, a diverse, urban congregation rooted in the Reform Jewish tradition, and has been an active participant in interfaith coalitions across the Twin Cities. Rabbi Zimmerman offers the Court a perspective on the effects of the actions at issue on one of Minnesota's largest and most historic faith communities, and on the broader interfaith networks through which she has witnessed the impact of these actions on immigrant and refugee communities across the state.

**Rabbi Eva Cohen:** Rabbi Eva Rose Cohen is the spiritual leader of Or Emet in Minneapolis-St. Paul, Minnesota. She has been an active educator, advocate, and community organizer for more than a decade, working with youth, families, and broader civic networks. Rabbi Cohen brings a perspective shaped by her deep roots in the Twin Cities, her training in classical and Near Eastern studies, and her rabbinical ordination. She has been directly involved in supporting immigrant and refugee communities, coordinating mutual aid, and advocating for ethical policies on housing and deportation, offering insight into how federal enforcement actions affect local families, schools, and communities across Minnesota.

**Presiding Elder Stacey L. Smith:** Presiding Elder Stacey L. Smith is a leader within St. James A.M.E. Church, a historic congregation founded in the 19th century and deeply

rooted in St. Paul's African American community. She has been active in protests across Minnesota and consistently uses her voice to advocate for justice. In this role, Presiding Elder Smith offers the Court a perspective on how the challenged actions affect historically Black faith communities and the broader networks they support.

**Stairstep Foundation:** Stairstep Foundation is a Minnesota-based 501(c)(3) community organization serving as the largest convening body for African American faith leaders in the state of Minnesota. This network brings together African American pastors from across the state to build social infrastructure and provide practical services that address the holistic needs of their congregations. As a primary convening of convenings for the Black Church in Minnesota, Stairstep offers a unique and vital perspective on how federal enforcement actions disrupt the sacred communal bonds and pastoral duties essential to the African American faith tradition.

**Jewish Community Action (JCA):** The Jewish Community Action (JCA) is a Minnesota-based 501(c)(3) nonprofit organization that has been organizing within the community since 1995. JCA's mission is to organize Minnesotan Jews for racial and economic justice through deep investment in coalition spaces, interfaith initiatives, and local neighborhood groups. Central to JCA's work are its dedicated campaigns for Immigrant Justice and Building a Multi-Racial Democracy, where the organization works in solidarity with marginalized communities to ensure accountability and safety for all Minnesotans. JCA provides a perspective on how the retaliatory tactics threaten the civil liberties and democratic participation of the diverse communities it serves.

**Minnesota Interfaith Coalition On Immigration ("ICOM"):** ICOM is a Minnesota-based 501(c)(3) nonprofit interfaith organization founded in 2009 by a coalition of faith leaders dedicated to advancing the human and civil rights of immigrants through direct services and advocacy. In response to the enforcement actions at issue, ICOM has experienced a fivefold increase in requests for assistance, and at one point disbursed over fifty-thousand dollars in under six weeks. ICOM offers the Court a perspective on the humanitarian impact of the enforcement actions at issue on immigrant communities across Minnesota, drawn from over fifteen years of frontline service.

**National Council of Jewish Women, National and Minnesota (NCJW):** NCJW is a national 501(c)(3) nonprofit organization founded in 1893 and the oldest Jewish women's grassroots organization in the United States, comprising 250,000 members and 49 local sections guided by the Jewish mandate to pursue justice. NCJW combines education, direct service, and advocacy to advance equity and justice for women, children, and families at the local, state, and national levels. NCJW Minnesota, whose Twin Cities sections were established in 1894, has a century-long history of community partnership and direct service in Minnesota. NCJW offers the Court a perspective on the impact of the enforcement actions at issue on vulnerable women, children, and families in Minnesota, drawn from its longstanding commitment to immigrant rights and civil rights advocacy.

**Council on American-Islamic Relations, Minnesota ("CAIR-MN"):** CAIR-MN is a Minnesota-based 501(c)(3) civil rights organization established in 2007 and dedicated to empowering American Muslims and marginalized communities through legal advocacy, community organizing, and education. CAIR-MN serves a predominantly Black immigrant

12

Muslim population and addresses civil rights matters spanning employment, housing, education, and law enforcement. CAIR-MN has been a frontline responder to nearly every major civil rights challenge facing Minnesota's Muslim community, including the Muslim Ban, a surge of mosque attacks across the state, and ongoing racial profiling. CAIR-MN offers the Court a perspective on the impact of the enforcement actions at issue on Minnesota's Muslim community, and on the intersection of immigration enforcement, Islamophobia, and racial profiling as experienced by one of the state's most directly affected communities.