Docusign Envelope ID: 9B891FB8-0368-4D7E-8155-3143EA672033

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |

            Plaintiffs,

        v.

**DECLARATION OF
MICHAEL KHALILI**

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; RODNEY
SCOTT, Commissioner, U.S. Customs and
Border Protection (CBP); GREGORY
BOVINO, Chief Border Patrol Agent,
CBP; JOHN A. CONDON, Acting
Executive Associate Director, Homeland
Security Investigations (HSI); THOMAS
HOMAN, DHS Executive Assistant
Director of Enforcement and Removal;
The Department of Homeland Security;
Unidentified Federal Agencies; and
Unidentified Federal Agents; *in their
official capacities,*

            Defendants.

I, Michael Khalili, declare as follows:

1.      I am a resident of the City of Minneapolis in Hennepin County, Minnesota. I am 47 years old. I make the following declaration based on personal knowledge.

2.      We have all seen the destruction that U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents (together, "federal agents") have caused in our community and across the state. We have all been horrified, and I am doing what I can to help by identifying federal agents, observing federal agents, and getting to situations where federal agents are present so that I can document through photos and videos.

3.      One of the most important purposes of legal observation of federal agents is to document and disseminate information about the agent's activities to the public. I've seen how public dissemination of information can really make a difference. I am aware of examples of situations where a bystander's video has inspired public outrage and has resulted in meaningful action that would not have been possible if the incidents weren't visible – like families being reunited.

4.      I was motivated to action when, on the day that Renee Good was murdered, federal agents pepper-sprayed schoolchildren at Roosevelt High School in Minneapolis. My child's school was shut down after that incident. It's disturbing that federal agents have made it unsafe for children to go to school. What the federal agents are doing is wrong. I knew I had to do something.

5. I have had repeated, shockingly similar incidents with different federal agents since I began observing in January 2026. These interactions have continued into March 2026.

6. On January 29, 2026 I was in Minneapolis observing two vehicles suspected of being associated with federal immigration enforcement from my car. There were other observers as well in their own cars. We were following from a reasonable distance and were all driving safely. In the middle of a residential street, the suspected vehicle stopped in the middle of the road and forced the observer ahead of me to also stop. Three federal agents got out of the car in tactical gear, with guns which they did not draw. They approached the car in front of me and took photos of the license plate and the observer. The federal agents then approached my car and surrounded me on foot. They took a photo of my license plate and face, and one agent screamed at me that this was my "first and final warning." The agent accused me of "impeding" although I was not impeding him at all; I was behind him. He did not explain what he meant by "first and final" warning. This left me shaken since I was boxed in, but I continued observing and I witnessed the same officers making a similar stop of at least two other observers' faces and cars shortly after this incident.

7. About a week after that incident, I heard that there was a need for observer support to keep an eye on suspected activity associated with federal agents in the Cub Foods parking lot at 60th and Nicollet so I drove to the area. There were a few observers filming a vehicle that observers suspected was being used by federal immigration agents and blowing whistles in the parking lot. We suspected this because the vehicle was a large

SUV which federal agents seem to prefer, it had been idling in the parking lot without a particular purpose, the windows were very heavily tinted, and because the license plate was partially obscured. In my experience, federal agents often use large SUVs with dark tinted windows and license plates that have been obscured with dirt or road debris. I saw that the occupants of the vehicle were taking photographs or videos of the observers from inside their own vehicle, including more photographs of me.

8. On March 17, 2026, a friend and I were in my car observing a vehicle coming out of the Bishop Henry Whipple Federal Building ("Whipple"). We believed the vehicle was being used by federal agents because it was leaving Whipple.

9. I followed at safe distance and was driving in compliance with the traffic laws as the vehicle pulled into a public parking lot near the airport. I followed into the parking lot to avoid blocking traffic. I observed the federal agents taking photographs of me from inside their vehicle. The vehicle drove away after taking these additional photos of me.

10. Later that same day, my friend and I were again observing a vehicle that was driving on Highway 62 after leaving Whipple. We suspected the vehicle was being used by federal immigration agents because it was leaving Whipple and inside the car were two men, one masked and one unmasked. The vehicle exited off the highway onto what I believe was 34th Avenue in Minneapolis where the vehicle did a U-turn and the driver screamed at me through the open car window to stop following them. The vehicle then got back on Highway 62 heading west and I followed at a safe distance.

4

11.    The vehicle got on Highway 169 and stopped on the shoulder of the highway. We pulled over behind them, still keeping our distance. The vehicle didn't put on their hazard lights, but I put mine on.

12.    They got back on Highway 169, and we continued to safely follow. They got off the highway again at the exit for Marschall Road in Shakopee Minnesota, where the vehicle led us to the Shakopee City Hall. We pulled into the drive that led to the parking lot, and they stopped their vehicle ahead of us. Two federal agents got out, they took a photo of my front plate and another photo of me. The agent near my window was screaming at me to stop following them. He was clearly very agitated.

13.    I saw the agents speak to Shakopee police officers briefly and then get back in their car and drive off. The police officer they had spoken with stood in front of my car and beckoned me to talk with them. The officer tried to get me to commit to not following the vehicle any further. I did not commit to this because I know how important legal observation is to our community.

14.    The next morning, on March 18, 2026, I found out via email that my global entry status had changed. When I logged into the portal, I was able to access a form letter that said, "We regret to inform you that your membership in Global Entry has been revoked for the following reason(s): Your Global Entry has been revoked." No other explanation was given. A true and correct copy of this letter is attached as **Exhibit A**. I appealed the decision immediately.

15.    My wife received a substantively identical letter later that day via her global entry portal notifying her that her global entry was also revoked, even though she has not

been present with me while I have been legally observing federal agents. I suspect that this happened because federal agents photographed me on multiple occasions while I was legally observing their activities.

16. It is my belief that the revocation was retaliatory and intended to intimidate me. But I refuse to be intimidated, and I will continue to lawfully observe federal immigration authorities as long as necessary to keep my community safe.

17. In fact, I have continued to lawfully observe federal agents since this event. I have noticed a new pattern in which federal agents lead me to local and state law enforcement officers, often at police stations, apparently in the hope that local law enforcement will intervene and prevent me from continuing to observe.

18. For example, on Thursday, March 19, 2026, I was observing a vehicle that I suspected was being used by federal immigration agents. I suspect this because it was a large truck leaving Whipple. The vehicle led me to the turnaround in front of the Burnsville Ice Center, across from Burnsville City Hall. The vehicle stopped and so did I.

19. Two Burnsville marked squad cars pulled up behind me with their flashing lights on. A Burnsville officer walked up to my vehicle and asked if I was following. I said I was. He said that he was investigating whether I was "harassing" the other driver. I pointed out that I was unarmed, not particularly physically imposing, and driving in a family car with a car seat, whereas the other driver was an armed agent. I asked why the Burnsville police were willing to do ICE's dirty work. The officer looked at where the vehicle had been parked, appeared to confirm that it was gone and told me I was free to

leave. It was my strong impression that the Burnsville officer was running interference to prevent me from observing the federal agents.

20.    On Monday, March 23, 2026 I followed another vehicle that came out of Whipple. They led me to an area near the Concord Street exit from Highway 494 in South Saint Paul. There, a marked South Saint Paul squad car pulled up behind me and an officer got out and approached my window. He told me that he stopped me because someone had called in a tip that I was following them. After a lengthy back and forth, the officer admitted that he knew the caller was law enforcement, and that his "goal" was to "separate the two of you for today." This was after I told the officer I had a constitutional right to observe law enforcement, and he acknowledged that I could follow if I wanted to.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ____3/26/2026____ in Hennepin County, Minnesota.

DocuSigned by:

*Michael Khalili*

9D56A1922392403...

Michael Khalili

7

# Exhibit A

Docusign Envelope ID: 9B891FB8-0368-4D7E-8155-3143FA672033

🖨 **Print**

# Time of Printout: 2026-03-18 9:43 AM Central Daylight Time



U.S. Customs and
Border Protection

## Official Trusted Traveler Program Website | Department of Homeland Security

<



Mar 18, 2026

RE: Your Global Entry Program Membership #155800703

Dear MICHAEL KHALILI:

Thank you for your participation in the Global Entry program of U.S. Customs and Border Protection (CBP).

Global Entry is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for Global Entry participation may still be permitted to enter into the United States although they will not be permitted to use the Global Entry dedicated lanes.

We regret to inform you that your membership in Global Entry has been revoked for the following reason(s):

Your Global Entry has been revoked.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter
2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

While CBP cannot always disclose the exact reason for a denial or revocation of a TTP status, individuals may still request reconsideration even if they do not know the reason for their denial / revocation. TTP Ombudsman will consider all available information when evaluating the individual's eligibility for TTP. The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

- The applicant provides false or incomplete information on the application;
- The applicant has been arrested for, or convicted of, any criminal offense or has denied firearms transactions, pending criminal charges, protection orders, or outstanding warrants in any country;
- The applicant has been found in violation of any customs, immigration, or agriculture regulations, procedures, or laws in any country;
- The applicant is the subject of an investigation by any federal, state, or local law enforcement agency in any country;
- The applicant is inadmissible to the United States under applicable immigration laws or has, at any time, been granted a waiver of inadmissibility or parole;
- The applicant is known or suspected of being or having been engaged in conduct constituting, in preparation for, in aid of, or related to terrorism; or
- The applicant cannot satisfy CBP of his or her low-risk status or meet other program requirements.

If you do not know why you were denied, you may submit a question to the U.S. Customs and Border Protection (CBP) Information Center via https://help.cbp.gov or you may submit a request for personal records to the CBP/Freedom of Information Act (FOIA) Division, in accordance with federal privacy laws. For additional information about filing a FOIA request with CBP; http://www.cbp.gov/site-policy-notices/foia.

If you believe your current application denial/revocation is the result of a prior firearm purchase denial(s) please visit the FBI website for additional information: (https://www.fbi.gov/services/cjis/nics/national-instant-criminal-background-check-system-nics-appeals-vaf).

You may submit a challenge (and/or apply to the Voluntary Appeal File) request through the FBI website. Once your issue has been resolved, you can then submit a reconsideration request along with supporting document(s) to the CBP Ombudsman for final determination of your eligibility to the Trusted Traveler Programs.

Applicants who have been denied or revoked and contact the enrollment center requesting further information should speak with the designated officer or CBP supervisor and be provided with as much information as can be properly provided based on security policies, third agency considerations and any other policy and legal constraints. Enrollment Center contact information can be found through the following links:
FAST
Global Entry
NEXUS
SENTRI

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,


Supervisor, Global Entry Enrollment Center
U.S. Customs and Border Protection