UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | |
| v. | **DECLARATION OF BETHANY KRUTZFELDT** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Bethany Krutzfeldt, declare as follows:

1.      I am a resident of the City of New Brighton in Ramsey County, Minnesota. I have lived in New Brighton since 2021.

2.      I am 39 years old.

3.      I work in marketing and am the mother of two young children, ages 3 and 5.

4.      I make the following declaration based on personal knowledge.

5.      I have been deeply concerned about the safety and security of my community in the wake of actions of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents (together, "federal agents") in New Brighton and across Minnesota. I have been volunteering in various school and community efforts including observing ICE activities and sharing information with friends and neighbors to help keep them safe. In January and February of this year, I typically did this by adding an additional 30-45 minutes to my morning school drop-off and afternoon school pick-up in order to drive through neighborhoods to check on neighbors and observe and share information about ICE activity.

6.      On the afternoon of February 16, 2026, after 1:00 p.m., before I went to pick my children up from school, I drove through the parking lot of a Homewood Suites hotel and observed a number of parked and empty vehicles that appeared to be ICE vehicles. I took photos of them. Some vehicles had license plates while others did not. One of the vehicles I photographed was a black Dodge Ram with tinted windows and no license plate. I then left the parking lot and drove to school for afternoon pick-up. I brought my children

2

home and got them ready for swimming lessons. At 4:45pm, we left the house for swimming lessons. As I was backing out of my driveway, which is at the bell-shaped end of a cul-de-sac, I saw a black Dodge Ram with no license plates. It was parked nearby on the right-hand side of my cul-de-sac. I pulled out and drove past it and saw that it had tinted windows and no license plate. I recognized it as the vehicle I had photographed that afternoon. As I drove past it and reached the top of the cul-de-sac to turn right, I saw the Dodge Ram drive towards my home and stop directly in front of our driveway. Given the dark tinted windows, I could not see how many individuals were inside. No one got out of the car, but they remained parked in front of my home. I had my children in the car with me. For our safety, I proceeded to drive out of the cul-de-sac and then called my husband at home to let him know. When he checked outside, approximately ten minutes later, the Dodge Ram had left. I believe these ICE agents came to my home to scare and intimidate me and my family, to let us know they knew who we were, where we lived, and that they were watching us. This felt like retaliation for my photographing the vehicle and an effort to discourage me from taking part in constitutional observer activities.

7.      This and other experiences have created ongoing stress and concern for both me and my husband. I have had difficulty sleeping for the past three months. While our children are too young to comprehend the situation, they sense the unease. We have simply tried to explain to them as "people are being mean to our friends and we are trying to help them."

8.      Since the ICE draw-down was announced, ICE activity is less visible and frequent, but it continues. It also continues to cause fear and uncertainty for many in our

3

community. As part of our Catholic faith, we feel called to actively support our neighbors who are afraid, who have stopped going to work or sending their kids to school or have had their loved ones taken by masked and armed agents. Therefore, we continue our efforts to remain connected with neighbors, participate as observers and advocates and support mutual aid food programs and other volunteer efforts.

9.     The environment of fear and uncertainty caused by ICE has also extended into our children's faith-based school community at Saint John the Baptist. In early February, during a period when ICE activity in our city was particularly visible and anxiety among families was high, there was an unannounced personal visit at school by Secretary of War, Pete Hegseth, that involved a significant and highly visible law-enforcement presence on campus. Parents were not informed in advance. When I learned that there were numerous armed law enforcement officers at the school without prior notice, it caused immediate alarm for me as a parent and heightened my concern about whether my children were safe. Given what was happening in our community at the time, the unexpected police presence felt intimidating rather than protective and reinforced the sense that nowhere — not even our children's school — felt predictable or secure. Several parents, including myself, raised concerns with the principal and parish leadership about the lack of communication and the impact this had on our families. While those conversations ultimately led to more open dialogue and efforts to support families affected by ICE activity, the incident added to the ongoing stress my family was already experiencing and underscored how deeply these events were affecting our daily lives and our sense of safety.

4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on _____3/10/2026_____ in Ramsey County, Minnesota.

Signed by:

_____

Bethany Krutzfeldt