UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF** **Kelsey McFarlane** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Kelsey McFarlane, declare as follows:

1. I am a resident of Afton in Washington County, Minnesota. I have lived there for ten years.

2. I am 37 years old.

3. I work as a Physician Assistant.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the actions of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents (together, "federal agents") in my community and across the state.

6. I have observed federal agents coming and going from the Residence Inn and Courtyard by Marriott Hotels in Woodbury (collectively, "Marriott Hotels") since early January 2026.

7. On February 13, 2026, I had seen a suggestion in a community message group suggesting someone check to see if there were fewer vehicles belonging to federal agents parked at the Marriott Hotels now that the federal government announced that operation Metro Surge would be ending.

8. I am often driving in between patient visits, and I had an errand nearby. At or around 10:25 a.m., I drove through the parking lot of the Marriot Hotels off of Radio Drive in Woodbury to document any vehicles I saw that belonged to federal agents.

9. When I arrived, I saw two white SUVs parked next to each other, talking through the windows. One was a white Jeep Wagoneer with California license plates with the

2

number 9MIR172, it also had a disability placard. The other SUV was a white GMC Suburban with a Minnesota license plate SJK067. I drove around, pulled down another lane, and parked my car. I parked two rows away from the vehicles in an area behind them, so I could document their license plates.

10. The white Jeep Wagoneer then backed up and pulled into the spot next to the passenger side of my car. In the car there were three individuals dressed in plain clothes in a variety of tan and greens that I associate with military style clothing. They were unmasked and were not wearing tactical gear like vests.

11. I asked them if they would be leaving soon. They told me I needed to leave because the area around the hotel was not public and was occupied by the government and I was not allowed to be there.

12. I asked who they were, and in response they began berating me and speaking in harsh aggressive tones. They called me a bitch and told me to "get the fuck out."

13. At one point an agent said, "you guys are so annoying with your whistles."

14. A female agent got out of the car and approached my passenger side window to take my photo. At some point she walked behind my car, I assume to photograph my license plate.

15. She looked in my car and saw my child's empty car seat and told me that I should be supporting them if I was a mother because they were picking up a lot of child molesters.

16. The other white SUV backed up and pulled along my driver's side, so the vehicles were on both  sides of me. I got scared that I was surrounded.

3

17. I decided to drive away from the interaction and went to my next destination. When I got out of my car, I found that someone had put stickers on the back of my car that read, "Trump 2028." I assume the female agent who walked behind my car had put them there.

18. I made a report with the Woodbury Police concerning the interaction, and expressed concerns that they had gotten my address from my license plates. The police told me I could call 911 if there was anyone in my neighborhood that wasn't supposed to be there.

19. Later that evening at or around 7:30 p.m., I looked out from my house and saw a car parked at the end of my driveway with its lights on. I live at the end of a very long driveway coming off of a cul-de-sac.

20. I watched as multiple cars began to park around my cul-de-sac.

21. I didn't know what was happening, and I was terrified, believing that federal agents had potentially gathered outside my home. I have two young kids, and I was worried what would happen. I called 911 as the police recommended.

22. Meanwhile, I opened my local chats and discovered that someone claiming to be the "landlord" at my address had made a report that ICE was active at my address and requested that observers come and document the interaction. This was a false report.

23. The vehicles that had gathered were observers not federal agents.

24. I explained to the observers that there were no federal agents present and the observers left. I also explained to the police what had happened when they appeared in response to my 911 call.

25. I believe that the ICE agents I had interacted with earlier used my license plate information to find my address and make a false report with the intention of sending observers to my house in an attempt to scare me after I observed them earlier that day.

26. When all the vehicles showed up it scared all of us including my husband and kids, we didn't know if they were federal agents, and if so what they might do.

27. Afterwards, I have been worried that federal agents may show up at my house or retaliate in some way. My husband ordered security cameras after the interaction so we can observe vehicles outside our driveway or anyone who approaches our home.

28. After the interaction, I decided not to go back to the Marriott Hotels' parking lot, but I have continued to check vehicles with out of state plates as I go about my daily business. I did not think that simply documenting a license plate would result in agents approaching my vehicle, talking aggressively to me, putting Trump stickers on my car, and making false reports of ICE activity at my house.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___March 3, 2026___ in Washington County, Minnesota.

_____
Kelsey McFarlane