UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
|  |  |
| Plaintiffs, | **DECLARATION OF TAMMY MOOTHEDAN** |
| v. |  |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* |  |
|  |  |
| Defendants. |  |

I, Tammy Moothedan, declare as follows:

1.     I am a resident of the City of Hudson in St. Croix County, Wisconsin.

2.     I am over the age of 18.

3.     I work as an occupational therapist in the Twin Cities metro area in Minnesota.

4.     I make the following declaration based on personal knowledge.

5.     I am documenting the actions of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents (together, "federal agents") to protect my community, and those who are vulnerable and do not deserve to be targeted and harassed by anyone, much less our federal government.

6.     On February 12, 2026 I was in Hudson, Wisconsin, preparing to go to work in the Twin Cities, less than an hour commute away. I received a notification from my local rapid response network that there was a suspicious vehicle in our neighborhood.

7.     I drove over to the location on my way to work. There I saw a white Tacoma truck that was idling on the side of the street and had a single male sitting in the driver's seat.

8.     I continued driving and noticed another vehicle parked a block away that was also idling in a suspicious location. I became very concerned, so I turned around and parked in the middle of the two idling vehicles, about half a block from each so that I could observe. There was a third dark vehicle with a male driver that pulled out of a townhome drive, which turned and drove past me. I noted on my call that this third car also appeared

to belong to federal agents. I called in the two license plates of the parked vehicles in our neighborhood group. The dispatcher of that group used a central community collected database to see if these were vehicles associated with federal agents, and confirmed that they were.

9. The white Tacoma truck pulled out and left the area. I stayed in my position for a moment, continuing to observe the other vehicle.

10. A short while later I pulled out of my spot and drove to a nearby construction site to warn the people working there. I honked my horn to get their attention so that they would see the suspicious vehicle. I then turned around and parked in the same spot as before, half a block behind the remaining vehicle.

11. The remaining suspicious vehicle then pulled out and I followed at a safe distance, continuing to observe their actions. They drove towards my neighborhood.

12. At this point, I was fairly certain that there were federal agents in the vehicle. I became more certain when the vehicle I was observing drove past my own home because I am aware that federal agents have a pattern of taking observers to their homes in order to intimidate them.

13. The vehicle then drove to a Kwik Trip gas station. I parked in a proper parking spot, and I immediately saw that the vehicle had pulled in behind me and trapped me into the parking spot. This can be seen on security footage from the Kwik Trip and in the photo I took from my car. I also saw the suspicious vehicle which I had seen pulling out of the townhome drive earlier that day. It felt like I had been lured into the Kwik Trip parking lot where federal agents were already waiting. I felt ambushed, and terrified.

3

14.     I was on the phone with our local response network, and my heart was racing. I was sweating and terrified. I could not do anything but sit in my car frozen in fear. I was so afraid that if I moved at all I would be pulled out of my car or physically harmed in another way. I asked the dispatcher on the phone with me to call 911 on my behalf.

15.     Three agents exited the vehicle that was blocking me in. They were all armed, and one of them had his entire face covered. I took a photograph of the agent as he approached the back of my car, which is included below.



16.     The white Tacoma truck also appeared again as if they had been called. I stayed in the car with my doors locked.  In my side view mirror, I could see that one of the agents was crouched by my rear tire and it appeared to me that he was tampering with it in some way.  I took a photograph of him, which is depicted below. I was terrified.



17.    I waited in my car until one of my friends arrived. I got out and saw that the agents had removed the valve on my tire and let the air out of the tire. I had to then go and get the tire filled nearby before I went on to work. I was absolutely appalled at what the federal agents had done.

18.    I called the police and filed a report, and the police got the security footage from Kwik Trip, which I saw after waiting several days in the police report.

19.    I also saw a third and fourth vehicle later that same day that I suspected were associated with federal agents' immigration enforcement activities.

20.    I have continued to observe, document, and warn my community. However, this left me very shaken because I know that a gun was pulled on a legal observer in Baldwin, WI in mid-February.

21.    I have continued to have similar interactions with federal agents. Between February 18 and February 22 our local rapid response network was notified that there was a suspicious vehicle parked near a restaurant where an abduction had taken place. Three or four of us responded to that incident. We located the vehicle with plates that were confirmed to be associated with federal agents. The vehicle started to move, and when we followed, the vehicle began driving erratically and dangerously through several parking lots before leaving the area. I am concerned that this erratic driving poses a threat to public safety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on _____4/1/2026_____ in St. Croix County, Wisconsin.

DocuSigned by:

_____

551DE5FE2FF64E3...

Tammy Moothedan