**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARE WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HIS); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,<br><br>    Defendants. | Case No. 25-cv-04669 (KMM/DTS)<br><br><br><br><br><br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MEMORANDUM OF AMICUS CURIAE** |

Non-parties Father Dale Korogi, Reverend Dr. Pamela Ngunjiri, Reverend Mariah

Tollgaard, Reverend Robert Two Bulls, Reverend Jered Weber-Johnson, Rabbi Marcia A.

Zimmerman, Reverend Alfred Babington-Johnson, Presiding Elder Stacey Smith,

Reverend Anthony Galloway, Rabbi Eva Cohen, Minnesota Interfaith Coalition on Immigration, National Council of Jewish Women (National), National Council of Jewish Women (Minnesota), Council on American-Islamic Relations (Minnesota), the Stairstep Foundation, and Jewish Community Action (collectively, the "Faith Leaders and Organizations") have filed a Motion for Leave to File Memorandum of Amicus Curiae in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. All parties either consent to or do not oppose the Faith Leaders and Organizations' motion. Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1.    The Faith Leaders and Organizations' Motion for Leave to File Memorandum of Amicus Curiae is **GRANTED**; and

2.    The Faith Leaders and Organizations' Memorandum of Amicus Curiae and its supporting documents are accepted by the Court.

Dated:

The Honorable Katherine M. Menendez
Judge, United States District Court
District of Minnesota