UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | |
| v. | **DECLARATION OF JOANNA SEARLES** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Joanna Searles, declare as follows:

1.    I am a resident of St. Louis Park, Minnesota. I am 26 years old and I work as an instructional designer.

2.    I make the following declaration based on personal knowledge.

3.    U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents (together, "federal agents") have devastated the Twin Cities. I morally and politically object to the federal government abducting my neighbors and violating the rights of community members. I am horrified by the destruction and pain that the federal agents have caused here.

4.    I feel called to serve as a legal observer. It is my belief and experience that federal agents are less likely to act unlawfully if they are being watched. Serving as a legal observer also allows me to document the activities of federal agents in public and to disseminate that information, both for community awareness and for broader public transparency and accountability. I also feel called to protest.

5.    On March 14, 2026, I went to the Whipple Federal Building to protest. In the late morning, I was leaving Whipple with a friend, and we saw a suspicious vehicle driving away from Whipple. I could see that inside the vehicle were at least two masked men.

6.    We decided to continue observing the vehicle. We followed at a safe distance. I was extremely careful to make sure that I complied with traffic laws. The vehicle got onto Highway 62 heading west, so I did the same. While on the highway, the vehicle "brake-checked" us repeatedly, speeding up and slamming on the brakes suddenly. These

maneuvers were dangerous because there was traffic on the highway. We had left enough space between the vehicle and ourselves that we were able to safely navigate. It was my impression that the agents were irritated that we were watching them and were willing to create a safety hazard in order to prevent us from observing.

7.     The vehicle exited Highway 62 and Penn Avenue and then immediately went back onto Highway 62 going east. We did the same, driving carefully and leaving plenty of space between us. The vehicle exited Highway 62 at Cedar/Highway 77 and headed south on Highway 77, exiting at East 66th Street. We did the same.

8.     Just off the highway, the federal vehicle ran a red light and drove up to a group of three State Trooper squad cars in a parking lot on the other side of the intersection. I stopped at the red light. It was my intention to leave the area rather than continue to observe, so I signaled a turn to get back onto the highway.

9.     While waiting for the light, I saw the agents roll down the window of their vehicle and they appeared to be talking to the State Troopers.

10.    When the light turned green, I completed my turn to get back onto Highway 62. Immediately, all three State Trooper squad cars zoomed through the intersection and into the carpool lane on 62. I was barely on the highway when they pulled me over.

11.    A Trooper walked to my driver's side window which I opened. I kept my hands visible and on the wheel. The Trooper asked me if I knew why he had pulled me over. I invited him to tell me why. He told me that they had gotten a call from a "civilian" that someone was following them. I told the Trooper that I had observed the federal agents' vehicle driving unsafely, brake-checking me on the highway and running a red light. The

Trooper asked if I had called it into law enforcement. I said that I had not because it has been my experience that law enforcement will not take a report regarding dangerous driving by federal agents.

12. The Trooper asked for my driver's license, and I gave it to him, careful to make sure that he knew where my hands were at all times. He took it back to his car. I could see that he was talking on the phone in his car for a long time.

13. Eventually the Trooper came back and returned my driver's license. He told me that he was giving me a written warning, but that it wasn't "technically" a warning because I had broken no laws. He handed me the written warning which identified the location of the incident as Highway 62 and Penn, miles from where the Troopers pulled me over. Although the warning form includes a field with the prompt "You have violated the laws of Minnesota as follows," none of the categories of offenses are checked, which makes sense because I had not violated any law. Similarly, the fields meant for the Trooper to identify the statute violated are all blank on the warning. This portion of the written warning is depicted below.

4

14.     It appeared to me that the federal agents asked the State Troopers to pull me over in order to intimidate me and to stop me from observing and documenting their activities.

15.     This incident has caused me anxiety. I am afraid that there will be some record of this written warning which could be used against me. That isn't right because I was driving safely and had broken no laws. I am also concerned from a public safety perspective because the Troopers' willingness to intimidate me on behalf of federal agents detracts from their ability to perform their legitimate public safety and law enforcement duties. Despite this experience, I will continue to participate in legal observing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___3/24/2026___ in Hennepin County, Minnesota.

Signed by:

Joanna Searles