UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF ALISON SILL** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Alison Sill, declare as follows:

1.      I am a resident of Ham Lake, Minnesota. I am 42 years old and I work in human resources.

2.      I make the following declaration based on personal knowledge.

3.      I have been concerned by the actions of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents (together, "federal agents") in my community and across the state. It is my firm belief that we all have rights, and I have observed federal agents violating those rights. I don't like injustice and I view it as my obligation and duty to stand up to injustice. I am also incredibly concerned that people don't understand or believe what is happening in Minnesota. There are so many lies floating around and I am motivated to document what federal agents are doing so that others both inside our community and more broadly have access to the true facts.

4.      On the afternoon of January 18, 2026, I went with a few family members to protest at the Whipple Building. We were carrying a banner sign that read "History will remember ICE as the Nazis of our time." When we arrived at Whipple, there were about 100 protestors present.

5.      I stood on the sidewalk across the street from the Whipple Building as did most of the other protestors. A few protestors would come out into the street as vehicles drove in and out of the Whipple Building's parking lot and shout at the agents inside. I did not see any of protestors doing anything violent or obstructing the vehicles.

2

6.     Suddenly, a large number of Department of Homeland Security personnel came out of the building. They were wearing blue uniforms that said "DHS" on them. They formed a line and started physically pushing the protestors back. I do not recall any verbal direction to move back, just physical force. I was personally pushed by the DHS agents more than once, although I was, at all times, on the sidewalk and was not physically aggressive or violent in any way. The DHS agents shoved the protestors back almost to the fence.

7.     The DHS agents fell back and a group of ICE agents wearing camouflage came out of the building. The ICE agents were notably more aggressive than the DHS agents had been. The ICE agents formed a line and were yelling, pushing protestors backwards and I observed several ICE agents with their hands conspicuously positioned on their pepper spray.

8.     After a while, the ICE agents fell back. A woman walked by them in the street, giving them the middle finger and yelling at them. Although she was colorfully expressing her disapproval of the federal agents, she was not violent or physically aggressive. An ICE agent pepper sprayed her directly in the face, and only after they sprayed her did they yell a warning that they would use chemical agents on anyone who entered the street.

9.     The woman turned away from the agents; she bent over like she was catching her breath. She turned back and spit in the direction of the agents. I cannot imagine that the spit actually hit the agents because she was pretty far away from them. The agents ran at

3

her and sprayed her again in the face. She turned and started walking away from them and they tackled her.

10.     At this point, the ICE agents charged the crowd of protestors and started spraying some of the protestors in the face. There was no reason for this. None of the protestors was in the street by this time and, as far as I could tell, no protestor posed a physical threat to the agents.

11.     I was sprayed directly in the face as was my family member who was holding the other end of our banner sign. It seemed to me that the agents chose to spray us specifically because we were carrying a sign that accused the ICE agents of behaving like Nazis. Neither my family member nor I were aggressive with the agents, disobeyed any orders, or did anything else that would justify spraying us directly in the face with pepper spray. A Good Samaritan helped us flush out our eyes, but it still took an hour to be able to open my eyes properly.

12.     In the late morning of February 8, 2026, I was driving with two other legal observers in my car. We had been informed that ICE was in the area. We decided to check the parking lot of the Target store off Highway 65 because we were aware that federal agents sometimes used that parking lot to stage.

13.     I pulled into the parking lot, and we saw six or seven suspicious vehicles at one end of the lot. I parked nearby and we sat in the car observing them.

14.     Very soon after I parked, a red Dodge Ram pulled in front of me blocking my car from moving forward. A masked federal agent got out of the Ram and another federal agent got out of one of the other vehicles. Both walked toward my car.

4

15.     The agent who had gotten out of the Ram stood in front of my car and took a picture of my license plate. Then, he walked to the driver's side and took a picture of my face through the window and went to the passenger side and photographed one of my companions. He tried to photograph the observer in the back seat, but the rear windows were tinted so I don't think he was able to do so. The agent walked back to his vehicle.

16.     Then, the agent returned from the Ram. He walked up to the driver's side window and said, "We know who you are, Alison." I understood this to be an intimidation tactic; the agent wanted me to know that he knew who I was. I told him something like, "Great, you know my name. Can we know yours?" I criticized him for wearing a mask. He did not give me his name or remove his mask.

17.     By this time, other observers had arrived and the first agent went over to them. The second agent stayed and tried to talk to me. I felt safe rolling down my window because there were other observers present. The agent tried to explain what they were doing and said that he understood that we were just observing and that we weren't doing anything illegal. I asked why, if we weren't doing anything illegal, why did the other agent make veiled threats against us?  The first agent interjected something like, "All I did was use your name, how is that a threat?"

18.     On the evening of February 12, 2026, I was with a friend patrolling in her car. We heard that federal agents were parked by the Georgetown Apartments and Triangle Warehouse on East River Road in Fridley.

19.    We drove by and didn't see anything by the apartments, but we did observe two vehicles in the Triangle Warehouse parking lot. This was suspicious because the warehouse was closed. We parked on the street to observe.

20.    The vehicles in the parking lot started driving in loops from the Triangle Warehouse parking lot to a parking lot across the street and back. Another vehicle joined them. It was my impression that they were attempting to bait us into following them. We remained parked.

21.    On a few of the passes, the vehicles drove by us slowly, perhaps trying to take photographs of us. A few times, they drove at our parked vehicle very fast, swerving to avoid hitting us at the last second. We perceived this as an attempt to intimidate us. Again, we did not move and remained parked.

22.    One of the vehicles, a black Subaru pulled up next to us and motioned that we should roll the window down, which my friend did. There were two federal agents in the car, both white males. They told us that we were impeding their investigation because we were following them. We pointed out that we were not following them; we were sitting in a parked car. The agent told us that they were going to call the local police and that someone was going to get arrested.

23.    Although I believe this was yet another attempt to intimidate us, it didn't work. The prior week, agents had indeed called the Fridley police on me for observing them. The officer I spoke to at that time confirmed to me that there was nothing illegal about observing and that it was my right to do so.

6

24.     The agent noticed that my friend had a dash camera, although he didn't know that it was not actually recording at the time. It seemed to me that the agent cooled his questioning when he thought he was being recorded and they left us alone. Eventually they left the area.

25.     As a result of these interactions and what I know about how federal agents have conducted themselves in Minnesota, I have grown increasingly cautious. I have lost trust in the government and trust in law enforcement. I don't know if I will ever trust the government again.

26.     I know that observing is risky. I know that federal agents have shot and killed two observers in Minnesota. I will still observe because I am willing to risk my life to protect this community. I am a living organ donor; I have already risked my life to help another person. Although I am frightened, this is too important to ignore.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___3/2/2026___ in Anoka County, Minnesota.

DocuSigned by:

_____
0DCFD3415582477...
Alison Sill

7