UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | |
| v. | **DECLARATION OF JONATHAN SUSSMAN** |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Jonathan Sussman, declare as follows:

1.    I am a resident of the City of Minneapolis in Hennepin County, Minnesota. I have lived in Minnesota since 2022.

2.    I am over the age of 18.

3.    I work as an Environmental Educator.

4.    I make the following declaration based on personal knowledge.

5.    I have been concerned about the actions of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection agents (together, "federal agents") in my community and across the state.

6.    On January 14, 2026, at about 9:00pm, I heard that there was ICE activity in the area of Lyndale Avenue and 26th Street North.

7.    When I got to the area, I saw a group of several other protestors and observers (collectively, "protesters"), standing in a line on the street observing ICE activity. The line of protestors and observers was approximately twenty feet away from a line of ICE agents in front of a house, in which I had heard that ICE had recently conducted an operation where a man had been shot.

8.    I joined the line of protestors. With the protesters, I faced towards the line of ICE agents and began yelling and pointing at the ICE agents.

9.    The ICE agents were wearing what appeared to be "casual" military fatigues. I could tell that they were ICE agents, because of "ICE" patches that they wore, and because local police officers were present to the side of the protestor and ICE lines.

2

10.     Approximately fifteen minutes after I arrived, an ICE officer pointed at me. Immediately after pointing at me, and without warning, an ICE agent threw a "flashbang" in the direction of my feet, melting part of my shoes. Several protestors began to run away from the line in reaction to ICE's unexpected decision to use force,.

11.     At the same time, other ICE agents began throwing what I believe to be tear gas behind the now-scattering line of protestors.

12.     The ICE agents did not indicate at any point that they intended to use force against myself or the protestors prior to doing so. We received no warnings that our conduct was prohibited and received no instructions to cease protesting.

13.     In reaction to the escalation, I turned my back away from the ICE agents and held my hands up. While my back was turned, I was shot with what I believe to be rubber bullets or pepper balls on my back. Following the incident, I suffered several welts and bruises on my back.

14.     I was then shot by a puff of what appeared to be greenish smoke to the back of my head.

15.     An ICE agent then approached me from behind and administered pepper spray directly to my face for approximately three seconds. I still did not receive any instruction to move or otherwise cease protesting. Following the administering of pepper spray, I began walking away from the former line of protestors.

16.     As a result of my interaction with ICE, I suffered physical pain, including back pain and skin and eye irritation.

17.     I had an additional encounter with ICE on January 21, 2026.

3

18.     Specifically, I was observing ICE activity on the corner of Lowry and Johnson, next to Northeast park, following my work shift. I noticed that two ICE vehicles were parked diagonally on the street, blocking the street. I parked behind the vehicles and began filming to observe their activities.

19.     Shortly after my arrival, the ICE agents noticed my presence and approached my vehicle. An agent knocked on my window and stated something like "if I see you again I'm dragging you out of the car and arresting you right away—this is your last warning." I had never received a warning before.

20.     I departed shortly thereafter.

21.     I had an additional interaction with ICE on February 13, 2026.

22.     Specifically, during the evening of February 13, 2026, I was departing from Bottineau Field Park as part of my regular work duties. When I began to drive back to my work office, I noticed that a vehicle with tinted windows and no front license plate appeared to be following me.

23.     The vehicle appeared to be following my vehicle for approximately eight miles. When I reached the cross-section of Stevens Avenue and 36th St South, the vehicle appeared to cease following me without further interaction.

24.     At some point, I was able to view the vehicle's back-license plate. I wrote down the license plate number and was later able to confirm that the vehicle was owned and operated by federal agents conducting "enforcement" efforts in Minnesota.

25.     Since my encounters with ICE, I have been distressed. I have had difficulty sleeping, felt unsafe in public, and had panic attacks. I am hesitant to remain in public

4

spaces due to ICE agents' apparent willingness to follow and target individuals who observe their activities.

26.    I have sought therapy due to the psychological stress that my interactions with ICE have imposed. I will not feel safe in my city until ICE is gone.

27.    If I believe my neighbors are in danger again because of ICE, I will again seek to render aid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ____2/25/26____ in Hennepin County, Minnesota.

_____
Jonathan Sussman