UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,*

Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,*

Defendants.

Case No. 25-cv-04669-KMM-DTS

**DECLARATION OF AMANDA THOMPSON**

---

I, Amanda Thompson, declare as follows:

1.     I am a resident of the Uptown neighborhood in Minneapolis. I am 46 years old.  I make this declaration based on my personal knowledge.

2.     I am morally and politically opposed to the federal government's aggressive immigration enforcement in Minnesota.  In particular, I object to the militarization of our cities and the federal government's racially divisive tactics which, in my view, harm all of us.  I serve as a legal observer of these federal agents as a form of service to my community. In my opinion, legal observing is a pathway to help create the sort of world that I want to live in.

3.     I also believe that legal observers serve an important communicative function because observers can and do facilitate communication between the people being abducted and detained and their families and legal counsel.  This function is especially important for me because I speak Spanish.

4.     I have regularly observed vehicles that I had reason to believe were being used by federal immigration agents since early January 2026.  Beginning in January 2026, masked federal agents have photographed my face or my license plate many, many times while I was observing.

5.     I have also protested many times at the Whipple Federal Building since January 2026.  Beginning in January, I have observed federal agents wearing tactical gear or in marked federal vehicles photographing me and my parked car while I was protesting at Whipple.

2

6.      I am confident that by the end of January 2026, federal immigration agents knew my name, my license plate number and that I have engaged in both protesting and legal observing.

7.      On the evening of February 22, 2026, I was driving west on Highway 62 past 34th Avenue.  I was not engaged as a legal observer at that time.  A vehicle merged onto Highway 62.  At first, I suspected that the vehicle might be being used by federal immigration agents because the vehicle was a Jeep Wagoneer (a make and model preferred by federal agents in my experience) and because both the driver and the passenger were masked.  The vehicle merged in behind me and laid on the horn.

8.      They honked at me non-stop from about 34th Avenue to 35W.  At that point, the vehicle got into the left lane and drove up beside my car, still honking.  Both the driver and the passenger gave me the finger.  I got onto I-35W North and, from the left lane of Highway 62, the vehicle cut across multiple lanes of traffic to cut right in front of me on the entrance ramp.  The vehicle slammed on the brakes in front of me; they came almost to a full stop.  Because they had cut directly in front of me just a moment earlier, there was not much space between my car and theirs.  I slammed on my brakes and swerved to the left to avoid rear-ending the vehicle.  The vehicle started accelerating again and moved to the left as well, forcing me onto the shoulder of the entrance ramp.  Then, the vehicle sped away.  I confirmed right after this incident that the license plate of this vehicle had been reported by other observers as being used by federal agents.  Based on the make and model of the vehicle, the fact that the occupants were masked, their aggressive driving tactics, and

3

the reports of other observers, it is my strong belief that the men in the vehicle were federal immigration agents of some kind.

9.     In the last few weeks, I have observed near the Whipple Federal Building from a public park and ride lot nearby.  Recently, I have observed a new pattern: Each day, multiple cars that say "POLICE," "Federal Protective Services" and "Homeland Security" drive through the park and ride lot.  These marked vehicles box me into my parking spot and take photographs of my face and license plate.  This has happened at least a dozen times, including as recently as a few days ago.  I cannot think of any legitimate reason these federal agents would have to photograph my face and license plate repeatedly.  They know who I am; my license plate is always the same. It is my impression that they do this conspicuously in an attempt to scare me out of observing their activities in public.

10.     For example, on March 13, 2026, Federal Protective Services was particularly relentless in photographing me while I was observing at the park and ride lot. On this day, multiple marked vehicles left the Whipple parking lot simultaneously and raced over to the north park and ride lot where I was parked observing.  One Federal Protective Services vehicle pulled directly in front of my car, and one stopped directly behind my car.  Because there were other cars parked on both sides of me, I was completely boxed in.  Agents in both vehicles took pictures of my car and face simultaneously.  This happened approximately every half hour on that day.

11.     On the afternoon of March 24, 2026, I was a passenger in another observer's vehicle.  We were observing a vehicle we suspected was being used by federal immigration agents because we observed it leaving Whipple with masked men inside.  We also

4

confirmed that the license plate had been reported by other observers as being associated with federal immigration activity. The vehicle led us through Minneapolis and into the Uptown area. My friend was driving safely and in compliance with all traffic laws.

12.     The vehicle drove past my home and slowed down. It was my impression that the federal agents wanted me to understand that they know where I live to scare me. The vehicle then led us to my companion's home, which was nearby. The vehicle remained parked outside her home for about five minutes until another observer in a separate car arrived. Here too, it was my impression that the agents were attempting to intimidate us by letting us know that they know who we are and where we live. The vehicle left my companion's home and again led us past my home. We discontinued observing at this point.

13.     On March 27, 2026, another friend and I were observing from their car. We saw a vehicle that we suspected was being used by federal immigration agents because it left the Whipple motor pool, there was at least one masked man inside, and because the vehicle's plate had been reported by other observers as being associated with federal immigration activity. The vehicle led us on a circuitous route that eventually landed in the Uptown neighborhood. When we were about a block away from my companion's home, the vehicle ran a red light. We stopped at the red light and the vehicle pulled over to wait for us. When the light turned green and we were able to cross the intersection, the vehicle began to lead us again. It drove right to my companion's home. The vehicle came to a complete stop in front of the home. We discontinued observing at this point.

14.     The federal agents' attempts to intimidate me have deeply affected me. I fear continued and escalating retaliation. I recently cancelled an international trip that I had already paid for because I was afraid that I would be stopped at the airport or that I would be detained upon re-entry to the United States.  I am extremely aware that, although I am not committing any crime, I could be detained by federal agents.  I changed the lock screen on my phone to display emergency contact information and instructions for what to do if I am detained.  I now live my life prepared for the worst.

15.     Although I am frightened, I will continue to serve as a legal observer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on ___3/31/2026_____ in Hennepin County, Minnesota.

DocuSigned by:

_____
Amanda Thompson

6