UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals,* | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF PAULA THOMSEN** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities,* | |
| Defendants. | |

I, Paula Thomsen, declare as follows:

1. I am a resident of Savage, Minnesota. I have lived there for 26 years.

2. I am 59 years old.

3. I am a retired physician.

4. I make the following declaration based on personal knowledge.

5. I have been concerned about the actions of U.S. Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) agents (together, "federal agents") in my community and across the state.

6. I engage in observer work a couple of times a week, focusing on areas where federal agents have detained vulnerable people. I intend to continue to engage in observer work for the foreseeable future.

7. On February 12, 2026, at about 2:45 p.m., I identified a Black Chevy SUV backed into a parking space in the parking lot of His Church, 14225 Quentin Avenue South in Savage, Minnesota. The SUV did not have a front license plate and had tinted windows. I recognized the car as the typical type used by federal agents.

8. I parked my car on Quentin Avenue to observe because I had been informed there were vulnerable families living in the area and that federal agents previously had taken people from their homes.

9. My car has a camera that records in all four cardinal directions. I have a video of my interactions with federal agents during this interaction.

3

10.    I waited there about 10 minutes and then the Chevy SUV pulled out of the parking lot and started to go south on Quentin Avenue.  I followed them onto 143rd Street West, keeping a half block distance.  The SUV was heading east.

11.    I then passed a black Toyota SUV without front license plates and with window tinting.  The back license was Ohio HWH 5065.  At this point, the Chevy SUV was so far ahead of me, that I could see it only in the distance.

12.    As soon as I passed the Toyota SUV, it pulled out and started following me, very close to the rear of my car.  I took a left on Ottawa Avenue.  I then stopped at a red light at Egan Drive.    Because I drive an all-electric vehicle, I was able to accelerate quickly after the light turned green, making a left turn on to Egan Drive. I put some distance between my car and the Toyota SUV before I reached the speed limit. The Toyota SUV sped after me and  drove very close to the rear of my car.

13.    Intermittently they would put on flashing lights like they were a police vehicle pulling me over.

14.    At Egan Drive and Dakota Avenue, I stopped again at a red light.   They were right behind me at what I believe was an unsafe distance.

15.    I took a right on Loftus Lane and then a left on Dakota Avenue and eventually went into the parking lot of the Savage Police Department and the Toyota followed.  They continued to follow me. I drove around the parked cars twice, trying to avoid them blocking me in.  On the second lap, they pulled ahead

of me about 50 to 60 feet.  Three agents got out of the car, one woman and two men, all with masks and tactical gear.

16.    I realized I could back up a few feet and leave the parking lot, so I did, and I got back on to Dakota Avenue heading south.  The agents got back in the Toyota and started tailgating me again.

17.    Near the Prior Lake High School, after being followed for about 7 miles since the church, I came across my friend who was in his car and I pulled behind him.   At the intersection of Allen Blvd. (name change from Dakota Avenue) and 154th Street West the Toyota pulled into the left hand turn lane next to my car, but instead of turning left it angled right, toward my car, forcing itself between my car and my friend's car.

18.    My friend pulled ahead and  from then on they tailgated my friend's car for many miles.

19.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Signed on ____March 30, 2026_____ in Scott County, Minnesota.



_____
Paula Thomsen

5