UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARET WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, o*n behalf of themselves and other similarly situated individuals,*

          Plaintiffs,

     v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; RODNEY SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); THOMAS HOMAN, DHS Executive Assistant Director of Enforcement and Removal; The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*,

          Defendants.

Case No. 25-cv-4669 (KMM/DTS)

**DECLARATION OF SUSAN TINCHER**

I, Susan Tincher, declare as follows:

1. I previously described my experience being arrested by ICE agents for observing their activity on December 9, 2025, in a sworn declaration dated December 15, 2025. Since then, I have continued to participate in observing and recording federal agents in and around North Minneapolis. Since December, federal agents have led me to my home, threatened to arrest me for following them, taken photos of me, and generally tried to retaliate against me for exercising my rights.

2. On Monday, January 12, 2026, I was driving behind a vehicle I believed belonged to ICE. According to our community chat, the vehicle's license plate had previously been seen on a vehicle being driven by federal agents. Another observer car was in front of me, being driven by the child of a friend of mine. The vehicle drove us right to that person's home, on Cedar Lake Road in the Bryn Mawr neighborhood of Minneapolis.

3. After speaking briefly with my friend's child, who was upset about the experience, I left and ran into several more vehicles I believed belonged to federal agents blocking Van White Memorial Boulevard. Soon after I got there, a few of the vehicles left and I drove after one of them. The vehicle led me directly to my home and briefly stopped in front of it, which I took as an attempt to intimidate me for my observation of their activity.

4. On January 14, 2026, the entire Hawthorne neighborhood in Minneapolis was crawling with vehicles belonging to federal agents. They were everywhere. Near 21st and Aldrich, I saw several federal agents out of their vehicles approach another observer in his car. The agents were wearing tactical vests saying "POLICE ICE" and "POLICE ERO," masks, and hats. It looked like they all had handguns. They surrounded his car, and it looked like they were trying to intimidate him.

5. I got out of my car and went up to them to ask what they were doing and record them. I told them to leave our state. One of the agents turned towards me and pointed his phone camera at me. One agent gave me a warning that they would arrest me if I continued to interfere. I told him it was my right to observe them and that he needed to learn the law. They told me several times that I would be arrested and that I couldn't follow them even as they left. They were driving a Ford Expedition and a GMC Denali.

6. Later that morning, about two blocks from 21st and Aldrich, I saw another vehicle belonging to a federal agent. I checked the license plate of the vehicle against our community chat list of "ICE vehicles" and it came up as having previously been confirmed as ICE. I got out of my car and started whistling. The man in the car got out, so I started recording. He was wearing a sweatshirt that said "Jesus loves you but I'm his favorite." He told me I was obstructing and warned me I could be arrested. I responded that I was just exercising my constitutional rights and that I didn't want him kidnapping my neighbors.

7. On January 21, 2026, I heard there were vehicles belonging to federal agents near Lucy Laney School. When I arrived, I got out of my car and started whistling to let the community know that federal agents were present and to let the agents know we were watching them. I was on the sidewalk, across the street from him. The window rolled down, and I saw two men inside, which I believed were federal agents. One of the agents held his phone up at me. Shortly after that he showed me a picture of myself from the press conference held by the ACLU-MN announcing this lawsuit. The photo was lit up on his phone, and I would recognize that photo anywhere—it was an important day for me. I can't imagine how he would have found that picture without using facial recognition or some other database—I didn't tell him my name or that I was involved in this case.

8. On January 23, 2026, I had been following a vehicle that had been parked at City View Apartments. Myself and another observer decided to follow the vehicle because a license plate check with our community chat indicated it was a vehicle belonging to federal agents. The agent led me and the other observer car directly to my house and proceeded to circle my block three times in a row—a clear intimidation tactic. After the third pass, the agent did a U-turn, stopped next to my car, rolled down his window, and said to me, "Why are you following me? I'm not ICE." I don't know how he could have known where my house was if he wasn't a federal agent, so this felt like an obvious lie and a way to try to confuse us.

9. On February 3, 2026, I was driving behind a vehicle I believed belonged to federal immigration agents. I had heard that this particular plate was one that had been on a vehicle that had been spotted driven by federal agents. We came to a red light and stopped. The agent inside the vehicle in front of me put it in reverse and started backing up as if to make me afraid he was going to hit me. There was no other reason for him to reverse. After the light turned green, we both continued. Around 10:15 he

did a U-turn in front of me, pulled up next to my car, rolled his window down, and warned me to stop following him.

10. On February 5, 2026 at 7:45 am, I was out near 8th and Upton. I was on foot and saw a vehicle I thought belonged to federal agents. The vehicle was a Honda Ridgeline with New Mexico plates, but with University of Minnesota magnetic decals, which I thought was suspicious. I did a plate check with my community chat that indicated the vehicle belonged to federal agents and then I started whistling to alert the community of ICE's presence and to let the agents know we were watching them. I couldn't see very well into the car, but I did see that the agents were wearing hats and dark clothing. One of the agents in the car held up his phone towards me, either taking a picture or maybe using a facial recognition program like what happened on January 21.

11. Later that morning, around 9:00 am, I was at Christ the River of Life Church on Emerson and 22nd doing ICE watch because federal agents were there a lot. I got out of my car and blew my whistle a few times because I saw a vehicle I believed belonged to ICE parked nearby. It left, but I continued walking around the area for a while, observing another ICE vehicle coming back again and again. At one point, I was crossing Fremont at 22nd, and a vehicle I had seen carrying federal agents multiple times drove past me on 22nd. It honked and swerved towards me, as if to make me afraid they would hit me.

12. On February 7, 2026 at about 1:30 pm, I was out watching for ICE activity on foot. I went back to Christ the River of Life Church because I had heard there was a vehicle belonging to federal agents and observers there. I saw the vehicle had a dirty license plate, so I took some snow to wipe it off since it's illegal to drive with an obscured license plate. Two people got out of the car immediately. They were wearing tactical vests that said "US BORDER PATROL," masks, and a hat. They told me not to touch their car and that I could be arrested for obstructing them. One of them shook a pair of handcuffs at me.

13. Later, I was out observing in my car, when a vehicle pulled up to us and asked why we had been following a different vehicle. We said that we thought it belonged to ICE. The person in the vehicle then gave us a "first and only warning" that we would be arrested for following ICE. I guess that person was also a federal agent trying to intimidate us.

14. I intend to observe, document, and communicate to others any activity by federal immigration agents in my neighborhood that I hear about or witness. It's my right to know about and to share with others what federal agents are doing in my community. If I see a vehicle in my area that looks suspicious or looks like it might belong to a federal agent, I intend to investigate and document it. I will not let the government intimidate me into giving up my rights.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on _Mar 31, 202_ in _Hennepin_ County, State of _Minnesota_ .

Susan Tincher (Mar 31, 2026 15:32:47 CDT)

Susan Tincher