UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN TINCHER, JOHN BIESTMAN,
JANET LEE, LUCIA WEBB,
ABDIKADIR NOOR, ALAN
CRENSHAW, ABIGAIL SALM, RYAN
DOXSEY, MARGARET WOOD, THE
NEWSGUILD-COMMUNICATIONS
WORKERS OF AMERICA, and
STATUS COUP NEWS, *on behalf of
themselves and other similarly situated
individuals,*

        Plaintiffs,

  v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security (DHS);
TODD LYONS, Acting Director, U.S.
Immigration and Customs Enforcement
(ICE); MARCOS CHARLES, Acting
Executive Associate Director,
Enforcement and Removal Operations
(ERO), ICE; DAVID EASTERWOOD,
Acting Field Office Director, ERO, ICE
Saint Paul Field Office; RODNEY
SCOTT, Commissioner, U.S. Customs and
Border Protection (CBP); GREGORY
BOVINO, Chief Border Patrol Agent,
CBP; JOHN A. CONDON, Acting
Executive Associate Director, Homeland
Security Investigations (HSI); THOMAS
HOMAN, DHS Executive Assistant
Director of Enforcement and Removal;
The Department of Homeland Security;
Unidentified Federal Agencies; and
Unidentified Federal Agents; *in their
official capacities,*

        Defendants.

Case No. 25-cv-04669-KMM-DTS

**DECLARATION OF**
V████ J████

I, V█████ J████████, declare as follows:

1.      I am a resident of Minneapolis. I am 38 years old. I make this declaration based on my personal knowledge.

2.      The day that Renee Good was murdered, I learned that a worker at a day care in my neighborhood was abducted by federal immigration agents. This was a call to action for me. I participate as a constitutional observer for the safety of the community, especially of my most vulnerable neighbors, and to keep our children safe.

3.      I understand that as an observer, I can't prevent federal immigration agents from detaining my neighbors, but I believe that the presence of legal observers decreases the likelihood that federal agents violate people's rights. In my opinion, an important purpose of observing is documenting the activities of federal agents in public and communicating my observations to others in the community.

4.      Around 3:30 p.m. on March 24, 2026, I was driving southbound on Hiawatha Avenue near the Highway 62 intersection—which is very close to the Whipple Federal Building—and I saw a Jeep Grand Cherokee with Nebraska plate AXS 361. I confirmed with the rapid response network that a Jeep with this plate had been associated with federal immigration activity. I later learned that the Jeep had been reported nearly 60 times as being used by federal immigration agents, including the day before. A true and correct copy of the Defrost Minnesota entry for this license plate, accessed on March 26, 2026, is attached as **Exhibit A**.

2

5.      I turned around at the Fort Snelling light rail station and followed the Jeep onto Highway 62 heading west.  The traffic on 62 was bumper-to-bumper because of a nearby accident, so I was driving well under the speed limit.  There was another vehicle in between my car and the Jeep.

6.      The Jeep exited Highway 62 onto Highway 77/Cedar Avenue heading south. I did the same.  The Jeep turned off Cedar at 179th Street West and headed east toward Lakeville, Minnesota.  I did the same.  At all times, I was driving safely and in compliance with all traffic laws.

7.      The Jeep turned right on English Avenue South and then took a right on Equinox Avenue, curving around to Embers Avenue.  I followed at a safe distance.  I saw kids playing in a nearby driveway, so I slowed down even more and gave the Jeep more space.

8.      The Jeep turned right on Embers Avenue and then took another right onto 180th Street West.  The Jeep stopped in front of the first house on 180th Street West.  I was far enough behind that I decided to pull over on Embers Avenue and continue observing from around the corner.  I wanted to be sure that I was giving the Jeep plenty of space.

9.      Suddenly, the Jeep made a quick U-turn and drove fast at me.  The driver stopped just in front of my car, partially blocking me.  The driver jumped out of the car. He was a white man in plain clothes, wearing a flannel shirt.  I think he may have had a short beard or stubble.  As soon as he got out of the car, I saw that he was holding a handgun. The man pointed the gun at me through my windshield.  The experience was very frightening and my windows were closed; I don't remember if he said anything.

3

10.    As soon as I saw the gun, I was panicked and afraid that he would shoot me. I cut the corner and turned right onto 180th Street West.  I drove away.

11.    I was shocked by how quickly the situation escalated to violence.  Just seconds before this man pulled a gun on me, it had felt like we were on a Sunday morning drive.

12.    It is my understanding and experience that federal immigration agents do not always or even usually wear uniforms or expressly identify themselves as federal agents. Given that the vehicle's make, model and license plate had been repeatedly seen conducting federal immigration enforcement activities by other legal observers, and that the man made a quick U-turn and charged at my vehicle in a very similar manner as federal agents have done to other legal observers, it is my opinion that this man was a federal immigration agent of some kind.

13.    This experience was terrifying. I'm scared for myself and I'm scared for my family.  I am afraid that the federal government will retaliate against me for peacefully observing.  I fear for my community and the most vulnerable members of it.  I'm scared for other legal observers because this experience demonstrates that federal immigration agents' violent behavior continues. I am also angry.  I haven't decided whether I will continue legal observing because I am so shaken by what happened.

14.    Although I've done nothing wrong, I am fearful that publicly identifying myself will expose me to future retaliation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4

Signed on __March 27, 2026__ in Hennepin County, Minnesota.

# Exhibit A





**Aggressive behavior - pulled a gun on a community member**

✓ ICE agent(s) seen in vehicle

✓ Driving in a convoy (3+ vehicles)

✓ Tactical gear inside vehicle

✓ Tinted/blacked-out windows

✓ Uniformed ICE agent(s) seen in vehicle

✓ Masked driver and/or passengers

✓ Erratic/aggressive driving

✓ Intimidation (observing/filming/etc.)

✓ Verbally or physically aggressive

✓ Used or threatened violence

✓ Seen at Whipple

**Reports (60)**





**Mar 24, 2026 | 04:00 PM**
 Lakeville, MN                                    ( MN Data )

**Mar 24, 2026 | 03:50 PM**
 Embers Ave & 180th St W, Farmington              ( MN Data )

**Mar 23, 2026 | 10:13 AM**
 Whipple                                          ( MN Data )

**Mar 20, 2026 | 02:33 PM**
 Whipple                                          ( MN Data )

**Mar 19, 2026 | 01:14 PM**
 Whipple                                          ( MN Data )

**Mar 19, 2026 | 12:28 PM**
 Pilot Knob Rd and 494, Eagan                     ( MN Data )

**Mar 19, 2026 | 12:21 PM**
 Whipple                                          ( MN Data )

**Mar 19, 2026 | 12:19 PM**
 Whipple                                          ( MN Data )

**Mar 18, 2026 | 03:48 PM**
 Whipple                                          ( MN Data )

**Mar 18, 2026 | 11:45 AM**
 Whipple                                          ( MN Data )

**Mar 17, 2026 | 04:09 PM**
 Whipple                                          ( MN Data )

**Mar 16, 2026 | 01:00 PM**
 Whipple                                          ( MN Data )



**Mar 16, 2026 | 12:32 PM**    MN Data
📍 Whipple

**Mar 12, 2026 | 10:17 AM**    MN Data
📍 Hennepin County Courthouse

**Mar 11, 2026 | 12:01 PM**    MN Data
📍 Whipple

**Mar 11, 2026 | 07:38 AM**    MN Data
📍 Whipple

**Mar 10, 2026 | 12:32 PM**    MN Data
📍 Whipple

**Mar 10, 2026 | 11:25 AM**    MN Data
📍 Whipple

**Mar 10, 2026 | 07:10 AM**    MN Data
📍 Whipple

**Mar 9, 2026 | 03:13 PM**    MN Data
📍 Whipple

**Mar 9, 2026 | 01:02 PM**    MN Data
📍 Whipple

**Mar 9, 2026 | 12:25 PM**    MN Data
📍 La Casita 5085 Central Ave NE, Columbia Heights, MN 55421

**Mar 6, 2026 | 08:50 AM**    MN Data
📍 Whipple

**Mar 5, 2026 | 12:04 PM**    MN Data
📍 Whipple



Mar 5, 2026 | 12:04 PM — Whipple — MN Data

Mar 4, 2026 | 03:23 PM — Whipple — MN Data

Mar 4, 2026 | 11:32 AM — Whipple — MN Data

Mar 3, 2026 | 03:42 PM — Whipple — MN Data

Feb 25, 2026 | 08:37 PM — Whipple — MN Data

Feb 23, 2026 | 03:00 PM — Whipple — MN Data

Feb 18, 2026 | 04:00 PM — Whipple — MN Data

Feb 18, 2026 | 09:37 AM — Whipple — MN Data

Feb 18, 2026 | 09:37 AM — Whipple — MN Data

Feb 18, 2026 | 07:30 AM — Whipple — MN Data

Feb 17, 2026 | 04:35 PM — Whipple — MN Data

Feb 13, 2026 | 06:00 PM — Whipple — MN Data



**Feb 13, 2026 | 06:00 PM**
📍 Whipple — MN Data

**Feb 13, 2026 | 01:30 PM**
📍 Unknown — MN Data

**Feb 13, 2026 | 07:25 AM**
📍 Whipple — MN Data

**Feb 12, 2026 | 11:30 AM**
📍 Whipple — MN Data

**Feb 10, 2026 | 01:20 PM**
📍 Whipple — MN Data

**Feb 9, 2026 | 08:48 AM**
📍 Whipple — MN Data

**Feb 9, 2026 | 07:40 AM**
📍 Whipple — MN Data

**Feb 8, 2026 | 04:00 PM**
📍 Whipple — MN Data

**Feb 8, 2026 | 01:28 PM**
📍 Unknown — MN Data

**Feb 8, 2026 | 09:00 AM**
📍 Whipple — MN Data

**Feb 6, 2026 | 12:45 PM**
📍 Whipple — MN Data

**Feb 5, 2026 | 12:15 PM**
📍 Wing Stop in Eagan — MN Data



Feb 5, 2026 | 12:15 PM
📍 Wing Stop in Eagan
MN Data

Feb 5, 2026 | 12:15 PM
📍 Wingstop - Eagan
MN Data

Feb 3, 2026 | 08:30 AM
📍 Whipple
MN Data

Feb 2, 2026 | 03:00 PM
📍 Whipple
MN Data

Feb 1, 2026 | 03:46 PM
📍 Unknown
MN Data

Jan 30, 2026 | 12:00 AM
📍 Whipple
MN Data

Jan 28, 2026 | 01:41 PM
📍 Whipple
MN Data

Jan 28, 2026 | 11:55 AM
📍 Whipple
MN Data

Jan 28, 2026 | 06:15 AM
📍 Whipple
MN Data

Jan 26, 2026 | 12:34 PM
📍 Whipple
MN Data

Jan 25, 2026 | 04:56 PM
📍 Whipple
MN Data

Jan 21, 2026 | 07:28 AM
📍 Whipple
MN Data

