# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARE WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 (KMM/DTS) |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HIS); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | **CERTIFICATE OF COMPLIANCE** |
| Defendants. | |

I, Samantha H. Bates, hereby certify that the Memorandum of Amicus Curiae in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, submitted by Father Dale Korogi, Reverend Dr. Pamela Ngunjiri, Reverend Mariah Tollgaard, Reverend Robert Two Bulls, Reverend Jered Weber-Johnson, Rabbi Marcia A. Zimmerman, Reverend Alfred Babington-Johnson, Presiding Elder Stacey Smith, Reverend Anthony Galloway, Rabbi Eva Cohen, Minnesota Interfaith Coalition on Immigration, National Council of Jewish Women (National), National Council of Jewish Women (Minnesota), Council on American-Islamic Relations (Minnesota), the Stairstep Foundation, and Jewish Community Action (collectively, the "Faith Leaders and Organizations") complies with the requirements of Local Rules 7.1(f) and 7.1(h).

I further certify that the Memorandum of Amicus Curiae was prepared by using Microsoft Word for Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for a total word count of 3,786.

1

Dated:  April 6, 2026                    **MASLON LLP**

By: */s/ Samantha H. Bates*
    Samantha H. Bates (#0395002)
    Anna Petosky (#0388163)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email: samantha.bates@maslon.com
       anna.petosky@maslon.com
*and*

**HOWARD UNIVERSITY SCHOOL OF
LAW CIVIL RIGHTS CLINIC**

John M. Powers (*pro hac vice forthcoming*)
Kristen Clarke
2900 Van Ness Street NW
Washington, DC 20008
(202) 806-8082
Email: john.powers@howard.edu
       kristen.clarke@howard.edu

**ATTORNEYS FOR AMICUS FAITH
LEADERS AND ORGANIZATIONS**