## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, ALAN CRENSHAW, ABIGAIL SALM, RYAN DOXSEY, MARGARE WOOD, THE NEWSGUILD-COMMUNICATIONS WORKERS OF AMERICA, and STATUS COUP NEWS, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 (KMM/DTS) |
|        Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HIS); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | **CERTIFICATE OF SERVICE** |
|        Defendants. | |

I hereby certify that on April 8, 2026, I caused true and correct copy of the Motion for Admission Pro Hac Vice of John Powers to be served via US Mail to the following address:

Mmoja Ajabu
P.O. Box 2696
Indianapolis, IN 46206.


Dated:  April 8, 2026                          **MASLON LLP**

By: */s/ Samantha H. Bates*
    Samantha H. Bates (#0395002)
    Anna Petosky (#0388163)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email: samantha.bates@maslon.com
      anna.petosky@maslon.com
*and*

**HOWARD UNIVERSITY SCHOOL OF
LAW CIVIL RIGHTS CLINIC**

John M. Powers (*pro hac vice forthcoming*)
Kristen Clarke
2900 Van Ness Street NW
Washington, DC 20008
(202) 806-8082
Email: john.powers@howard.edu
      kristen.clarke@howard.edu

**ATTORNEYS FOR AMICUS FAITH
LEADERS AND ORGANIZATIONS**

2