**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| SUSAN TINCHER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MULLIN, et al.,<br><br>    Defendants. | No. 25-cv-4669 (KMM/DTS) |

**MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE
PRESS AND 23 NEWS AND MEDIA ORGANIZATIONS
FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF
<u>PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS</u>**

The Reporters Committee for Freedom of the Press (the "Reporters

Committee"), along with 23 media organizations (collectively, "amici"),

respectfully move for leave to file the accompanying amicus curiae brief in support

of Plaintiffs Opposition to Defendants' Motion to Dismiss.  Counsel for the

Plaintiffs and counsel for the Defendants have consented to the relief requested

herein.

"Whether to allow amicus curiae to file a brief regarding a pending motion is

within the broad discretion of the district court." *AbbVie Inc. v. Hilgers*, No.

4:25CV3089, 2025 WL 1939101, at *1 (D. Neb. July 14, 2025).  Accordingly, a

district court may grant leave where the movant has a "unique perspective

regarding the issues presented," *id.*, or the court "deems the proffered information timely, useful, or otherwise." *Pavek v. Simon*, No. 19-CV-3000 (SRN/DTS), 2020 WL 1467008, at *2 (D. Minn. Mar. 26, 2020) (quoting *Larson v. Allina Health Sys.*, No. 17-cv-3835 (SRN/TNL), 2020 WL 583082, at *2 (D. Minn. Feb. 6, 2020)).

Lead amicus the Reporters Committee is an unincorporated nonprofit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists. The Reporters Committee regularly files as amicus in cases involving issues relating to the ability of the press to gather and publish news and has filed in several previous matters to underline the chilling effect that the use of crowd-control techniques can have on reporting on matters of public concern. *See, e.g.*, Brief of the Reporters Committee for Freedom of the Press and 44 Media Organizations, *Los Angeles Press Club v. Noem*, No. 25-5975, 2026 WL 889142 (9th Cir. 2026); Brief of the Reporters Committee for Freedom of the Press and 60 Media Organizations, *Index Newspapers, LLC v. U.S. Marshals Service* (9th Cir. Nov. 23, 2020) (No. 20-35739).

The Reporters Committee is joined by 23 news and media organizations that report on—or represent the interests of journalists and media outlets that report on—law enforcement activity and public protests in U.S. cities.[1]  As such, amici have both a unique perspective on covering law enforcement activity and mass demonstrations and a keen interest in ensuring that journalists are able to do their work safely.  Amici believe that the information and arguments contained in the accompanying brief—which emphasizes that a First Amendment right to gather the news and to report on public events exists and underscores why crowd-control tactics must be tailored to preserve the crucial role of observers, including the news media, during law enforcement interactions with the public—will aid the court's decisional process.

For the foregoing reasons, amici respectfully request leave to file the attached brief.  A proposed order granting the instant motion is attached.

---

[1]  The proposed amicus curiae brief includes complete corporate disclosures as well as an addendum containing statements of interest for each proposed amici.

Dated: April 13, 2026

Respectfully submitted,

*/s/ Mark R. Anfinson*
Mark Anfinson, MN Bar No. 2744
Uptown Professional Building
3109 Hennepin Avenue South
Minneapolis, MN  55408
Telephone:  612-827-5611

*mranfinsonlaw@gmail.com*

*Counsel of Record for Amici Curiae*

Lisa Zycherman*
Gabriel Rottman*
Mara Gassmann*

 *Of counsel
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Amici Curiae*