# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

SUSAN TINCHER, et al.,

     Plaintiffs,

    v.

MULLIN, et al.,

     Defendants.

No. 25-cv-4669 (KMM/DTS)

## [PROPOSED] ORDER

Having considered the Motion of The Reporters Committee for Freedom of the Press and 23 News and Media Organizations for Leave to File Amicus Curiae Brief In Support of Plaintiffs' Opposition to Motion to Dismiss, it is hereby

**ORDERED** that the Motion is **GRANTED**.

Dated: _____

_____
The Honorable Katherine M. Menendez
United States District Judge