# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 25-cv-04669 (KMM/DTS)

**Case Title:** Tincher, et al. v. Mullin, et al.

### Affidavit of Movant

I, Caitlinrose Fisher, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kenneth Sexauer, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of California, but not admitted to the bar of this Court, who will be counsel for the <u>Plaintiffs</u> in the above-listed case.

I am aware that the local rules of this Court require counsel of record for the above-listed party to include an active member in good standing of the bar of this Court throughout the pendency of this case. I am also aware that this Court may order an active member in good standing of the bar of this Court to participate actively in the preparation and presentation of this case.

Signature: _s/ Caitlinrose H. Fisher_          Date:  April 23, 2026

MN Attorney License #: 0398358

1

**Affidavit of Proposed Admittee**

I, Kenneth Sexauer, am currently a member in good standing of the bar of the U.S. District Court for the Northern District of California, but I am not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this Court must be counsel of record on behalf of the above-listed party throughout the pendency of this case. LR 83.5(d). I further understand that this Court may order greater participation in the preparation and presentation of the above-listed case by an active member in good standing of the bar of this Court.

I confirm that I have read this Court's local rules, and I understand that I must comply with these rules. I further understand that I must comply with the Minnesota Rules of Professional Conduct if this Court grants me admission pro hac vice. LR 83.6(a). Finally, I understand that this Court is an electronic court and that I will receive service by electronic means in lieu of service by mail, as required by Fed. R. Civ. P. 5(b) and 77(d).

Signature: *s/ Kenneth Sexauer*          Date:  4/23/2026

Typed Name: Kenneth Sexauer

Attorney License Number: 327964 issued by the State of California

Attorney License Number: 6231013 issued by the State of New York

Federal Bar Number (if you have one):          N/A

Law Firm Name:   American Civil Liberties Union

Law Firm Address:  125 Broad Street

    New York, NY 10004

Main phone:   212-549-2500          Direct line:

E-mail address:  ksexauer@aclu.org