UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN TINCHER, *et al.,*

      Plaintiffs,

      v.

MARKWAYNE MULLIN,
Secretary, U.S. Department of
Homeland Security (DHS), *et al.*,

      Defendants.

Case No. 25-cv-4669 (KMM/DTS)

**PLAINTIFFS' NOTICE OF
ERRATA IN SECOND
DECLARATION
OF ALICIA GRANSE
IN SUPPORT OF
PLAINTIFFS' FIRST
AMENDED COMPLAINT
(ECF NO. 139)**

## NOTICE OF ERRATA

Plaintiffs hereby advise the Court that the Second Declaration of Alicia Granse in Support of Plaintiffs' First Amended Complaint (ECF No. 139), filed on February 13, 2026, contains errors in paragraphs 2-7.

Paragraphs 2-4 incorrectly describe bystander footage submitted as Exhibit 1 (ECF No. 139-1), Exhibit 2 (ECF No. 139-2), and Exhibit 3 (ECF No. 139-3) as "captured by declarant Abigail Salm." Paragraphs 2, 3, and 4 should read:

1.       Attached hereto as **Exhibit 1** is a true and correct copy of a video captured of Abigail Salm describing the events laid out in her declaration, ECF No. 69 entitled, IMG_3171.mov.

2.      Attached hereto as **Exhibit 2** is a true and correct copy of a video captured of Abigail Salm describing the events laid out in her declaration, ECF No. 69, entitled, IMG_5383.mov.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of a video captured of Abigail Salm describing the events laid out in her declaration, ECF No. 69, entitled, IMG_5384.mov.

Paragraphs 5-7 incorrectly reference the original ECF number (136-16) for the Declaration of Ryan Doxsey, which was refiled after instruction by the Court and is now ECF number 160.

A corrected version of the declaration is attached herein. Plaintiffs sincerely regret these errors.

[Signature page to follow.]

2

Dated: June 8, 2026

Robert J. Gilbertson (#22361X)
Caitlinrose H. Fisher (#398358)
Virginia R. McCalmont (#399496)
Jackson C. Evert (#402214)
Rebecca R. Rogers (#403827)
**FORSGREN FISHER
MCCALMONT
DEMAREA TYSVER LLP**
1500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 474-3300
bgilbertson@forsgrenfisher.com
cfisher@forsgrenfisher.com
vmccalmont@forsgrenfisher.com
jevert@forsgrenfisher.com
rrogers@forsgrenfisher.com

Kevin C. Riach (#389277)
**THE LAW OFFICE OF KEVIN C.
RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

Respectfully submitted,

*/s/ Alicia Granse*

Alicia Granse (#400771)
Teresa Nelson (#269736)
Catherine Ahlin-Halverson (#350473)
**AMERICAN CIVIL LIBERTIES
UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Scarlet Kim*
Brian Hauss*
Esha Bhandari*
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
125 Broad Street
New York, NY 11238
Tel: (212) 549-2500
scarletk@aclu.org
bhauss@aclu.org
ebhandari@aclu.org

Kyle W. Wislocky (#393492)
Jacob F. Siegel (#399615)
**CIRESI CONLIN LLP**
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8233
kww@ciresiconlin.com
jfs@ciresiconlin.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs and the
Proposed Class*

3

**FREDRIKSON & BYRON, P.A.**
Leah C. Janus (#0337365)
Pari I. McGarraugh (#0395524)
PanhiaVang (#0399444)
Megan M. Helstrom (#0403441)
Ayesha Mitha (#504462)
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
ljanus@fredlaw.com
pmcgarraugh@fredlaw.com
pvang@fredlaw.com
mhelstrom@fredlaw.com
amitha@fredlaw.com

*Attorneys for the Individual Plaintiffs*

4