UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUSAN TINCHER, *et al.*,

      Plaintiffs,

          v.

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland
Security (DHS), *et al.*,

      Defendants.

Court File No.
25-cv-04669 (KMM/DJF)

**CORRECTED SECOND
DECLARATION OF ALICIA
GRANSE IN SUPPORT OF
PLAINTIFFS' FIRST
AMENDED COMPLAINT**

I, Alicia Granse, hereby declare and state as follows:

1.      I am a staff attorney with the American Civil Liberties Union of Minnesota, and counsel to Plaintiffs in the above-captioned case.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a video captured of Abigail Salm describing the events laid out in her declaration, ECF No. 69 entitled, IMG_3171.mov.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a video captured of Abigail Salm describing the events laid out in her declaration, ECF No. 69, entitled, IMG_5383.mov.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a video captured of Abigail Salm describing the events laid out in her declaration, ECF No. 69, entitled, IMG_5384.mov.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a video captured by declarant Ryan Doxsey of the incidents described in the Declaration of Ryan Doxsey, ECF No. 160, entitled 20260127071005_000031.MP4.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a video captured by declarant Ryan Doxsey of the incidents described in the Declaration of Ryan Doxsey, ECF No. 160, entitled 20260127071505_000032.MP4.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a video captured by declarant Ryan Doxsey of the incidents described in the Declaration of Ryan Doxsey, ECF No. 160, entitled 20260127072005_000033.MP4.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 9th day of June, 2026 in Minneapolis, Minnesota.

/s/ *Alicia Granse*
Alicia Granse

2