**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ryan Doxsey, et al.,

Plaintiffs,

v.

Markwayne Mullin, et al.,

Defendants.

Case No. 0:25-cv-4669 (KMM/DTS)

**ORDER**

## INTRODUCTION

This matter is before the Court on Parties' Joint Motion Regarding Continued Sealing, Dkt. No. 285, under Minn. Local Rule 5.6(d).

The Motion addresses documents that are filed under temporary seal in connection with Plaintiff's First Amended Complaint. Dkt. No. 136. To prevent the risk of harm to non-party witnesses;

**IT IS HEREBY ORDERED**:

1. The Parties' Joint Motion Regarding Continued Sealing [Dkt. No. 285] is **GRANTED**.

2. The Clerk is directed to keep **sealed** the following documents: Dkt. Nos. 144, 168, 185, 204, and 223.

Dated: November 12, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge